Chester Rothstein (CR 1417)
Kenneth M. Bernstein (KB 0894)
David Mitnick (DM 0064)
AMSTER, ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, NY 10016
(212) 336-8000



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------x
TOWN & COUNTRY LINEN CORP.,

        Plaintiff,

    v.

P/KAUFMANN, INC.,

        Defendant.
------------------------x

Civil Action No.

**JUDGE CEDARBAUM**

**07 CV 3159**

**RULE 7.1 DISCLOSURE OF PLAINTIFF TOWN & COUNTRY LINEN CORP.**

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for Plaintiff Town & Country Linen Corp. hereby certifies that the following are the corporate parents and publicly held corporations owning ten percent (10%) or more of the stock of Town & Country Linen Corp.: NONE

    Respectfully submitted,

    AMSTER, ROTHSTEIN & EBENSTEIN LLP
    Attorneys for Defendant
    90 Park Avenue
    New York, NY 10016
    (212) 336-8000

    By _____
        Kenneth M. Bernstein (0894)

Dated:  New York, NY
       April 19, 2007

367199.1