**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X

**TOWN & COUNTRY LINEN CORP.,**
        Plaintiff(s),

-against-

**P/KAUFMANN, INC.,**
        Defendant(s).
-------------------------------------------------X

**JUDGE CEDARBAUM**
Index No. 07 CV 3159

AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
        S.S.:
COUNTY OF NEW YORK)

    **ROBERT MILLS**, being duly sworn, deposes and says:

    I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made, and is employed by the attorney service, DLS, INC.

    That on the 2nd day of May 2007, at approximately 2:25 p.m., deponent served a true copy of the **SUMMONS, COMPLAINT, JUDGES' RULES AND RULE 7.1 STATEMENT** upon P/Kaufmann, Inc. at 3 Park Avenue, New York, NY 10016, by personally delivering and leaving the same with Patrick J. Finnen, Controller, who informed deponent that he is an agent authorized by appointment to receive service at that address.

    Patrick J. Finnen is a white male, approximately 36 years of age, stands approximately 6 feet 0 inches tall, and weighs approximately 250 pounds with brown hair and blue eyes.

_____
**ROBERT MILLS #1004298**

Subscribed and sworn to this
4th day of May, 2007

_____
NOTARY PUBLIC

HOWARD DANIEL GOLDMAN
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01GO5062405
QUALIFIED IN NEW YORK COUNTY
MY COMMISSION EXPIRES JULY 1, 2010