Michael S. Fischman (MF 2745)
PHILLIPS NIZER LLP
666 Fifth Avenue
New York, New York 10103
Phone: (212) 977-9700
Fax: (212) 262-5152
*Attorneys for P/Kaufmann, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                             :
TOWN & COUNTRY LINEN, CORP.,                                 :
                                                             :    Case No.: 07 CV 3159 -MGC
                              Plaintiff,                     :
                                                             :    [ECF CASE]
               - against -                                   :    FILED ELECTRONICALLY
                                                             :
P/KAUFMANN, INC.,                                            :    **NOTICE OF APPEARANCE**
                                                             :
                              Defendant.                     :
                                                             :
------------------------------------------------------------ x

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Michael S. Fischman, a partner in the law firm of Phillips Nizer LLP, hereby appears as counsel of record for defendant P/Kaufmann, Inc., and demands that all notices given or required to be given in the above-captioned matter and all papers served in this case be given to and served upon Michael S. Fischman at the following addresses and telephone number:

   mfischman@phillipsnizer.com      PHILLIPS NIZER LLP
                                                666 Fifth Avenue
                                                New York, NY 10103
                                                (212) 977-9700
                                                Attn: Michael S. Fischman, Esq.

1006448.1

2

Dated: New York, New York
      May 18, 2007

                                        PHILLIPS NIZER LLP

                                    By     s/Michael Fischman
                                           Michael S. Fischman (MF 7245)
                                           666 Fifth Avenue
                                           New York, New York 10103
                                           (212) 977-9700

                                           *Attorneys for P/Kaufmann, Inc.*

To:
      Chester Rothstein (CR 1417)
      Kenneth Bernstein (KB 0894)
      Amster, Rothstein & Bernstein LLP
      90 Park Avenue
      New York, New York 10016
      (212) 336-8000

      *Attorneys for Town & Country Corp.*

1006448.1