UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------- x

TOWN AND COUNTRY LINEN, CORP.,

                      Plaintiff,

     - against -

P/KAUFMANN, INC.,

                      Defendant.
----------------------------------------------------------- x

Case No.: 07 CV 3159

STIPULATION
AND ORDER

     IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for all of the parties to this action that defendant's time to answer, move against or otherwise respond to the complaint is extended to and including June 1, 2007.

     This is the defendant's first request for an extension of time.

Dated: New York, New York
         May 17, 2007

AMSTER, ROTHSTEIN & EBENSTEIN LLP

By: Kenneth Bernstein (KB 0894)
Attorneys for Plaintiff
90 Park Avenue
New York, New York 10016
(212) 336-8000

PHILLIPS NIZER LLP

By: Michael S. Fischman (MF 7245)
Attorneys for Defendant
666 Fifth Avenue
New York, New York 10103
(212) 977-9700

SO ORDERED

/s/

May 23, 2007

1006282.1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/2007