**Exhibit 3**

AUG-20-02 TUE 02:50 PM                          FAX NO.                          P. 02

```
                BILL-TO:   BATH BY TOWN & COUNTRY INC.           PAGE: 1
                           475 OBERLIN AVENUE SOUTH
DATE: 08/20/02
                           LAKEWOOD, NJ         ** P.O. NO.: 01596-00
                           08701-6904           *********************
```

* * *   * * *   * * *   P U R C H A S E   O R D E R S   * * *   * * *   * * *

```
        37915
VENDOR: P. KAUFMAN, INC.              ┌─────────────────────────────┐
        2 PARK AVENUE                 │ SHIP:  AIRPORT RD            │
        16TH FLOOR                    │  TO : 1245 AIRPORT ROAD      │
        NEW YORK, NY                  │       LAKEWOOD, NJ 08701     │
        10016                         │                             │
 ATTN: TERRY FIORI                    └─────────────────────────────┘
```

* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

SHIP DATE: 09/30/02   SHIP VIA : OCEAN        TERMS: NET 60

F.O.B. :                      FREIGHT: FOB

* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

| LN | STYLE | COL | UPC CODE | QUANTITY | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 001 | 3020289 | 100 | 636765023987 | 1,200 | EA | 8.75 | 10,500.00 |

PARACHUTE POLY WHITE BBB
CARTONS ARE TO BE PACKED AS FOLLOWS:
1 PC PER INNER-24 PCS PER MASTER CARTON
PACKAGING TO BE USED:
H20 PACKAGING

| 002 | 3020289 | 102 | 636765023994 | 768 | EA | 8.75 | 6,720.00 |
|---|---|---|---|---|---|---|---|

PARACHUTE POLY IVORY BBB
CARTONS ARE TO BE PACKED AS FOLLOWS:
1 PC PER INNER-24 PCS PER MASTER CARTON
PACKAGING TO BE USED:
H20 PACKAGING

| 003 | 3020289 | 282 | 636765024007 | 576 | EA | 8.75 | 5,040.00 |
|---|---|---|---|---|---|---|---|

PARACHUTE POLY LINEN BBB
CARTONS ARE TO BE PACKED AS FOLLOWS:
1 PC PER INNER-24 PCS PER MASTER CARTON
PACKAGING TO BE USED:
H20 PACKAGING

| 004 | 3020289 | 022 | 636765024014 | 576 | EA | 8.75 | 5,040.00 |
|---|---|---|---|---|---|---|---|

PARACHUTE POLY SMOKE BBB
CARTONS ARE TO BE PACKED AS FOLLOWS:

```
              BILL-TO:   BATH BY TOWN & COUNTRY INC.           PAGE: 2
                         475 OBERLIN AVENUE SOUTH
  DATE: 08/20/02
                            LAKEWOOD, NJ          ** P.O. NO.: 01596-00
                            08701-6904            *********************
```

* * *   * * *   * * *   P U R C H A S E   O R D E R S   * * *   * * *   * * *

```
          37915
VENDOR: P. KAUFMAN, INC.          SHIP:  AIRPORT RD
        2 PARK AVENUE              TO : 1245 AIRPORT ROAD
        16TH FLOOR                        LAKEWOOD, NJ 08701
        NEW YORK, NY
        10016
   ATTN: TERRY FIORI
```

* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

SHIP DATE: 09/30/02   SHIP VIA : OCEAN          TERMS: NET 60

F.O.B. :                    FREIGHT: FOB

* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

| LN | STYLE | COL | UPC CODE | QUANTITY | UM | UNIT PRICE | AMOUNT |
|----|-------|-----|----------|----------|----|-----------|--------|
| | | | | | | | |

```
       1 PC PER INNER-24 PCS PER MASTER CARTON
       PACKAGING TO BE USED:
       H2O PACKAGING

005  3020289   333      636765024021      576   EA    8.75    5,040.00
       PARACHUTE POLY SAGE BBB
       CARTONS ARE TO BE PACKED AS FOLLOWS:
       1 PC PER INNER-24 PCS PER MASTER CARTON
       PACKAGING TO BE USED:
       H2O PACKAGING

006  3020289   533      636765024038      576   EA    8.75    5,040.00
       PARACHUTE POLY AMETHYST BBB
       CARTONS ARE TO BE PACKED AS FOLLOWS:
       1 PC PER INNER-24 PCS PER MASTER CARTON
       PACKAGING TO BE USED:
       H2O PACKAGING
```

BILL-TO:   BATH BY TOWN & COUNTRY INC.                   PAGE: 3
                        475 OBERLIN AVENUE SOUTH
DATE: 03/20/02

                        LAKEWOOD, NJ                ** P.O. NO.: 01596-00
                        08701-5904                  ********************

* * *   * * *   * * *   P U R C H A S E   O R D E R S   * * *   * * *   * * *

        37915
VENDOR: P. KAUFMAN, INC.                SHIP:   AIRPORT RD
        2 PARK AVENUE                     TO : 1245 AIRPORT ROAD
        16TH FLOOR                             LAKEWOOD, NJ 08701
        NEW YORK, NY
        10016
   ATTN: TERRY FIORI

* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

SHIP DATE: 09/30/02   SHIP VIA : OCEAN            TERMS: NET 60

F.O.B. ;                        FREIGHT: FOB

* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

LN  STYLE      COL     UPC CODE       QUANTITY  UM  UNIT PRICE   AMOUNT

COMMENTS:                              ORDER TOTAL:    37,380.00
    MARK ALL CARTONS & BILL OF LADING NO. 01596
    BILL OF LADING MUST BE INCLUDED WITH INVOICE
    PACKING SLIP MUST BE ENCLOSED

    ACCEPTANCE OF P.O. AS WRITTEN
    WILL BE BINDING UNLESS NOTIFIED         BUYER (00000):_____

```
                    BILL TO:   BATH BY TOWN & COUNTRY INC.            PAGE: 1
                               475 OBERLIN AVENUE SOUTH
DATE: 01/31/03
                               LAKEWOOD, NJ          ** P.O. NO.: 01766-00
                               08701-6904           ********************

* * *    * * *    * * *    P U R C H A S E    O R D E R S   * * *   * * *   * * *
                                                        AMENDMENT02

          37915
VENDOR: P. KAUFMAN, INC.                  SHIP: BATH BY TOWN & COUNTRY INC
         2 PARK AVENUE                    TO : 12610 SHOEMAKER AVE
         16TH FLOOR
         NEW YORK, NY
         10016
   ATTN: TERRY FIORI

* * *    * * *    * * *    * * *    * * *    * * *    * * *    * * *    * * *

SHIP DATE: 02/17/03    SHIP VIA : OCEAN        TERMS: NET 60

F.O.B. :                        FREIGHT: FOB

* * *    * * *    * * *    * * *    * * *    * * *    * * *    * * *    * * *
```

| LN | STYLE | COL | UPC CODE | QUANTITY | UM | UNIT PRICE | AMOUNT |
|----|-------|-----|----------|----------|-----|-----------|--------|
| 001 | 3020289 | 282 | 636765024007 | 408 | EA | 8.75 | 3,570.00 |

PARACHUTE POLY LINEN BBB
CARTONS ARE TO BE PACKED AS FOLLOWS:
1 PC PER INNER-24 PCS PER MASTER CARTON
PACKAGING TO BE USED:
H20 PACKAGING

| 002 | 3020289 | 333 | 636765024021 | 144 | EA | 8.75 | 1,260.00 |

PARACHUTE POLY SAGE BBB
CARTONS ARE TO BE PACKED AS FOLLOWS:
1 PC PER INNER-24 PCS PER MASTER CARTON
PACKAGING TO BE USED:
H20 PACKAGING

| 003 | 3020289 | 533 | 636765024038 | 144 | EA | 8.75 | 1,260.00 |

PARACHUTE POLY AMETHYST BBB
CARTONS ARE TO BE PACKED AS FOLLOWS:
1 PC PER INNER-24 PCS PER MASTER CARTON
PACKAGING TO BE USED:
H20 PACKAGING

| 004 | 3020289 | 022 | 636765024014 | 120 | EA | 8.75 | 1,050.00 |

PARACHUTE POLY SMOKE BBB
CARTONS ARE TO BE PACKED AS FOLLOWS:

```
                   BILL-TO:    BATH BY TOWN & COUNTRY INC.                 PAGE: 2
  DATE: 01/31/03              475 OBERLIN AVENUE SOUTH

                              LAKEWOOD, NJ              ** P.O. NO.: 01766-00
                                08701-6904            **********************
   * * *    * * *   * * *   P U R C H A S E   O R D E R S   * * *  AMENDMENT02  * * *

              17915
  VENDOR: P. KAUFMAN, INC.               ┌─────────────────────────────────┐
           2 PARK AVENUE                 │SHIP:  BATH BY TOWN & COUNTRY INC │
           16TH FLOOR                    │ TO : 12610 SHOEMAKER AVE         │
           NEW YORK, NY                  │      SANTA FE SPRINGS, CA        │
           10016                         │      90670                       │
   ATTN: TERRY FIORI                     │                                  │
                                         └─────────────────────────────────┘
   * * *   * * *   * * *   * * *    * * *   * * *   * * *   * * *   * * *

  SHIP DATE: 03/17/03    SHIP VIA : OCEAN           TERMS: NET 60

  F.O.B.                         FREIGHT: FOB

   * * *   * * *   * * *   * * *    * * *   * * *   * * *   * * *   * * *

  LN   STYLE     COL      UPC CODE       QUANTITY  UM  UNIT PRICE    AMOUNT
  .... ........ ....... .............  ...........  ...  .......... ..........
       1 PC PER INNER-24 PCS PER MASTER CARTON
       PACKAGING TO BE USED:
       H2O PACKAGING
```

COMMENTS:
    MARK ALL CARTONS & BILL OF LADING NO. 01766         ORDER TOTAL:    7,140.00
    BILL OF LADING MUST BE INCLUDED WITH INVOICE
    PACKING SLIP MUST BE ENCLOSED

    ACCEPTANCE OF P.O. AS WRITTEN
    WILL BE BINDING UNLESS NOTIFIED            BUYER (00000):_____

BILL-TO:   BATH BY TOWN & COUNTRY INC.                    PAGE: 1
                475 OBERLIN AVENUE SOUTH
DATE: 01/31/03
                     LAKEWOOD, NJ              ** P.O. NO.: 01767-00
                     08701-6904               ************************

* * *    * * *    * * *  P U R C H A S E   O R D E R S  * * *  AMENDMENT04
                                                         * * *  * * *  * * *

            37615
VENDOR: P. KAUFMAN, INC.
          2 PARK AVENUE              SHIP:  BATH BY TOWN & COUNTRY INC
          16TH FLOOR                  TO :  12610 SHOEMAKER AVE
          NEW YORK, NY
          10016
    ATTN: TERRY FIORI

* * *    * * *    * * *    * * *    * * *    * * *    * * *    * * *    * * *

SHIP DATE: 03/03/03     SHIP VIA : OCEAN
                                              TERMS: NET 60
F.O.B. :
                        FREIGHT: FOB

* * *    * * *    * * *    * * *    * * *    * * *    * * *    * * *    * * *

| LN | STYLE | COL | UPC CODE | QUANTITY | UM | UNIT PRICE | AMOUNT |
|----|-------|-----|----------|----------|-----|-----------|--------|
| 001 | 3020289 | 202 | 636765024007 | 768 | EA | 8.75 | 6,720.00 |

    PARACHUTE POLY LINEN BBB
    CARTONS ARE TO BE PACKED AS FOLLOWS:
    1 PC PER INNER-24 PCS PER MASTER CARTON
    PACKAGING TO BE USED:
    H20 PACKAGING

| 002 | 3020289 | 333 | 636765024021 | 600 | EA | 8.75 | 5,250.00 |

    PARACHUTE POLY SAGE BBB
    CARTONS ARE TO BE PACKED AS FOLLOWS:
    1 PC PER INNER-24 PCS PER MASTER CARTON
    PACKAGING TO BE USED:
    H20 PACKAGING

| 003 | 3020289 | 102 | 636765023994 | 504 | EA | 8.75 | 4,410.00 |

    PARACHUTE POLY IVORY BBB
    CARTONS ARE TO BE PACKED AS FOLLOWS:
    1 PC PER INNER-24 PCS PER MASTER CARTON
    PACKAGING TO BE USED:
    H20 PACKAGING

| 004 | 3020289 | 022 | 636765024014 | 504 | EA | 8.75 | 4,410.00 |

    PARACHUTE POLY SMOKE BBB
    CARTONS ARE TO BE PACKED AS FOLLOWS:

FEB 05 03 WED 05:18 PM                        FAX NO.                        P. 04

BILL TO:    BATH BY TOWN & COUNTRY INC.                    PAGE: 2
                          475 OBERLIN AVENUE SOUTH
DATE: 01/31/03

                          LAKEWOOD, NJ            ** P.O. NO.: 01767-00
                          08701-6904              *********************
*** *** ***  P U R C H A S E   O R D E R S  *** *** *** ***
                                                  AMENDMENT04

            37915
VENDOR: P. KAUFMAN, INC.           ┌─────────────────────────────┐
        2 PARK AVENUE              │ SHIP:  BATH BY TOWN & COUNTRY INC │
        16TH FLOOR                 │ TO :  12610 SHOEMAKER AVE   │
        NEW YORK, NY               │       SANTA FE SPRINGS, CA  │
        10016                      │       90670                 │
        ATTN: TERRY FIORI          └─────────────────────────────┘

*** *** *** *** *** *** *** *** *** *** ***

SHIP DATE: 03/03/03   SHIP VIA : OCEAN            TERMS: NET 60

F.O.B :                          FREIGHT: FOB

*** *** *** *** *** *** *** *** *** *** ***

| LN | STYLE | COL | UPC CODE | QUANTITY | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | 1 PC PER INNER-24 PCS PER MASTER CARTON | | | | |
| | | | PACKAGING TO BE USED: | | | | |
| | | | H20 PACKAGING | | | | |
| 005 | 3020209 | 533 | 636765024038 | 504 | EA | 8.75 | 4,410.00 |
| | | | PARACHUTE POLY AMETHYST BBB | | | | |
| | | | CARTONS ARE TO BE PACKED AS FOLLOWS: | | | | |
| | | | 1 PC PER INNER-24 PCS PER MASTER CARTON | | | | |
| | | | PACKAGING TO BE USED: | | | | |
| | | | H20 PACKAGING | | | | |
| 006 | 3020209 | 100 | 636765023987 | 312 | EA | 8.75 | 2,730.00 |
| | | | PARACHUTE POLY WHITE BBB | | | | |
| | | | CARTONS ARE TO BE PACKED AS FOLLOWS: | | | | |
| | | | 1 PC PER INNER-24 PCS PER MASTER CARTON | | | | |
| | | | PACKAGING TO BE USED: | | | | |
| | | | H20 PACKAGING | | | | |

BILL-TO:    BATH BY TOWN & COUNTRY INC.                    PAGE: 3
                    475 OBERLIN AVENUE SOUTH
DATE: 01/31/03
                        LAKEWOOD, NJ           ** P.O. NO.: 01767-00
                         08701-6904           *********************

* * *    * * *    * * *    P U R C H A S E   O R D E R S   * * *   * * *   * * *
                                                        AMENDMENT04

         3/915
VENDOR: P. KAUFMAN, INC.          ┌──────────────────────────────────┐
        2 PARK AVENUE             │ SHIP: BATH BY TOWN & COUNTRY INC  │
        16TH FLOOR                │  TO : 12610 SHOEMAKER AVE         │
        NEW YORK, NY              │       SANTA FE SPRINGS, CA        │
        10016                     │       90670                       │
        ATTN: TERRY FIORI         └──────────────────────────────────┘

* * *    * * *    * * *    * * *    * * *    * * *    * * *    * * *    * * *

SHIP DATE  03/03/03    SHIP VIA : OCEAN           TERMS: NET 60

F.O.B. :                          FREIGHT: FOB

* * *    * * *    * * *    * * *    * * *    * * *    * * *    * * *    * * *

LN  STYLE     COL       UPC CODE      QUANTITY  UM  UNIT PRICE    AMOUNT

COMMENTS:                                 ORDER TOTAL:    27,930.00
    MARK ALL CARTONS & BILL OF LADING NO. 01767
    BILL OF LADING MUST BE INCLUDED WITH INVOICE
    PACKING SLIP MUST BE ENCLOSED

    ACCEPTANCE OF P.O. AS WRITTEN
    WILL BE BINDING UNLESS NOTIFIED       BUYER (00000):_____

BILL-TO:   BATH BY TOWN & COUNTRY INC.
475 OBERLIN AVENUE SOUTH

DATE: 02/11/03                                                      PAGE: 1

LAKEWOOD, NJ
08701-6904                      ** P.O. NO.: 01778-00
                                           *******************

*** *** *** *** P U R C H A S E   O R D E R S  *** *** *** *** ***

VENDOR:  37915
         P. KAUFMAN, INC.
         2 PARK AVENUE
         16TH FLOOR
         NEW YORK, NY
         10016
  ATTN: TERRY FIORI

                            SHIP:  BATH BY TOWN & COUNTRY INC
                            TO : 12610 SHOEMAKER AVE
                                 SANTA FE SPRINGS, CA
                                 90670

*** *** *** *** *** *** *** *** *** *** *** ***

SHIP DATE: ~~~~~~~~~ SHIP VIA : OCEAN

                                           TERMS: NET 60
F.O.B :
                            FREIGHT: FOB

*** *** *** *** *** *** *** *** *** *** *** ***

| LN | STYLE | COL | UPC CODE | QUANTITY | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 001 | 3020289 | 282 | 636765024007 | 1,824 | EA | 8.75 | 15,960.00 |

PARACHUTE POLY LINEN BBB
CARTONS ARE TO BE PACKED AS FOLLOWS:
1 PC PER INNER 24 PCS PER MASTER CARTON
PACKAGING TO BE USED:
H20 PACKAGING

| 002 | 3020289 | 022 | 636765024014 | 1,464 | EA | 8.75 | 12,810.00 |

PARACHUTE POLY SMOKE BBB
CARTONS ARE TO BE PACKED AS FOLLOWS:
1 PC PER INNER 24 PCS PER MASTER CARTON
PACKAGING TO BE USED:
H20 PACKAGING

| 003 | 3020289 | 333 | 636765024021 | 1,464 | EA | 8.75 | 12,810.00 |

PARACHUTE POLY SAGE BBB
CARTONS ARE TO BE PACKED AS FOLLOWS:
1 PC PER INNER 24 PCS PER MASTER CARTON
PACKAGING TO BE USED:
H20 PACKAGING

| 004 | 3020289 | 533 | 636765024038 | 1,464 | EA | 8.75 | 12,810.00 |

PARACHUTE POLY AMETHYST BBB
CARTONS ARE TO BE PACKED AS FOLLOWS:

```
                  BILL TO:   BATH BY TOWN & COUNTRY INC.
 DATE: 02/11/03              475 OBERLIN AVENUE SOUTH              PAGE: 2

                            LAKEWOOD, NJ
                            08701-6904              ** P.O. NO.: 01778-00
                                                   ***********************
 * * *    * * *    * * *   P U R C H A S E   O R D E R S   * * *    * * *    * * *

         37915
 VENDOR: P. KAUFMAN, INC.                  ┌─────────────────────────────┐
         2 PARK AVENUE                     │ SHIP: BATH BY TOWN & COUNTRY INC │
         16TH FLOOR                        │ TO : 12610 SHOEMAKER AVE    │
         NEW YORK, NY                      │      SANTA FE SPRINGS, CA    │
         10016                             │      90670                  │
  ATTN: TERRY FIORI                        └─────────────────────────────┘

 * * *    * * *    * * *    * * *    * * *    * * *    * * *    * * *    * * *

 SHIP DATE: 04/25/03   SHIP VIA : OCEAN              TERMS: NET 60

 F.O.B. :                      FREIGHT: FOB

 * * *    * * *    * * *    * * *    * * *    * * *    * * *    * * *    * * *

 LN   STYLE     COL.      UPC CODE      QUANTITY  UM  UNIT PRICE    AMOUNT
 .....................................................................
      1 PC PER INNER-24 PCS PER MASTER CARTON
      PACKAGING TO BE USED:
      H2O PACKAGING

 005  3020280    102      636765023994    1,104   EA     8.75      9,660.00
      PARACHUTE POLY IVORY BBB
      CARTONS ARE TO BE PACKED AS FOLLOWS:
      1 PC PER INNER-24 PCS PER MASTER CARTON
      PACKAGING TO BE USED:
      H2O PACKAGING

 006  3020280    100      636765023987    1,104   EA     8.75      9,660.00
      PARACHUTE POLY WHITE BBB
      CARTONS ARE TO BE PACKED AS FOLLOWS:
      1 PC PER INNER-24 PCS PER MASTER CARTON
      PACKAGING TO BE USED:
      H2O PACKAGING

 007  3020280    282      636765024007      792   EA     8.75      6,930.00
      PARACHUTE POLY LINEN BBB
      CARTONS ARE TO BE PACKED AS FOLLOWS:
```

BILL TO:    BATH BY TOWN & COUNTRY INC.
                    475 OBERLIN AVENUE SOUTH

DATE: 02/11/03                                                          PAGE: 3

                        LAKEWOOD, NJ
                        08701-6904            ** P.O. NO.: 01778-00
                                              ****************************

*** *** ***  P U R C H A S E   O R D E R S  *** *** *** ***

        37915
VENDOR: P. KAUFMAN, INC.
        2 PARK AVENUE            +----------------------------------------+
        16TH FLOOR               | SHIP:  BATH BY TOWN & COUNTRY INC      |
        NEW YORK, NY             | TO :  12610 SHOEMAKER AVE              |
        10016                    |       SANTA FE SPRINGS, CA             |
    ATTN: TERRY FIORI            |       90670                            |
                                 +----------------------------------------+

*** *** *** *** *** *** *** *** *** *** ***

SHIP DATE: 04/25/03    SHIP VIA : OCEAN
                                              TERMS: NET 60
F.O.B. :
                        FREIGHT: FOB

*** *** *** *** *** *** *** *** *** ***

| LN | STYLE | COL | UPC CODE | QUANTITY | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | 1 PC PER INNER 24 PCS PER MASTER CARTON | | | | |
| | | | PACKAGING TO BE USED: | | | | |
| | | | H2O PACKAGING | | | | |
| 008 | 3020269 | 022 | 636765024014 | 624 | EA | 8.75 | 5,460.00 |
| | | | PARACHUTE POLY SMOKE BBB | | | | |
| | | | CARTONS ARE TO BE PACKED AS FOLLOWS: | SHIP DATE 05/25/03 | | | |
| | | | 1 PC PER INNER 24 PCS PER MASTER CARTON | | | | |
| | | | PACKAGING TO BE USED: | | | | |
| | | | H2O PACKAGING | | | | |
| 009 | 3020269 | 333 | 636765024021 | 624 | EA | 8.75 | 5,460.00 |
| | | | PARACHUTE POLY SAGE BBB | | | | |
| | | | CARTONS ARE TO BE PACKED AS FOLLOWS: | SHIP DATE 05/25/03 | | | |
| | | | 1 PC PER INNER 24 PCS PER MASTER CARTON | | | | |
| | | | PACKAGING TO BE USED: | | | | |
| | | | H2O PACKAGING | | | | |
| 010 | 3020269 | 533 | 636765024038 | 624 | EA | 8.75 | 5,460.00 |
| | | | PARACHUTE POLY AMETHYST BBB | | | | |
| | | | CARTONS ARE TO BE PACKED AS FOLLOWS: | SHIP DATE 05/25/03 | | | |

BILL-TO:    BATH BY TOWN & COUNTRY INC.
            475 OBERLIN AVENUE SOUTH

DATE: 02/11/03
                        LAKEWOOD, NJ          ** P.O. NO.: 01778-00
                        08701-6904            *********************

* * *    * * *    * * *    P U R C H A S E   O R D E R S    * * *    * * *    * * *

        37915
VENDOR: P. KAUFMAN, INC.              SHIP   BATH BY TOWN & COUNTRY INC
        2 PARK AVENUE                 TO : 12610 SHOEMAKER AVE
        16TH FLOOR                          SANTA FE SPRINGS, CA
        NEW YORK, NY                        90670
        10016
  ATTN: TERRY FIORI

* * *    * * *    * * *    * * *    * * *    * * *    * * *    * * *    * * *    * * *

SHIP DATE: 04/25/03    SHIP VIA : OCEAN          TERMS: NET 60

F.O.B. :                          FREIGHT: FOB

* * *    * * *    * * *    * * *    * * *    * * *    * * *    * * *    * * *    * * *

| LN | STYLE | COL | UPC CODE | QUANTITY | UM | UNIT PRICE | AMOUNT |
|----|-------|-----|----------|----------|----|-----------|--------|
|    | 1 PC PER INNER-24 PCS PER MASTER CARTON<br>PACKAGING TO BE USED:<br>H20 PACKAGING | | | | | | |
| 011 | 3020289 | 102 | 636765023994 | 480 | EA | 8.75 | 4,200.00 |
|    | PARACHUTE POLY IVORY BBB<br>CARTONS ARE TO BE PACKED AS FOLLOWS:<br>1 PC PER INNER-24 PCS PER MASTER CARTON<br>PACKAGING TO BE USED:<br>H20 PACKAGING | | SHIP DATE: 05/25/03 | | | | |
| 012 | 3020289 | 100 | 636765023987 | 480 | EA | 8.75 | 4,200.00 |
|    | PARACHUTE POLY WHITE BBB<br>CARTONS ARE TO BE PACKED AS FOLLOWS:<br>1 PC PER INNER-24 PCS PER MASTER CARTON<br>PACKAGING TO BE USED:<br>H20 PACKAGING | | SHIP DATE: 05/25/03 | | | | |

BILL TO:   BATH BY TOWN & COUNTRY INC.          PAGE: 5
                475 OBERLIN AVENUE SOUTH
DATE: 02/11/03
                   LAKEWOOD, NJ          ** P.O. NO.: 01778-00
                   08701-6904            ***.************

*** *** *** P U R C H A S E   O R D E R S * * *   * * *   * * *

          32915
VENDOR: P. KAUFMAN, INC.          SHIP: BATH BY TOWN & COUNTRY INC
        2 PARK AVENUE             TO : 12610 SHOEMAKER AVE
        16TH FLOOR                     SANTA FE SPRINGS, CA
        NEW YORK, NY                   90670
        10016
   ATTN: TERRY FIORE

*** *** *** *** *** *** *** *** *** *** *** ***

SHIP DATE: 04/25/03   SHIP VIA : OCEAN        TERMS: NET 60

F.O.B. :                          FREIGHT: FOB

*** *** *** *** *** *** *** *** *** *** *** ***

UM  STYLE    COL     UPC CODE      QUANTITY  UM UNIT PRICE   AMOUNT

COMMENTS:                          ORDER TOTAL:   105,420.00
     MARK ALL CARTONS & BILL OF LADING NO. 01778
     BILL OF LADING MUST BE INCLUDED WITH INVOICE
     PACKING SLIP MUST BE ENCLOSED

     ACCEPTANCE OF P.O. AS WRITTEN
     WILL BE BINDING UNLESS NOTIFIED      BUYER (00000):_____

```
                 BILL-TO:   BATH BY TOWN & COUNTRY INC.
                            475 OBERLIN AVENUE SOUTH              PAGE: 1
DATE: 05/06/03
                            LAKEWOOD, NJ          ** P.O. NO.: 01871-00
                            08701-6904            ********************
```

`* * *  * * *  * * *  P U R C H A S E   O R D E R S  * * *  * * *  * * *`

```
           37915
VENDOR: P. KAUFMAN, INC.          ┌──────────────────────────────────┐
        2 PARK AVENUE             │SHIP:  BATH BY TOWN & COUNTRY INC  │
        16TH FLOOR                │ TO : 12610 SHOEMAKER AVE          │
        NEW YORK, NY              │       SANTA FE SPRINGS, CA        │
        10016                     │       90670                       │
  ATTN: TERRY FIORI               └──────────────────────────────────┘
```

`* * *  * * *  * * *  * * *  * * *   * * *  * * *  * * *  * * *  * * *`

SHIP DATE: 06/08/03   SHIP VIA : OCEAN          TERMS: NET 60

F.O.B. :                        FREIGHT: FOB

`* * *  * * *  * * *  * * *  * * *   * * *  * * *  * * *  * * *  * * *`

| LN | STYLE | COL | UPC CODE | QUANTITY | UM | UNIT PRICE | AMOUNT |
|----|-------|-----|----------|----------|----|-----------|--------|
| 001 | 3020289 | 100 | 636765023987 | 600 | EA | 8.75 | 5,250.00 |

PARACHUTE POLY WHITE BBB
CARTONS ARE TO BE PACKED AS FOLLOWS:
1 PC PER INNER-24 PCS PER MASTER CARTON
PACKAGING TO BE USED:
H2O PACKAGING

| 002 | 3020289 | 102 | 636765023994 | 432 | EA | 8.75 | 3,780.00 |

PARACHUTE POLY IVORY BBB
CARTONS ARE TO BE PACKED AS FOLLOWS:
1 PC PER INNER-24 PCS PER MASTER CARTON
PACKAGING TO BE USED:
H2O PACKAGING

| 003 | 3020289 | 282 | 636765024007 | 240 | EA | 8.75 | 2,100.00 |

PARACHUTE POLY LINEN BBB
CARTONS ARE TO BE PACKED AS FOLLOWS:
1 PC PER INNER-24 PCS PER MASTER CARTON
PACKAGING TO BE USED:
H2O PACKAGING

| 004 | 3020289 | 333 | 636765024021 | 336 | EA | 8.75 | 2,940.00 |

PARACHUTE POLY SAGE BBB
CARTONS ARE TO BE PACKED AS FOLLOWS:

*given to*
*CSRW.*

```
             BILL-TO:   BATH BY TOWN & COUNTRY INC.              PAGE: 2
                        475 OBERLIN AVENUE SOUTH
DATE: 05/06/03
                           LAKEWOOD, NJ            ** P.O. NO.: 01871-00
                           08701-6904             **********************
```

\* \* \*   \* \* \*   \* \* \*   P U R C H A S E   O R D E R S   \* \* \*   \* \* \*   \* \* \*

```
          37915
VENDOR: P. KAUFMAN, INC.            ┌─────────────────────────────────┐
        2 PARK AVENUE              │SHIP:  BATH BY TOWN & COUNTRY INC │
        16TH FLOOR                 │ TO : 12610 SHOEMAKER AVE         │
        NEW YORK, NY               │      SANTA FE SPRINGS, CA        │
        10016                      │      90670                       │
  ATTN: TERRY FIORI                └─────────────────────────────────┘
```

\* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*

```
SHIP DATE: 06/08/03   SHIP VIA : OCEAN            TERMS: NET 60

F.O.B. :                        FREIGHT: FOB
```

\* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*

| LN | STYLE | COL | UPC CODE | QUANTITY | UM | UNIT PRICE | AMOUNT |
|----|-------|-----|----------|----------|----|-----------|--------|

```
    1 PC PER INNER-24 PCS PER MASTER CARTON
    PACKAGING TO BE USED:
    H20 PACKAGING
```

```
COMMENTS:                               ORDER TOTAL:    14,070.00
    MARK ALL CARTONS & BILL OF LADING NO. 01871
    BILL OF LADING MUST BE INCLUDED WITH INVOICE
    PACKING SLIP MUST BE ENCLOSED

    ACCEPTANCE OF P.O. AS WRITTEN
    WILL BE BINDING UNLESS NOTIFIED      BUYER (00000):_____
```

```
                    BILL-TO:   BATH BY TOWN & COUNTRY INC.              PAGE: 1
                               475 OBERLIN AVENUE SOUTH
DATE: 07/01/03
                                  LAKEWOOD, NJ            ** P.O. NO.: 01926-00
                                  08701-6904              *********************
* * *   * * *   * * *   P U R C H A S E   O R D E R S   * * *   * * *   * * *
                                                          AMENDMENT01

         37915
VENDOR: P. KAUFMAN, INC.               |SHIP:   BATH BY TOWN & COUNTRY INC
        2 PARK AVENUE                   | TO : 12610 SHOEMAKER AVE
        16TH FLOOR                      |       SANTA FE SPRINGS, CA
        NEW YORK, NY                    |       90670
        10016
  ATIN: TERRY FIORI
```

* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

```
SHIP DATE: 08/03/03   SHIP VIA : OCEAN         TERMS: NET 60

F.O.B. :                        FREIGHT: FOB
```

* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

| N | STYLE | COL | UPC CODE | QUANTITY | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 01 | 3020289 | 710 | 636765025677 | 1,824 | EA | 8.75 | 15,960.00 |

    PARACHUTE FSC GOLD BB&B
CARTONS ARE TO BE PACKED AS FOLLOWS:
1 PC PER INNER-24 PCS PER MASTER CARTON
PACKAGING TO BE USED:
H20 PACKAGING

| 02 | 3020289 | 801 | 636765025684 | 1,824 | EA | 8.75 | 15,960.00 |

    PARACHUTE FSC CINNAMON BB&B
CARTONS ARE TO BE PACKED AS FOLLOWS:
1 PC PER INNER-24 PCS PER MASTER CARTON
PACKAGING TO BE USED:
H20 PACKAGING

```
COMMENTS:                              ORDER TOTAL:   31,920.00
   MARK ALL CARTONS & BILL OF LADING NO. 01926
   BILL OF LADING MUST BE INCLUDED WITH INVOICE
   PACKING SLIP MUST BE ENCLOSED

   ACCEPTANCE OF P.O. AS WRITTEN
   WILL BE BINDING UNLESS NOTIFIED
                                       BUYER (00000): _____
```

```
              BILL-TO:  BATH BY TOWN & COUNTRY INC.           PAGE: 1
                        475 OBERLIN AVENUE SOUTH
DATE: 07/02/03
                        LAKEWOOD, NJ           ** P.O. NO.: 01928-00
                        08701-6904             ************************
```

\* \* \*    \* \* \*    \* \* \*    **P U R C H A S E   O R D E R S**    \* \* \*    \* \* \*    \* \* \*

```
          37915
VENDOR: P. KAUFMAN, INC.           ┌──────────────────────────────────┐
        2 PARK AVENUE              │SHIP:  BATH BY TOWN & COUNTRY INC │
        16TH FLOOR                 │ TO : 12610 SHOEMAKER AVE         │
        NEW YORK, NY               │      SANTA FE SPRINGS, CA        │
        10016                      │      90670                       │
  ATTN: TERRY FIORI                └──────────────────────────────────┘
```

\* \* \*    \* \* \*    \* \* \*    \* \* \*    \* \* \*    \* \* \*    \* \* \*    \* \* \*    \* \* \*    \* \* \*

```
SHIP DATE: 09/19/03   SHIP VIA : OCEAN          TERMS: NET 60

F.O.B. :                         FREIGHT: FOB
```

\* \* \*    \* \* \*    \* \* \*    \* \* \*    \* \* \*    \* \* \*    \* \* \*    \* \* \*    \* \* \*    \* \* \*

| LN | STYLE | COL | UPC CODE | QUANTITY | UM | UNIT PRICE | AMOUNT |
|----|-------|-----|----------|----------|----|-----------|--------|
| 001 | 3020289 | 100 | 636765023987 | 3,768 | EA | 8.75 | 32,970.00 |

```
        PARACHUTE POLY WHITE BBB
        CARTONS ARE TO BE PACKED AS FOLLOWS:
        1 PC PER INNER-24 PCS PER MASTER CARTON
        PACKAGING TO BE USED:
        H20 PACKAGING
```

| LN | STYLE | COL | UPC CODE | QUANTITY | UM | UNIT PRICE | AMOUNT |
|----|-------|-----|----------|----------|----|-----------|--------|
| 002 | 3020289 | 102 | 636765023994 | 1,776 | EA | 8.75 | 15,540.00 |

```
        PARACHUTE POLY IVORY BBB
        CARTONS ARE TO BE PACKED AS FOLLOWS:
        1 PC PER INNER-24 PCS PER MASTER CARTON
        PACKAGING TO BE USED:
        H20 PACKAGING
```

| LN | STYLE | COL | UPC CODE | QUANTITY | UM | UNIT PRICE | AMOUNT |
|----|-------|-----|----------|----------|----|-----------|--------|
| 003 | 3020289 | 333 | 636765024021 | 384 | EA | 8.75 | 3,360.00 |

```
        PARACHUTE POLY SAGE BBB
        CARTONS ARE TO BE PACKED AS FOLLOWS:
        1 PC PER INNER-24 PCS PER MASTER CARTON
        PACKAGING TO BE USED:
        H20 PACKAGING
```

| LN | STYLE | COL | UPC CODE | QUANTITY | UM | UNIT PRICE | AMOUNT |
|----|-------|-----|----------|----------|----|-----------|--------|
| 004 | 3020289 | 022 | 636765024014 | 432 | EA | 8.75 | 3,780.00 |

```
        PARACHUTE POLY SMOKE BBB
        CARTONS ARE TO BE PACKED AS FOLLOWS:
```

```
                    BILL-TO:   BATH BY TOWN & COUNTRY INC.              PAGE: 2
                               475 OBERLIN AVENUE SOUTH
DATE: 07/02/03
                                    LAKEWOOD, NJ          ** P.O. NO.: 01928-00
                                    08701-6904            ********************

* * *   * * *   * * *  P U R C H A S E   O R D E R S  * * *   * * *   * * *

        37915
VENDOR: P. KAUFMAN, INC.              SHIP:  BATH BY TOWN & COUNTRY INC
        2 PARK AVENUE                 TO :  12610 SHOEMAKER AVE
        16TH FLOOR                          SANTA FE SPRINGS, CA
        NEW YORK, NY                        90670
        10016
  ATTN: TERRY FIORI

* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

SHIP DATE: 09/19/03   SHIP VIA : OCEAN          TERMS: NET 60

F.O.B. :                             FREIGHT: FOB

* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

LN  STYLE     COL      UPC CODE       QUANTITY   UM  UNIT PRICE    AMOUNT
---------------------------------------------------------------------------
    1 PC PER INNER-24 PCS PER MASTER CARTON
    PACKAGING TO BE USED:
    H20 PACKAGING
```

```
COMMENTS:                              ORDER TOTAL:   55,650.00
    MARK ALL CARTONS & BILL OF LADING NO. 01928
    BILL OF LADING MUST BE INCLUDED WITH INVOICE
    PACKING SLIP MUST BE ENCLOSED

    ACCEPTANCE OF P.O. AS WRITTEN
    WILL BE BINDING UNLESS NOTIFIED      BUYER (00000):_____
```

```
                BILL-TO:    BATH BY TOWN & COUNTRY INC.              PAGE: 1
                            475 OBERLIN AVENUE SOUTH
DATE: 07/02/03
                            LAKEWOOD, NJ              ** P.O. NO.: 01928-00
                            08701-6904               **********************

  * * *   * * *   * * *   P U R C H A S E   O R D E R S   * * *   * * *   * * *

          37915
VENDOR: P. KAUFMAN, INC.              SHIP:  BATH BY TOWN & COUNTRY INC
        2 PARK AVENUE                 TO : 12610 SHOEMAKER AVE
        16TH FLOOR                          SANTA FE SPRINGS, CA
        NEW YORK, NY                        90670
        10016
  ATTN: TERRY FIORI

  * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

  SHIP DATE: 08/03/03   SHIP VIA : OCEAN            TERMS: NET 60

  F.O.B. :                         FREIGHT: FOB

  * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

  LN   STYLE     COL      UPC CODE      QUANTITY   UM   UNIT PRICE   AMOUNT
  -----------------------------------------------------------------------
  001  3020289   100     636765023987    3,768     EA     8.75     32,970.00
            PARACHUTE POLY WHITE BBB
       CARTONS ARE TO BE PACKED AS FOLLOWS:
       1 PC PER INNER-24 PCS PER MASTER CARTON
       PACKAGING TO BE USED:
       H20 PACKAGING

  002  3020289   102     636765023994    1,776     EA     8.75     15,540.00
            PARACHUTE POLY IVORY BBB
       CARTONS ARE TO BE PACKED AS FOLLOWS:
       1 PC PER INNER-24 PCS PER MASTER CARTON
       PACKAGING TO BE USED:
       H20 PACKAGING

  003  3020289   333     636765024021     384      EA     8.75      3,360.00
            PARACHUTE POLY SAGE BBB
       CARTONS ARE TO BE PACKED AS FOLLOWS:
       1 PC PER INNER-24 PCS PER MASTER CARTON
       PACKAGING TO BE USED:
       H20 PACKAGING

  004  3020289   022     636765024014     432      EA     8.75      3,780.00
            PARACHUTE POLY SMOKE BBB
       CARTONS ARE TO BE PACKED AS FOLLOWS:
```

```
              BILL-TO:   BATH BY TOWN & COUNTRY INC.              PAGE: 2
                         475 OBERLIN AVENUE SOUTH
DATE: 07/02/03
                          LAKEWOOD, NJ           ** P.O. NO.: 01928-00
                          08701-6904             ***********************


* * *   * * *   * * *   P U R C H A S E   O R D E R S   * * *   * * *   * * *

         37915
VENDOR: P. KAUFMAN, INC.          SHIP:  BATH BY TOWN & COUNTRY INC
        2 PARK AVENUE             TO :  12610 SHOEMAKER AVE
        16TH FLOOR                      SANTA FE SPRINGS, CA
        NEW YORK, NY                    90670
        10016
  ATTN: TERRY FIORI


* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

SHIP DATE: 08/03/03   SHIP VIA : OCEAN              TERMS: NET 60

F.O.B. :                          FREIGHT: FOB


* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

LN   STYLE      COL      UPC CODE       QUANTITY   UM  UNIT PRICE    AMOUNT
--------  -------------------------------------------------------------------
     1 PC PER INNER-24 PCS PER MASTER CARTON
     PACKAGING TO BE USED:
     H20 PACKAGING
```

```
COMMENTS:                              ORDER TOTAL:    55,650.00
    MARK ALL CARTONS & BILL OF LADING NO. 01928
    BILL OF LADING MUST BE INCLUDED WITH INVOICE
    PACKING SLIP MUST BE ENCLOSED

    ACCEPTANCE OF P.O. AS WRITTEN
    WILL BE BINDING UNLESS NOTIFIED      BUYER (00000):_____
```

```
            BILL-TO-  BATH BY TOWN & COUNTRY INC.              PAGE: 1
                      475 OBERLIN AVENUE SOUTH
DATE: 08/06/03
                        LAKEWOOD, NJ          ** P.O. NO.: 02004-30
                         08701-6904          **********************

* * *   * * *   * * *   P U R C H A S E   O R D E R S   * * *   * * *   * * *

         37915
VENDOR: P  KAUFMAN, INC.            ┌─────────────────────────────────┐
         2 PARK AVENUE             │SHIP:  BATH BY TOWN & COUNTRY INC │
         16TH FLOOR                │ TO : 12610 SHOEMAKER AVE         │
         NEW YORK, NY              │      SANTA FE SPRINGS, CA        │
         10016                     │      90670                       │
  ATTN: TERRY FIORI                │                                  │
                                   └─────────────────────────────────┘

* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

SHIP DATE: 10/30/03   SHIP VIA : OCEAN              TERMS: NET 60

F.O.B. :                        FREIGHT: FOB

* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

LN  STYLE     COL      UPC CODE      QUANTITY   UM  UNIT PRICE   AMOUNT
--- -------  -----  ------------     --------   --  ----------   ------
001 3020289   022     636765024014    1,608     EA     8.75    14,070.00
        PARACHUTE POLY SMOKE BBB
    CARTONS ARE TO BE PACKED AS FOLLOWS:
    1 PC PER INNER-24 PCS PER MASTER CARTON
    PACKAGING TO BE USED:
    H20 PACKAGING

002 3020289   100     636765023987    2,808     EA     8.75    24,570.00
        PARACHUTE POLY WHITE BBB
    CARTONS ARE TO BE PACKED AS FOLLOWS:
    1 PC PER INNER-24 PCS PER MASTER CARTON
    PACKAGING TO BE USED:
    H20 PACKAGING

003 3020289   102     636765023994    1,632     EA     8.75    14,280.00
        PARACHUTE POLY IVORY BBB
    CARTONS ARE TO BE PACKED AS FOLLOWS:
    1 PC PER INNER-24 PCS PER MASTER CARTON
    PACKAGING TO BE USED:
    H20 PACKAGING

004 3020289   333     636765024021    1,176     EA     8.75    10,290.00
        PARACHUTE POLY SAGE BBB
    CARTONS ARE TO BE PACKED AS FOLLOWS:
```

```
                BILL TO:   BATH BY TOWN & COUNTRY INC.              PAGE: 2
                           475 OBERLIN AVENUE SOUTH
DATE: 08/06/03
                              LAKEWOOD, NJ            ** P.O. NO.: 02004-00
                               08701-6904            ********************

: * *   * * *   * * *  P U R C H A S E   O R D E R S  * * *   * * *   * * *

          37915
VENDOR: P. KAUFMAN, INC.            SHIP:  BATH BY TOWN & COUNTRY INC
        2 PARK AVENUE                 TO · 12610 SHOEMAKER AVE
        16TH FLOOR                         SANTA FE SPRINGS, CA
        NEW YORK, NY                       90670
        10016
  ATTN: TERRY FIORI

* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

SHIP DATE: 10/30/03   SHIP VIA : OCEAN            TERMS: NET 60

F.O.B. :                            FREIGHT. FOB

* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

LN   STYLE      COL     UPC CODE       QUANTITY   UM UNIT PRICE    AMOUNT
------------------------------------------------- ---------------------------
     1 PC PER INNER-24 PCS PER MASTER CARTON
     PACKAGING TO BE USED:
     H2O PACKAGING




COMMENTS :                            ORDER TOTAL:     63,210.00
     MARK ALL CARTONS & BILL OF LADING NO. 02004
     BILL OF LADING MUST BE INCLUDED WITH INVOICE
     PACKING SLIP MUST BE ENCLOSED

     ACCEPTANCE OF P.O. AS WRITTEN
     WILL BE BINDING UNLESS NOTIFIED       BUYER (00000):_____
```

```
            BILL-TO:  BATH BY TOWN & COUNTRY INC.          PAGE: 1
                      475 OBERLIN AVENUE SOUTH
DATE: 09/08/03
                           LAKEWOOD, NJ          ** P.O. NO.: 02039-00
                           08701-6904            **********************

* * *   * * *   * * *   P U R C H A S E   O R D E R S   * * *   * * *   * * *

         37915
VENDOR: P. KAUFMAN, INC.          ┌──────────────────────────────────┐
        2 PARK AVENUE             │ SHIP:  BATH BY TOWN & COUNTRY INC.│
        16TH FLOOR                │ TO : 12610 SHOEMAKER AVE.         │
        NEW YORK, NY              │      SANTA FE SPRINGS, CA         │
        10016                     │      90670                        │
   ATTN: TERRY FIORI              │                                   │
                                  └──────────────────────────────────┘

* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

SHIP DATE: 11/15/03   SHIP VIA : OCEAN              TERMS: NET 60

F.O.B. :                            FREIGHT: FOB

* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *
```

| LN | STYLE | COL | UPC CODE | QUANTITY | UM | UNIT PRICE | AMOUNT |
|----|-------|-----|----------|----------|----|-----------|--------|
| 001 | 3020289 | 022 | 636765024014 | 1,512 | EA | 8.75 | 13,230.00 |

PARACHUTE POLY SMOKE BBB
CARTONS ARE TO BE PACKED AS FOLLOWS:
1 PC PER INNER-24 PCS PER MASTER CARTON
PACKAGING TO BE USED:
H2O PACKAGING

| 002 | 3020289 | 100 | 636765023987 | 2,808 | EA | 8.75 | 24,570.00 |

PARACHUTE POLY WHITE BBB
CARTONS ARE TO BE PACKED AS FOLLOWS:
1 PC PER INNER-24 PCS PER MASTER CARTON
PACKAGING TO BE USED:
H2O PACKAGING

| 003 | 3020289 | 102 | 636765023994 | 1,416 | EA | 8.75 | 12,390.00 |

PARACHUTE POLY IVORY BBB
CARTONS ARE TO BE PACKED AS FOLLOWS:
1 PC PER INNER-24 PCS PER MASTER CARTON
PACKAGING TO BE USED:
H2O PACKAGING

| 004 | 3020289 | 333 | 636765024021 | 1,704 | EA | 8.75 | 14,910.00 |

PARACHUTE POLY SAGE BBB
CARTONS ARE TO BE PACKED AS FOLLOWS:

```
            BILL-TO:   BATH BY TOWN & COUNTRY INC.              PAGE: 2
                       475 OBERLIN AVENUE SOUTH
DATE: 09/08/03
                       LAKEWOOD, NJ            ** P.O. NO.: 02039-00
                       08701-6904             *********************

* * *  * * *  * * *  P U R C H A S E   O R D E R S  * * *  * * *  * * *

        37915
VENDOR: P. KAUFMAN, INC.          SHIP: BATH BY TOWN & COUNTRY INC
        2 PARK AVENUE              TO : 12610 SHOEMAKER AVE
        16TH FLOOR                      SANTA FE SPRINGS, CA
        NEW YORK, NY                    90670
        10016
  ATTN: TERRY FIORI

* * *  * * *  * * *  * * *  * * *  * * *  * * *  * * *  * * *  * * *

SHIP DATE: 11/15/03   SHIP VIA : OCEAN           TERMS: NET 60

F.O.B. :                          FREIGHT: FOB

* * *  * * *  * * *  * * *  * * *  * * *  * * *  * * *  * * *  * * *

LN   STYLE    COI     UPC CODE      QUANTITY  UM  UNIT PRICE    AMOUNT
--------------------------------------------------------------------
     1 PC PER INNER-24 PCS PER MASTER CARTON
     PACKAGING TO BE USED:
     H2O PACKAGING
```

```
COMMENTS:                         ORDER TOTAL:    65,100.00
    MARK ALL CARTONS & BILL OF LADING NO. 02039
    BILL OF LADING MUST BE INCLUDED WITH INVOICE
    PACKING SLIP MUST BE ENCLOSED

    ACCEPTANCE OF P.O. AS WRITTEN
    WILL BE BINDING UNLESS NOTIFIED      BUYER (00000):_____
```

BILL-TO:  BATH BY TOWN & COUNTRY INC.                    PAGE: 1
                  475 OBERLIN AVENUE SOUTH
DATE: 09/08/03
                            LAKEWOOD, NJ            ** P.O. NO.: 02040-00
                            08701-6904              *********************

* * *   * * *   * * *   P U R C H A S E   O R D E R S . * * *   * * *   * * *

        37915
VENDOR: P. KAUFMAN, INC.                 ┌─────────────────────────────────────┐
        2 PARK AVENUE                    │ SHIP:  BATH BY TOWN & COUNTRY INC    │
        16TH FLOOR                       │ TO : 12610 SHOEMAKER AVE            │
        NEW YORK, NY                     │      SANTA FE SPRINGS, CA           │
        10016                            │      90670                          │
  ATTN, TERRY FIORI                      └─────────────────────────────────────┘

* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *
             12/5
SHIP DATE: 12/15/03   SHIP VIA : OCEAN              TERMS: NET 60

F.O.B. :                            FREIGHT: FOB

* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

LN   STYLE    COL      UPC CODE      QUANTITY   UM  UNIT PRICE   AMOUNT
------------------------------------------------------------------------
001  3020289   022   636765024014    1,944     EA     8.75    17,010.00
         PARACHUTE POLY SMOKE BBB
     CARTONS ARE TO BE PACKED AS FOLLOWS:
     1 PC PER INNER-24 PCS PER MASTER CARTON
     PACKAGING TO BE USED:
     H20 PACKAGING

002  3020289   100   636765023987    2,928     EA     8.75    25,620.00
         PARACHUTE POLY WHITE BBB
     CARTONS ARE TO BE PACKED AS FOLLOWS:
     1 PC PER INNER-24 PCS PER MASTER CARTON
     PACKAGING TO BE USED:
     H20 PACKAGING

003  3020289   102   636765023994    2,112     EA     8.75    18,480.00
         PARACHUTE POLY IVORY BBB
     CARTONS ARE TO BE PACKED AS FOLLOWS:
     1 PC PER INNER-24 PCS PER MASTER CARTON
     PACKAGING TO BE USED:
     H20 PACKAGING

004  3020289   282   636765024007    1,776     EA     8.75    15,540.00
         PARACHUTE POLY LINEN BBB
     CARTONS ARE TO BE PACKED AS FOLLOWS.

```
            BILL-TO:   BATH BY TOWN & COUNTRY INC.            PAGE: 2
                       475 OBERLIN AVENUE SOUTH
DATE: 09/08/03
                          LAKEWOOD, NJ           ** P.O. NO.: 02040-00
                          08701-6904             **********************
```

\* \* \*   \* \* \*   \* \* \*   P U R C H A S E   O R D E R S   \* \* \*   \* \* \*   \* \* \*

```
        37915
VENDOR: P. KAUFMAN, INC.          ┌─────────────────────────────────────┐
        2 PARK AVENUE             │SHIP:  BATH BY TOWN & COUNTRY INC     │
        16TH FLOOR                │TO :  12610 SHOEMAKER AVE             │
        NEW YORK, NY              │      SANTA FE SPRINGS, CA            │
        10016                     │      90670                          │
  ATTN: TERRY FIORI               │                                     │
                                  └─────────────────────────────────────┘
```

\* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*

```
SHIP DATE: 12/15/03   SHIP VIA : OCEAN            TERMS: NET 60

F.O.B. :                          FREIGHT: FOB
```

\* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*

| LN | STYLE | COL | UPC CODE | QUANTITY | UM | UNIT PRICE | AMOUNT |
|----|-------|-----|----------|----------|----|-----------|--------|
| | | | | | | | |

```
        1 PC PER INNER-24 PCS PER MASTER CARTON
        PACKAGING TO BE USED:
        H20 PACKAGING

005 3020289   333      636765024021    1,992   EA     8.75     17,430.00
        PARACHUTE POLY SAGE BBB
        CARTONS ARE TO BE PACKED AS FOLLOWS:
        1 PC PER INNER-24 PCS PER MASTER CARTON
        PACKAGING TO BE USED:
        H20 PACKAGING

006 3020289   533      636765024038    1,248   EA     8.75     10,920.00
        PARACHUTE POLY AMETHYST BBB
        CARTONS ARE TO BE PACKED AS FOLLOWS:
        1 PC PER INNER-24 PCS PER MASTER CARTON
        PACKAGING TO BE USED:
        H20 PACKAGING
```

```
              BILL-TO:   BATH BY TOWN & COUNTRY INC.          PAGE: 3
                         475 OBERLIN AVENUE SOUTH
DATE: 09/08/03
                           LAKEWOOD, NJ          ** P.O. NO.: 02040-00
                            08701-6904           *********************
```

```
* * *   * * *   * * *   P U R C H A S E   O R D E R S   * * *   * * *   * * *
```

```
         37915
VENDOR: P. KAUFMAN, INC.              SHIP:  BATH BY TOWN & COUNTRY INC
         2 PARK AVENUE                 TO :  12610 SHOEMAKER AVE
         16TH FLOOR                          SANTA FE SPRINGS, CA
         NEW YORK, NY                        90670
         10016
  ATTN: TERRY FIORI
```

```
* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *
```

```
SHIP DATE: 12/15/03   SHIP VIA : OCEAN              TERMS: NET 60

F.O.B. :                           FREIGHT: FOB
```

```
* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *
```

```
LN  STYLE      COL     UPC CODE        QUANTITY  UM UNIT PRICE   AMOUNT
--  ---------------------------------------------  -------------------------
```

```
COMMENTS:                          ORDER TOTAL:   105,000.00
    MARK ALL CARTONS & BILL OF LADING NO. 02940
    BILL OF LADING MUST BE INCLUDED WITH INVOICE
    PACKING SLIP MUST BE ENCLOSED

    ACCEPTANCE OF P.O. AS WRITTEN
    WILL BE BINDING UNLESS NOTIFIED       BUYER (00000): _____
```

```
                    BILL-TO:   BATH BY TOWN & COUNTRY INC.                    PAGE: 1
                               475 OBERLIN AVENUE SOUTH
    DATE: 10/03/03
                               LAKEWOOD, NJ           ** P.O. NO.: 02076-00
                               08701-6904             *********************
```

```
* * *    * * *    * * *   P U R C H A S E   O R D E R S   * * *   * * *   * * *
```

```
            37915
    VENDOR: P. KAUFMAN, INC.            ┌─────────────────────────────────────┐
            2 PARK AVENUE              │SHIP:  BATH BY TOWN & COUNTRY INC     │
            16TH FLOOR                 │ TO : 12610 SHOEMAKER AVE             │
            NEW YORK, NY               │      SANTA FE SPRINGS, CA            │
            10016                      │      90670                           │
      ATTN: TERRY FIORI                └─────────────────────────────────────┘
```

```
* * *    * * *    * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *
                   12|19
    SHIP DATE: 01/16/04   SHIP VIA · OCEAN              TERMS: NET 60

    F.O.B. :                         FREIGHT: FOB
```

```
* * *    * * *    * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *
```

| LN | STYLE | COL | UPC CODE | QUANTITY | UM | UNIT PRICE | AMOUNT |
|----|-------|-----|----------|----------|----|-----------|--------|
| 001 | 3020289 | 022 | 636765024014 | 2,112 | EA | 8.75 | 18,480.00 |

```
              PARACHUTE POLY SMOKE BBB
         CARTONS ARE TO BE PACKED AS FOLLOWS:
         1 PC PER INNER-24 PCS PER MASTER CARTON
         PACKAGING TO BE USED:
         H2O PACKAGING
```

| 002 | 3020289 | 100 | 636765023987 | 672 | EA | 8.75 | 5,880.00 |
|-----|---------|-----|--------------|-----|----|----|----------|

```
              PARACHUTE POLY WHITE BBB
         CARTONS ARE TO BE PACKED AS FOLLOWS:
         1 PC PER INNER-24 PCS PER MASTER CARTON
         PACKAGING TO BE USED:
         H2O PACKAGING
```

| 003 | 3020289 | 102 | 636765023994 | 2,256 | EA | 8.75 | 19,740.00 |
|-----|---------|-----|--------------|-------|----|----|-----------|

```
              PARACHUTE POLY IVORY BBB
         CARTONS ARE TO BE PACKED AS FOLLOWS:
         1 PC PER INNER-24 PCS PER MASTER CARTON
         PACKAGING TO BE USED:
         H2O PACKAGING
```

| 004 | 3020289 | 282 | 636765024007 | 2,496 | EA | 8.75 | 21,840.00 |
|-----|---------|-----|--------------|-------|----|----|-----------|

```
              PARACHUTE POLY LINEN BBB
         CARTONS ARE TO BE PACKED AS FOLLOWS:
```

BILL-TO:  BATH BY TOWN & COUNTRY INC.                 PAGE: 2
                  475 OBERLIN AVENUE SOUTH

DATE: 10/03/03
                       LAKEWOOD, NJ                ** P.O. NO.: 02076-00
                       08701-6904                 ********************

* * *   * * *   * * *   P U R C H A S E   O R D E R S   * * *   * * *   * * *

         37915
VENDOR: P. KAUFMAN, INC.            | SHIP:  BATH BY TOWN & COUNTRY INC
         2 PARK AVENUE              | TO :  12610 SHOEMAKER AVE
         16TH FLOOR                 |       SANTA FE SPRINGS, CA
         NEW YORK, NY               |       90670
         10016                      |
  ATTN: TERRY FIORI                 |

* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

SHIP DATE: 01/16/04   SHIP VIA : OCEAN          TERMS: NET 60

F.O.B. :                           FREIGHT: FOB

* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

| LN | STYLE | COL | UPC CODE | QUANTITY | UM | UNIT PRICE | AMOUNT |
|----|-------|-----|----------|----------|-----|-----------|--------|
|    | 1 PC PER INNER-24 PCS PER MASTER CARTON | | | | | | |
|    | PACKAGING TO BE USED: | | | | | | |
|    | H20 PACKAGING | | | | | | |
| 005 | 3020289 | 333 | 636765024021 | 2.184 | EA | 8.75 | 19,110.00 |
|    | PARACHUTE POLY SAGE BBB | | | | | | |
|    | CARTONS ARE TO BE PACKED AS FOLLOWS: | | | | | | |
|    | 1 PC PER INNER-24 PCS PER MASTER CARTON | | | | | | |
|    | PACKAGING TO BE USED: | | | | | | |
|    | H20 PACKAGING | | | | | | |
| 006 | 3020289 | 533 | 636765024038 | 1.728 | EA | 8.75 | 15,120.00 |
|    | PARACHUTE POLY AMETHYST BBB | | | | | | |
|    | CARTONS ARE TO BE PACKED AS FOLLOWS: | | | | | | |
|    | 1 PC PER INNER-24 PCS PER MASTER CARTON | | | | | | |
|    | PACKAGING TO BE USED: | | | | | | |
|    | H20 PACKAGING | | | | | | |

        BBB PRETICKET REQUIRED

BILL-TO:   BATH BY TOWN & COUNTRY INC.                    PAGE: 3
                   475 OBERLIN AVENUE SOUTH

DATE: 10/03/03
                          LAKEWOOD, NJ           ** P.O. NO.: 02076-00
                           08701-6904            ***********************

* * *  * * *  * * *   P U R C H A S E   O R D E R S   * * *  * * *  * * *

        37915
VENDOR: P. KAUFMAN, INC.              SHIP:  BATH BY TOWN & COUNTRY INC
        2 PARK AVENUE                 TO : 12610 SHOEMAKER AVE
        16TH FLOOR                          SANTA FE SPRINGS, CA.
        NEW YORK, NY                        90670
        10016
  ATTN: TERRY FIORI

* * *  * * *  * * *  * * *  * * *   * * *  * * *  * * *  * * *  * * *

SHIP DATE: 01/16/04   SHIP VIA : OCEAN            TERMS: BBB PRETICKET REQUIRED

F.O.B. :                          FREIGHT: FOB

* * *  * * *  * * *  * * *  * * *   * * *  * * *  * * *  * * *  * * *

LN  STYLE    COL    UPC CODE      QUANTITY  UM  UNIT PRICE   AMOUNT
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COMMENTS:                          ORDER TOTAL:   100,170.00
   MARK ALL CARTONS & BILL OF LADING NO. 02076
   BILL OF LADING MUST BE INCLUDED WITH INVOICE
   PACKING SLIP MUST BE ENCLOSED

   ACCEPTANCE OF P.O. AS WRITTEN
   WILL BE BINDING UNLESS NOTIFIED      BUYER (00000):_____

Copy to Margie /  10/3/03 .
        Terry

```
                BILL-TO:   BATH BY TOWN & COUNTRY INC.          PAGE: 1
                           475 OBERLIN AVENUE SOUTH
DATE: 11/11/03
                           LAKEWOOD, NJ            ** P.O. NO.: 02105-00
                           08701-6904             *************************
```

```
* * *   * * *   * * *   P U R C H A S E   O R D E R S   * * *   * * *   * * *
```

```
         37915
VENDOR: P. KAUFMAN, INC.            SHIP: BATH BY TOWN & COUNTRY INC
        2 PARK AVENUE               TO : 12610 SHOEMAKER AVE
        16TH FLOOR                        SANTA FE SPRINGS, CA
        NEW YORK, NY                      90670
        10016
  ATTN: TERRY FIORI
```

```
* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *
```

```
SHIP DATE: 12/31/03   SHIP VIA : OCEAN           TERMS: NET 60

F.O.B. :                        FREIGHT: FOB
```

```
* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *
```

| LN | STYLE | COL | UPC CODE | QUANTITY | UM | UNIT PRICE | AMOUNT |
|----|-------|-----|----------|----------|----|-----------|--------|
| 001 | 3020289 | 292 | 636765024007 | 2,592 | EA | 8.75 | 22,680.00 |

```
            PARACHUTE POLY LINEN BBB
        CARTONS ARE TO BE PACKED AS FOLLOWS:
        1 PC PER INNER-24 PCS PER MASTER CARTON
        PACKAGING TO BE USED:
        H20 PACKAGING
```

| LN | STYLE | COL | UPC CODE | QUANTITY | UM | UNIT PRICE | AMOUNT |
|----|-------|-----|----------|----------|----|-----------|--------|
| 002 | 3020289 | 533 | 636765024038 | 576 | EA | 8.75 | 5,040.00 |

```
            PARACHUTE POLY AMETHYST BBB
        CARTONS ARE TO BE PACKED AS FOLLOWS:
        1 PC PER INNER-24 PCS PER MASTER CARTON
        PACKAGING TO BE USED:
        H20 PACKAGING

        BBB PRETICKET REQUIRED
```

```
                                       ORDER TOTAL:    27,720.00
COMMENTS:
        MARK ALL CARTONS & BILL OF LADING NO. 02105
        BILL OF LADING MUST BE INCLUDED WITH INVOICE
        PACKING SLIP MUST BE ENCLOSED

        ACCEPTANCE OF P.O. AS WRITTEN
        WILL BE BINDING UNLESS NOTIFIED       BUYER (00000): _____
```

```
              BILL-TO:   BATH BY TOWN & COUNTRY INC.              PAGE: 1
                         476 OBERLIN AVENUE SOUTH
DATE: 11/21/03
                         LAKEWOOD, NJ            ** P.O. NO.: 02112-00
                         08701-6904             *********************
```

`* * *   * * *   * * *   P U R C H A S E   O R D E R S   * * *   * * *   * * *`

```
         37915
VENDOR: P. KAUFMAN, INC.              |SHIP:  BATH BY TOWN & COUNTRY INC
        2 PARK AVENUE                 |TO  :  12610 SHOEMAKER AVE
        16TH FLOOR                    |       SANTA FE SPRINGS, CA
        NEW YORK, NY                  |       90670
        10016                         |
  ATTN: TERRY FIORI                   |
```

`* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *`

```
SHIP DATE: 01/30/04   SHIP VIA : OCEAN              TERMS: NET 60

F.O.B. :                          FREIGHT: FOB
```

`* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *`

| LN | STYLE | COL | UPC CODE | QUANTITY | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 001 | 3020289 | 022 | 636765024014 | 1,608 | EA | 8.75 | 14,070.00 |

PARACHUTE POLY SMOKE BBB
CARTONS ARE TO BE PACKED AS FOLLOWS:
1 PC PER INNER-24 PCS PER MASTER CARTON
PACKAGING TO BE USED:
H20 PACKAGING

| 002 | 3020289 | 100 | 636765023987 | 3,072 | EA | 8.75 | 26,880.00 |
|---|---|---|---|---|---|---|---|

PARACHUTE POLY WHITE BBB
CARTONS ARE TO BE PACKED AS FOLLOWS:
1 PC PER INNER-24 PCS PER MASTER CARTON
PACKAGING TO BE USED:
H20 PACKAGING

| 003 | 3020289 | 102 | 636765023994 | 1,776 | EA | 8.75 | 15,540.00 |
|---|---|---|---|---|---|---|---|

PARACHUTE POLY IVORY BBB
CARTONS ARE TO BE PACKED AS FOLLOWS:
1 PC PER INNER-24 PCS PER MASTER CARTON
PACKAGING TO BE USED:
H20 PACKAGING

| 004 | 3020289 | 282 | 636765024007 | 2,304 | EA | 8.75 | 20,160.00 |
|---|---|---|---|---|---|---|---|

PARACHUTE POLY LINEN BBB
CARTONS ARE TO BE PACKED AS FOLLOWS:



BILL TO:  BATH BY TOWN & COUNTRY INC.                    PAGE: 2
                475 OBERLIN AVENUE SOUTH

DATE: 11/21/03
                      LAKEWOOD, NJ              ** P.O. NO.: 02112-00
                      08701-6904               *********************

* * *    * * *   * * *   P U R C H A S E   O R D E R S   * * *   * * *   * * *

        37915
VENDOR: P. KAUFMAN, INC.                  SHIP: BATH BY TOWN & COUNTRY INC
        2 PARK AVENUE                     TO : 12610 SHOEMAKER AVE
        16TH FLOOR                              SANTA FE SPRINGS, CA
        NEW YORK, NY                            90670
        10016
  ATTN: TERRY FIORI

* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

SHIP DATE: 01/30/04   SHIP VIA : OCEAN            TERMS: NET 60

F.O.B. :                          FREIGHT: FOB

* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

| LN | STYLE | COL | UPC CODE | QUANTITY | UM | UNIT PRICE | AMOUNT |
|----|-------|-----|----------|----------|----|-----------|--------|
|    | 1 PC PER INNER-24 PCS PER MASTER CARTON | | | | | | |
|    | PACKAGING TO BE USED: | | | | | | |
|    | H2O PACKAGING | | | | | | |
| 005 | 3020289 | 333 | 636765024021 | 1,872 | EA | 8.75 | 16,380.00 |
|    | PARACHUTE POLY SAGE BBB | | | | | | |
|    | CARTONS ARE TO BE PACKED AS FOLLOWS: | | | | | | |
|    | 1 PC PER INNER-24 PCS PER MASTER CARTON | | | | | | |
|    | PACKAGING TO BE USED: | | | | | | |
|    | H2O PACKAGING | | | | | | |
| 006 | 3020289 | 533 | 636765024038 | 1,512 | EA | 8.75 | 13,230.00 |
|    | PARACHUTE POLY AMETHYST BBB | | | | | | |
|    | CARTONS ARE TO BE PACKED AS FOLLOWS: | | | | | | |
|    | 1 PC PER INNER-24 PCS PER MASTER CARTON | | | | | | |
|    | PACKAGING TO BE USED: | | | | | | |
|    | H2O PACKAGING | | | | | | |

```
                BILL-TO:   BATH BY TOWN & COUNTRY INC.              PAGE: 3
                           475 OBERLIN AVENUE SOUTH
DATE: 11/21/03
                            LAKEWOOD, NJ              ** P.O. NO.: 02112-00
                            08701-6904               *********************
```

```
* * *   * * *   * * *   P U R C H A S E   O R D E R S   * * *   * * *   * * *
```

```
          37915
VENDOR: P. KAUFMAN, INC.          SHIP:  BATH BY TOWN & COUNTRY INC
        2 PARK AVENUE             TO : 12610 SHOEMAKER AVE
        16TH FLOOR                     SANTA FE SPRINGS, CA
        NEW YORK, NY                   90670
        10016
  ATTN: TERRY FIORI
```

```
* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *
```

```
SHIP DATE: 01/30/04   SHIP VIA : OCEAN              TERMS: NET 60
```

```
F.O.B. :                          FREIGHT: FOB
```

```
* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *
```

| LN | STYLE | COL | UPC CODE | QUANTITY | UM | UNIT PRICE | AMOUNT |
|----|-------|-----|----------|----------|----|-----------|--------|

```
COMMENTS:                            ORDER TOTAL:   106,260.00
   MARK ALL CARTONS & BILL OF LADING NO. 02112
   BILL OF LADING MUST BE INCLUDED WITH INVOICE
   PACKING SLIP MUST BE ENCLOSED

   ACCEPTANCE OF P.O. AS WRITTEN
   WILL BE BINDING UNLESS NOTIFIED      BUYER (00000):_____
```

```
              BILL-TO:   BATH BY TOWN & COUNTRY INC.              PAGE: 1
                          475 OBERLIN AVENUE SOUTH
DATE: 12/03/03
                          LAKEWOOD, NJ                 ** P.O. NO.: 02133-00
                          08701-6904                 ***********************
                                                           AMENDMENT01
   ***   ***   ***   P U R C H A S E   O R D E R S   ***   ***   ***

        37915
VENDOR: P. KAUFMAN, INC          ┌─────────────────────────────────────────┐
        2 PARK AVENUE            │ SHIP:  BATH BY TOWN & COUNTRY INC         │
        16TH FLOOR               │ TO : 12610 SHOEMAKER AVE                  │
        NEW YORK, NY             │      SANTA FE SPRINGS, CA                 │
        10016                    │      90670                                │
  ATTN: TERRY FIORI              └─────────────────────────────────────────┘

   ***   ***   ***   ***   ***   ***   ***   ***   ***   ***   ***

SHIP DATE: 02/13/04   SHIP VIA : OCEAN              TERMS: NET 60

F.O.B. :                          FREIGHT; FOB

   ***   ***   ***   ***   ***   ***   ***   ***   ***   ***   ***
```

| LN | STYLE | COL | UPC CODE | QUANTITY | UM | UNIT PRICE | AMOUNT |
|----|-------|-----|----------|----------|-----|-----------|--------|
| 001 | 3020289 | 022 | 636765024014 | 1,776 | EA | 8.45 | 15,007.20 |

PARACHUTE POLY SMOKE 888
CARTONS ARE TO BE PACKED AS FOLLOWS:
1 PC PER INNER-24 PCS PER MASTER CARTON
PACKAGING TO BE USED:
H20 PACKAGING

| 002 | 3020289 | 100 | 636765023987 | 1,920 | EA | 8.45 | 16,224.00 |

PARACHUTE POLY WHITE 888
CARTONS ARE TO BE PACKED AS FOLLOWS:
1 PC PER INNER-24 PCS PER MASTER CARTON
PACKAGING TO BE USED:
H20 PACKAGING

| 003 | 3020289 | 102 | 636765023994 | 1,176 | EA | 8.45 | 9,937.20 |

PARACHUTE POLY IVORY 888
CARTONS ARE TO BE PACKED AS FOLLOWS:
1 PC PER INNER-24 PCS PER MASTER CARTON
PACKAGING TO BE USED:
H20 PACKAGING

| 004 | 3020289 | 282 | 636765024007 | 264 | EA | 8.45 | 2,230.80 |

PARACHUTE POLY LINEN 888
CARTONS ARE TO BE PACKED AS FOLLOWS:

```
              BILL-TO:  BATH BY TOWN & COUNTRY INC.           PAGE: 2
                        475 OBERLIN AVENUE SOUTH
DATE: 12/03/03
                          LAKEWOOD, NJ              ** P.O. NO.: 02133-00
                          08701-6904               ********************
                                                        AMENDMENT01
 * * *   * * *   * * *   P U R C H A S E   O R D E R S   * * *   * * *   * * *

         37915
VENDOR: P. KAUFMAN, INC.              |SHIP:  BATH BY TOWN & COUNTRY INC
        2 PARK AVENUE                 | TO :  12610 SHOEMAKER AVE
        16TH FLOOR                    |       SANTA FE SPRINGS, CA
        NEW YORK, NY                  |       90670
        10016                        |
  ATTN: TERRY FIORI                   |

 * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

 SHIP DATE: 02/13/04   SHIP VIA : OCEAN            TERMS: NET 60

 F.O.B. :                           FREIGHT: FOB

 * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

LN   STYLE     COL     UPC CODE      QUANTITY  UM  UNIT PRICE   AMOUNT
--------------------------------------------------------------------------
     1 PC PER INNER-24 PCS PER MASTER CARTON
     PACKAGING TO BE USED:
     H20 PACKAGING

005  3020289   333     636765024021    1,968   EA    8.45     16,629.60
        PARACHUTE POLY SAGE BBB
     CARTONS ARE TO BE PACKED AS FOLLOWS:
     1 PC PER INNER-24 PCS PER MASTER CARTON
     PACKAGING TO BE USED:
     H20 PACKAGING

006  3020289   533     636765024038     768    EA    8.45      6,489.60
        PARACHUTE POLY AMETHYST BBB
     CARTONS ARE TO BE PACKED AS FOLLOWS:
     1 PC PER INNER-24 PCS PER MASTER CARTON
     PACKAGING TO BE USED:
     H20 PACKAGING

        BBB PRETICKET REQUIRED
```

BILL-TO:   BATH BY TOWN & COUNTRY INC.                    PAGE: 3
                   475 OBERLIN AVENUE SOUTH

DATE: 12/03/03
                        LAKEWOOD, NJ              ** P.O. NO.: 02133-00
                        08701-6904               ***********************
                                                    AMENDMENT01

* * *   * * *   * * *   P U R C H A S E   O R D E R S   * * *   * * *   * * *

        37915
VENDOR: P. KAUFMAN, INC          | SHIP:   BATH BY TOWN & COUNTRY INC
        2 PARK AVENUE            | TO :  12610 SHOEMAKER AVE
        16TH FLOOR               |       SANTA FE SPRINGS, CA
        NEW YORK, NY             |       90670
        10016                    |
   ATTN: TERRY FIORI             |

* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

SHIP DATE: 02/13/04   SHIP VIA : OCEAN            TERMS: BBB PRETICKET REQUIRED

F.O.B. :                        FREIGHT. FOB.

* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

LN   STYLE     COL      UPC CODE       QUANTITY   UM  UNIT PRICE     AMOUNT
------------------------------------------------------------------------------

COMMENTS:                             ORDER TOTAL:    66,518.40
     MARK ALL CARTONS & BILL OF LADING NO. 02133
     BILL OF LADING MUST BE INCLUDED WITH INVOICE
     PACKING SLIP MUST BE ENCLOSED

     ACCEPTANCE OF P.O. AS WRITTEN
     WILL BE BINDING UNLESS NOTIFIED       BUYER (00000): _____

BILL-TO:  BATH BY TOWN & COUNTRY INC.                    PAGE: 1
                475 OBERLIN AVENUE SOUTH
DATE: 12/19/03
                   LAKEWOOD, NJ              ** P.O. NO.: 02152-00
                   08701-6904               ********************
                                            AMENDMENT01
* * *    * * *    * * *   P U R C H A S E   O R D E R S   * * *    * * *    * * *

        37915
VENDOR: P. KAUFMAN, INC.              ┌─────────────────────────────────
        2 PARK AVENUE                 │ SHIP: BATH BY TOWN & COUNTRY INC
        16TH FLOOR                    │  TO : 12610 SHOEMAKER AVE
        NEW YORK, NY                  │      SANTA FE SPRINGS, CA
        10016                        │      90670
  ATTN: TERRY FIORI                   │
                                      └─────────────────────────────────

* * *    * * *    * * *    * * *    * * *    * * *    * * *    * * *    * * *

SHIP DATE: 02/29/04   SHIP VIA : OCEAN           TERMS: NET 60

F.O.B.                          FREIGHT: FOB

* * *    * * *    * * *    * * *    * * *    * * *    * * *    * * *    * * *

| LN | STYLE | COL | UPC CODE | QUANTITY | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 001 | 3020289 | 100 | 636765023987 | 24 | EA | 8.45 | 202.80 |

    PARACHUTE POLY WHITE BBB
CARTONS ARE TO BE PACKED AS FOLLOWS:
1 PC PER INNER-24 PCS PER MASTER CARTON
PACKAGING TO BE USED:
H2O PACKAGING

| 002 | 3020289 | 102 | 636765023994 | 528 | EA | 8.45 | 4,461.60 |

    PARACHUTE POLY IVORY BBB
CARTONS ARE TO BE PACKED AS FOLLOWS:
1 PC PER INNER-24 PCS PER MASTER CARTON
PACKAGING TO BE USED:
H2O PACKAGING

| 003 | 3020289 | 282 | 636765024007 | 1,920 | EA | 8.45 | 16,224.00 |

    PARACHUTE POLY LINEN BBB
CARTONS ARE TO BE PACKED AS FOLLOWS:
1 PC PER INNER-24 PCS PER MASTER CARTON
PACKAGING TO BE USED:
H2O PACKAGING

| 004 | 3020289 | 333 | 636765024021 | 504 | EA | 8.45 | 4,258.80 |

    PARACHUTE POLY SAGE BBB
CARTONS ARE TO BE PACKED AS FOLLOWS:

```
              BILL-TO:   BATH BY TOWN & COUNTRY INC.          PAGE: 2
                         475 OBERLIN AVENUE SOUTH
DATE: 12/19/03
                              LAKEWOOD, NJ          ** P.O. NO.: 02152-00
                              08701-6904            ********************
                                                   AMENDMENT01
* * *  * * *  * * *  P U R C H A S E   O R D E R S  * * *  * * *  * * *

         37915
VENDOR: P. KAUFMAN, INC.              ┌SHIP: BATH BY TOWN & COUNTRY INC┐
         2 PARK AVENUE               │TO : 12610 SHOEMAKER AVE        │
         16TH FLOOR                  │     SANTA FE SPRINGS, CA       │
         NEW YORK, NY                │     90670                      │
         10016                       │                                │
  ATTN: TERRY FIORI                  └                                ┘


* * *  * * *  * * *  * * *  * * *  * * *  * * *  * * *  * * *  * * *

SHIP DATE: 02/29/04   SHIP VIA : OCEAN              TERMS: NET 60

F.O.B. :                        FREIGHT: FOB

* * *  * * *  * * *  * * *  * * *  * * *  * * *  * * *  * * *  * * *

LN  STYLE    COL     UPC CODE      QUANTITY  UM  UNIT PRICE   AMOUNT
--------------------------------------------------------------------
    1 PC PER INNER-24 PCS PER MASTER CARTON
    PACKAGING TO BE USED:
    H20 PACKAGING

005 3020289  533    636765024038    1,368    EA     8.45   11,559.60
         PARACHUTE POLY AMETHYST BBB
    CARTONS ARE TO BE PACKED AS FOLLOWS:
    1 PC PER INNER-24 PCS PER MASTER CARTON
    PACKAGING TO BE USED:
    H20 PACKAGING




COMMENTS:                         ORDER TOTAL:    36,706.80
    MARK ALL CARTONS & BILL OF LADING NO. 02152
    BILL OF LADING MUST BE INCLUDED WITH INVOICE
    PACKING SLIP MUST BE ENCLOSED

    ACCEPTANCE OF P.O. AS WRITTEN
    WILL BE BINDING UNLESS NOTIFIED       BUYER (00000):_____
```

```
                     BILL-TO:   BATH BY TOWN & COUNTRY INC.              PAGE: 1
                                475 OBERLIN AVENUE SOUTH
DATE: 01/20/04
                                LAKEWOOD, NJ           ** P.O. NO.: 02175-00
                                08701-6904             *********************
```

```
* * *   * * *   * * *   P U R C H A S E   O R D E R S   * * *   * * *   * * *
```

```
          37915
VENDOR: P. KAUFMAN, INC.              ┌──────────────────────────────────┐
        2 PARK AVENUE                 │SHIP:  BATH BY TOWN & COUNTRY INC  │
        16TH FLOOR                    │TO : 12610 SHOEMAKER AVE           │
        NEW YORK, NY                  │     SANTA FE SPRINGS, CA          │
        10016                         │     90670                         │
  ATTN: TERRY FIORI                   └──────────────────────────────────┘
```

```
* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *
```

```
SHIP DATE: 03/05/04   SHIP VIA : OCEAN          TERMS: NET 60  32
F.O.B. :                         FREIGHT: FOB
```

```
* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *
```

| LN | STYLE | COL | UPC CODE | QUANTITY | UM | UNIT PRICE | AMOUNT |
|----|-------|-----|----------|----------|-----|-----------|--------|
| 001 | 3020289 | 001 | 636765027169 | 6,216 | EA | 8.45 | 52,525.20 |
| | PARACHUTE FSC BLACK BBB | | | | | | |
| 002 | 3020289 | 604 | 636765027152 | 8,016 | EA | 8.45 | 67,735.20 |
| | PARACHUTE FSC PINK BBB | | | | | | |

```
         BBB PRETICKET REQUIRED
```

```
COMMENTS:                               ORDER TOTAL:   120,260.40
    MARK ALL CARTONS & BILL OF LADING NO. 02175
    BILL OF LADING MUST BE INCLUDED WITH INVOICE
    PACKING SLIP MUST BE ENCLOSED

    ACCEPTANCE OF P.O. AS WRITTEN
    WILL BE BINDING UNLESS NOTIFIED    BUYER (00000):_____
```

```
              BILL-TO:   BATH BY TOWN & COUNTRY INC.            PAGE: 1
                         475 OBERLIN AVENUE SOUTH
DATE: 02/05/04
                         LAKEWOOD, NJ              ** P.O. NO.: 02191-CO
                         08701-6904              **********************
                                                   AMENDMENT02
 * * *   * * *   * * *   P U R C H A S E   O R D E R S   * * *  * * *  * * *

         37915
VENDOR: P. KAUFMAN, INC.              SHIP: BATH BY TOWN & COUNTRY INC
        2 PARK AVENUE                 TO : 12610 SHOEMAKER AVE
        16TH FLOOR                          SANTA FE SPRINGS, CA
        NEW YORK, NY                         90670
        10016
  ATTN: TERRY FIORI

 * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *  * * *  * * *

SHIP DATE: 03/12/04   SHIP VIA : OCEAN            TERMS: NET 30

F.O.B. :                          FREIGHT: FOB

 * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *  * * *  * * *

LN   STYLE    COL     UPC CODE      QUANTITY  UM  UNIT PRICE   AMOUNT
----------------------------------------------------------------------
001  3020289  001     636765027169     600    EA     8.45     5,070.00
       PARACHUTE FSC BLACK BBB
     CARTONS ARE TO BE PACKED AS FOLLOWS:
     1 PC PER INNER-24 PCS PER MASTER CARTON
     PACKAGING TO BE USED:
     H20 PACKAGING

002  3020289  022     636765024014     384    EA     8.45     3,244.80
       PARACHUTE POLY SMOKE BBB
     CARTONS ARE TO BE PACKED AS FOLLOWS:
     1 PC PER INNER-24 PCS PER MASTER CARTON
     PACKAGING TO BE USED:
     H20 PACKAGING

003  3020289  100     636765023987    1,104   EA     8.45     9,328.80
       PARACHUTE POLY WHITE BBB
     CARTONS ARE TO BE PACKED AS FOLLOWS:
     1 PC PER INNER-24 PCS PER MASTER CARTON
     PACKAGING TO BE USED:
     H20 PACKAGING

004  3020289  102     636765023994    1,056   EA     8.45     8,923.20
       PARACHUTE POLY IVORY BBB
     CARTONS ARE TO BE PACKED AS FOLLOWS:
```

```
                 BILL-TO:   BATH BY TOWN & COUNTRY INC.          PAGE: 2
                           475 OBERLIN AVENUE SOUTH
DATE: 02/05/04
                              LAKEWOOD, NJ             ** P.O. NO.: 02191-00
                               08701-6904             *********************
                                                         AMENDMENT02
  * * *   * * *   * * *   P U R C H A S E   O R D E R S   * * *   * * *   * * *


        37915
VENDOR: P. KAUFMAN, INC.              SHIP:  BATH BY TOWN & COUNTRY INC
        2 PARK AVENUE                 TO : 12610 SHOEMAKER AVE
        16TH FLOOR                          SANTA FE SPRINGS. CA
        NEW YORK, NY                        90670
        10016
  ATTN: TERRY FIORI


 * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

 SHIP DATE: 03/12/04   SHIP VIA : OCEAN          TERMS: NET 30

 F.O.B. :                        FREIGHT: FOB

 * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *
```

| LN | STYLE | COL | UPC CODE | QUANTITY | UM | UNIT PRICE | AMOUNT |
|----|-------|-----|----------|----------|----|----|--------|
| | 1 PC PER INNER-24 PCS PER MASTER CARTON | | | | | | |
| | PACKAGING TO BE USED: | | | | | | |
| | H2O PACKAGING | | | | | | |
| 005 | 3020289 | 282 | 636765024007 | 240 | EA | 8.45 | 2,028.00 |
| | PARACHUTE POLY LINEN BBB | | | | | | |
| | CARTONS ARE TO BE PACKED AS FOLLOWS: | | | | | | |
| | 1 PC PER INNER-24 PCS PER MASTER CARTON | | | | | | |
| | PACKAGING TO BE USED: | | | | | | |
| | H2O PACKAGING | | | | | | |
| 006 | 3020289 | 333 | 636765024021 | 1,200 | EA | 8.45 | 10,140.00 |
| | PARACHUTE POLY SAGE BBB | | | | | | |
| | CARTONS ARE TO BE PACKED AS FOLLOWS: | | | | | | |
| | 1 PC PER INNER-24 PCS PER MASTER CARTON | | | | | | |
| | PACKAGING TO BE USED: | | | | | | |
| | H2O PACKAGING | | | | | | |
| 007 | 3020289 | 533 | 636765024038 | 96 | EA | 8.45 | 811.20 |
| | PARACHUTE POLY AMETHYST BBB | | | | | | |
| | CARTONS ARE TO BE PACKED AS FOLLOWS: | | | | | | |

```
                    BILL-TO:  BATH BY TOWN & COUNTRY INC.              PAGE: 3
                              475 OBERLIN AVENUE SOUTH
DATE: 02/05/04
                              LAKEWOOD, NJ              ** P.O. NO.: 02191-00
                              08701-6904               ***********************
                                                       AMENDMENT02
* * *  * * *  * * *  P U R C H A S E   O R D E R S  * * *  * * *  * * *
```

```
         37915
VENDOR: P. KAUFMAN, INC.              SHIP: BATH BY TOWN & COUNTRY INC
        2 PARK AVENUE                 TO : 12610 SHOEMAKER AVE
        16TH FLOOR                         SANTA FE SPRINGS, CA
        NEW YORK, NY                       90670
        10016
  ATTN: TERRY FIORI
```

```
* * *  * * *  * * *  * * *  * * *  * * *  * * *  * * *  * * *  * * *
```

SHIP DATE: 03/12/04   SHIP VIA : OCEAN              TERMS: NET 30

F.O.B. :                           FREIGHT: FOB

```
* * *  * * *  * * *  * * *  * * *  * * *  * * *  * * *  * * *  * * *
```

| LN | STYLE | COL | UPC CODE | QUANTITY | UM | UNIT PRICE | AMOUNT |
|----|-------|-----|----------|----------|----|-----------|--------|
|    |       |     |          |          |    |           |        |

```
    1 PC PER INNER-24 PCS PER MASTER CARTON
    PACKAGING TO BE USED:
    H20 PACKAGING

008 3020289   604      636765027152      600   EA    8.45    5,070.00
      PARACHUTE FSC PINK BBB
    CARTONS ARE TO BE PACKED AS FOLLOWS:
    1 PC PER INNER-24 PCS PER MASTER CARTON
    PACKAGING TO BE USED:
    H20 PACKAGING

      BBB PRETICKET REQUIRED
```

```
COMMENTS:                              ORDER TOTAL:    44,616.00
    MARK ALL CARTONS & BILL OF LADING NO. 02191
    BILL OF LADING MUST BE INCLUDED WITH INVOICE
    PACKING SLIP MUST BE ENCLOSED

    ACCEPTANCE OF P.O. AS WRITTEN
    WILL BE BINDING UNLESS NOTIFIED        BUYER (00000):_____
```

```
              BILL-TO:  BATH BY TOWN & COUNTRY INC.              PAGE: 1
                        475 OBERLIN AVENUE SOUTH
DATE: 02/05/04
                        LAKEWOOD, NJ              ** P.O. NO.: 02191-00
                        08701-6904               **********************
```

* * *     * * *     * * *   P U R C H A S E   O R D E R S   * * *   * * *   * * *

```
           37915
VENDOR: P. KAUFMAN, INC.          +-------------------------------+
        2 PARK AVENUE             | SHIP: BATH BY TOWN & COUNTRY INC
        16TH FLOOR                | TO : 12610 SHOEMAKER AVE
        NEW YORK, NY              |      SANTA FE SPRINGS, CA
        10016                     |      90670
  ATTN: TERRY FIORI               |
                                  +-------------------------------+
```

* * *     * * *     * * *     * * *     * * *     * * *     * * *     * * *     * * *

```
SHIP DATE: 03/12/04    SHIP VIA : OCEAN              TERMS: NET 60

F.O.B. :   3/26                    FREIGHT: FOB
```

* * *     * * *     * * *     * * *     * * *     * * *     * * *     * * *     * * *

| LN | STYLE | COL | UPC CODE | QUANTITY | UM | UNIT PRICE | AMOUNT |
|----|-------|-----|----------|----------|----|-----------|--------|
| 001 | 3020289 | 001 | 636765027169 | 1,200 | EA | 8.45 | 10,140.00 |

   PARACHUTE FSC BLACK BBB
CARTONS ARE TO BE PACKED AS FOLLOWS:
1 PC PER INNER-24 PCS PER MASTER CARTON
PACKAGING TO BE USED:
H2O PACKAGING

| 002 | 3020289 | 022 | 636765024014 | 792 | EA | 8.45 | 6,692.40 |

   PARACHUTE POLY SMOKE BBB
CARTONS ARE TO BE PACKED AS FOLLOWS:
1 PC PER INNER-24 PCS PER MASTER CARTON
PACKAGING TO BE USED:
H2O PACKAGING

| 003 | 3020289 | 100 | 636765023987 | 2,184 | EA | 8.45 | 18,454.80 |

   PARACHUTE POLY WHITE BBB
CARTONS ARE TO BE PACKED AS FOLLOWS:
1 PC PER INNER-24 PCS PER MASTER CARTON
PACKAGING TO BE USED:
H2O PACKAGING

| 004 | 3020289 | 102 | 636765023994 | 2,112 | EA | 8.45 | 17,846.40 |

   PARACHUTE POLY IVORY BBB
CARTONS ARE TO BE PACKED AS FOLLOWS:

```
                BILL-TO:   BATH BY TOWN & COUNTRY INC.           PAGE: 2
                           475 OBERLIN AVENUE SOUTH
DATE: 02/05/04
                           LAKEWOOD, NJ              ** P.O. NO.: 02191-00
                           08701-6904                ********************
```

\* \* \*   \* \* \*   \* \* \*   P U R C H A S E   O R D E R S   \* \* \*   \* \* \*   \* \* \*

```
          37915
VENDOR: P. KAUFMAN, INC.           ┌─────────────────────────────────┐
        2 PARK AVENUE              │SHIP: BATH BY TOWN & COUNTRY INC │
        16TH FLOOR                 │TO : 12610 SHOEMAKER AVE         │
        NEW YORK, NY               │     SANTA FE SPRINGS, CA        │
        10016                      │     90670                       │
   ATTN: TERRY FIORI               │                                 │
                                   └─────────────────────────────────┘
```

\* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*

```
SHIP DATE: 03/12/04   SHIP VIA : OCEAN           TERMS: NET 60

F.O.B. :  3|26                    FREIGHT: FOB
```

\* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*

```
LN   STYLE     COL     UPC CODE     QUANTITY  UM  UNIT PRICE   AMOUNT
-------------------------------------------------------------------
     1 PC PER INNER-24 PCS PER MASTER CARTON
     PACKAGING TO BE USED:
     H2O PACKAGING

005  3020289   282     636765024007    456    EA    8.45     3,853.20
        PARACHUTE POLY LINEN BBB
     CARTONS ARE TO BE PACKED AS FOLLOWS:
     1 PC PER INNER-24 PCS PER MASTER CARTON
     PACKAGING TO BE USED:
     H2O PACKAGING

006  3020289   333     636765024021   2,664   EA    8.45    22,510.80
        PARACHUTE POLY SAGE BBB
     CARTONS ARE TO BE PACKED AS FOLLOWS:
     1 PC PER INNER-24 PCS PER MASTER CARTON
     PACKAGING TO BE USED:
     H2O PACKAGING

007  3020289   533     636765024038     96    EA    8.45       811.20
        PARACHUTE POLY AMETHYST BBB
     CARTONS ARE TO BE PACKED AS FOLLOWS:
```

```
                 BILL-TO:   BATH BY TOWN & COUNTRY INC.              PAGE: 3
                            475 OBERLIN AVENUE SOUTH
DATE: 02/05/04
                            LAKEWOOD, NJ            ** P.O. NO.: 02191-00
                            08701-6904             ********************
```

\* \* \*    \* \* \*    \* \* \*    P U R C H A S E    O R D E R S    \* \* \*    \* \* \*    \* \* \*

```
         37915
VENDOR: P. KAUFMAN, INC.            SHIP:  BATH BY TOWN & COUNTRY INC
        2 PARK AVENUE              TO : 12610 SHOEMAKER AVE
        16TH FLOOR                       SANTA FE SPRINGS, CA
        NEW YORK, NY                     90670
        10016
  ATTN: TERRY FIORI
```

\* \* \*    \* \* \*    \* \* \*    \* \* \*    \* \* \*    \* \* \*    \* \* \*    \* \* \*    \* \* \*

```
SHIP DATE: 03/12/04   SHIP VIA : OCEAN            TERMS: NET 60

F.O.B. :    3/26                    FREIGHT: FOB
```

\* \* \*    \* \* \*    \* \* \*    \* \* \*    \* \* \*    \* \* \*    \* \* \*    \* \* \*    \* \* \*

```
LN   STYLE      COL       UPC CODE        QUANTITY   UM  UNIT PRICE   AMOUNT
-------------------------------------------------------------------------
     1 PC PER INNER-24 PCS PER MASTER CARTON
     PACKAGING TO BE USED:
     H2O PACKAGING

008  3020289    604      636765027152     1,200     EA     8.45    10,140.00
     PARACHUTE FSC PINK BBB
     CARTONS ARE TO BE PACKED AS FOLLOWS:
     1 PC PER INNER-24 PCS PER MASTER CARTON
     PACKAGING TO BE USED:
     H2O PACKAGING

       BBB PRETICKET REQUIRED
```

```
COMMENTS:                               ORDER TOTAL:    90,448.80
   MARK ALL CARTONS & BILL OF LADING NO. 02191
   BILL OF LADING MUST BE INCLUDED WITH INVOICE
   PACKING SLIP MUST BE ENCLOSED

   ACCEPTANCE OF P.O. AS WRITTEN,
   WILL BE BINDING UNLESS NOTIFIED        BUYER (00000):_____
```

```
                BILL-TO:  BATH BY TOWN & COUNTRY INC.              PAGE: 1
                          475 OBERLIN AVENUE SOUTH
DATE: 02/09/04
                              LAKEWOOD, NJ            ** P.O. NO.: 02193-00
                              08701-6904              **********************

* * *   * * *   * * *   P U R C H A S E   O R D E R S   * * *   * * *   * * *

         37915
VENDOR: P. KAUFMAN, INC.              SHIP: BATH BY TOWN & COUNTRY INC
        2 PARK AVENUE                 TO : 12610 SHOEMAKER AVE
        16TH FLOOR                        SANTA FE SPRINGS, CA
        NEW YORK, NY                      90670
        10016
  ATTN: TERRY FIORI

* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

SHIP DATE: 03/26/04   SHIP VIA : OCEAN              TERMS: NET 30

F.O.B. :                             FREIGHT: FOB

* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

LN   STYLE     COL      UPC CODE      QUANTITY   UM  UNIT PRICE   AMOUNT
---------------------------------------------------------------------------
001  3020289   001     636765027169      600     EA     8.45     5,070.00
        PARACHUTE FSC BLACK BBB
     CARTONS ARE TO BE PACKED AS FOLLOWS:
     1 PC PER INNER-24 PCS PER MASTER CARTON
     PACKAGING TO BE USED:
     H2O PACKAGING

002  3020289   022     636765024014      408     EA     8.45     3,447.60
        PARACHUTE POLY SMOKE BBB
     CARTONS ARE TO BE PACKED AS FOLLOWS:
     1 PC PER INNER-24 PCS PER MASTER CARTON
     PACKAGING TO BE USED:
     H2O PACKAGING

003  3020289   100     636765023987    1,080     EA     8.45     9,126.00
        PARACHUTE POLY WHITE BBB
     CARTONS ARE TO BE PACKED AS FOLLOWS:
     1 PC PER INNER-24 PCS PER MASTER CARTON
     PACKAGING TO BE USED:
     H2O PACKAGING

004  3020289   102     636765023994    1,056     EA     8.45     8,923.20
        PARACHUTE POLY IVORY BBB
     CARTONS ARE TO BE PACKED AS FOLLOWS:
```

```
                BILL-TO:   BATH BY TOWN & COUNTRY INC.            PAGE: 2
                           475 OBERLIN AVENUE SOUTH
DATE: 02/09/04
                           LAKEWOOD, NJ            ** P.O. NO.: 02193-00
                           08701-6904             ********************
```

* * *   * * *   * * *   P U R C H A S E   O R D E R S   * * *   * * *   * * *

```
         37915
VENDOR: P. KAUFMAN, INC.          SHIP: BATH BY TOWN & COUNTRY INC
        2 PARK AVENUE             TO : 12610 SHOEMAKER AVE
        16TH FLOOR                     SANTA FE SPRINGS, CA
        NEW YORK, NY                   90670
        10016
   ATTN: TERRY FIORI
```

* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

SHIP DATE: 03/26/04    SHIP VIA : OCEAN              TERMS: NET 30

F.O.B. :                         FREIGHT: FOB

* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

| LN | STYLE | COL | UPC CODE | QUANTITY | UM | UNIT PRICE | AMOUNT |
|----|-------|-----|----------|----------|----|-----------|--------|
| | | | 1 PC PER INNER-24 PCS PER MASTER CARTON | | | | |
| | | | PACKAGING TO BE USED: | | | | |
| | | | H2O PACKAGING | | | | |
| 005 | 3020289 | 282 | 636765024007 | 216 | EA | 8.45 | 1,825.20 |
| | | | PARACHUTE POLY LINEN BBB | | | | |
| | | | CARTONS ARE TO BE PACKED AS FOLLOWS: | | | | |
| | | | 1 PC PER INNER-24 PCS PER MASTER CARTON | | | | |
| | | | PACKAGING TO BE USED: | | | | |
| | | | H2O PACKAGING | | | | |
| 006 | 3020289 | 333 | 636765024021 | 1,464 | EA | 8.45 | 12,370.80 |
| | | | PARACHUTE POLY SAGE BBB | | | | |
| | | | CARTONS ARE TO BE PACKED AS FOLLOWS: | | | | |
| | | | 1 PC PER INNER-24 PCS PER MASTER CARTON | | | | |
| | | | PACKAGING TO BE USED: | | | | |
| | | | H2O PACKAGING | | | | |
| 007 | 3020289 | 604 | 636765027152 | 600 | EA | 8.45 | 5,070.00 |
| | | | PARACHUTE FSC PINK BBB | | | | |
| | | | CARTONS ARE TO BE PACKED AS FOLLOWS: | | | | |

```
                    BILL-TO:   BATH BY TOWN & COUNTRY INC.              PAGE: 3
                               475 OBERLIN AVENUE SOUTH
DATE: 02/09/04
                               LAKEWOOD, NJ            ** P.O. NO.: 02193-00
                               08701-6904             ************************
```

* * *   * * *   * * *   P U R C H A S E   O R D E R S   * * *   * * *   * * *

```
          37915
VENDOR: P. KAUFMAN, INC.        ┌─────────────────────────────────┐
        2 PARK AVENUE           │SHIP:  BATH BY TOWN & COUNTRY INC │
        16TH FLOOR              │ TO :  12610 SHOEMAKER AVE        │
        NEW YORK, NY            │       SANTA FE SPRINGS, CA       │
        10016                   │       90670                      │
  ATTN: TERRY FIORI             │                                  │
                                └─────────────────────────────────┘
```

* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

```
SHIP DATE: 03/26/04   SHIP VIA : OCEAN          TERMS: NET 30

F.O.B. :                        FREIGHT: FOB
```

* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

| LN | STYLE | COL | UPC CODE | QUANTITY | UM | UNIT PRICE | AMOUNT |
|----|-------|-----|----------|----------|----|-----------|--------|

```
     1 PC PER INNER-24 PCS PER MASTER CARTON
     PACKAGING TO BE USED:
     H2O PACKAGING
```

```
                                        ORDER TOTAL:    45,832.80

COMMENTS:
     MARK ALL CARTONS & BILL OF LADING NO. 02193
     BILL OF LADING MUST BE INCLUDED WITH INVOICE
     PACKING SLIP MUST BE ENCLOSED

     ACCEPTANCE OF P.O. AS WRITTEN
     WILL BE BINDING UNLESS NOTIFIED       BUYER (00000):_____
```