```
               BILL-TO:   BATH BY TOWN & COUNTRY INC.              PAGE: 1
                          475 OBERLIN AVENUE SOUTH
DATE: 04/05/06
                             LAKEWOOD, NJ            ** P.O. NO.: 03023-00
                             08701-6904             ********************
                                                    AMENDMENT02
* * *   * * *   * * *   P U R C H A S E   O R D E R S   * * *   * * *   * * *

         37915
VENDOR: P. KAUFMAN, INC.            SHIP:  TOWN CNTRY/PT
        2 PARK AVENUE              TO : 401 WESTMONT DRIVE
        16TH FLOOR                      SAN PEDRO, CA
        NEW YORK, NY                    90731
        10016
  ATTN: TERRY FIORI

* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

SHIP DATE: 04/30/06   SHIP VIA : OCEAN              TERMS: NET 30

F.O.B. :                          FREIGHT: FOB

* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

LN   STYLE     COL      UPC CODE       QUANTITY  UM  UNIT PRICE   AMOUNT
--------------------------------------------------------------------------
001  3110593   022      636765028746       408   EA      8.20    3,345.60
        PARACHUTE WIND CURT BBB SMOKE
     PAKCAGING TO BE USED:
     H20
     DESIGN NUMBER E1897
     CASE PACK 24

002  3110593   100      636765028722       456   EA      8.20    3,739.20
        PARACHUTE WIND CURT BBB WHITE
     PAKCAGING TO BE USED:
     H20
     DESIGN NUMBER E1897
     CASE PACK 24

003  3110593   102      636765028753       312   EA      8.20    2,558.40
        PARACHUTE WIND CURT BBB IVORY
     PAKCAGING TO BE USED:
     H20
     DESIGN NUMBER E1897
     CASE PACK 24

004  3110593   333      636765028739       408   EA      8.20    3,345.60
        PARACHUTE WIND CURT BBB SAGE
     PAKCAGING TO BE USED:
```

```
                BILL-TO:   BATH BY TOWN & COUNTRY INC.          PAGE: 2
                           475 OBERLIN AVENUE SOUTH
DATE: 04/05/06
                             LAKEWOOD, NJ         ** P.O. NO.: 03023-00
                             08701-6904           ************************
                                                  AMENDMENT02
```

**\* \*   \* \* \*   \* \* \*   P U R C H A S E    O R D E R S   \* \* \*   \* \* \*   \* \* \***

```
          37915
VENDOR: P. KAUFMAN, INC.          ┌──────────────────────────────┐
        2 PARK AVENUE             │SHIP: TOWN CNTRY/PT            │
        16TH FLOOR                │TO : 401 WESTMONT DRIVE        │
        NEW YORK, NY              │     SAN PEDRO, CA             │
        10016                     │     90731                    │
  ATTN: TERRY FIORI               │                              │
                                  └──────────────────────────────┘
```

**\* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \***

```
SHIP DATE: 04/30/06   SHIP VIA : OCEAN          TERMS: NET 30

F.O.B. :                          FREIGHT: FOB
```

**\* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \***

| LN | STYLE | COL | UPC CODE | QUANTITY | UM | UNIT PRICE | AMOUNT |
|----|-------|-----|----------|----------|----|-----------|--------|
| | H20 | | | | | | |
| | DESIGN NUMEBR E1897 | | | | | | |
| | CASE PACK 24 | | | | | | |
| 005 | 3020289 | 022 | 636765024014 | 840 | EA | 8.90 | 7,476.00 |

```
          PARACHUTE POLY SMOKE BBB        SHIP DATE: 05/20/06
     CARTONS ARE TO BE PACKED AS FOLLOWS:
     1 PC PER INNER-24 PCS PER MASTER CARTON
     PACKAGING TO BE USED:
     H20 PACKAGING
```

| 006 | 3020289 | 100 | 636765023987 | 1,032 | EA | 8.90 | 9,184.80 |
|----|-------|-----|----------|----------|----|-----------|--------|

```
          PARACHUTE POLY WHITE BBB        SHIP DATE: 05/20/06
     CARTONS ARE TO BE PACKED AS FOLLOWS:
     1 PC PER INNER-24 PCS PER MASTER CARTON
     PACKAGING TO BE USED:
     H20 PACKAGING
```

| 007 | 3020289 | 264 | 636765031043 | 1,680 | EA | 8.90 | 14,952.00 |
|----|-------|-----|----------|----------|----|-----------|--------|

```
          PARACHUTE FSC MOCHA BBB         SHIP DATE: 05/20/06
     CARTONS ARE TO BE PACKED AS FOLLOWS:
```

```
                    BILL-TO:   BATH BY TOWN & COUNTRY INC.           PAGE: 3
                               475 OBERLIN AVENUE SOUTH
DATE: 04/05/06
                                   LAKEWOOD, NJ            ** P.O. NO.: 03023-00
                                   08701-6904             ********************
                                                              AMENDMENT02
 * * *   * * *   * * *   P U R C H A S E   O R D E R S   * * *   * * *   * * *

          37915
VENDOR: P. KAUFMAN, INC.              SHIP:  TOWN CNTRY/PT
        2 PARK AVENUE                 TO :  401 WESTMONT DRIVE
        16TH FLOOR                          SAN PEDRO, CA
        NEW YORK, NY                        90731
        10016
  ATTN: TERRY FIORI

 * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

 SHIP DATE: 04/30/06   SHIP VIA : OCEAN              TERMS: NET 30

 F.O.B. :                              FREIGHT: FOB

 * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *
```

| LN | STYLE | COL | UPC CODE | QUANTITY | UM | UNIT PRICE | AMOUNT |
|----|-------|-----|----------|----------|----|-----------|--------|
| | 1 PC PER INNER-24 PCS PER MASTER CARTON<br>PACKAGING TO BE USED:<br>H20 PACKAGING | | | | | | |
| 008 | 3020289 | 282 | 636765024007 | 912 | EA | 8.90 | 8,116.80 |
| | PARACHUTE POLY LINEN BBB | | | SHIP DATE: 05/20/06 | | | |
| | CARTONS ARE TO BE PACKED AS FOLLOWS:<br>1 PC PER INNER-24 PCS PER MASTER CARTON<br>PACKAGING TO BE USED:<br>H20 PACKAGING | | | | | | |
| 009 | 3020289 | 444 | 636765031074 | 96 | EA | 8.90 | 854.40 |
| | PARACHUTE FSC LT.TURQUOISE BBB | | | SHIP DATE: 05/20/06 | | | |
| | CASE PACK 24 | | | | | | |
| 010 | 3020373 | 100 | 636765028708 | 96 | EA | 10.47 | 1,005.12 |
| | PARACHUTE X-LONG 72X84 FSC BBB<br>PAKCAGING TO BE USED:<br>H20<br>DESIGN NUMBER E1896<br>CASE PACK 24 | | | | | | |

```
                 BILL-TO:  BATH BY TOWN & COUNTRY INC.              PAGE: 4
                           475 OBERLIN AVENUE SOUTH
DATE: 04/05/06
                               LAKEWOOD, NJ           ** P.O. NO.: 03023-00
                               08701-6904             ********************
                                                        AMENDMENT02
  * * *   * * *   * * *   P U R C H A S E   O R D E R S   * * *   * * *   * * *

            37915
VENDOR: P. KAUFMAN, INC.                   SHIP:  TOWN CNTRY/PT
        2 PARK AVENUE                       TO :  401 WESTMONT DRIVE
        16TH FLOOR                                SAN PEDRO, CA
        NEW YORK, NY                               90731
        10016
  ATTN: TERRY FIORI

  * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

  SHIP DATE: 04/30/06   SHIP VIA : OCEAN            TERMS: NET 30

  F.O.B. :                          FREIGHT: FOB

  * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *
```

| LN | STYLE | COL | UPC CODE | QUANTITY | UM | UNIT PRICE | AMOUNT |
|----|-------|-----|----------|----------|----|-----------|--------|
| 011 | 3020374 | 100 | 636765028715 | 552 | EA | 8.20 | 4,526.40 |

PARACHUTE STALL FSC 54X78 BBB
DESIGN #E1921
PACKAGING TO BE USED:
H20
DESIGN NUMBER E1921
CASE PACK 24

| 012 | 3020374 | 102 | 636765032248 | 96 | EA | 8.20 | 787.20 |

PARACHUTE STALL FSC IVORY BBB
DESIGN E1921
PACKAGING TO BE USED:
H20
DESIGN NUMBER E1921
CASE PACK 24

| 013 | 3020374 | 264 | 636765032224 | 96 | EA | 8.20 | 787.20 |

PARACHUTE STALL FSC MOCHA BBB
DESIGN #E1921
PACKAGING TO BE USED:

```
              BILL-TO:   BATH BY TOWN & COUNTRY INC.              PAGE: 5
                         475 OBERLIN AVENUE SOUTH
 DATE: 04/05/06
                              LAKEWOOD, NJ          ** P.O. NO.: 03023-00
                              08701-6904            ********************
                                                   AMENDMENT02
 * * *   * * *   * * *   P U R C H A S E   O R D E R S   * * *   * * *   * * *

          37915
 VENDOR: P. KAUFMAN, INC.              ┌─────────────────────────────┐
          2 PARK AVENUE               │ SHIP:  TOWN CNTRY/PT         │
          16TH FLOOR                  │ TO : 401 WESTMONT DRIVE      │
          NEW YORK, NY                │      SAN PEDRO, CA           │
          10016                       │      90731                   │
    ATTN: TERRY FIORI                 │                             │
                                      └─────────────────────────────┘

 * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

 SHIP DATE: 04/30/06   SHIP VIA : OCEAN               TERMS: NET 30

 F.O.B. :                        FREIGHT: FOB

 * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *
```

| LN | STYLE | COL | UPC CODE | QUANTITY | UM | UNIT PRICE | AMOUNT |
|----|-------|-----|----------|----------|----|-----------|--------|
| | H20 | | | | | | |
| | DESIGN NUMBER E1921 | | | | | | |
| | CASE PACK 24 | | | | | | |
| 014 | 3020374 | 282 | 636765032231 | 96 | EA | 8.20 | 787.20 |
| | PARACHUTE STALL FSC LINEN BBB | | | | | | |
| | DESIGN E1921 | | | | | | |
| | PACKAGING TO BE USED: | | | | | | |
| | H20 | | | | | | |
| | DESIGN NUMBER E1921 | | | | | | |
| | CASE PACK 24 | | | | | | |
| 015 | 3020374 | 310 | 636765032255 | 96 | EA | 8.20 | 787.20 |
| | PARACHUTE STALL FSC SAGE BBB | | | | | | |
| | DESIGN E1921 | | | | | | |
| | PACKAGING TO BE USED: | | | | | | |
| | H20 | | | | | | |
| | DESIGN NUMBER E1921 | | | | | | |
| | CASE PACK 24 | | | | | | |
| 016 | 3020289 | 022 | 636765024014 | 816 | EA | 8.90 | 7,262.40 |
| | PARACHUTE POLY SMOKE BBB | | SHIP DATE: 05/25/06 | | | | |
| | CARTONS ARE TO BE PACKED AS FOLLOWS: | | | | | | |

```
                    BILL-TO:   BATH BY TOWN & COUNTRY INC.              PAGE: 6
                               475 OBERLIN AVENUE SOUTH
DATE: 04/05/06
                               LAKEWOOD, NJ            ** P.O. NO.: 03023-00
                               08701-6904             ***********************
                                                        AMENDMENT02
* * *   * * *   * * *   P U R C H A S E   O R D E R S   * * *   * * *   * * *

          37915
VENDOR: P. KAUFMAN, INC.              ┌──────────────────────────────────┐
        2 PARK AVENUE                 │SHIP:  TOWN CNTRY/PT               │
        16TH FLOOR                    │TO : 401 WESTMONT DRIVE           │
        NEW YORK, NY                  │       SAN PEDRO, CA              │
        10016                         │       90731                      │
  ATTN: TERRY FIORI                   │                                  │
                                      └──────────────────────────────────┘

* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

SHIP DATE: 04/30/06   SHIP VIA : OCEAN              TERMS: NET 30

F.O.B. :                            FREIGHT: FOB

* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

LN   STYLE      COL      UPC CODE        QUANTITY   UM  UNIT PRICE    AMOUNT
---------------------------------------------------------------------------
     1 PC PER INNER-24 PCS PER MASTER CARTON
     PACKAGING TO BE USED:
     H20 PACKAGING

017  3020289    100      636765023987     1,032    EA     8.90      9,184.80
       PARACHUTE POLY WHITE BBB            SHIP DATE: 05/25/06
     CARTONS ARE TO BE PACKED AS FOLLOWS:
     1 PC PER INNER-24 PCS PER MASTER CARTON
     PACKAGING TO BE USED:
     H20 PACKAGING

018  3020289    264      636765031043     1,656    EA     8.90     14,738.40
       PARACHUTE FSC MOCHA BBB             SHIP DATE: 05/25/06
     CARTONS ARE TO BE PACKED AS FOLLOWS:
     1 PC PER INNER-24 PCS PER MASTER CARTON
     PACKAGING TO BE USED:
     H20 PACKAGING

019  3020289    282      636765024007       912    EA     8.90      8,116.80
       PARACHUTE POLY LINEN BBB            SHIP DATE: 05/25/06
     CARTONS ARE TO BE PACKED AS FOLLOWS:
```

BILL-TO:   BATH BY TOWN & COUNTRY INC.          PAGE: 7
                      475 OBERLIN AVENUE SOUTH
DATE: 04/05/06
                              LAKEWOOD, NJ          ** P.O. NO.: 03023-00
                              08701-6904            **********************
                                                      AMENDMENT02
* * *   * * *   * * *   P U R C H A S E   O R D E R S   * * *   * * *   * * *

          37915
VENDOR: P. KAUFMAN, INC.              ┌─────────────────────────────────┐
          2 PARK AVENUE              │ SHIP:  TOWN CNTRY/PT            │
          16TH FLOOR                 │   TO : 401 WESTMONT DRIVE       │
          NEW YORK, NY               │        SAN PEDRO, CA            │
          10016                      │        90731                   │
    ATTN: TERRY FIORI                │                                 │
                                      └─────────────────────────────────┘

* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

SHIP DATE: 04/30/06   SHIP VIA : OCEAN              TERMS: NET 30

F.O.B. :                          FREIGHT: FOB

* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

| LN | STYLE | COL | UPC CODE | QUANTITY | UM | UNIT PRICE | AMOUNT |
|----|-------|-----|----------|----------|----|-----------|--------|
|    | 1 PC PER INNER-24 PCS PER MASTER CARTON | | | | | | |
|    | PACKAGING TO BE USED: | | | | | | |
|    | H20 PACKAGING | | | | | | |
| 020 | 3020289 | 444 | 636765031074 | 120 | EA | 8.90 | 1,068.00 |
|    | PARACHUTE FSC LT.TURQUOISE BBB   SHIP DATE: 05/25/06 | | | | | | |
|    | CASE PACK 24 | | | | | | |

        REPLENISHING PO.
        PLS CONFIRM SHIP DATE AND
        ISSUE S/C.
        4-11 PO AMENDED TO SHIP DATE


COMMENTS:                                    ORDER TOTAL:   102,623.52
    MARK ALL CARTONS & BILL OF LADING NO. 03023
    BILL OF LADING MUST BE INCLUDED WITH INVOICE
    PACKING SLIP MUST BE ENCLOSED

    ACCEPTANCE OF P.O. AS WRITTEN
    WILL BE BINDING UNLESS NOTIFIED      BUYER (00000):_____

```
                  BILL-TO:   BATH BY TOWN & COUNTRY INC.          PAGE: 1
                             475 OBERLIN AVENUE SOUTH
DATE. 05/03/06
                               LAKEWOOD, NJ           ** P.O. NO.: 03064-00
                               08701-6904            *********************


* * *   * * *   * * *   P U R C H A S E   O R D E R S   * * *   * * *   * * *


         37915
VENDOR: P. KAUFMAN. INC.            |SHIP:  TOWN CNTRY/PT
        2 PARK AVENUE              | TO :  401 WESTMONT DRIVE
        16TH FLOOR                 |       SAN PEDRO. CA
        NEW YORK. NY               |       90731
        10016                      |
  ATTN: TERRY FIORI                |_____


* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

SHIP DATE: 06/03/06   SHIP VIA : OCEAN          TERMS: NET 30

F.O.B. :                          FREIGHT: FOB

* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

LN   STYLE    COL      UPC CODE      QUANTITY   UM  UNIT PRICE   AMOUNT
-----------------------------------------------------------------------
001  3110593  022    636765028746      192      EA    8.20     1.574.40
        PARACHUTE WIND CURT BBB SMOKE
     PAKCAGING TO BE USED:
     H20
     DESIGN NUMBER E1897
     CASE PACK 24

002  3110593  100    636765028722      240      EA    8.20     1.968.00
        PARACHUTE WIND CURT BBB WHITE
     PAKCAGING TO BE USED:
     H20
     DESIGN NUMBER E1897
     CASE PACK 24

003  3110593  102    636765028753      216      EA    8.20     1.771.20
        PARACHUTE WIND CURT BBB IVORY
     PAKCAGING TO BE USED:
     H20
     DESIGN NUMBER E1897
     CASE PACK 24

004  3110593  333    636765028739      216      EA    8.20     1.771.20
        PARACHUTE WIND CURT BBB SAGE
     PAKCAGING TO BE USED:
```

```
                  BILL-TO:   BATH BY TOWN & COUNTRY INC.          PAGE: 2
                             475 OBERLIN AVENUE SOUTH
DATE: 05/03/06
                                LAKEWOOD, NJ           ** P.O. NO.: 03064-00
                                08701-6904             *********************
```

*** *** *** P U R C H A S E   O R D E R S *** *** ***

```
           37915
VENDOR: P. KAUFMAN, INC.            SHIP:  TOWN CNTRY/PT
        2 PARK AVENUE                 TO : 401 WESTMONT DRIVE
        16TH FLOOR                          SAN PEDRO, CA
        NEW YORK, NY                         90731
        10016
   ATTN: TERRY FIORI
```

*** *** *** *** *** *** *** *** *** ***

SHIP DATE: 06/03/06   SHIP VIA : OCEAN          TERMS: NET 30

F.O.B. :                          FREIGHT: FOB

*** *** *** *** *** *** *** *** *** ***

| LN  | STYLE    | COL | UPC CODE     | QUANTITY | UM | UNIT PRICE | AMOUNT    |
|-----|----------|-----|--------------|----------|----|------------|-----------|
|     | H20<br>DESIGN NUMEBR E1897<br>CASE PACK 24 | | | | | | |
| 005 | 3020289  | 022 | 636765024014 | 1,032    | EA | 8.90       | 9,184.80  |
|     | PARACHUTE POLY SMOKE BBB<br>CARTONS ARE TO BE PACKED AS FOLLOWS:<br>1 PC PER INNER-24 PCS PER MASTER CARTON<br>PACKAGING TO BE USED:<br>H20 PACKAGING | | | | | | |
| 006 | 3020289  | 100 | 636765023987 | 1,296    | EA | 8.90       | 11,534.40 |
|     | PARACHUTE POLY WHITE BBB<br>CARTONS ARE TO BE PACKED AS FOLLOWS:<br>1 PC PER INNER-24 PCS PER MASTER CARTON<br>PACKAGING TO BE USED:<br>H20 PACKAGING | | | | | | |
| 007 | 3020289  | 102 | 636765023994 | 984      | EA | 8.90       | 8,757.60  |
|     | PARACHUTE POLY IVORY BBB<br>CARTONS ARE TO BE PACKED AS FOLLOWS: | | | | | | |

```
                                                              PAGE: 3
           BILL-TO:  BATH BY TOWN & COUNTRY INC.
                     475 OBERLIN AVENUE SOUTH
DATE: 05/03/06
                     LAKEWOOD, NJ        ** P.O. NO.: 03064-00
                     08701-6904          ********************

* * *   * * *   * * *   P U R C H A S E   O R D E R S   * * *   * * *   * * *

        37915
VENDOR: P. KAUFMAN, INC.          |SHIP:  TOWN CNTRY/PT
        2 PARK AVENUE             | TO :  401 WESTMONT DRIVE
        16TH FLOOR                |       SAN PEDRO, CA
        NEW YORK, NY              |       90731
        10016                     |
  ATTN: TERRY FIORI               |_____

* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

SHIP DATE: 06/03/06   SHIP VIA : OCEAN           TERMS: NET 30

F.O.B. :                         FREIGHT: FOB

* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

LN   STYLE     COL     UPC CCDE        QUANTITY   UM  UNIT PRICE    AMOUNT
--------------------------------------------------------------------------
     1 PC PER INNER-24 PCS PER MASTER CARTON
     PACKAGING TO BE USED:
     H20 PACKAGING

008  3020289   264      636765031043    1,680    EA     8.90     14,952.00
        PARACHUTE FSC MOCHA BBB
     CARTONS ARE TO BE PACKED AS FOLLOWS:
     1 PC PER INNER-24 PCS PER MASTER CARTON
     PACKAGING TO BE USED:
     H20 PACKAGING

009  3020289   282      636765024007    1,080    EA     8.90      9,612.00
        PARACHUTE POLY LINEN BBB
     CARTONS ARE TO BE PACKED AS FOLLOWS:
     1 PC PER INNER-24 PCS PER MASTER CARTON
     PACKAGING TO BE USED:
     H20 PACKAGING

010  3020289   333      636765024021      840    EA     8.90      7,476.00
        PARACHUTE POLY SAGE BBB
     CARTONS ARE TO BE PACKED AS FOLLOWS:
```

```
                BILL-TO:  BATH BY TOWN & COUNTRY INC.              PAGE: 4
                          475 OBERLIN AVENUE SOUTH
DATE: 05/03/06
                              LAKEWOOD, NJ          ** P.O. NO.: 03064-00
                              08701-6904           **********************
```

* * *   * * *   * * *   P U R C H A S E   O R D E R S   * * *   * * *   * * *

```
        37915
VENDOR: P. KAUFMAN, INC.            SHIP: TOWN CNTRY/PT
        2 PARK AVENUE               TO : 401 WESTMONT DRIVE
        16TH FLOOR                       SAN PEDRO, CA
        NEW YORK, NY                     90731
        10016
  ATTN: TERRY FIORI
```

* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

SHIP DATE: 06/03/06   SHIP VIA : OCEAN              TERMS: NET 30

F.O.B. :                          FREIGHT: FOB

* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

| LN | STYLE | COL | UPC CODE | QUANTITY | UM | UNIT PRICE | AMOUNT |
|----|-------|-----|----------|----------|----|-----------|--------|
| | 1 PC PER INNER-24 PCS PER MASTER CARTON | | | | | | |
| | PACKAGING TO BE USED: | | | | | | |
| | H2O PACKAGING | | | | | | |
| 011 | 3020289 | 444 | 636765031074 | 672 | EA | 8.90 | 5,980.80 |
| | PARACHUTE FSC LT.TURQUOISE BBB | | | | | | |
| | CASE PACK 24 | | | | | | |
| 012 | 3020374 | 022 | 636765032262 | 72 | EA | 8.20 | 590.40 |
| | PARACHUTE STALL FSC SMOKE BBB | | | | | | |
| | DESIGN E1921 | | | | | | |
| | PACKAGING TO BE USED: | | | | | | |
| | H2O | | | | | | |
| | DESIGN NUMBER E1921 | | | | | | |
| | CASE PACK 24 | | | | | | |
| 013 | 3020374 | 100 | 636765028715 | 240 | EA | 8.20 | 1,968.00 |
| | PARACHUTE STALL FSC 54X78 BBB | | | | | | |
| | DESIGN #E1921 | | | | | | |
| | PACKAGING TO BE USED: | | | | | | |
| | H2O | | | | | | |

BILL-TO:    BATH BY TOWN & COUNTRY INC.                    PAGE: 5
                475 OBERLIN AVENUE SOUTH

DATE: 05/03/06
                        LAKEWOOD, NJ          ** P.O. NO.: 03064-00
                          08701-6904          ********************

* * *   * * *   * * *   P U R C H A S E   O R D E R S   * * *   * * *   * * *

         37915
VENDOR: P. KAUFMAN, INC.              ┌─────────────────────────────────┐
        2 PARK AVENUE                 │SHIP:  TOWN CNTRY/ST              │
        16TH FLOOR                    │ TO : 401 WESTMONT DRIVE          │
        NEW YORK, NY                  │      SAN PEDRO, CA               │
        10016                         │      90731                       │
  ATTN: TERRY FIORI                   │                                  │
                                      │      ─────────────────────────── │
                                      └─────────────────────────────────┘

* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

SHIP DATE: 06/03/06   SHIP VIA : OCEAN              TERMS: NET 30

F.O.B. :                              FREIGHT: FOB

* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

| LN | STYLE | COL | UPC CODE | QUANTITY | UM | UNIT PRICE | AMOUNT |
|----|-------|-----|----------|----------|-----|-----------|--------|
|    | DESIGN NUMBER E1921 | | | | | | |
|    | CASE PACK 24 | | | | | | |
|    | | | | | | | |
|    | PLEASE CONFIRM SHIP DATE | | | | | | |

COMMENTS:                                ORDER TOTAL:    77,140.80
    MARK ALL CARTONS & BILL OF LADING NO. 03064
    BILL OF LADING MUST BE INCLUDED WITH INVOICE
    PACKING SLIP MUST BE ENCLOSED

    ACCEPTANCE OF P.O. AS WRITTEN
    WILL BE BINDING UNLESS NOTIFIED       BUYER (00000):_____

```
                   BILL-TO:    BATH BY TOWN & COUNTRY INC.              PAGE: 1
                               475 OBERLIN AVENUE SOUTH
 DATE: 06/05/06
                               LAKEWOOD, NJ              ** P.O. NO.: 03084-00
                               08701-6904               ********************
```

* * *   * * *   * * *   P U R C H A S E   O R D E R S   * * *   * * *   * * *

```
         37915
 VENDOR: P. KAUFMAN, INC.            SHIP:  TOWN CNTRY/PT
         2 PARK AVENUE               TO :  401 WESTMONT DRIVE
         16TH FLOOR                         SAN PEDRO, CA
         NEW YORK, NY                       90731
         10016
   ATTN: TERRY FIORI
```

* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

SHIP DATE: 07/09/06   SHIP VIA : OCEAN              TERMS: NET 30

F.O.B. :                           FREIGHT: FOB

* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

| LN  | STYLE   | COL | UPC CODE     | QUANTITY | UM | UNIT PRICE | AMOUNT   |
|-----|---------|-----|--------------|----------|----|------------|----------|
| 001 | 3110593 | 022 | 636765028746 | 240      | EA | 8.20       | 1,968.00 |

PARACHUTE WIND CURT BBB SMOKE
PAKCAGING TO BE USED:
H20
DESIGN NUMBER E1897
CASE PACK 24

| 002 | 3110593 | 100 | 636765028722 | 240 | EA | 8.20 | 1,968.00 |

PARACHUTE WIND CURT BBB WHITE
PAKCAGING TO BE USED:
H20
DESIGN NUMBER E1897
CASE PACK 24

| 003 | 3110593 | 102 | 636765028753 | 216 | EA | 8.20 | 1,771.20 |

PARACHUTE WIND CURT BBB IVORY
PAKCAGING TO BE USED:
H20
DESIGN NUMBER E1897
CASE PACK 24

| 004 | 3110593 | 333 | 636765028739 | 240 | EA | 8.20 | 1,968.00 |

PARACHUTE WIND CURT BBB SAGE
PAKCAGING TO BE USED:

```
            BILL-TO:   BATH BY TOWN & COUNTRY INC.              PAGE: 2
                       475 OBERLIN AVENUE SOUTH
DATE: 06/05/06
                          LAKEWOOD, NJ          ** P.O. NO.: 03084-00
                          08701-6904            ********************
```

**\* \* \*   \* \* \*   \* \* \*   P U R C H A S E   O R D E R S   \* \* \*   \* \* \*   \* \* \***

```
        37915
VENDOR: P. KAUFMAN, INC.           ┌─────────────────────────────────┐
        2 PARK AVENUE              │SHIP:  TOWN CNTRY/PT              │
        16TH FLOOR                 │TO :  401 WESTMONT DRIVE          │
        NEW YORK, NY               │      SAN PEDRO, CA               │
        10016                      │      90731                       │
  ATTN: TERRY FIORI                │                                 │
                                   └─────────────────────────────────┘
```

**\* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \***

```
SHIP DATE: 07/09/06   SHIP VIA : OCEAN          TERMS: NET 30

F.O.B. :                         FREIGHT: FOB
```

**\* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \***

| LN | STYLE | COL | UPC CODE | QUANTITY | UM | UNIT PRICE | AMOUNT |
|----|-------|-----|----------|----------|----|------------|--------|
| | H20 | | | | | | |
| | DESIGN NUMEBR E1897 | | | | | | |
| | CASE PACK 24 | | | | | | |
| 005 | 3020289 | 022 | 636765024014 | 672 | EA | 8.90 | 5,980.80 |
| | PARACHUTE POLY SMOKE BBB | | | | | | |
| 006 | 3020289 | 100 | 636765023987 | 1,152 | EA | 8.90 | 10,252.80 |
| | PARACHUTE POLY WHITE BBB | | | | | | |
| 007 | 3020289 | 102 | 636765023994 | 1,104 | EA | 8.90 | 9,825.60 |
| | PARACHUTE POLY IVORY BBB | | | | | | |

005 — CARTONS ARE TO BE PACKED AS FOLLOWS:
1 PC PER INNER-24 PCS PER MASTER CARTON
PACKAGING TO BE USED:
H20 PACKAGING

006 — CARTONS ARE TO BE PACKED AS FOLLOWS:
1 PC PER INNER-24 PCS PER MASTER CARTON
PACKAGING TO BE USED:
H20 PACKAGING

007 — CARTONS ARE TO BE PACKED AS FOLLOWS:

```
                BILL-TO:   BATH BY TOWN & COUNTRY INC.              PAGE: 3
                           475 OBERLIN AVENUE SOUTH
 DATE: 06/05/06
                               LAKEWOOD, NJ           ** P.O. NO.: 03084-00
                               08701-6904             ********************
```

\* \* \*   \* \* \*   \* \* \*   P U R C H A S E   O R D E R S   \* \* \*   \* \* \*   \* \* \*

```
        37915
 VENDOR: P. KAUFMAN, INC.          |SHIP:  TOWN CNTRY/PT
         2 PARK AVENUE             | TO :  401 WESTMONT DRIVE
         16TH FLOOR                |       SAN PEDRO, CA
         NEW YORK, NY              |       90731
         10016                     |
   ATTN: TERRY FIORI               |_____
```

\* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*

```
 SHIP DATE: 07/09/06   SHIP VIA : OCEAN           TERMS: NET 30

 F.O.B. :                         FREIGHT: FOB
```

\* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*

| LN | STYLE | COL | UPC CODE | QUANTITY | UM | UNIT PRICE | AMOUNT |
|----|-------|-----|----------|----------|-----|-----------|--------|
| | | | 1 PC PER INNER-24 PCS PER MASTER CARTON PACKAGING TO BE USED: H20 PACKAGING | | | | |
| 008 | 3020289 | 264 | 636765031043 | 1.416 | EA | 8.90 | 12,602.40 |
| | PARACHUTE FSC MOCHA BBB CARTONS ARE TO BE PACKED AS FOLLOWS: 1 PC PER INNER-24 PCS PER MASTER CARTON PACKAGING TO BE USED: H20 PACKAGING | | | | | | |
| 009 | 3020289 | 282 | 636765024007 | 1.152 | EA | 8.90 | 10,252.80 |
| | PARACHUTE POLY LINEN BBB CARTONS ARE TO BE PACKED AS FOLLOWS: 1 PC PER INNER-24 PCS PER MASTER CARTON PACKAGING TO BE USED: H20 PACKAGING | | | | | | |
| 010 | 3020289 | 333 | 636765024021 | 984 | EA | 8.90 | 8,757.60 |
| | PARACHUTE POLY SAGE BBB CARTONS ARE TO BE PACKED AS FOLLOWS: | | | | | | |

```
              BILL-TO:   BATH BY TOWN & COUNTRY INC.              PAGE: 4
                         475 OBERLIN AVENUE SOUTH
DATE: 06/05/06
                           LAKEWOOD, NJ          ** P.O. NO.: 03084-00
                            08701-6904           ********************


* * *   * * *   * * *  P U R C H A S E   O R D E R S  * * *   * * *   * * *


          37915
VENDOR: P. KAUFMAN, INC.          SHIP:  TOWN CNTRY/PT
        2 PARK AVENUE             TO : 401 WESTMONT DRIVE
        16TH FLOOR                     SAN PEDRO, CA
        NEW YORK, NY                   90731
        10016
   ATTN: TERRY FIORI


* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

SHIP DATE: 07/09/06   SHIP VIA : OCEAN          TERMS: NET 30

F.O.B. :                        FREIGHT: FOB

* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *
```

| LN | STYLE | COL | UPC CODE | QUANTITY | UM | UNIT PRICE | AMOUNT |
|----|-------|-----|----------|----------|-----|-----------|--------|
|    | 1 PC PER INNER-24 PCS PER MASTER CARTON | | | | | | |
|    | PACKAGING TO BE USED: | | | | | | |
|    | H20 PACKAGING | | | | | | |
| 011 | 3020373 | 100 | 636765028708 | 96 | EA | 10.47 | 1,005.12 |
|    | PARACHUTE X-LONG 72X84 FSC BBB | | | | | | |
|    | PAKCAGING TO BE USED: | | | | | | |
|    | H20 | | | | | | |
|    | DESIGN NUMBER E1896 | | | | | | |
|    | CASE PACK 24 | | | | | | |
| 012 | 3020289 | 444 | 636765031074 | 768 | EA | 8.90 | 6,835.20 |
|    | PARACHUTE FSC LT.TURQUOISE BBB | | | | | | |
|    | CASE PACK 24 | | | | | | |
| 013 | 3020374 | 100 | 636765028715 | 360 | EA | 8.20 | 2,952.00 |
|    | PARACHUTE STALL FSC 54X78 BBB | | | | | | |
|    | DESIGN #E1921 | | | | | | |
|    | PACKAGING TO BE USED: | | | | | | |
|    | H20 | | | | | | |
|    | DESIGN NUMBER E1921 | | | | | | |

```
              BILL-TO:   BATH BY TOWN & COUNTRY INC.              PAGE: 5
                            475 OBERLIN AVENUE SOUTH
DATE: 06/05/06
                              LAKEWOOD, NJ           ** P.O. NO.: 03084-00
                              08701-6904            *********************
```

`* * *   * * *   * * *   P U R C H A S E   O R D E R S   * * *   * * *   * * *`

```
         37915
VENDOR: P. KAUFMAN, INC.            SHIP:  TOWN CNTRY/PT
        2 PARK AVENUE               TO :  401 WESTMONT DRIVE
        16TH FLOOR                        SAN PEDRO, CA
        NEW YORK, NY                      90731
        10016
  ATTN: TERRY FIORI
```

`* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *`

```
SHIP DATE: 07/09/06   SHIP VIA : OCEAN           TERMS: NET 30

F.O.B. :                            FREIGHT: FOB
```

`* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *`

```
LN   STYLE    COL     UPC CODE       QUANTITY   UM  UNIT PRICE   AMOUNT
-----------------------------------------------------------------------
         CASE PACK 24

         REPLENISHING PO, PLS CONFIRM
         SHIP DATE AND ISSUE S/C.
```

```
COMMENTS:                            ORDER TOTAL:    76,139.52
     MARK ALL CARTONS & BILL OF LADING NO. 03084
     BILL OF LADING MUST BE INCLUDED WITH INVOICE
     PACKING SLIP MUST BE ENCLOSED

     ACCEPTANCE OF P.O. AS WRITTEN
     WILL BE BINDING UNLESS NOTIFIED    BUYER (00000):_____
```

```
              BILL-TO:    BATH BY TOWN & COUNTRY INC.              PAGE: 1
                          475 OBERLIN AVENUE SOUTH
DATE: 07/06/06
                            LAKEWOOD, NJ            ** P.O. NO.: 03123-00
                            08701-6904             *********************
```

```
* * *   * * *   * * *   P U R C H A S E   O R D E R S   * * *   * * *   * * *
```

```
          37915
VENDOR: P. KAUFMAN, INC.           ┌─────────────────────────────────┐
        2 PARK AVENUE              │ SHIP:  TOWN CNTRY/PT             │
        16TH FLOOR                 │ TO  :  401 WESTMONT DRIVE        │
        NEW YORK, NY               │        SAN PEDRO, CA             │
        10016                      │        90731                    │
  ATTN: TERRY FIORI                │                                 │
                                   │                                 │
```

*Quoted 6/20* (handwritten)

```
* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *
```

```
SHIP DATE: 08/09/06   SHIP VIA : OCEAN              TERMS: NET 30

F.O.B. :                               FREIGHT: FOB
```

```
* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *
```

| LN | STYLE | COL | UPC CODE | QUANTITY | UM | UNIT PRICE | AMOUNT |
|----|-------|-----|----------|----------|----|-----------|--------|
| 001 | 3110593 | 022 | 636765028746 | 288 | EA | 8.20 | 2,361.60 |
| 002 | 3020289 | 022 | 636765024014 | 1,488 | EA | 8.90 | 13,243.20 |
| 003 | 3110593 | 100 | 636765028722 | 336 | EA | 8.20 | 2,755.20 |
| 004 | 3110593 | 102 | 636765028753 | 336 | EA | 8.20 | 2,755.20 |

```
001   PARACHUTE WIND CURT BBB SMOKE
      PAKCAGING TO BE USED:
      H20
      DESIGN NUMBER E1897
      CASE PACK 24

002   PARACHUTE POLY SMOKE BBB
      CARTONS ARE TO BE PACKED AS FOLLOWS:
      1 PC PER INNER-24 PCS PER MASTER CARTON
      PACKAGING TO BE USED:
      H20 PACKAGING

003   PARACHUTE WIND CURT BBB WHITE
      PAKCAGING TO BE USED:
      H20
      DESIGN NUMBER E1897
      CASE PACK 24

004   PARACHUTE WIND CURT BBB IVORY
      PAKCAGING TO BE USED:
```

```
                BILL-TO:    BATH BY TOWN & COUNTRY INC.              PAGE: 2
                            475 OBERLIN AVENUE SOUTH
 DATE: 07/06/06
                              LAKEWOOD, NJ        ** P.O. NO.: 03123-00
                               08701-6904         *********************
```

\* \* \*   \* \* \*   \* \* \*   P U R C H A S E   O R D E R S   \* \* \*   \* \* \*   \* \* \*

```
           37915
 VENDOR: P. KAUFMAN, INC.          ┌─────────────────────────────┐
         2 PARK AVENUE             │SHIP:  TOWN CNTRY/PT          │
         16TH FLOOR                │TO : 401 WESTMONT DRIVE       │
         NEW YORK, NY              │     SAN PEDRO, CA            │
         10016                     │     90731                   │
  ATTN: TERRY FIORI                │                             │
                                   └─────────────────────────────┘
```

\* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*

SHIP DATE: 08/09/06   SHIP VIA : OCEAN            TERMS: NET 30

F.O.B. :                         FREIGHT: FOB

\* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*

| LN | STYLE | COL | UPC CODE | QUANTITY | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | H20 DESIGN NUMBER E1897 CASE PACK 24 | | | | | | |
| 005 | 3110593 | 333 | 636765028739 | 240 | EA | 8.20 | 1,968.00 |
| | PARACHUTE WIND CURT BBB SAGE PAKCAGING TO BE USED: H20 DESIGN NUMEBR E1897 CASE PACK 24 | | | | | | |
| 006 | 3020289 | 100 | 636765023987 | 3,264 | EA | 8.90 | 29,049.60 |
| | PARACHUTE POLY WHITE BBB CARTONS ARE TO BE PACKED AS FOLLOWS: 1 PC PER INNER-24 PCS PER MASTER CARTON PACKAGING TO BE USED: H20 PACKAGING | | | | | | |
| 007 | 3020289 | 102 | 636765023994 | 1,920 | EA | 8.90 | 17,088.00 |
| | PARACHUTE POLY IVORY BBB CARTONS ARE TO BE PACKED AS FOLLOWS: | | | | | | |

```
              BILL-TO:   BATH BY TOWN & COUNTRY INC.        PAGE: 3
                         475 OBERLIN AVENUE SOUTH
DATE: 07/06/06
                            LAKEWOOD, NJ           ** P.O. NO.: 03123-00
                            08701-6904             ********************
```

\* \* \*   \* \* \*   \* \* \*   P U R C H A S E   O R D E R S   \* \* \*   \* \* \*   \* \* \*

```
         37915
VENDOR: P. KAUFMAN, INC.          SHIP:  TOWN CNTRY/PT
        2 PARK AVENUE             TO : 401 WESTMONT DRIVE
        16TH FLOOR                     SAN PEDRO, CA
        NEW YORK, NY                   90731
        10016
  ATTN: TERRY FIORI
```

\* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*

SHIP DATE: 08/09/06   SHIP VIA : OCEAN          TERMS: NET 30

F.O.B. :                          FREIGHT: FOB

\* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*

| LN | STYLE | COL | UPC CODE | QUANTITY | UM | UNIT PRICE | AMOUNT |
|----|-------|-----|----------|----------|-----|-----------|--------|
| | | | | | | | |

```
     1 PC PER INNER-24 PCS PER MASTER CARTON
     PACKAGING TO BE USED:
     H20 PACKAGING

008  3020289   264     636765031043   2,856   EA    8.90    25,418.40
          PARACHUTE FSC MOCHA BBB
     CARTONS ARE TO BE PACKED AS FOLLOWS:
     1 PC PER INNER-24 PCS PER MASTER CARTON
     PACKAGING TO BE USED:
     H20 PACKAGING

009  3020289   282     636765024007   1,992   EA    8.90    17,728.80
          PARACHUTE POLY LINEN BBB
     CARTONS ARE TO BE PACKED AS FOLLOWS:
     1 PC PER INNER-24 PCS PER MASTER CARTON
     PACKAGING TO BE USED:
     H20 PACKAGING

010  3020289   333     636765024021   1,968   EA    8.90    17,515.20
          PARACHUTE POLY SAGE BBB
     CARTONS ARE TO BE PACKED AS FOLLOWS:
```

```
                 BILL-TO:   BATH BY TOWN & COUNTRY INC.              PAGE: 4
                            475 OBERLIN AVENUE SOUTH
DATE: 07/06/06
                            LAKEWOOD, NJ           ** P.O. NO.: 03123-00
                            08701-6904             *********************
```

\* \* \*   \* \* \*   \* \* \*   P U R C H A S E   O R D E R S   \* \* \*   \* \* \*   \* \* \*

```
         37915
VENDOR: P. KAUFMAN, INC.          ┌─────────────────────────────────────┐
         2 PARK AVENUE            │SHIP:  TOWN CNTRY/PI                  │
         16TH FLOOR               │TO :  401 WESTMONT DRIVE              │
         NEW YORK, NY             │      SAN PEDRO, CA                   │
         10016                    │      90731                          │
   ATTN: TERRY FIORI              │                                     │
                                  └─────────────────────────────────────┘
```

\* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*

```
SHIP DATE: 08/09/06   SHIP VIA : OCEAN            TERMS: NET 30

F.O.B. :                          FREIGHT: FOB
```

\* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*

| LN | STYLE | COL | UPC CODE | QUANTITY | UM | UNIT PRICE | AMOUNT |
|----|-------|-----|----------|----------|----|-----------|--------|
| | 1 PC PER INNER-24 PCS PER MASTER CARTON PACKAGING TO BE USED: H20 PACKAGING | | | | | | |
| 011 | 3020289 | 444 | 636765031074 | 1,320 | EA | 8.90 | 11,748.00 |
| | PARACHUTE FSC LT.TURQUOISE BBB CASE PACK 24 | | | | | | |
| 012 | 3020373 | 100 | 636765028708 | 120 | EA | 10.47 | 1,256.40 |
| | PARACHUTE X-LONG 72X84 FSC BBB PAKCAGING TO BE USED: H20 DESIGN NUMBER E1896 CASE PACK 24 | | | | | | |
| 013 | 3020374 | 100 | 636765028715 | 504 | EA | 8.20 | 4,132.80 |
| | PARACHUTE STALL FSC 54X78 BBB DESIGN #E1921 PACKAGING TO BE USED: H20 DESIGN NUMBER E1921 | | | | | | |

```
                    BILL-TO:   BATH BY TOWN & COUNTRY INC.              PAGE: 5
                                475 OBERLIN AVENUE SOUTH
DATE: 07/06/06
                                  LAKEWOOD, NJ           ** P.O. NO.: 03123-00
                                  08701-6904            **********************
```

`* * *   * * *   * * *   P U R C H A S E   O R D E R S   * * *   * * *   * * *`

```
            37915
VENDOR: P. KAUFMAN, INC.              SHIP:  TOWN CNTRY/PT
            2 PARK AVENUE             TO :  401 WESTMONT DRIVE
            16TH FLOOR                      SAN PEDRO, CA
            NEW YORK, NY                    90731
            10016
   ATTN: TERRY FIORI
```

`* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *`

```
SHIP DATE: 08/09/06   SHIP VIA : OCEAN              TERMS: NET 30

F.O.B. :                          FREIGHT: FOB
```

`* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *`

```
LN   STYLE      COL      UPC CODE       QUANTITY  UM  UNIT PRICE    AMOUNT
--------------------------------------------------------------------------------
      CASE PACK 24

      BBB REPLENISHING PO.
      PLS CONFIRM SHIP DATE AND
      ISSUE S/C.
```

```
                                          ORDER TOTAL:   147,020.40
COMMENTS:
      MARK ALL CARTONS & BILL OF LADING NO. 03123
      BILL OF LADING MUST BE INCLUDED WITH INVOICE
      PACKING SLIP MUST BE ENCLOSED

      ACCEPTANCE OF P.O. AS WRITTEN
      WILL BE BINDING UNLESS NOTIFIED         BUYER (00000):_____
```

```
                    BILL-TO:  BATH BY TOWN & COUNTRY INC.                PAGE: 1
                               475 OBERLIN AVENUE SOUTH
DATE· 08/02/06
                                   LAKEWOOD, NJ            ** P.O. NO.: 03192-00
                                   08701-6904             *********************
```

* * *   * * *   * * *   P U R C H A S E   O R D E R S   * * *   * * *   * * *

```
        37915
VENDOR: P. KAUFMAN. INC.                ┌─────────────────────────────────────┐
        2 PARK AVENUE                   │SHIP:  TOWN CNTRY/PT                  │
        16TH FLOOR                      │TO : 401 WESTMONT DRIVE              │
        NEW YORK. NY                    │       SAN PEDRO. CA                  │
        10016                           │       90731                         │
  ATTN: TERRY FIORI                     │                                     │
                                        └─────────────────────────────────────┘
```

* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

SHIP DATE: AT ONCE    SHIP VIA : OCEAN                TERMS: NET 30

F.O.B. :                              FREIGHT: FOB

* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

| LN | STYLE | COL | UPC CODE | QUANTITY | UM | UNIT PRICE | AMOUNT |
|----|-------|-----|----------|----------|----|------------|--------|
| 001 | 3110593 | 022 | 636765028746 | 192 | EA | 8.20 | 1.574.40 |
| | | | PARACHUTE WIND CURT BBB SMOKE | | | | |
| | | | PAKCAGING TO BE USED: | | | | |
| | | | H20 | | | | |
| | | | DESIGN NUMBER E1897 | | | | |
| | | | CASE PACK 24 | | | | |
| 002 | 3110593 | 100 | 636765028722 | 240 | EA | 8.20 | 1.968.00 |
| | | | PARACHUTE WIND CURT BBB WHITE | | | | |
| | | | PAKCAGING TO BE USED: | | | | |
| | | | H20 | | | | |
| | | | DESIGN NUMBER E1897 | | | | |
| | | | CASE PACK 24 | | | | |
| 003 | 3110593 | 102 | 636765028753 | 264 | EA | 8.20 | 2.164.80 |
| | | | PARACHUTE WIND CURT BBB IVORY | | | | |
| | | | PAKCAGING TO BE USED: | | | | |
| | | | H20 | | | | |
| | | | DESIGN NUMBER E1897 | | | | |
| | | | CASE PACK 24 | | | | |
| 004 | 3110593 | 333 | 636765028739 | 216 | EA | 8.20 | 1.771.20 |
| | | | PARACHUTE WIND CURT BBB SAGE | | | | |
| | | | PAKCAGING TO BE USED: | | | | |

```
                BILL-TO:   BATH BY TOWN & COUNTRY INC.          PAGE: 2
                           475 OBERLIN AVENUE SOUTH
DATE: 08/02/06
                               LAKEWOOD, NJ          ** P.O. NO.: 03192-00
                               08701-6904            ***********************
```

* * *   * * *   * * *   P U R C H A S E   O R D E R S   * * *   * * *   * * *

```
          37915
VENDOR: P. KAUFMAN, INC.              SHIP: TOWN CNTRY/PT
        2 PARK AVENUE                  TO : 401 WESTMONT DRIVE
        16TH FLOOR                         SAN PEDRO, CA
        NEW YORK, NY                       90731
        10016
  ATTN: TERRY FIORI
```

* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

SHIP DATE: AT ONCE    SHIP VIA : OCEAN           TERMS: NET 30

F.O.B. :                          FREIGHT: FOB

* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

| LN | STYLE | COL | UPC CODE | QUANTITY | UM | UNIT PRICE | AMOUNT |
|----|-------|-----|----------|----------|----|-----------|--------|
| | H20 | | | | | | |
| | DESIGN NUMEBR E1897 | | | | | | |
| | CASE PACK 24 | | | | | | |
| 005 | 3020289 | 022 | 636765024014 | 720 | EA | 8.90 | 6,408.00 |

```
          PARACHUTE POLY SMOKE BBB
     CARTONS ARE TO BE PACKED AS FOLLOWS:
     1 PC PER INNER-24 PCS PER MASTER CARTON
     PACKAGING TO BE USED:
     H20 PACKAGING
```

| 006 | 3020289 | 100 | 636765023987 | 1,416 | EA | 8.90 | 12,602.40 |

```
          PARACHUTE POLY WHITE BBB
     CARTONS ARE TO BE PACKED AS FOLLOWS:
     1 PC PER INNER-24 PCS PER MASTER CARTON
     PACKAGING TO BE USED:
     H20 PACKAGING
```

| 007 | 3020289 | 102 | 636765023994 | 1,176 | EA | 8.90 | 10,466.40 |

```
          PARACHUTE POLY IVORY BBB
     CARTONS ARE TO BE PACKED AS FOLLOWS:
```

```
                                   BILL-TO:   BATH BY TOWN & COUNTRY INC.              PAGE: 3
                                              475 OBERLIN AVENUE SOUTH
DATE: 08/02/06
                                              LAKEWOOD, NJ              ** P.O. NO.: 03192-00
                                              08701-6904               ********************
```

\* \* \*    \* \* \*    \* \* \*    P U R C H A S E    O R D E R S    \* \* \*    \* \* \*    \* \* \*

```
            37915
VENDOR: P. KAUFMAN, INC.              ┌─────────────────────────────┐
        2 PARK AVENUE                 │ SHIP:  TOWN CNTRY/?T         │
        16TH FLOOR                    │  TO :  401 WESTMONT DRIVE    │
        NEW YORK, NY                  │        SAN PEDRO, CA         │
        10016                         │        90731                │
  ATTN: TERRY FIORI                   │                             │
                                      └─────────────────────────────┘
```

\* \* \*    \* \* \*    \* \* \*    \* \* \*    \* \* \*    \* \* \*    \* \* \*    \* \* \*    \* \* \*    \* \* \*

```
SHIP DATE: AT ONCE     SHIP VIA : OCEAN              TERMS: NET 30

F.O.B. :                            FREIGHT: FOB
```

\* \* \*    \* \* \*    \* \* \*    \* \* \*    \* \* \*    \* \* \*    \* \* \*    \* \* \*    \* \* \*    \* \* \*

| LN | STYLE | COL | UPC CODE | QUANTITY | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | 1 PC PER INNER-24 PCS PER MASTER CARTON PACKAGING TO BE USED: H2O PACKAGING | | | | | | |
| 008 | 3020289 | 264 | 636765031043 | 1,320 | EA | 8.90 | 11,748.00 |
| | PARACHUTE FSC MOCHA BBB CARTONS ARE TO BE PACKED AS FOLLOWS: 1 PC PER INNER-24 PCS PER MASTER CARTON PACKAGING TO BE USED: H2O PACKAGING | | | | | | |
| 009 | 3020289 | 282 | 636765024007 | 1,056 | EA | 8.90 | 9,398.40 |
| | PARACHUTE POLY LINEN BBB CARTONS ARE TO BE PACKED AS FOLLOWS: 1 PC PER INNER-24 PCS PER MASTER CARTON PACKAGING TO BE USED: H2O PACKAGING | | | | | | |
| 010 | 3020289 | 333 | 636765024021 | 696 | EA | 8.90 | 6,194.40 |
| | PARACHUTE POLY SAGE BBB CARTONS ARE TO BE PACKED AS FOLLOWS: | | | | | | |

```
                    BILL-TO:   BATH BY TOWN & COUNTRY INC.          PAGE: 4
                               475 OBERLIN AVENUE SOUTH

DATE: 08/02/06
                               LAKEWOOD, NJ              ** P.O. NO.: 03192-00
                               08701-6904               ***********************


* * *   * * *   * * *   P U R C H A S E   O R D E R S  * * *   * * *   * * *


         37915
VENDOR: P. KAUFMAN, INC.                 SHIP: TOWN CNTRY/PT
        2 PARK AVENUE                    TO : 401 WESTMONT DRIVE
        16TH FLOOR                             SAN PEDRO, CA
        NEW YORK, NY                           90731
        10016
  ATTN: TERRY FIORI


* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *


SHIP DATE: AT ONCE    SHIP VIA : OCEAN              TERMS: NET 30

F.O.B. :                                FREIGHT: FOB


* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

LN   STYLE      COL      UPC CODE        QUANTITY   UM  UNIT PRICE   AMOUNT
```

| LN | STYLE | COL | UPC CODE | QUANTITY | UM | UNIT PRICE | AMOUNT |
|----|-------|-----|----------|----------|----|-----------|--------|
| | 1 PC PER INNER-24 PCS PER MASTER CARTON PACKAGING TO BE USED: H20 PACKAGING | | | | | | |
| 011 | 3020289 PARACHUTE FSC LT.TURQUOISE BBB CASE PACK 24 | 444 | 636765031074 | 888 | EA | 8.90 | 7,903.20 |
| 012 | 3020373 PARACHUTE X-LONG 72X84 FSC BBB PAKCAGING TO BE USED: H20 DESIGN NUMBER E1896 CASE PACK 24 | 100 | 636765028708 | 96 | EA | 10.47 | 1,005.12 |
| 013 | 3020374 PARACHUTE STALL FSC 54X78 BBB DESIGN #E1921 PACKAGING TO BE USED: H20 DESIGN NUMBER E1921 | 100 | 636765028715 | 384 | EA | 8.20 | 3,148.80 |

```
                                                              PAGE: 5
              BILL-TO:   BATH BY TOWN & COUNTRY INC.
                         475 OBERLIN AVENUE SOUTH
DATE: 08/02/06
                          LAKEWOOD, NJ          ** P.O. NO.: 03192-00
                          08701-6904            ***********************
```

\* \* \*   \* \* \*   \* \* \*   P U R C H A S E   O R D E R S   \* \*\* \*   \* \* \*   \* \* \*

```
        37915
VENDOR: P. KAUFMAN, INC.          SHIP:  TOWN CNTRY/PT
        2 PARK AVENUE              TO : 401 WESTMONT DRIVE
        16TH FLOOR                      SAN PEDRO, CA
        NEW YORK, NY                    90731
        10016
  ATTN: TERRY FIORI
```

\* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \*\* \*   \* \* \*   \* \* \*

```
SHIP DATE: AT ONCE    SHIP VIA : OCEAN          TERMS: NET 30

F.O.B. :                            FREIGHT: FOB
```

\* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \*\* \*   \* \* \*   \* \* \*

| LN | STYLE | COL | UPC CODE | QUANTITY | UM | UNIT PRICE | AMOUNT |
|----|-------|-----|----------|----------|----|------------|--------|

```
     CASE PACK 24

     8/2-THIS IS A REPLENISHING
     ORDER. PLEASE CONFIRM RECEIPT
     SEND SALES CONFIRMATION AS
     AVAILABLE.
```

```
                                    ORDER TOTAL:    76,353.12
COMMENTS:
     MARK ALL CARTONS & BILL OF LADING NO. 03192
     BILL OF LADING MUST BE INCLUDED WITH INVOICE
     PACKING SLIP MUST BE ENCLOSED

     ACCEPTANCE OF P.O. AS WRITTEN
     WILL BE BINDING UNLESS NOTIFIED         BUYER (00000):_____
```

```
                    BILL-TO:   BATH BY TOWN & COUNTRY INC.              PAGE: 1
                               475 OBERLIN AVENUE SOUTH
DATE: 09/07/06
                               LAKEWOOD, NJ          ** P.O. NO.: 03233-00
                               08701-6904            *********************
```

* * *   * * *   * * *   P U R C H A S E   O R D E R S   * * *   * * *   * * *

```
         37915
VENDOR: P. KAUFMAN, INC.              | SHIP:  TOWN CNTRY/PT
         2 PARK AVENUE                |  TO :  401 WESTMONT DRIVE
         16TH FLOOR                   |        SAN PEDRO, CA
         NEW YORK, NY                 |        90731
         10016                        |
   ATTN: TERRY FIORI                  |_____
```

* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

SHIP DATE: 10/15/06   SHIP VIA : OCEAN              TERMS: NET 30

F.O.B. :                        FREIGHT: FOB

* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

| LN  | STYLE   | COL | UPC CODE     | QUANTITY | UM | UNIT PRICE | AMOUNT   |
|-----|---------|-----|--------------|----------|----|------------|----------|
| 001 | 3110593 | 102 | 636765028753 | 72       | EA | 8.20       | 590.40   |

    PARACHUTE WIND CURT BBB IVORY
    PAKCAGING TO BE USED:
    H20
    DESIGN NUMBER E1897
    CASE PACK 24

| 002 | 3110593 | 333 | 636765028739 | 96       | EA | 8.20       | 787.20   |

    PARACHUTE WIND CURT BBB SAGE
    PAKCAGING TO BE USED:
    H20
    DESIGN NUMEBR E1897
    CASE PACK 24

| 003 | 3020289 | 100 | 636765023987 | 816      | EA | 8.90       | 7,262.40 |

    PARACHUTE POLY WHITE BBB
    CARTONS ARE TO BE PACKED AS FOLLOWS:
    1 PC PER INNER-24 PCS PER MASTER CARTON
    PACKAGING TO BE USED:
    H20 PACKAGING

| 004 | 3020289 | 102 | 636765023994 | 624      | EA | 8.90       | 5,553.60 |

    PARACHUTE POLY IVORY BBB
    CARTONS ARE TO BE PACKED AS FOLLOWS:

```
                BILL-TO:   BATH BY TOWN & COUNTRY INC.              PAGE: 2
                           475 OBERLIN AVENUE SOUTH
DATE: 09/07/06
                              LAKEWOOD, NJ            ** P.O. NO.: 03233-00
                              08701-6904             ********************
```

### * * *  * * *  * * *   P U R C H A S E   O R D E R S   * * *  * * *  * * *

```
          37915
VENDOR: P. KAUFMAN, INC.          SHIP:  TOWN CNTRY/PT
        2 PARK AVENUE             TO :  401 WESTMONT DRIVE
        16TH FLOOR                      SAN PEDRO, CA
        NEW YORK, NY                    90731
        10016
  ATTN: TERRY FIORI
```

### * * *  * * *  * * *  * * *  * * *  * * *  * * *  * * *  * * *  * * *

```
SHIP DATE: 10/15/06   SHIP VIA : OCEAN              TERMS: NET 30

F.O.B. :                          FREIGHT: FOB
```

### * * *  * * *  * * *  * * *  * * *  * * *  * * *  * * *  * * *  * * *

| LN | STYLE | COL | UPC CODE | QUANTITY | UM | UNIT PRICE | AMOUNT |
|----|-------|-----|----------|----------|----|-----------:|-------:|
| | 1 PC PER INNER-24 PCS PER MASTER CARTON | | | | | | |
| | PACKAGING TO BE USED: | | | | | | |
| | H20 PACKAGING | | | | | | |
| 005 | 3020289 | 264 | 636765031043 | 360 | EA | 8.90 | 3,204.00 |
| | PARACHUTE FSC MOCHA BBB | | | | | | |
| | CARTONS ARE TO BE PACKED AS FOLLOWS: | | | | | | |
| | 1 PC PER INNER-24 PCS PER MASTER CARTON | | | | | | |
| | PACKAGING TO BE USED: | | | | | | |
| | H20 PACKAGING | | | | | | |
| 006 | 3020289 | 282 | 636765024007 | 672 | EA | 8.90 | 5,980.80 |
| | PARACHUTE POLY LINEN BBB | | | | | | |
| | CARTONS ARE TO BE PACKED AS FOLLOWS: | | | | | | |
| | 1 PC PER INNER-24 PCS PER MASTER CARTON | | | | | | |
| | PACKAGING TO BE USED: | | | | | | |
| | H20 PACKAGING | | | | | | |
| 007 | 3020289 | 444 | 636765031074 | 672 | EA | 8.90 | 5,980.80 |
| | PARACHUTE FSC LT.TURQUOISE BBB | | | | | | |
| | CASE PACK 24 | | | | | | |

```
                 BILL-TO:   BATH BY TOWN & COUNTRY INC.           PAGE: 3
                            475 OBERLIN AVENUE SOUTH
DATE: 09/07/06
                              LAKEWOOD, NJ          ** P.O. NO.: 03233-00
                              08701-6904           ************************
```

* * *   * * *   * * *   P U R C H A S E   O R D E R S   * * *   * * *   * * *

```
         37915
VENDOR: P. KAUFMAN, INC.           SHIP: TOWN CNTRY/PT
        2 PARK AVENUE              TO : 401 WESTMONT DRIVE
        16TH FLOOR                       SAN PEDRO, CA
        NEW YORK, NY                     90731
        10016
  ATTN: TERRY FIORI
```

* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

SHIP DATE: 10/15/06   SHIP VIA : OCEAN            TERMS: NET 30

F.O.B. :                        FREIGHT: FOB

* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

| LN | STYLE | COL | UPC CODE | QUANTITY | UM | UNIT PRICE | AMOUNT |
|----|-------|-----|----------|----------|----|-----------|--------|
| 008 | 3020373 | 100 | 636765028708 | 120 | EA | 10.47 | 1,256.40 |

```
          PARACHUTE X-LONG 72X84 FSC BBB
          PAKCAGING TO BE USED:
          H20
          DESIGN NUMBER E1896
          CASE PACK 24
```

| 009 | 3020374 | 100 | 636765028715 | 312 | EA | 8.20 | 2,558.40 |

```
          PARACHUTE STALL FSC 54X78 BBB
          DESIGN #E1921
          PACKAGING TO BE USED:
          H20
          DESIGN NUMBER E1921
          CASE PACK 24

          REPLENISHING PO, PLS CONFIRM
          SHIP DATE AND ISSUE S/C.
```

```
                BILL-TO:   BATH BY TOWN & COUNTRY INC.              PAGE: 4
                           475 OBERLIN AVENUE SOUTH
DATE: 09/07/06
                           LAKEWOOD, NJ          ** P.O. NO.: 03233-00
                           08701-6904            **********************


* * *   * * *   * * *   P U R C H A S E   O R D E R S   * * *   * * *   * * *

          37915
VENDOR: P. KAUFMAN, INC.              ┌─────────────────────────────────┐
        2 PARK AVENUE                 │ SHIP:  TOWN CNTRY/PT             │
        16TH FLOOR                    │   TO : 401 WESTMONT DRIVE        │
        NEW YORK, NY                  │        SAN PEDRO, CA             │
        10016                         │        90731                    │
  ATTN: TERRY FIORI                   │                                 │
                                      └─────────────────────────────────┘

* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

SHIP DATE: 10/15/06   SHIP VIA : OCEAN         TERMS: SHIP DATE AND ISSUE S/C.

F.O.B. :                         FREIGHT: FOB

* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

LN  STYLE     COL     UPC CODE       QUANTITY  UM  UNIT PRICE    AMOUNT
-------------------------------------------------------------------------
```

```
COMMENTS:                          ORDER TOTAL:    33,174.00
    MARK ALL CARTONS & BILL OF LADING NO. 03233
    BILL OF LADING MUST BE INCLUDED WITH INVOICE
    PACKING SLIP MUST BE ENCLOSED

    ACCEPTANCE OF P.O. AS WRITTEN
    WILL BE BINDING UNLESS NOTIFIED        BUYER (00000):_____
```

```
           BILL TO:   BATH BY TOWN & COUNTRY INC.                    PAGE: 1
                      475 CBERLIN AVENUE SOUTH
DATE: 10/04/06
                      LAKEWOOD, NJ              ** P.O. NO.: 03273-00
                      08701-6904               ********************

* * *   * * *   * * *   P U R C H A S E   O R D E R S   * * *   * * *   * * *

         37915
VENDOR: P. KAUFMAN, INC.              |SHIP:  TOWN CNTRY/PT
        2 PARK AVENUE                 | TO :  401 WESTMONT DRIVE
        16TH FLOOR                    |       SAN PEDRO, CA
        NEW YORK, NY                  |       90731
        10016                        |
  ATTN: TERRY FIORI                   |_____  _____

* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

SHIP DATE: 11/04/06   SHIP VIA : OCEAN            TERMS: NET 30

F.O.B. :                        FREIGHT: FOB

* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *
```

| LN | STYLE | COL | UPC CODE | QUANTITY | UM | UNIT PRICE | AMOUNT |
|----|-------|-----|----------|----------|----|-----------|--------|
| 001 | 3110593 | 022 | 636765028746 | 72 | EA | 8.20 | 590.40 |

PARACHUTE WIND CURT BBB SMOKE
PAKCAGING TO BE USED:
H20
DESIGN NUMBER E1897
CASE PACK 24

| 002 | 3110593 | 100 | 636765028722 | 312 | EA | 8.20 | 2.558.40 |

PARACHUTE WIND CURT BBB WHITE
PAKCAGING TO BE USED:
H20
DESIGN NUMBER E1897
CASE PACK 24

| 003 | 3110593 | 102 | 636765028753 | 192 | EA | 8.20 | 1.574.40 |

PARACHUTE WIND CURT BBB IVORY
PAKCAGING TO BE USED:
H20
DESIGN NUMBER E1897
CASE PACK 24

| 004 | 3110593 | 333 | 636765028739 | 168 | EA | 8.20 | 1.377.60 |

PARACHUTE WIND CURT BBB SAGE
PAKCAGING TO BE USED:

```
                BILL TO:   BATH BY TOWN & COUNTRY INC.              PAGE: 2
                           475 CBERLIN AVENUE SOUTH
DATE  10/04/06
                           LAKEWOOD, NJ                    ** P.O. NO.: 03273-00
                           08701-6904                      **********************


* * *   * * *   * * *   P U R C H A S E   O R D E R S   * * *   * * *   * * *

        37915
VENDOR: P. KAUFMAN, INC.               SHIP: TOWN CNTRY/PT
        2 PARK AVENUE                  TO : 401 WESTMONT DRIVE
        16TH FLOOR                          SAN PEDRO, CA
        NEW YORK, NY                        90731
        10016
   ATTN. TERRY FIORI                   _____   _____


* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

SHIP DATE: 11/04/06   SHIP VIA : OCEAN              TERMS: NET 30

F.O.B.                          FREIGHT: FOB


* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

LN   STYLE    COL       UPC CODE      QUANTITY   UM  UNIT PRICE   AMOUNT
```

| LN | STYLE | COL | UPC CODE | QUANTITY | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | H20 | | | | | | |
| | DESIGN NUMEBR E1897 | | | | | | |
| | CASE PACK 24 | | | | | | |
| 005 | 3020289 | 022 | 636765024014 | 768 | EA | 8.90 | 6,835.20 |

```
      PARACHUTE POLY SMOKE BBB
      CARTONS ARE TO BE PACKED AS FOLLOWS:
      1 PC PER INNER-24 PCS PER MASTER CARTON
      PACKAGING TO BE USED:
      H20 PACKAGING
```

| 006 | 3020289 | 100 | 636765023987 | 3,120 | EA | 8.90 | 27,768.00 |
|---|---|---|---|---|---|---|---|

```
      PARACHUTE POLY WHITE BBB
      CARTONS ARE TO BE PACKED AS FOLLOWS:
      1 PC PER INNER-24 PCS PER MASTER CARTON
      PACKAGING TO BE USED:
      H20 PACKAGING
```

| 007 | 3020289 | 102 | 636765023994 | 2,232 | EA | 8.90 | 19,864.80 |
|---|---|---|---|---|---|---|---|

```
      PARACHUTE POLY IVORY BBB
      CARTONS ARE TO BE PACKED AS FOLLOWS:
```

```
              BILL-TO:   BATH BY TOWN & COUNTRY INC.              PAGE: 3
                         475 CBERLIN AVENUE SOUTH
DATE  10/04/06
                         LAKEWOOD, NJ            ** P.O. NO.: 03273-00
                         08701-6904             *********************
```

```
* * *   * * *   * * *   P U R C H A S E   O R D E R S   * * *   * * *   * * *
```

```
         37915                        ┌─────────────────────────────┐
VENDOR. P. KAUFMAN, INC.              │SHIP:   TOWN CNTRY/PT         │
         2 PARK AVENUE                │ TO : 401 WESTMONT DRIVE      │
         16TH FLOOR                   │      SAN PEDRO, CA           │
         NEW YORK, NY                 │      90731                   │
         10016                        │                             │
   ATTN: TERRY FIORI                  └─────────────────────────────┘
```

```
* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *
```

```
SHIP DATE: 11/04/06   SHIP VIA : OCEAN            TERMS: NET 30

F.O.B.                        FREIGHT: FOB
```

```
* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *
```

| LN | STYLE | COL | UPC CODE | QUANTITY | UM | UNIT PRICE | AMOUNT |
|----|-------|-----|----------|----------|-----|-----------|--------|
| | 1 PC PER INNER-24 PCS PER MASTER CARTON PACKAGING TO BE USED: H2O PACKAGING | | | | | | |
| 008 | 3020289 | 264 | 636765031043 | 3,336 | EA | 8.90 | 29,690.40 |
| | PARACHUTE FSC MOCHA BBB CARTONS ARE TO BE PACKED AS FOLLOWS: 1 PC PER INNER-24 PCS PER MASTER CARTON PACKAGING TO BE USED: H2O PACKAGING | | | | | | |
| 009 | 3020289 | 282 | 636765024007 | 2,520 | EA | 8.90 | 22,428.00 |
| | PARACHUTE POLY LINEN BBB CARTONS ARE TO BE PACKED AS FOLLOWS: 1 PC PER INNER-24 PCS PER MASTER CARTON PACKAGING TO BE USED: H2O PACKAGING | | | | | | |
| 010 | 3020289 | 333 | 636765024021 | 384 | EA | 8.90 | 3,417.60 |
| | PARACHUTE POLY SAGE BBB CARTONS ARE TO BE PACKED AS FOLLOWS: | | | | | | |

BILL-TO:    BATH BY TOWN & COUNTRY INC.                    PAGE: 4
                        475 OBERLIN AVENUE SOUTH

DATE: 10/04/06
                            LAKEWOOD, NJ              ** P.O. NO.: 03273-00
                            08701-6904               ***********************

* * *   * * *   * * *   P U R C H A S E   O R D E R S   * * *   * * *   * * *

        37915
VENDOR: P. KAUFMAN, INC.                  ┌──────────────────────────────┐
        2 PARK AVENUE                     │ SHIP:  TOWN CNTRY/PT          │
        16TH FLOOR                        │ TO :   401 WESTMONT DRIVE     │
        NEW YORK, NY                      │        SAN PEDRO, CA          │
        10016                             │        90731                 │
  ATTN: TERRY FIORI                       │                              │
                                          └──────────────────────────────┘

* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

SHIP DATE: 11/04/06   SHIP VIA : OCEAN                TERMS: NET 30

F.O.B. :                           FREIGHT: FOB

* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

| LN  | STYLE    | COL | UPC CODE     | QUANTITY | UM | UNIT PRICE | AMOUNT   |
|-----|----------|-----|--------------|----------|----|------------|----------|
|     | 1 PC PER INNER-24 PCS PER MASTER CARTON |||||||
|     | PACKAGING TO BE USED: |||||||
|     | H20 PACKAGING |||||||
| 011 | 3020289  | 444 | 636765031074 | 1,008    | EA | 8.90       | 8,971.20 |
|     | PARACHUTE FSC LT.TURQUOISE BBB |||||||
|     | CASE PACK 24 |||||||
| 012 | 3020373  | 100 | 636765028708 | 96       | EA | 10.47      | 1,005.12 |
|     | PARACHUTE X-LONG 72X84 FSC BBB |||||||
|     | PAKCAGING TO BE USED: |||||||
|     | H20 |||||||
|     | DESIGN NUMBER E1896 |||||||
|     | CASE PACK 24 |||||||
| 013 | 3020374  | 100 | 636765028715 | 384      | EA | 8.20       | 3,148.80 |
|     | PARACHUTE STALL FSC 54X78 BBB |||||||
|     | DESIGN #E1921 |||||||
|     | PACKAGING TO BE USED: |||||||
|     | H20 |||||||
|     | DESIGN NUMBER E1921 |||||||

```
                BILL-TO:   BATH BY TOWN & COUNTRY INC.              PAGE: 5
                           475 CBERLIN AVENUE SOUTH
DATE  10/04/06
                           LAKEWOOD, NJ              ** P.O. NO.: 03273-00
                           08701-6904               **********************

* * *   * * *   * * *   P U R C H A S E   O R D E R S   * * *   * * *   * * *

        37915
VENDOR: P. KAUFMAN, INC.              SHIP:  TOWN CNTRY/PT
        2 PARK AVENUE                 TO :  401 WESTMONT DRIVE
        16TH FLOOR                           SAN PEDRO, CA
        NEW YORK, NY                         90731
        10016
  ATTN: TERRY FIORI

* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

SHIP DATE  11/04/06   SHIP VIA : OCEAN             TERMS: NET 30

F.O.B. :                        FREIGHT: FOB

* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

LN   STYLE    COL     UPC CODE      QUANTITY  UM  UNIT PRICE   AMOUNT
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
      CASE PACK 24

014  3020374   282     636765032231      96   EA      8.20      787.20
        PARACHUTE STALL FSC LINEN BBB
        DESIGN E1921
        PACKAGING TO BE USED:
        H20
        DESIGN NUMBER E1921
        CASE PACK 24



COMMENTS:                            ORDER TOTAL:   130,017.12
     MARK ALL CARTONS & BILL OF LADING NO. 03273
     BILL OF LADING MUST BE INCLUDED WITH INVOICE
     PACKING SLIP MUST BE ENCLOSED

     ACCEPTANCE OF P.O. AS WRITTEN
     WILL BE BINDING UNLESS NOTIFIED      BUYER (00000):_____
```

```
              BILL-TO:    BATH BY TOWN & COUNTRY INC.              PAGE: 1
                          475 OBERLIN AVENUE SOUTH
DATE: 11/03/06
                              LAKEWOOD, NJ          ** P.O. NO.: 03314-00
                              08701-6904            *********************
```

* * *   * * *   * * *   P U R C H A S E   O R D E R S   * * *   * * *   * * *

```
           37915
VENDOR: P. KAUFMAN, INC.             ┌─────────────────────────────────┐
        2 PARK AVENUE                │SHIP: TOWN CNTRY/PT               │
        16TH FLOOR                   │TO :  401 WESTMONT DRIVE          │
        NEW YORK, NY                 │      SAN PEDRO, CA               │
        10016                        │      90731                       │
  ATTN: TERRY FIORI                  │                                  │
                                     └─────────────────────────────────┘
```

* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

SHIP DATE: 12/15/06   SHIP VIA : OCEAN              TERMS: NET 30

F.O.B. :                           FREIGHT: FOB

* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

| LN | STYLE | COL | UPC CODE | QUANTITY | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 001 | 3110593 | 022 | 636765028746 | 312 | EA | 8.20 | 2,558.40 |
| | | | PARACHUTE WIND CURT BBB SMOKE | | | | |
| | | | PAKCAGING TO BE USED: | | | | |
| | | | H20 | | | | |
| | | | DESIGN NUMBER E1897 | | | | |
| | | | CASE PACK 24 | | | | |
| 002 | 3110593 | 100 | 636765028722 | 336 | EA | 8.20 | 2,755.20 |
| | | | PARACHUTE WIND CURT BBB WHITE | | | | |
| | | | PAKCAGING TO BE USED: | | | | |
| | | | H20 | | | | |
| | | | DESIGN NUMBER E1897 | | | | |
| | | | CASE PACK 24 | | | | |
| 003 | 3110593 | 102 | 636765028753 | 240 | EA | 8.20 | 1,968.00 |
| | | | PARACHUTE WIND CURT BBB IVORY | | | | |
| | | | PAKCAGING TO BE USED: | | | | |
| | | | H20 | | | | |
| | | | DESIGN NUMBER E1897 | | | | |
| | | | CASE PACK 24 | | | | |
| 004 | 3110593 | 333 | 636765028739 | 240 | EA | 8.20 | 1,968.00 |
| | | | PARACHUTE WIND CURT BBB SAGE | | | | |
| | | | PAKCAGING TO BE USED: | | | | |

```
                BILL-TO:  BATH BY TOWN & COUNTRY INC.           PAGE: 2
                          475 OBERLIN AVENUE SOUTH
DATE: 11/03/06
                          LAKEWOOD, NJ            ** P.O. NO.: 03314-00
                          08701-6904             ********************
```

\* \* \*   \* \* \*   \* \* \*   P U R C H A S E   O R D E R S   \* \* \*   \* \* \*   \* \* \*

```
          37915
VENDOR: P. KAUFMAN, INC.          ┌─────────────────────────────┐
        2 PARK AVENUE             │SHIP:  TOWN CNTRY/PT           │
        16TH FLOOR                │TO :  401 WESTMONT DRIVE       │
        NEW YORK, NY              │      SAN PEDRO, CA            │
        10016                     │      90731                   │
  ATTN: TERRY FIORI               │                              │
                                  └─────────────────────────────┘
```

\* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*

```
SHIP DATE: 12/15/06   SHIP VIA : OCEAN          TERMS: NET 30

F.O.B. :                        FREIGHT: FOB
```

\* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*

| LN | STYLE | COL | UPC CODE | QUANTITY | UM | UNIT PRICE | AMOUNT |
|----|-------|-----|----------|----------|----|-----------|--------|
| | H20 | | | | | | |
| | DESIGN NUMEBR E1897 | | | | | | |
| | CASE PACK 24 | | | | | | |
| 005 | 3020289 | 022 | 636765024014 | 864 | EA | 8.90 | 7,689.60 |
| | PARACHUTE POLY SMOKE BBB | | | | | | |
| 006 | 3020289 | 100 | 636765023987 | 1,008 | EA | 8.90 | 8,971.20 |
| | PARACHUTE POLY WHITE BBB | | | | | | |
| 007 | 3020289 | 102 | 636765023994 | 1,008 | EA | 8.90 | 8,971.20 |
| | PARACHUTE POLY IVORY BBB | | | | | | |

```
005  3020289  022    636765024014    864    EA    8.90    7,689.60
       PARACHUTE POLY SMOKE BBB
     CARTONS ARE TO BE PACKED AS FOLLOWS:
     1 PC PER INNER-24 PCS PER MASTER CARTON
     PACKAGING TO BE USED:
     H20 PACKAGING

006  3020289  100    636765023987   1,008   EA    8.90    8,971.20
       PARACHUTE POLY WHITE BBB
     CARTONS ARE TO BE PACKED AS FOLLOWS:
     1 PC PER INNER-24 PCS PER MASTER CARTON
     PACKAGING TO BE USED:
     H20 PACKAGING

007  3020289  102    636765023994   1,008   EA    8.90    8,971.20
       PARACHUTE POLY IVORY BBB
     CARTONS ARE TO BE PACKED AS FOLLOWS:
```

```
                BILL-TO:   BATH BY TOWN & COUNTRY INC.            PAGE: 3
                            475 OBERLIN AVENUE SOUTH
DATE: 11/03/06
                            LAKEWOOD, NJ          ** P.O. NO.: 03314-00
                            08701-6904            ***********************
```

\* \* \*   \* \* \*   \* \* \*   P U R C H A S E   O R D E R S   \* \* \*   \* \* \*   \* \* \*

```
            37915
VENDOR: P. KAUFMAN, INC.            |SHIP: TOWN CNTRY/PT
        2 PARK AVENUE              |TO : 401 WESTMONT DRIVE
        16TH FLOOR                 |     SAN PEDRO, CA
        NEW YORK, NY               |     90731
        10016                      |
  ATTN: TERRY FIORI                |
```

\* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*

```
SHIP DATE: 12/15/06   SHIP VIA : OCEAN              TERMS: NET 30

F.O.B. :                           FREIGHT: FOB
```

\* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*   \* \* \*

| LN | STYLE | COL | UPC CODE | QUANTITY | UM | UNIT PRICE | AMOUNT |
|----|-------|-----|----------|----------|----|------------|--------|
| | | | 1 PC PER INNER-24 PCS PER MASTER CARTON | | | | |
| | | | PACKAGING TO BE USED: | | | | |
| | | | H2O PACKAGING | | | | |
| 008 | 3020289 | 264 | 636765031043 | 1,008 | EA | 8.90 | 8,971.20 |
| | | | PARACHUTE FSC MOCHA BBB | | | | |
| | | | CARTONS ARE TO BE PACKED AS FOLLOWS: | | | | |
| | | | 1 PC PER INNER-24 PCS PER MASTER CARTON | | | | |
| | | | PACKAGING TO BE USED: | | | | |
| | | | H2O PACKAGING | | | | |
| 009 | 3020289 | 282 | 636765024007 | 1,008 | EA | 8.90 | 8,971.20 |
| | | | PARACHUTE POLY LINEN BBB | | | | |
| | | | CARTONS ARE TO BE PACKED AS FOLLOWS: | | | | |
| | | | 1 PC PER INNER-24 PCS PER MASTER CARTON | | | | |
| | | | PACKAGING TO BE USED: | | | | |
| | | | H2O PACKAGING | | | | |
| 010 | 3020289 | 333 | 636765024021 | 1,008 | EA | 8.90 | 8,971.20 |
| | | | PARACHUTE POLY SAGE BBB | | | | |
| | | | CARTONS ARE TO BE PACKED AS FOLLOWS: | | | | |

```
             BILL-TO:  BATH BY TOWN & COUNTRY INC.              PAGE: 4
                       475 OBERLIN AVENUE SOUTH
DATE: 11/03/06
                            LAKEWOOD, NJ              ** P.O. NO.: 03314-00
                            08701-6904               ********************

* * *  * * *  * * *  P U R C H A S E   O R D E R S  * * *  * * *  * * *

        37915
VENDOR: P. KAUFMAN, INC.                    SHIP:  TOWN CNTRY/PT
        2 PARK AVENUE                       TO :  401 WESTMONT DRIVE
        16TH FLOOR                                 SAN PEDRO, CA
        NEW YORK, NY                               90731
        10016
  ATTN: TERRY FIORI

* * *  * * *  * * *  * * *  * * *  * * *  * * *  * * *  * * *  * * *

SHIP DATE: 12/15/06   SHIP VIA : OCEAN              TERMS: NET 30

F.O.B. :                            FREIGHT: FOB

* * *  * * *  * * *  * * *  * * *  * * *  * * *  * * *  * * *  * * *

LN   STYLE    COL      UPC CODE      QUANTITY   UM  UNIT PRICE   AMOUNT
----------------------------------------------------------------------
     1 PC PER INNER-24 PCS PER MASTER CARTON
     PACKAGING TO BE USED:
     H20 PACKAGING

011  3020289   444     636765031074     720     EA     8.90    6,408.00
       PARACHUTE FSC LT.TURQUOISE BBB
     CASE PACK 24

012  3020373   100     636765028708      96     EA    10.47    1,005.12
       PARACHUTE X-LONG 72X84 FSC BBB
     PAKCAGING TO BE USED:
     H20
     DESIGN NUMBER E1896
     CASE PACK 24

013  3020374   100     636765028715     384     EA     8.20    3,148.80
       PARACHUTE STALL FSC 54X78 BBB
       DESIGN #E1921
     PACKAGING TO BE USED:
     H20
     DESIGN NUMBER E1921
```

```
            BILL-TO:   BATH BY TOWN & COUNTRY INC.          PAGE: 5
                       475 OBERLIN AVENUE SOUTH
DATE: 11/03/06
                       LAKEWOOD, NJ          ** P.O. NO.: 03314-00
                       08701-6904           ********************

* * *   * * *   * * *   P U R C H A S E   O R D E R S   * * *   * * *   * * *

        37915
VENDOR: P. KAUFMAN, INC.            | SHIP: TOWN CNTRY/PT
        2 PARK AVENUE              | TO : 401 WESTMONT DRIVE
        16TH FLOOR                 |      SAN PEDRO, CA
        NEW YORK, NY               |      90731
        10016
  ATTN: TERRY FIORI

* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

SHIP DATE: 12/15/06   SHIP VIA : OCEAN          TERMS: NET 30

F.O.B. :                          FREIGHT: FOB

* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

LN   STYLE     COL      UPC CODE      QUANTITY  UM  UNIT PRICE    AMOUNT
---------------------------------------------------------------------------
     CASE PACK 24

     REPLENISHING PO, PLS CONFIRM
     SHI[P DATE AND ISSUE S/C.
```

```
COMMENTS:                             ORDER TOTAL:   72,357.12
     MARK ALL CARTONS & BILL OF LADING NO. 03314
     BILL OF LADING MUST BE INCLUDED WITH INVOICE
     PACKING SLIP MUST BE ENCLOSED

     ACCEPTANCE OF P.O. AS WRITTEN
     WILL BE BINDING UNLESS NOTIFIED     BUYER (00000):_____
```

```
          SLL-TO   BATH BY TOWN & COUNTRY INC.                PAGE: 1
                        475 OBERLIN AVENUE SOUTH
DATE: 02-15-07
                          LAKEWOOD, NJ            ** P.O. NO.: 03455-00
                           08701-6904            *********************

* * *   * * *   * * *   P U R C H A S E   O R D E R S   * * *   * * *   * * *

         37915
VENDOR: P. KAUFMAN, INC.              +------------------------------+
        2 PARK AVENUE                 | SHIP:  TOWN CNTRY/PT          |
        16TH FLOOR                    | TO :  12610 SHOEMAKER AVE     |
        NEW YORK, NY                  |       SANTA FE SPRINGS CA     |
        10016                         |       90670                   |
   ATTN: TERRY FIORI                  |                               |
                                      +------------------------------+

* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

SHIP DATE: 03/20/07   SHIP VIA : AIR              TERMS: NET 30

F O B :                          FREIGHT: FOB

* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *
```

| LN | STYLE | COL | UPC CODE | QUANTITY | UM | UNIT PRICE | AMOUNT |
|----|-------|-----|----------|----------|----|----|----|
| 001 | 3020374 | 100 | 636765028715 | 504 | EA | 8.20 | 4,132.80 |

PARACHUTE STALL FSC 54X78 BBB
DESIGN #E1921
PACKAGING TO BE USED:
H20
DESIGN NUMBER E1921
CASE PACK 24
RETAIL $39.99.

| 002 | 3110593 | 100 | 636765028722 | 408 | EA | 8.20 | 3,345.60 |

PARACHUTE WIND CURT BBB WHITE
PAKCAGING TO BE USED:
H20
DESIGN NUMBER E1897
CASE PACK 24

| 003 | 3110593 | 102 | 636765028753 | 408 | EA | 8.20 | 3,345.60 |

PARACHUTE WIND CURT BBB IVORY
PAKCAGING TO BE USED:
H20
DESIGN NUMBER E1897

BILL TO:    BATH BY TOWN & COUNTRY INC                 PAGE: 2
                          475 OBERLIN AVENUE SOUTH

DATE  02/15/07
                          LAKEWOOD, NJ            ** P.O. NO.: 03455-00
                          08701-6904             ********************

* * *   * * *   * * *   P U R C H A S E   O R D E R S   * * *   * * *   * * *

          37915
VENDOR: P. KAUFMAN, INC              ┌─────────────────────────────┐
          2 PARK AVENUE              │SHIP:   TOWN CNTRY/PT         │
          16TH FLOOR                 │ TO :  12610 SHOEMAKER AVE    │
          NEW YORK, NY               │       SANTA FE SPRINGS CA    │
          10016                      │       90670                  │
   ATTN: TERRY FIORI                 │                             │
                                     └─────────────────────────────┘

* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

SHIP DATE: 03/20/07   SHIP VIA : AIR                TERMS: NET 30

F.O.B. :                          FREIGHT: FOB

* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

 L  STYLE      COL      UPC CODE      QUANTITY   UM  UNIT PRICE    AMOUNT
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
    CASE PACK 24

     THIS WILL BE AIRED AT
     TNC EXPENSE.

COMMENTS:                          ORDER TOTAL:    10,824.00
    MARK ALL CARTONS & BILL OF LADING NO. 03455
    BILL OF LADING MUST BE INCLUDED WITH INVOICE
    PACKING SLIP MUST BE ENCLOSED

    ACCEPTANCE OF P.O. AS WRITTEN
    WILL BE BINDING UNLESS NOTIFIED       BUYER (00000:_____

```
              BILL-TO:    BATH BY TOWN & COUNTRY INC.                    PAGE: 1
                          475 OBERLIN AVENUE SOUTH
DATE: 02-15/07
                             LAKEWOOD, NJ            ** P.O. NO.: 03456-00
                              08701-6904            *********************

* * *   * * *   * * *   P U R C H A S E   O R D E R S   * * *   * * *   * * *

              27015
VENDOR: P. KAUFMAN, INC.                +--------------------------------+
        2 PARK AVENUE                   |SHIP:  TOWN CNTRY/PT            |
        16TH FLOOR                      |TO : 12610 SHOEMAKER AVE       |
        NEW YORK, NY                    |       SANTA FE SPRINGS CA      |
        10016                           |       90670                    |
  ATTN: TERRY FIORI                     |                                |
                                        +--------------------------------+

* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *

SHIP DATE: 03/20/07   SHIP VIA : OCEAN              TERMS: NET 30

F.O.B                            FREIGHT: FOB

* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *
```

| LN | STYLE | CGL | UPC CODE | QUANTITY | UM | UNIT PRICE | AMOUNT |
|----|-------|-----|----------|----------|----|-----------|--------|
| 001 | 3020374 | 100 | 636765028715 | 504 | EA | 8.20 | 4,132.80 |

PARACHUTE STALL FSC 54X78 BBB
DESIGN #E1921
PACKAGING TO BE USED:
H20
DESIGN NUMBER E1921
CASE PACK 24
RETAIL $39.99

| LN | STYLE | CGL | UPC CODE | QUANTITY | UM | UNIT PRICE | AMOUNT |
|----|-------|-----|----------|----------|----|-----------|--------|
| 002 | 3020374 | 282 | 636765032231 | 72 | EA | 8.20 | 590.40 |

PARACHUTE STALL FSC LINEN BBB
DESIGN E1921
PACKAGING TO BE USED:
H20
DESIGN NUMBER E1921
CASE PACK 24
RETAIL $39.99

| LN | STYLE | CGL | UPC CODE | QUANTITY | UM | UNIT PRICE | AMOUNT |
|----|-------|-----|----------|----------|----|-----------|--------|
| 003 | 3110593 | 100 | 636765028722 | 408 | EA | 8.20 | 3,345.60 |

PARACHUTE WIND CURT BBB WHITE
PAKCAGING TO BE USED:

```
                  BILL TO:    BATH BY TOWN & COUNTRY INC.            PAGE: 2
                              475 OBERLIN AVENUE SOUTH

DATE: 02/15/07
                              LAKEWOOD, NJ            ** P.O. NO.: 03456-00
                              08701-6904              ********************


* * *   * * *   * * *   P U R C H A S E   O R D E R S   * * *   * * *   * * *


            32915
VENDOR: P. KAUFMAN, INC            SHIP:  TOWN CNTRY/PT
        2 PARK AVENUE             TO :  12610 SHOEMAKER AVE
        16TH FLOOR                       SANTA FE SPRINGS CA
        NEW YORK, NY                     90670
        10016
  ATTN: TERRY FIORI


* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *


SHIP DATE: 03/20/07   SHIP VIA : OCEAN              TERMS: NET 30

F.O.B :                           FREIGHT: FOB


* * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *   * * *


 LN  STYLE      COL      UPC CODE      QUANTITY  UM  UNIT PRICE   AMOUNT
-----------------------------------------------------------------------------
     H20
     DESIGN NUMBER E1897
     CASE PACK 24

404  3110593   102      636765028753      408   EA     8.20     3,345.60
          PARACHUTE WIND CURT BBB IVORY
     PAKCAGING TO BE USED:
     H20
     DESIGN NUMBER E1897
     CASE PACK 24




COMMENTS:                             ORDER TOTAL:   11,414.40
     MARK ALL CARTONS & BILL OF LADING NO. 03456
     BILL OF LADING MUST BE INCLUDED WITH INVOICE
     PACKING SLIP MUST BE ENCLOSED

     ACCEPTANCE OF P.O. AS WRITTEN
     WILL BE BINDING UNLESS NOTIFIED       BUYER (00000):_____
```

*Requested Cancellation* (handwritten)

```
                      BATH BY TOWN & COUNTRY INC.                    PAGE: 1
                        475 OBERLIN AVENUE SOUTH

DATE:                       LAKEWOOD, NJ              ** P.O. NO.: 03500-00
                            08701-6904                *********************

* * *    * * *    * * *    P U R C H A S E   O R D E R S   * * *   * * *   * * *


        37915
VENDOR: P. KAUFMAN, INC              SHIP:  TOWN CNTRY/PT
        2 PARK AVENUE               TO :  12610 SHOEMAKER AVE
        16TH FLOOR                        SANTA FE SPRINGS CA
        NEW YORK, NY                      90670
        10016
 ATTN: TERRY FIORI


* * *   * * *   * * *   * * *   * * *     * * *   * * *   * * *   * * *   * * *


SHIP DATE: 02.26.07   SHIP VIA : OCEAN             TERMS: NET 30

                                     FREIGHT: FOB
FOB :

* * *   * * *   * * *   * * *   * * *     * * *   * * *   * * *   * * *   * * *


LN  STYLE    COL       UPC CODE      QUANTITY  UM UNIT PRICE   AMOUNT
-----------------------------------------------------------------------
001  3020373  100    63676 028708      960     EA    10.47    10,051.20
      PARACHUTE X-LONG 72X84 FSC BBB
     PACKAGING TO BE USED:
     H20
     DESIGN NUMBER E1896
     CASE PACK 24

        THIS IS REPLACEMETN ORDER.




                                        ORDER TOTAL:    10,051.20

COMMENTS:
     MARK ALL CARTONS & BILL OF LADING NO. 03500
     BILL OF LADING MUST BE INCLUED WITH INVOICE
     PACKING SLIP MUST BE ENCLOSED

     ACCEPTANCE OF P.O. AS WRITTEN
     WILL BE BINDING UNLESS NOTIFIED       BUYER (00000:_____
```