**Exhibit 4**

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue  New York, NY 10016

Telephone.. 212 292 3200      Fax....... 212 292 3393

## Invoice

** REPRINT **

**Page** 1

**Date** 4/18/07

**Invoice No.** U2306331

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

**Shipped To**

TOWN CNTRY/PT
12610 SHOEMAKER AVENUE
SANTE FE SPRINGS,CA
90670

**Account No.** 045  91008864
**FOB**
**Salesperson** TERRY FIORI

MANUFACTURER

**Shipped Via** SEE SPECIAL INSTRUCTIONS
**Terms** NET 30 DAYS
**Dept**

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03456-00 | 2763807 | PARACHUTE STALL | WHITE | 100 | 552 | 552.000 | 1st | 8.200 | 4526.40 |
| | NBR OF UNITS- | 552 | | 552 | | | | | |

PAY ONLY TO:
BLOOMCRAFT HOME

DIVISION OF P/KAUFMANN, INC
P.O. BOX 36090

NEWARK , NJ 07188-6090

INVOICE TOTAL:     4526.40
DEPOSIT PAID:

BALANCE DUE:     4526.40

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice      Customer Copy

# Bloomcraft Home

Division of P/Kaufmann Inc.

2 Park Avenue   New York, NY 10016

Telephone.. 212 292 3200     Fax...... 212 292 3393

## Invoice

** REPRINT **

| | |
|---|---|
| **Page** | 1 |
| **Date** | 4/18/07 |
| **Invoice No.** | U2306334 |

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

**Shipped To**

TOWN CNTRY/PT
12610 SHOEMAKER AVENUE
SANTE FE SPRINGS,CA
                    90670

**MANUFACTURER**

**Account No.** 045   91008864
**FOB**
**Salesperson**  TERRY FIORI

| Shipped Via | SEE SPECIAL INSTRUCTIONS |
|---|---|
| Terms | NET 30 DAYS |
| Dept | |

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03456-00 | 2763807 | PARACHUTE STALL | LINEN | 33 | 96 | 96.000 | 1st | | 8.200 | 787.20 |
| | NBR OF UNITS- | 96 | | | | | | | |
| PAY ONLY TO: | BLOOMCRAFT HOME | | | | | INVOICE TOTAL: | | | 787.20 |
| | | | | | | DEPOSIT PAID: | | | |
| | DIVISION OF P/KAUFMANN, INC | | | | | BALANCE DUE: | | | 787.20 |
| | P.O. BOX 36090 | | | | | | | | |
| | NEWARK , NJ 07188-6090 | | | | | | | | |

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice     Customer Copy

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue  New York, NY 10016

Telephone.. 212 292 3200      Fax....... 212 292 3393

## Invoice

** REPRINT **

| | |
|---|---|
| **Page** | 1 |
| **Date** | 4/18/07 |
| **Invoice No.** | U2306335 |

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

**Shipped To**

TOWN CNTRY/PT
12610 SHOEMAKER AVENUE
SANTE FE SPRINGS,CA
90670

| | |
|---|---|
| **Account No.** | 045   91008864 |
| **FOB** | |
| **Salesperson** | TERRY FIORI |

MANUFACTURER

| Shipped Via | Terms | Dept |
|---|---|---|
| SEE SPECIAL INSTRUCTIONS | NET 30 DAYS | |

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03456-00 | 2763807 | PARACHUTE WINDOW 408 | WHITE  100 | 408 | 408.000 | 1st | | 8.200 | 3345.60 |
| | | | | | INVOICE TOTAL: | | | | 3345.60 |
| | | | | | DEPOSIT PAID: | | | | |
| | | | | | BALANCE DUE: | | | | 3345.60 |

NBR OF UNITS-

PAY ONLY TO:

BLOOMCRAFT HOME

DIVISION OF P/KAUFMANN, INC
P.O. BOX 36090

NEWARK , NJ 07188-6090

**Original Invoice          Customer Copy**

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue  New York, NY 10016

Telephone.. 212 292 3200    Fax....... 212 292 3393

## Invoice

** REPRINT **

| | |
|---|---|
| **Page** | 1 |
| **Date** | 4/18/07 |
| **Invoice No.** | U2306336 |

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

**Shipped To**

TOWN CNTRY/PT
12610 SHOEMAKER AVENUE
SANTE FE SPRINGS,CA
90670

**Account No.** 045  91008864
**FOB**
**Salesperson**  TERRY FIORI

**MANUFACTURER**

**Shipped Via**  SEE SPECIAL INSTRUCTIONS
**Terms**  NET 30 DAYS
**Dept**

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03456-00 | 2763807 | PARACHUTE WINDOW | IVORY | 102 | 480 | 480.000 | 1st | | 8.200 | 3936.00 |
| | NBR OF UNITS- 480 | | | | | | | | | |

PAY ONLY TO:  BLOOMCRAFT HOME

DIVISION OF P/KAUFMANN, INC
P.O. BOX 36090

NEWARK , NJ 07188-6090

| | |
|---|---|
| INVOICE TOTAL: | 3936.00 |
| DEPOSIT PAID: | |
| **BALANCE DUE:** | 3936.00 |

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

**Original Invoice        Customer Copy**

# Bloomcraft Home™
Division of P/Kaufmann Inc.

2 Park Avenue   New York, NY 10016

**Telephone.. 212 292 3200**      **Fax....... 212 292 3393**

## Invoice

\*\* REPRINT \*\*

| | |
|---|---|
| **Page** | 1 |
| **Date** | 3/30/07 |
| **Invoice No.** | U2293247 |

**Sold To:**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD, NJ 08701

**Shipped To**

TOWN CNTRY/PT
12610 SHOEMAKER AVENUE
SANTE FE SPRINGS, CA
90670

**Account No. 045   91008864**

**FOB**

**Salesperson**  TERRY FIORI

**MANUFACTURER**

**Shipped Via**  SEE SPECIAL INSTRUCTIONS
**Terms**  NET 30 DAYS
**Dept**

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03455-00 | 2763806 | PARACHUTE STALL | WHITE | 504 | 504.000 | 1st | | 8.200 | 4132.80 |
| | | 504 | 100 | | | | | | |
| NBR OF UNITS- | | | | | | | | | |
| PAY ONLY TO: | | | | | | | | | |
| BLOOMCRAFT HOME | | | | INVOICE TOTAL: | | | | 4132.80 |
| | | | | DEPOSIT PAID: | | | | |
| DIVISION OF P/KAUFMANN, INC | | | | **BALANCE DUE:** | | | | 4132.80 |
| P.O. BOX 36090 | | | | | | | | |
| NEWARK , NJ 07188-6090 | | | | | | | | |

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act filed with the Federal Trade Commission"

**Original Invoice    Customer Copy**

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue  New York, NY 10016

Telephone.. 212 292 3200    Fax...... 212 292 3393

## Invoice

** REPRINT **

Page 1

Date 3/30/07

Invoice No. U2293248

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD, NJ 08701

**Shipped To**

TOWN CNTRY/PT
12610 SHOEMAKER AVENUE
SANTE FE SPRINGS, CA
90670

Account No. 045  91008864
FOB
Salesperson TERRY FIORI

MANUFACTURER

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03455-00 | 2763806 | PARACHUTE WINDOW | WHITE | 408 | 408.000 | 1st | | 8.200 | 3345.60 |
| | NBR OF UNITS- | 408 | 100 | | | | | | |
| PAY ONLY TO: | | | | | | | | | |
| | BLOOMCRAFT HOME | | | | INVOICE TOTAL: | | | | 3345.60 |
| | | | | | DEPOSIT PAID: | | | | |
| | DIVISION OF P/KAUFMANN, INC | | | | BALANCE DUE: | | | | 3345.60 |
| | P.O. BOX 36090 | | | | | | | | |
| | NEWARK , NJ 07188-6090 | | | | | | | | |

**Shipped Via** SEE SPECIAL INSTRUCTIONS
**Terms** NET 30 DAYS
**Dept**

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice    Customer Copy

# Bloomcraft Home™

Division of P/Kaufmann Inc.

2 Park Avenue  New York, NY 10016

Telephone.. 212 292 3200          Fax....... 212 292 3393

## Invoice

** REPRINT **

| | |
|---|---|
| Page | 1 |
| Date | 3/30/07 |
| Invoice No. | U2293249 |

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD, NJ 08701

**Shipped To**

TOWN CNTRY/PT
12610 SHOEMAKER AVENUE
SANTE FE SPRINGS, CA
90670

MANUFACTURER

Account No. 045  91008864
FOB
Salesperson  TERRY FIORI

| Shipped Via | SEE SPECIAL INSTRUCTIONS |
|---|---|
| Terms | NET 30 DAYS |
| Dept | |

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03455-00 | 2763806 | PARACHUTE WINDOW | IVORY | 408 | 408.000 | 1st | | 8.200 | 3345.60 |
| | | 408 | | | | | | | |
| NBR OF UNITS- | | | | | | | | | |
| PAY ONLY TO: | | | | | INVOICE TOTAL: | | | | 3345.60 |
| | BLOOMCRAFT HOME | | | | DEPOSIT PAID: | | | | |
| | | | | | | | | | |
| DIVISION OF P/KAUFMANN, INC | | | | | BALANCE DUE: | | | | 3345.60 |
| P.O. BOX 36090 | | | | | | | | | |
| | | | | | | | | | |
| NEWARK , NJ 07188-6090 | | | | | | | | | |

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice          Customer Copy

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue  New York, NY 10016

Telephone.. 212 292 3200    Fax...... 212 292 3393

** REPRINT **

## Invoice

| | |
|---|---|
| Page | 1 |
| Date | 12/27/06 |
| Invoice No. | U2225226 |

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA    90731

Account No. 045    91008864
FOB
Salesperson    TERRY FIORI

MANUFACTURER

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03314-00 | 2699172 | PARACHUTE WINDOW SMOKE | 022 | 312 | 312.000 | 1st | | 8.200 | 2558.46 |
| | NBR OF UNITS | 312 | | | | | | | |

PAY ONLY TO:

BLOOMCRAFT HOME

DIVISION OF P/KAUFMANN, INC
P.O. BOX 36090

NEWARK , NJ 07188-6090

INVOICE TOTAL:
DEPOSIT PAID:                                           2558.46

**BALANCE DUE:**                                      2558.46

Shipped Via    SEE SPECIAL INSTRUCTIONS
Terms    NET 30 DAYS
Dept

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice        Customer Copy

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue   New York, NY 10016

Telephone.. 212 292 3200     Fax....... 212 292 3393

**Invoice**

** REPRINT **

Page        1

Date        12/27/06

Invoice No.   U2225227

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA        90731

Account No. 045   91008864
FOB
Salesperson   TERRY FIORI

MANUFACTURER

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03314-00 | 2699172 | PARACHUTE WINDOW | WHITE | 336 | 336.000 | 1st | | 8.200 | 2755.20 |
| | NBR OF UNITS- | 336 | 100 | | | | | | |
| PAY ONLY TO: | BLOOMCRAFT HOME | | | | INVOICE TOTAL: | | | | 2755.20 |
| | | | | | DEPOSIT PAID: | | | | |
| | DIVISION OF P/KAUFMANN, INC | | | | BALANCE DUE: | | | | 2755.20 |
| | P.O. BOX 36090 | | | | | | | | |
| | NEWARK , NJ 07188-6090 | | | | | | | | |

Shipped Via   SEE SPECIAL INSTRUCTIONS
Terms         NET 30 DAYS
Dept

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice        Customer Copy

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue   New York, NY 10016

Telephone.. 212 292 3200    Fax...... 212 292 3393

## Invoice

** REPRINT **

| | |
|---|---|
| Page | 1 |
| Date | 12/27/06 |
| Invoice No. | U2225228 |

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD, NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO, CA    90731

Account No. 045   91008864
FOB
Salesperson   TERRY FIORI

MANUFACTURER

| Shipped Via | Our Order # | Pattern | Color | | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| SEE SPECIAL INSTRUCTIONS | | | | | | | | | | |
| Terms NET 30 DAYS | | | | | | | | | | |
| Dept | | | | | | | | | | |
| **Your Order No.** | | | | | | | | | | |
| 03314-00 | 2699172 | PARACHUTE WINDOW | IVORY | 102 | 240 | 240.000 | 1st | | 8.200 | 1968.00 |
| | NBR OF UNITS | 240 | | | | | | | | |
| PAY ONLY TO: | BLOOMCRAFT HOME | | | | | INVOICE TOTAL: | | | | 1968.00 |
| | | | | | | DEPOSIT PAID: | | | | |
| | DIVISION OF P/KAUFMANN, INC | | | | | **BALANCE DUE:** | | | | **1968.00** |
| | P.O. BOX 36090 | | | | | | | | | |
| | NEWARK , NJ 07188-6090 | | | | | | | | | |

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice        Customer Copy

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue   New York, NY 10016

Telephone.. 212 292 3200        Fax....... 212 292 3393

## Invoice

** REPRINT **

| | |
|---|---|
| Page | 1 |
| Date | 12/27/06 |
| Invoice No. | U2225229 |

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA          90731

**Account No.** 045  91008864
**FOB**
**Salesperson** TERRY FIORI

**MANUFACTURER**

| Shipped Via | SEE SPECIAL INSTRUCTIONS |
|---|---|
| Terms | NET 30 DAYS |
| Dept | |

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03314-00 | 2699172 | PARACHUTE WINDOW | SAGE  333 | 240 | 240.000 | 1st | | 8.200 | 1968.00 |
| NBR OF UNITS- | | 240 | | | | | | | |

PAY ONLY TO:

BLOOMCRAFT HOME

DIVISION OF P/KAUFMANN, INC
P.O. BOX 36090

NEWARK , NJ 07188-6090

INVOICE TOTAL:                                      1968.00
DEPOSIT PAID:

BALANCE DUE:                                        1968.00

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice          Customer Copy

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue   New York, NY 10016

Telephone. 212 292 3200     Fax...... 212 292 3393

## Invoice

** REPRINT **

| | |
|---|---|
| Page | 1 |
| Date | 12/27/06 |
| Invoice No. | U2225230 |

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD, NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO, CA     90731

Account No. 045   91008864
FOB
Salesperson   TERRY FIORI

MANUFACTURER

| Your Order No. | Our Order # | Pattern | Color | | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 03314-00 | 2699172 | PARACHUTE SHOWER | SMOKE | 60 | 864 | 864.000 | 1st | | 8.900 | 7689.60 |
| | NBR OF UNITS- | 864 | | | | | | | | |
| | | | | | | INVOICE TOTAL: | | | | 7689.60 |
| | | | | | | DEPOSIT PAID: | | | | |
| | | | | | | BALANCE DUE: | | | | 7689.60 |

Shipped Via   SEE SPECIAL INSTRUCTIONS
Terms        NET 30 DAYS
Dept

PAY ONLY TO:

BLOOMCRAFT HOME

DIVISION OF P/KAUFMANN, INC
P.O. BOX 36090

NEWARK , NJ 07188-6090

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice     Customer Copy

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue  New York, NY 10016

Telephone.. 212 292 3200    Fax...... 212 292 3393

## Invoice

** REPRINT **

| | |
|---|---|
| Page | 1 |
| Date | 12/27/06 |
| Invoice No. | U2225231 |

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA    90731

**Account No.** 045  91008864
**FOB**
**Salesperson** TERRY FIORI

**Shipped Via** SEE SPECIAL INSTRUCTIONS    MANUFACTURER
**Terms** NET 30 DAYS
**Dept**

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03314-00 | 2699172 | PARACHUTE SHOWER | WHITE  10 | 1008 | 1008.000 | 1st | | 8.900 | 8971.20 |
| | NBR OF UNITS- | 1008 | | | | | | | |
| PAY ONLY TO: | | | | | INVOICE TOTAL: | | | | 8971.20 |
| | BLOOMCRAFT HOME | | | | DEPOSIT PAID: | | | | |
| | | | | | | | | | |
| | DIVISION OF P/KAUFMANN, INC | | | | BALANCE DUE: | | | | 8971.20 |
| | P.O. BOX 36090 | | | | | | | | |
| | | | | | | | | | |
| | NEWARK , NJ 07188-6090 | | | | | | | | |

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice    Customer Copy

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue   New York, NY 10016

Telephone.. 212 292 3200        Fax........ 212 292 3393

## Invoice

** REPRINT **

**Page** 1

**Date** 12/27/06

**Invoice No.** U2225232

### Sold To

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

### Shipped To

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA        90731

**Account No.** 045   91008864
**FOB**
**Salesperson** TERRY FIORI

**Shipped Via**  SEE SPECIAL INSTRUCTIONS        MANUFACTURER
**Terms**        NET 30 DAYS
**Dept**

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03314-00 | 2699172 | PARACHUTE SHOWER | IVORY 101 | 1008 | 1008.000 | 1st | | 8.900 | 8971.20 |
| | NBR OF UNITS- | 1008 | | | | | | | |
| PAY ONLY TO: | | | | | INVOICE TOTAL: | | | | 8971.20 |
| | BLOOMCRAFT HOME | | | | DEPOSIT PAID: | | | | |
| | | | | | BALANCE DUE: | | | | 8971.20 |
| | DIVISION OF P/KAUFMANN, INC | | | | | | | | |
| | P.O. BOX 36090 | | | | | | | | |
| | NEWARK , NJ 07188-6090 | | | | | | | | |

**Original Invoice        Customer Copy**

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue  New York, NY 10016

Telephone.. 212 292 3200     Fax....... 212 292 3393

## Invoice

** REPRINT **

**Page** 1

**Date** 12/27/06

**Invoice No.** U2225233

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD, NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO, CA          90731

**Account No.** 045   91008864
**FOB**
**Salesperson** TERRY FIORI

**Shipped Via** SEE SPECIAL INSTRUCTIONS
**Terms** NET 30 DAYS
**Dept**

MANUFACTURER

| Your Order No. | Our Order # | Pattern | Color | | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 03314-00 | 2699172 | PARACHUTE SHOWER | MOCHA | 63 | 1008 | 1008.000 | 1st | | 8.900 | 8971.20 |
| | NBR OF UNITS- | 1008 | | | | | | | | |

PAY ONLY TO:  BLOOMCRAFT HOME

DIVISION OF P/KAUFMANN, INC
P.O. BOX 36090

NEWARK , NJ 07188-6090

INVOICE TOTAL:                                        8971.20
DEPOSIT PAID:

**BALANCE DUE:**                                     8971.20

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice       Customer Copy

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue  New York, NY 10016

Telephone.. 212 292 3200    Fax....... 212 292 3393

** REPRINT **

## Invoice

**Page** 1

**Date** 12/27/06

**Invoice No.** U2225234

### Sold To

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

### Shipped To

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA    90731

**Account No.** 045  91008864
**FOB**
**Salesperson** TERRY FIORI

| Your Order No. | Our Order # | Pattern | Color | | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 03314-00 | 2699172 | PARACHUTE SHOWER | LINEN | 33 | 1008 | 1008.000 | 1st | | 8.900 | 8971.20 |
| NBR OF UNITS- | | 1008 | | | | | | | | |
| PAY ONLY TO: | | | | | | INVOICE TOTAL: | | | | 8971.20 |
| BLOOMCRAFT HOME | | | | | | DEPOSIT PAID: | | | | |
| | | | | | | BALANCE DUE: | | | | 8971.20 |
| DIVISION OF P/KAUFMANN, INC | | | | | | | | | | |
| P.O. BOX 36090 | | | | | | | | | | |
| NEWARK , NJ 07188-6090 | | | | | | | | | | |

**Shipped Via** SEE SPECIAL INSTRUCTIONS
**Terms** NET 30 DAYS
**Dept**

MANUFACTURER

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice    Customer Copy

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue   New York, NY 10016

Telephone.. 212 292 3200      Fax........ 212 292 3393

## Invoice

** REPRINT **

| | |
|---|---|
| Page | 1 |
| Date | 12/27/06 |
| Invoice No. | U2225235 |

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA      90731

Account No. 045   91008864
FOB
Salesperson  TERRY FIORI

MANUFACTURER

Shipped Via  SEE SPECIAL INSTRUCTIONS
Terms        NET 30 DAYS
Dept

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03314-00 | 2699172 | PARACHUTE SHOWER | SAGE 40 | 1008 | 1008.000 | 1st | | 8.900 | 8971.20 |
| NBR OF UNITS- | | 1008 | | | | | | | |
| PAY ONLY TO: | | BLOOMCRAFT HOME | | | INVOICE TOTAL: | | | | 8971.20 |
| | | | | | DEPOSIT PAID: | | | | |
| | | DIVISION OF P/KAUFMANN, INC | | | | | | | |
| | | P.O. BOX 36090 | | | BALANCE DUE: | | | | 8971.20 |
| | | NEWARK , NJ 07188-6090 | | | | | | | |

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice      Customer Copy

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue   New York, NY 10016

Telephone.. 212 292 3200        Fax....... 212 292 3393

## Invoice

** REPRINT **

**Page** 1

**Date** 12/27/06

**Invoice No.** U2225236

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA      90731

**Account No.** 045   91008864
**FOB**
**Salesperson** TERRY FIORI

| Shipped Via | SEE SPECIAL INSTRUCTIONS | | MANUFACTURER | | | | | | |
| Terms | NET 30 DAYS | | | | | | | | |
| Dept | | | | | | | | | |

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03314-00 | 2699172 | PARACHUTE SHOWER | LT.TURQUOI444 | 720 | 720.000 | 1st | | 8.900 | 6408.00 |
| YOUR PATTERN/COLOR: 3020289 | | | | | | | | | |
| NBR OF UNITS- | 720 | | | | | | | | |
| PAY ONLY TO: | | | | | | | | | |
| BLOOMCRAFT HOME | | | | | | INVOICE TOTAL: | | | 6408.00 |
| | | | | | | DEPOSIT PAID: | | | |
| DIVISION OF P/KAUFMANN, INC | | | | | | | | | |
| P.O. BOX 36090 | | | | | | BALANCE DUE: | | | 6408.00 |
| NEWARK , NJ 07188-6090 | | | | | | | | | |

**GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION**
"Continuing guaranty under the Textile Products Identification Act filed with the Federal Trade Commission"

Original Invoice      Customer Copy

# Bloomcraft Home
Division of P/Kaufmann Inc.'

2 Park Avenue  New York, NY 10016

Telephone.. 212 292 3200    Fax...... 212 292 3393

## Invoice

** REPRINT **

| | |
|---|---|
| Page | 1 |
| Date | 12/27/06 |
| Invoice No. | U2225237 |

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD, NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO, CA    90731

Account No. 045  91008864
FOB
Salesperson  TERRY FIORI

MANUFACTURER

| Shipped Via | SEE SPECIAL INSTRUCTIONS |
|---|---|
| Terms | NET 30 DAYS |
| Dept | |

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03314-00 | 2699172 | PARACHUTE X-LONG | WHITE    100 | 96 | 96.000 | 1st | | 10.470 | 1005.12 |
| | NBR OF UNITS- | 96 | | | | | | | |
| PAY ONLY TO: | | | | | | | | | |
| | BLOOMCRAFT HOME | | | | INVOICE TOTAL: | | | | 1005.12 |
| | | | | | DEPOSIT PAID: | | | | |
| | DIVISION OF P/KAUFMANN, INC | | | | | | | | |
| | P.O. BOX 36090 | | | | BALANCE DUE: | | | | 1005.12 |
| | NEWARK , NJ 07188-6090 | | | | | | | | |

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice    Customer Copy

# Bloomcraft Home
Division of P/Kaufmann Inc.'

2 Park Avenue  New York, NY 10016

Telephone.. 212 292 3200    Fax...... 212 292 3393

## Invoice

** REPRINT **

**Page** 1

**Date** 12/27/06

**Invoice No.** U2225238

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD, NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO, CA    90731

**Account No.** 045  91008864
**FOB**
**Salesperson** TERRY FIORI

**Shipped Via** SEE SPECIAL INSTRUCTIONS
**Terms** NET 30 DAYS
**Dept**

MANUFACTURER

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03314-00 | 2699172 | PARACHUTE STALL | WHITE | 384 | 384.000 | 1st | | 8.200 | 3148.80 |
| | NBR OF UNITS- | 384 | 100 | | | | | | |
| PAY ONLY TO: | | BLOOMCRAFT HOME | | | INVOICE TOTAL: | | | | 3148.80 |
| | | | | | DEPOSIT PAID: | | | | |
| | | DIVISION OF P/KAUFMANN, INC | | | BALANCE DUE: | | | | 3148.80 |
| | | P.O. BOX 36090 | | | | | | | |
| | | NEWARK , NJ 07188-6090 | | | | | | | |

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice       Customer Copy

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue   New York, NY 10016

Telephone.. 212 292 3200    Fax...... 212 292 3393

## Invoice

** REPRINT **

Page          1
Date          12/13/06
Invoice No.   U2218823

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA      90731

Account No. 045   91008864
FOB
Salesperson   TERRY FIORI

Shipped Via   BEST TRUCK / UPS UP TO 5 PCS   MANUFACTURER
Terms         NET 30 DAYS
Dept

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03273-00 | 2684490 | PARACHUTE SHOWER | IVORY | 101 | 2064 | | | | |
| | | 2064 | | 2064 | 2064.000 | 1st | | 8.900 | 18369.60 |
| NBR OF UNITS- | | | | | | | | | |
| PAY ONLY TO: | BLOOMCRAFT HOME | | | | INVOICE TOTAL: | | | | 18369.60 |
| | | | | | DEPOSIT PAID: | | | | |
| | DIVISION OF P/KAUFMANN, INC | | | | BALANCE DUE: | | | | 18369.60 |
| | P.O. BOX 36090 | | | | | | | | |
| | NEWARK , NJ 07188-6090 | | | | | | | | |

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice          Customer Copy

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue   New York, NY 10016

Telephone.. 212 292 3200       Fax....... 212 292 3393

## Invoice

\*\* REPRINT \*\*

| | |
|---|---|
| Page | 1 |
| Date | 12/13/06 |
| Invoice No. | U2218824 |

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA      90731

Account No. 045   91008864
FOB
Salesperson   TERRY FIORI

**Shipped Via** BEST TRUCK / UPS UP TO 5 PCS      MANUFACTURER
**Terms** NET 30 DAYS
**Dept**

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03273-00 | 2684490 | PARACHUTE SHOWER | LINEN  33 | 2352 | 2352.000 | 1st | | 8.900 | 20932.80 |
| | NBR OF UNITS- | 2352 | | | | | | | |

PAY ONLY TO:

BLOOMCRAFT HOME

DIVISION OF P/KAUFMANN, INC
P.O. BOX 36090

NEWARK , NJ 07188-6090

INVOICE TOTAL:
DEPOSIT PAID:

BALANCE DUE:

20932.80

20932.80

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice        Customer Copy

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue  New York, NY 10016

Telephone.. 212 292 3200    Fax...... 212 292 3393

## Invoice

** REPRINT **

**Page** 1

**Date** 12/13/06

**Invoice No.** U2218825

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD, NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO, CA        90731

**Account No.** 045  91008864
**FOB**
**Salesperson** TERRY FIORI

**Shipped Via** BEST TRUCK / UPS UP TO 5 PCS    MANUFACTURER
**Terms** NET 30 DAYS
**Dept**

| Your Order No. | Our Order # | Pattern | Color | | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 03273-00 | 2684490 | PARACHUTE SHOWER | SAGE | 40 | 72 | 72.000 | 1st | | 8.900 | 640.80 |
| | NBR OF UNITS- | 72 | | | | | | | | 640.80 |

PAY ONLY TO:

BLOOMCRAFT HOME

DIVISION OF P/KAUFMANN, INC
P.O. BOX 36090

NEWARK , NJ 07188-6090

INVOICE TOTAL:
DEPOSIT PAID:

BALANCE DUE:        640.80

**Original Invoice        Customer Copy**

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue    New York, NY 10016

Telephone.. 212 292 3200    Fax...... 212 292 3393

## Invoice

** REPRINT **

**Page** 1
**Date** 12/13/06
**Invoice No.** U2218826

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA    90731

**Account No.** 045    91008864
**FOB**
**Salesperson** TERRY FIORI

**Shipped Via** BEST TRUCK / UPS UP TO 5 PCS    MANUFACTURER
**Terms** NET 30 DAYS
**Dept**

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03273-00 | 2684490 | PARACHUTE SHOWER | WHITE  10 | 3120 | 3120.000 | 1st | | 8.900 | 27768.00 |
| NBR OF UNITS- | | 3120 | | | | | | | |
| PAY ONLY TO: | | | | | INVOICE TOTAL: | | | | 27768.00 |
| | BLOOMCRAFT HOME | | | | DEPOSIT PAID: | | | | |
| | | | | | BALANCE DUE: | | | | 27768.00 |
| | DIVISION OF P/KAUFMANN, INC | | | | | | | | |
| | P.O. BOX 36090 | | | | | | | | |
| | NEWARK , NJ 07188-6090 | | | | | | | | |

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice    Customer Copy

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue  New York, NY 10016

Telephone.. 212 292 3200          Fax...... 212 292 3393

## Invoice

** REPRINT **

**Page** 1

**Date** 12/13/06

**Invoice No.** U2218827

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA          90731

**Account No.** 045  91008864
**FOB**
**Salesperson** TERRY FIORI

**Shipped Via** BEST TRUCK / UPS UP TO 5 PCS  MANUFACTURER
**Terms** NET 30 DAYS
**Dept**

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03273-00 | 2684490 | PARACHUTE SHOWER | SMOKE  60 | 384 | 384.000 | 1st | | 8.900 | 3417.60 |
| | NBR OF UNITS- | 384 | | | | | | | |

PAY ONLY TO:

BLOOMCRAFT HOME

DIVISION OF P/KAUFMANN, INC
P.O. BOX 36090

NEWARK , NJ 07188-6090

INVOICE TOTAL:                    3417.60
DEPOSIT PAID:

BALANCE DUE:                      3417.60

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice          Customer Copy

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue   New York, NY 10016

Telephone.. 212 292 3200    Fax....... 212 292 3393

## Invoice

** REPRINT **

**Page** 1

**Date** 12/13/06

**Invoice No.** U2218828

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA    90731

**Account No.** 045  91008864
**FOB**
**Salesperson** TERRY FIORI

**Shipped Via** BEST TRUCK / UPS UP TO 5 PCS
**Terms** NET 30 DAYS
**Dept**

MANUFACTURER

| Your Order No. | Our Order # | Pattern | Color | | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 03273-00 | 2684490 | PARACHUTE SHOWER | MOCHA | 63 | 3312 | 3312.000 | 1st | | 8.900 | 29476.80 |
| | NBR OF UNITS- | 3312 | | | | | | | | |
| PAY ONLY TO: | | | | | | | | | | |
| | BLOOMCRAFT HOME | | | | INVOICE TOTAL: | | | | | 29476.80 |
| | | | | | DEPOSIT PAID: | | | | | |
| | DIVISION OF P/KAUFMANN, INC | | | | BALANCE DUE: | | | | | 29476.80 |
| | P.O. BOX 36090 | | | | | | | | | |
| | NEWARK , NJ 07188-6090 | | | | | | | | | |

**GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION**
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice    Customer Copy

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue  New York, NY 10016

Telephone.. 212 292 3200    Fax....... 212 292 3393

## Invoice

** REPRINT **

**Page** 1

**Date** 12/13/06

**Invoice No.** U2218829

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA    90731

**Account No.** 045  91008864
**FOB**
**Salesperson** TERRY FIORI

**Shipped Via** BEST TRUCK / UPS UP TO 5 PCS    MANUFACTURER
**Terms** NET 30 DAYS
**Dept**

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03273-00 | 2684490 | PARACHUTE SHOWER | LT.TURQUOI444 | 912 | 912.000 | 1st | | 8.900 | 8116.80 |
| YOUR PATTERN/COLOR: 3020289 | | | | | | | | | |
| NBR OF UNITS- | | 912 | | | | | | | |
| PAY ONLY TO: | | | | | | | | | |
| | BLOOMCRAFT HOME | | | | | | | | |
| | | | | | INVOICE TOTAL: | | | | 8116.80 |
| | DIVISION OF P/KAUFMANN, INC | | | | DEPOSIT PAID: | | | | |
| | P.O. BOX 36090 | | | | | | | | |
| | | | | | BALANCE DUE: | | | | 8116.80 |
| | NEWARK , NJ 07188-6090 | | | | | | | | |

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice    Customer Copy

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue  New York, NY 10016

Telephone.. 212 292 3200     Fax...... 212 292 3393

## Invoice

** REPRINT **

Page         1

Date         12/13/06

Invoice No.  U2218830

Sold To

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

Shipped To

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA         90731

Account No. 045  91008864
FOB
Salesperson  TERRY FIORI

Shipped Via  BEST TRUCK / UPS UP TO 5 PCS    MANUFACTURER
Terms        NET 30 DAYS
Dept

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03273-00 | 2684490 | PARACHUTE WINDOW | SMOKE  022 | 48 | 48.000 | 1st | | 8.200 | 393.60 |
| | NBR OF UNITS- | 48 | | | | | | | |
| PAY ONLY TO: | | | | | INVOICE TOTAL: | | | | 393.60 |
| | BLOOMCRAFT HOME | | | | DEPOSIT PAID: | | | | |
| | DIVISION OF P/KAUFMANN, INC | | | | BALANCE DUE: | | | | 393.60 |
| | P.O. BOX 36090 | | | | | | | | |
| | NEWARK , NJ 07188-6090 | | | | | | | | |

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice    Customer Copy

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue   New York, NY 10016

Telephone.. 212 292 3200      Fax........ 212 292 3393

## Invoice

** REPRINT **

**Page** 1

**Date** 12/13/06

**Invoice No.** U2218831

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA          90731

**Shipped Via** BEST TRUCK / UPS UP TO 5 PCS     **MANUFACTURER**

**Terms** NET 30 DAYS

**Dept**

**Account No.** 045   91008864

**FOB**

**Salesperson** TERRY FIORI

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03273-00 | 2684490 | PARACHUTE WINDOW | WHITE | 312 | 312.000 | 1st | | 8.200 | 2558.40 |
| | NBR OF UNITS- | 312 | 100 | | | | | | |
| PAY ONLY TO: | | | | | INVOICE TOTAL: | | | | 2558.40 |
| | BLOOMCRAFT HOME | | | | DEPOSIT PAID: | | | | |
| | | | | | BALANCE DUE: | | | | 2558.40 |
| | DIVISION OF P/KAUFMANN, INC | | | | | | | | |
| | P.O. BOX 36090 | | | | | | | | |
| | NEWARK , NJ 07188-6090 | | | | | | | | |

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION

"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice      Customer Copy

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue  New York, NY 10016

Telephone.. 212 292 3200    Fax...... 212 292 3393

** REPRINT **

# Invoice

**Page** 1

**Date** 12/13/06

**Invoice No.** U2218832

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA    90731

**Account No.** 045  91008864
**FOB**
**Salesperson** TERRY FIORI

**Shipped Via** BEST TRUCK / UPS UP TO 5 PCS
**Terms** NET 30 DAYS
**Dept**

| Your Order No. | Our Order # | Pattern | PCS | Color | Pieces | MANUFACTURER | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03273-00 | 2684490 | PARACHUTE WINDOW 144 | | IVORY | 102 144 | | 144.000 | 1st | | 8.200 | 1180.80 |

NBR OF UNITS-

PAY ONLY TO:

BLOOMCRAFT HOME

DIVISION OF P/KAUFMANN, INC
P.O. BOX 36090

NEWARK , NJ 07188-6090

INVOICE TOTAL:                1180.80
DEPOSIT PAID:

BALANCE DUE:                  1180.80

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice    Customer Copy

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue   New York, NY 10016

Telephone.. 212 292 3200     Fax....... 212 292 3393

## Invoice

** REPRINT **

Page 1

Date 12/13/06

Invoice No. U2218833

**Sold To:**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA      90731

Account No. 045  91008864
FOB
Salesperson  TERRY FIORI

Shipped Via  BEST TRUCK / UPS UP TO 5 PCS     MANUFACTURER
Terms        NET 30 DAYS
Dept

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03273-00 | 2684490 | PARACHUTE WINDOW | SAGE   333 | 168 | 168.000 | 1st | | 8.200 | 1377.60 |
| | | 168 | | | | | | | |
| NBR OF UNITS- | | | | | | | | | |
| PAY ONLY TO: | | | | | | | | | |
| | BLOOMCRAFT HOME | | | | INVOICE TOTAL: | | | | 1377.60 |
| | | | | | DEPOSIT PAID: | | | | |
| | DIVISION OF P/KAUFMANN, INC | | | | | | | | |
| | P.O. BOX 36090 | | | | BALANCE DUE: | | | | 1377.60 |
| | NEWARK , NJ 07188-6090 | | | | | | | | |

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice     Customer Copy

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue  New York, NY 10016

Telephone.. 212 292 3200    Fax...... 212 292 3393

## Invoice

** REPRINT **

| | |
|---|---|
| Page | 1 |
| Date | 12/13/06 |
| Invoice No. | U2218834 |

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA    90731

Account No. 045  91008864
FOB
Salesperson  TERRY FIORI

| | | |
|---|---|---|
| Shipped Via | BEST TRUCK / UPS UP TO 5 PCS | MANUFACTURER |
| Terms | NET 30 DAYS | |
| Dept | | |

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03273-00 | 2684490 | PARACHUTE X-LONG | WHITE | 96 | 96.000 | 1st | | 10.470 | 1005.1 |
| | NBR OF UNITS- | 96 | 100 | | | | | | |
| PAY ONLY TO: | | BLOOMCRAFT HOME | | | | | | | |
| | | DIVISION OF P/KAUFMANN, INC | | | INVOICE TOTAL: | | | | 1005.1 |
| | | P.O. BOX 36090 | | | DEPOSIT PAID: | | | | |
| | | NEWARK , NJ 07188-6090 | | | BALANCE DUE: | | | | 1005.1 |

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice    Customer Copy

# Bloomcraft Home
Division of P/Kaufmann Ihc.

2 Park Avenue  New York, NY 10016

Telephone.. 212 292 3200     Fax....... 212 292 3393

** REPRINT **

## Invoice

Page 1

Date 12/13/06

Invoice No. U2218835

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD, NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO, CA     90731

Account No. 045   91008864
FOB
Salesperson  TERRY FIORI

**Shipped Via** BEST TRUCK / UPS UP TO 5 PCS   MANUFACTURER
**Terms** NET 30 DAYS
**Dept**

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03273-00 | 2684490 | PARACHUTE STALL | WHITE   100 | 336 | 336.000 | 1st | | 8.200 | 2755.20 |
| NBR OF UNITS- | | 336 | | | | | | | |
| PAY ONLY TO: | | | | | INVOICE TOTAL: | | | | 2755.20 |
| | BLOOMCRAFT HOME | | | | DEPOSIT PAID: | | | | |
| | | | | | BALANCE DUE: | | | | 2755.20 |
| | DIVISION OF P/KAUFMANN, INC | | | | | | | | |
| | P.O. BOX 36090 | | | | | | | | |
| | NEWARK , NJ 07188-6090 | | | | | | | | |

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice     Customer Copy

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue   New York, NY 10016

** REPRINT **

# Invoice

Telephone.. 212 292 3200    Fax...... 212 292 3393

**Page** 1

**Date** 10/16/06

**Invoice No.** U2186773

### Sold To

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

### Shipped To

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA    90731

**Account No.** 045  91008864
**FOB**
**Salesperson** TERRY FIORI

**Shipped Via** BEST TRUCK / UPS UP TO 5 PCS   MANUFACTURER
**Terms** NET 30 DAYS
**Dept**

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03233-00 | 2673245 | PARACHUTE STALL | WHITE | 100 | 312 | 312.000 | 1st | | 8.200 | 2558.40 |
| | NBR OF UNITS | 312 | | 312 | | | | | |

PAY ONLY TO:

BLOOMCRAFT HOME

DIVISION OF P/KAUFMANN, INC
P.O. BOX 36090

NEWARK , NJ 07188-6090

INVOICE TOTAL:    2558.40
DEPOSIT PAID:

**BALANCE DUE:**    2558.40

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice    Customer Copy

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue  New York, NY 10016

Telephone.. 212 292 3200     Fax...... 212 292 3393

## Invoice

** REPRINT **

| | |
|---|---|
| **Page** | 1 |
| **Date** | 10/16/06 |
| **Invoice No.** | U2186774 |

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD, NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO, CA      90731

**Account No.** 045   91008864
**FOB**
**Salesperson**  TERRY FIORI

| Shipped Via | BEST TRUCK / UPS UP TO 5 PCS     MANUFACTURER |
|---|---|
| Terms | NET 30 DAYS |
| Dept | |

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03273-00 | 2684490 | PARACHUTE STALL | WHITE  100 | 48 | 48.000 | 1st | | 8.200 | 393.60 |
| | NBR OF UNITS- | 48 | | | | | | | |
| PAY ONLY TO: | | | | | INVOICE TOTAL: | | | | 393.60 |
| | BLOOMCRAFT HOME | | | | DEPOSIT PAID: | | | | |
| | | | | | | | | | |
| | DIVISION OF P/KAUFMANN, INC | | | **BALANCE DUE:** | | | | 393.60 |
| | P.O. BOX 36090 | | | | | | | | |
| | | | | | | | | | |
| | NEWARK , NJ 07188-6090 | | | | | | | | |

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

**Original Invoice          Customer Copy**

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue  New York, NY 10016

Telephone.. 212 292 3200    Fax...... 212 292 3393

## Invoice

** REPRINT **

| | |
|---|---|
| Page | 1 |
| Date | 10/16/06 |
| Invoice No. | U2186775 |

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA        90731

Account No. 045  91008864
FOB
Salesperson  TERRY FIORI

Shipped Via  BEST TRUCK / UPS UP TO 5 PCS    MANUFACTURER
Terms        NET 30 DAYS
Dept

| Your Order No. | Our Order # | Pattern | Color | Pieces | Yards | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03273-00 | 2684490 | PARACHUTE STALL | LINEN  33 | 96 | 96.000 | 1st | | 8.200 | 787.20 |
| | NBR OF UNITS- | 96 | | | | | | | |
| PAY ONLY TO: | | | | | INVOICE TOTAL: | | | | 787.20 |
| | BLOOMCRAFT HOME | | | | DEPOSIT PAID: | | | | |
| | | | | | BALANCE DUE: | | | | 787.20 |
| | DIVISION OF P/KAUFMANN, INC | | | | | | | | |
| | P.O. BOX 36090 | | | | | | | | |
| | NEWARK , NJ 07188-6090 | | | | | | | | |

Original Invoice    Customer Copy

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue  New York, NY 10016

Telephone.. 212 292 3200    Fax...... 212 292 3393

**Page** 1

**Date** 10/16/06

**Invoice No.** U2186776

## Invoice

** REPRINT **

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA    90731

**Shipped Via** BEST TRUCK / UPS UP TO 5 PCS    MANUFACTURER
**Terms** NET 30 DAYS
**Dept**

**Account No.** 045  91008864
**FOB**
**Salesperson** TERRY FIORI

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03233-00 | 2673245 | PARACHUTE X-LONG | WHITE | 120 | 120.000 | 1st | | 10.470 | 1256.40 |
| | NBR OF UNITS- | 120 | 100 | | | | | | |

PAY ONLY TO:

BLOOMCRAFT HOME

DIVISION OF P/KAUFMANN, INC
P.O. BOX 36090

NEWARK , NJ 07188-6090

INVOICE TOTAL:    1256.40
DEPOSIT PAID:

**BALANCE DUE:**    1256.40

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice    Customer Copy

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue  New York, NY 10016

** REPRINT **

## Invoice

Telephone.. 212 292 3200    Fax...... 212 292 3393

Page 1

Date 10/16/06

Invoice No. U2186777

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA    90731

Account No. 045   91008864
FOB
Salesperson  TERRY FIORI

**Shipped Via** BEST TRUCK / UPS UP TO 5 PCS   MANUFACTURER
**Terms** NET 30 DAYS
**Dept**

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03233-00 | 2673245 | PARACHUTE WINDOW | IVORY | 72 | 72.000 | 1st | | 8.200 | 590.40 |
| | | 72 | 102 | | | | | | |
| NBR OF UNITS- | | | | | | | | | |
| PAY ONLY TO: | | BLOOMCRAFT HOME | | | INVOICE TOTAL: | | | | 590.40 |
| | | | | | DEPOSIT PAID: | | | | |
| | | DIVISION OF P/KAUFMANN, INC | | | BALANCE DUE: | | | | 590.40 |
| | | P.O. BOX 36090 | | | | | | | |
| | | NEWARK , NJ 07188-6090 | | | | | | | |

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice       Customer Copy

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue   New York, NY 10016

Telephone.. 212 292 3200          Fax....... 212 292 3393

**Page** 1

**Date** 10/16/06

**Invoice No.** U2186778

## Invoice

** REPRINT **

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA          90731

**Account No.** 045   91008864
**FOB**
**Salesperson** TERRY FIORI

**Shipped Via** BEST TRUCK / UPS UP TO 5 PCS
**Terms** NET 30 DAYS
**Dept**

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03233-00 | 2673245 | PARACHUTE WINDOW | SAGE | 96 | 96.000 | 1st | | 8.200 | 787.20 |
| | | 96 | 333 | | | | | | |
| NBR OF UNITS- | | | | | | | | | |
| PAY ONLY TO: | | BLOOMCRAFT HOME | | | INVOICE TOTAL: | | | | 787.20 |
| | | | | | DEPOSIT PAID: | | | | |
| | | DIVISION OF P/KAUFMANN, INC | | | | | | | |
| | | P.O. BOX 36090 | | | BALANCE DUE: | | | | 787.20 |
| | | NEWARK , NJ 07188-6090 | | | | | | | |

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act filed with the Federal Trade Commission"

Original Invoice          Customer Copy

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue   New York, NY 10016

** REPRINT **

# Invoice

Telephone.. 212 292 3200    Fax...... 212 292 3393

**Page** 1

**Date** 10/16/06

**Invoice No.** U2186779

### Sold To

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

### Shipped To

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA          90731

**Account No.** 045   91008864
**FOB**
**Salesperson** TERRY FIORI

| **Shipped Via** BEST TRUCK / UPS UP TO 5 PCS | | **MANUFACTURER** | | | | | | |
| **Terms** NET 30 DAYS | | | | | | | | |
| **Dept** | | | | | | | | |
| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03273-00 | 2684490 | PARACHUTE WINDOW | IVORY 102 | 48 | 48.000 | 1st | | 8.200 | 393.60 |
| NBR OF UNITS- 48 | | | | | | | | | |
| PAY ONLY TO: | BLOOMCRAFT HOME | | | | INVOICE TOTAL: | | | | 393.60 |
| | | | | | DEPOSIT PAID: | | | | |
| | DIVISION OF P/KAUFMANN, INC | | | | | | | | |
| | P.O. BOX 36090 | | | | **BALANCE DUE:** | | | | 393.60 |
| | NEWARK , NJ 07188-6090 | | | | | | | | |

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice        Customer Copy