# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue  New York, NY 10016

Telephone.. 212 292 3200    Fax...... 212 292 3393

## Invoice

** REPRINT **

| Page | 1 |
| Date | 10/16/06 |
| Invoice No. | U2186780 |

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA    90731

Account No. 045  91008864
FOB
Salesperson  TERRY FIORI

| Shipped Via | BEST TRUCK / UPS UP TO 5 PCS | MANUFACTURER |
| Terms | NET 30 DAYS | |

| Your Order No. | Our Order # | Dept | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 03233-00 | 2673245 | | PARACHUTE SHOWER | WHITE 10 | 816 | 816.000 | 1st | | 8.900 | 7262.40 |
| | NBR OF UNITS- | | 816 | | | | | | | |

PAY ONLY TO:
BLOOMCRAFT HOME

DIVISION OF P/KAUFMANN, INC
P.O. BOX 36090

NEWARK , NJ 07188-6090

INVOICE TOTAL: 7262.40
DEPOSIT PAID:
BALANCE DUE: 7262.40

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice    Customer Copy

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue  New York, NY 10016

Telephone.. 212 292 3200    Fax....... 212 292 3393

## Invoice

** REPRINT **

| Page | 1 |
| **Date** | 10/16/06 |
| **Invoice No.** | U2186781 |

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA    90731

**Account No.** 045  91008864
**FOB**
**Salesperson** TERRY FIORI

**Shipped Via** BEST TRUCK / UPS UP TO 5 PCS    **MANUFACTURER**
**Terms** NET 30 DAYS
**Dept**

| Your Order No. | Our Order # | Pattern | Color | | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 03233-00 | 2673245 | PARACHUTE SHOWER | IVORY | 101 | 624 | 624.000 | 1st | | 8.900 | 5553.60 |
| | | 624 | | | | | | | | |
| NBR OF UNITS- | | | | | | | | | | |

PAY ONLY TO:

BLOOMCRAFT HOME

DIVISION OF P/KAUFMANN, INC
P.O. BOX 36090

NEWARK , NJ 07188-6090

| | |
|---|---|
| INVOICE TOTAL: | 5553.60 |
| DEPOSIT PAID: | |
| **BALANCE DUE:** | 5553.60 |

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice    Customer Copy

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue   New York, NY 10016

Telephone.. 212 292 3200     Fax....... 212 292 3393

## Invoice

** REPRINT **

| | |
|---|---|
| Page | 1 |
| Date | 10/16/06 |
| Invoice No. | U2186782 |

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA     90731

Account No. 045  91008864
FOB
Salesperson  TERRY FIORI

Shipped Via  BEST TRUCK / UPS UP TO 5 PCS   MANUFACTURER
Terms        NET 30 DAYS
Dept

| Your Order No. | Our Order # | Pattern | Color | | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 03233-00 | 2673245 | PARACHUTE SHOWER | MOCHA | 63 | 360 | 360.000 | 1st | | 8.900 | 3204.00 |
| NBR OF UNITS- | 360 | | | | | | | | | |
| PAY ONLY TO: | | | | | | INVOICE TOTAL: | | | | 3204.00 |
| | BLOOMCRAFT HOME | | | | | DEPOSIT PAID: | | | | |
| | | | | | | BALANCE DUE: | | | | 3204.00 |
| | DIVISION OF P/KAUFMANN, INC | | | | | | | | | |
| | P.O. BOX 36090 | | | | | | | | | |
| | NEWARK , NJ 07188-6090 | | | | | | | | | |

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice     Customer Copy

# Bloomcraft Home

Division of P/Kaufmann Inc.

2 Park Avenue  New York, NY 10016

Telephone.. 212 292 3200    Fax...... 212 292 3393

## Invoice

** REPRINT **

| | |
|---|---|
| Page | 1 |
| Date | 10/16/06 |
| Invoice No. | U2186783 |

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA    90731

Account No. 045  91008864
FOB
Salesperson  TERRY FIORI

| Shipped Via | BEST TRUCK / UPS UP TO 5 PCS | MANUFACTURER |
|---|---|---|
| Terms | NET 30 DAYS | |
| Dept | | |

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03233-00 | 2673245 | PARACHUTE SHOWER | LINEN  33 | 672 | 672.000 | 1st | | 8.900 | 5980.80 |
| | NBR OF UNITS- | 672 | | | | | | | |
| PAY ONLY TO: | | | | | | | | | |
| | BLOOMCRAFT HOME | | | | INVOICE TOTAL: | | | | 5980.80 |
| | | | | | DEPOSIT PAID: | | | | |
| | DIVISION OF P/KAUFMANN, INC | | | | BALANCE DUE: | | | | 5980.80 |
| | P.O. BOX 36090 | | | | | | | | |
| | NEWARK , NJ 07188-6090 | | | | | | | | |

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice    Customer Copy

# Bloomcraft Home
Division of P/Kaufmann Inc.    2 Park Avenue  New York, NY 10016

Telephone.. 212 292 3200        Fax....... 212 292 3393

** REPRINT **

## Invoice

Page            1
Date            10/16/06
Invoice No.     U2186784

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA        90731

Account No. 045  91008864
FOB
Salesperson  TERRY FIORI

Shipped Via  BEST TRUCK / UPS UP TO 5 PCS    MANUFACTURER
Terms        NET 30 DAYS
Dept

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03233-00 | 2673245 | PARACHUTE SHOWER | LT.TURQUOI444 | 672 | 672.000 | 1st | | 8.900 | 5980.80 |
| YOUR PATTERN/COLOR: 3020289 | | | | | | | | | |
| NBR OF UNITS- 672 | | | | | | | | | |
| PAY ONLY TO: | | | | | | | | | |
| BLOOMCRAFT HOME | | | | | INVOICE TOTAL: | | | | 5980.80 |
| | | | | | DEPOSIT PAID: | | | | |
| DIVISION OF P/KAUFMANN, INC | | | | | | | | | |
| P.O. BOX 36090 | | | | | BALANCE DUE: | | | | 5980.80 |
| NEWARK , NJ 07188-6090 | | | | | | | | | |

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice        Customer Copy

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue   New York, NY 10016

Telephone.. 212 292 3200        Fax...... 212 292 3393

** REPRINT **

# Invoice

| | |
|---|---|
| **Page** | 1 |
| **Date** | 10/16/06 |
| **Invoice No.** | U2186785 |

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD, NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO, CA      90731

**Account No.** 045  91008864
**FOB**
**Salesperson** TERRY FIORI

**Shipped Via** BEST TRUCK / UPS UP TO 5 PCS
**Terms** NET 30 DAYS
**Dept**

| Your Order No. | Our Order # | Pattern | Color | MANUFACTURER | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 03273-00 | 2684490 | PARACHUTE SHOWER | LT.TURQUOI444 | | 96 | 96.000 | 1st | | 8.900 | 854.40 |
| YOUR PATTERN/COLOR: 3020289 | | | | | | | | | | |
| NBR OF UNITS- | 96 | | | | | | | | | |

PAY ONLY TO:

BLOOMCRAFT HOME

DIVISION OF P/KAUFMANN, INC
P.O. BOX 36090

NEWARK , NJ 07188-6090

| | | |
|---|---|---|
| INVOICE TOTAL: | | 854.40 |
| DEPOSIT PAID: | | |
| **BALANCE DUE:** | | **854.40** |

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice        Customer Copy

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue  New York, NY 10016

Telephone.. 212 292 3200    Fax....... 212 292 3393

## Invoice

** REPRINT **

**Page** 1

**Date** 10/16/06

**Invoice No.** U2186786

### Sold To

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

### Shipped To

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA    90731

**Account No.** 045  91008864
**FOB**
**Salesperson** TERRY FIORI

**Shipped Via** BEST TRUCK / UPS UP TO 5 PCS    MANUFACTURER
**Terms** NET 30 DAYS
**Dept**

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03273-00 | 2684490 | PARACHUTE SHOWER | IVORY | 101 | 168 | 168.000 | 1st | | 8.900 | 1495.20 |
| | NBR OF UNITS- | 168 | | | | | | | |

PAY ONLY TO:  BLOOMCRAFT HOME

DIVISION OF P/KAUFMANN, INC
P.O. BOX 36090

NEWARK , NJ 07188-6090

INVOICE TOTAL:    1495.20
DEPOSIT PAID:

BALANCE DUE:    1495.20

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice    Customer Copy

# Bloomcraft Home

Division of P/Kaufmann Inc.

2 Park Avenue  New York, NY 10016

Telephone.. 212 292 3200        Fax....... 212 292 3393

## Invoice

** REPRINT **

| | |
|---|---|
| Page | 1 |
| Date | 10/16/06 |
| Invoice No. | U2186787 |

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA    90731

Account No. 045  91008864
FOB
Salesperson  TERRY FIORI

| Shipped Via | BEST TRUCK / UPS UP TO 5 PCS | | MANUFACTURER | | | | | |
|---|---|---|---|---|---|---|---|---|
| Terms | NET 30 DAYS | | | | | | | |
| Dept | | | | | | | | |

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03273-00 | 2684490 | PARACHUTE SHOWER | MOCHA  63 | 24 | 24.000 | 1st | | 8.900 | 213.60 |
| | NBR OF UNITS- | 24 | | | | | | | |
| PAY ONLY TO: | BLOOMCRAFT HOME | | | | INVOICE TOTAL: | | | | 213.60 |
| | | | | | DEPOSIT PAID: | | | | |
| | DIVISION OF P/KAUFMANN, INC | | | | BALANCE DUE: | | | | 213.60 |
| | P.O. BOX 36090 | | | | | | | | |
| | NEWARK , NJ 07188-6090 | | | | | | | | |

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice        Customer Copy

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue    New York, NY 10016

Telephone.. 212 292 3200    Fax...... 212 292 3393

## Invoice

** REPRINT **

| | |
|---|---|
| Page | 1 |
| Date | 10/16/06 |
| Invoice No. | U2186788 |

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA    90731

Account No. 045    91008864
FOB
Salesperson   TERRY FIORI

**Shipped Via** BEST TRUCK / UPS UP TO 5 PCS    MANUFACTURER
**Terms** NET 30 DAYS
**Dept**

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03273-00 | 2684490 | PARACHUTE SHOWER | LINEN | 33 | 168 | 168.000 | 1st | | 8.900 | 1495.20 |
| | NBR OF UNITS- | 168 | | | | | | | |

PAY ONLY TO:

BLOOMCRAFT HOME

DIVISION OF P/KAUFMANN, INC
P.O. BOX 36090

NEWARK , NJ 07188-6090

| | |
|---|---|
| INVOICE TOTAL: | 1495.20 |
| DEPOSIT PAID: | |
| BALANCE DUE: | 1495.20 |

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice    Customer Copy

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue  New York, NY 10016

Telephone.. 212 292 3200    Fax....... 212 292 3393

## Invoice

** REPRINT **

| | |
|---|---|
| Page | 1 |
| Date | 10/16/06 |
| Invoice No. | U2186789 |

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA    90731

**Shipped Via** BEST TRUCK / UPS UP TO 5 PCS
**Terms** NET 30 DAYS
**Dept**

**MANUFACTURER**

Account No. 045  91008864
FOB
Salesperson  TERRY FIORI

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03273-00 | 2684490 | PARACHUTE SHOWER | SMOKE  60 | 384 | 384.000 | 1st | | 8.900 | 3417.60 |
| | NBR OF UNITS- | 384 | | | | | | | |
| PAY ONLY TO: | BLOOMCRAFT HOME | | | | INVOICE TOTAL: | | | | 3417.60 |
| | | | | | DEPOSIT PAID: | | | | |
| | DIVISION OF P/KAUFMANN, INC | | | | BALANCE DUE: | | | | 3417.60 |
| | P.O. BOX 36090 | | | | | | | | |
| | NEWARK , NJ 07188-6090 | | | | | | | | |

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice        Customer Copy

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue  New York, NY 10016

Telephone.. 212 292 3200    Fax....... 212 292 3393

## Invoice

** REPRINT **

| | |
|---|---|
| Page | 1 |
| Date | 10/16/06 |
| Invoice No. | U2186790 |

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA    90731

Account No. 045  91008864
FOB
Salesperson  TERRY FIORI

**Shipped Via** BEST TRUCK / UPS UP TO 5 PCS    MANUFACTURER
**Terms** NET 30 DAYS
**Dept**

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03273-00 | 2684490 | PARACHUTE SHOWER | SAGE  40 | 312 | 312.000 | 1st | | 8.900 | 2776.80 |
| | NBR OF UNITS- | 312 | | | | | | | |

PAY ONLY TO:

BLOOMCRAFT HOME

DIVISION OF P/KAUFMANN, INC
P.O. BOX 36090

NEWARK , NJ 07188-6090

INVOICE TOTAL:
DEPOSIT PAID:

BALANCE DUE:

2776.80

2776.80

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice    Customer Copy

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue  New York, NY 10016

Telephone.. 212 292 3200     Fax....... 212 292 3393

## Invoice

** REPRINT **

| | |
|---|---|
| Page | 1 |
| Date | 10/16/06 |
| Invoice No. | U2186791 |

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA          90731

Account No. 045  91008864
FOB
Salesperson  TERRY FIORI

| Shipped Via | BEST TRUCK / UPS UP TO 5 PCS | MANUFACTURER |
|---|---|---|
| Terms | NET 30 DAYS | |
| Dept | | |

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03273-00 | 2684490 | PARACHUTE WINDOW | SMOKE  022 | 24 | 24.000 | 1st | | 8.200 | 196.80 |
| | NBR OF UNITS- | 24 | | | | | | | |
| PAY ONLY TO: | | BLOOMCRAFT HOME | | | INVOICE TOTAL: | | | | 196.80 |
| | | | | | DEPOSIT PAID: | | | | |
| | | DIVISION OF P/KAUFMANN, INC | | | BALANCE DUE: | | | | 196.80 |
| | | P.O. BOX 36090 | | | | | | | |
| | | NEWARK , NJ 07188-6090 | | | | | | | |

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice          Customer Copy

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue  New York, NY 10016

## Invoice

** REPRINT **

Telephone.. 212 292 3200    Fax....... 212 292 3393

Page 1

Date 10/16/06

Invoice No. U2186792

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA        90731

Account No. 045  91008864
FOB
Salesperson  TERRY FIORI

Shipped Via  BEST TRUCK / UPS UP TO 5 PCS      MANUFACTURER
Terms        NET 30 DAYS
Dept

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03273-00 | 2684490 | PARACHUTE X-LONG | WHITE  100 | 24 | 24.000 | 1st | | 10.470 | 251.28 |
| | NBR OF UNITS- | 24 | | | | | | | |

PAY ONLY TO:  BLOOMCRAFT HOME

DIVISION OF P/KAUFMANN, INC
P.O. BOX 36090

NEWARK , NJ  07188-6090

INVOICE TOTAL:                                  251.28
DEPOSIT PAID:

BALANCE DUE:                                    251.28

**GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION**
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice      Customer Copy

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue   New York, NY 10016

Telephone.. 212 292 3200    Fax....... 212 292 3393

** REPRINT **

## Invoice

| | |
|---|---|
| Page | 1 |
| Date | 10/16/06 |
| Invoice No. | U2186793 |

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD, NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO, CA    90731

Account No.  045   91008864
FOB
Salesperson   TERRY FIORI

Shipped Via  BEST TRUCK / UPS UP TO 5 PCS   MANUFACTURER
Terms   NET 30 DAYS
Dept

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03294-00 | 2687550 | PARACHUTE STALL | IVORY | 96 | 96.000 | 1st | | 8.200 | 787.20 |
| NBR OF UNITS- | | 96 | 101 | | | | | | |

PAY ONLY TO:

BLOOMCRAFT HOME

DIVISION OF P/KAUFMANN, INC
P.O. BOX 36090

NEWARK , NJ 07188-6090

INVOICE TOTAL:            787.20
DEPOSIT PAID:

BALANCE DUE:              787.20

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice      Customer Copy

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue  New York, NY 10016

Telephone.. 212 292 3200    Fax...... 212 292 3393

** REPRINT **

## Invoice

| | |
|---|---|
| Page | 1 |
| Date | 10/16/06 |
| Invoice No. | U2186794 |

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA    90731

Account No. 045  91008864
FOB
Salesperson  TERRY FIORI

Shipped Via  BEST TRUCK / UPS UP TO 5 PCS    MANUFACTURER
Terms  NET 30 DAYS
Dept

| Your Order No. | Our Order # | Pattern | Color | | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 03294-00 | 2687550 | PARACHUTE STALL | MOCHA | 63 | 240 | 240.000 | 1st | | 8.200 | 1968.00 |
| PAY ONLY TO: | NBR OF UNITS- | 240 | | | | | | | | |
| | BLOOMCRAFT HOME | | | | | INVOICE TOTAL: | | | | 1968.00 |
| | | | | | | DEPOSIT PAID: | | | | |
| | DIVISION OF P/KAUFMANN, INC | | | | | BALANCE DUE: | | | | 1968.00 |
| | P.O. BOX 36090 | | | | | | | | | |
| | NEWARK , NJ 07188-6090 | | | | | | | | | |

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice    Customer Copy

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue   New York, NY 10016

Telephone.. 212 292 3200    Fax....... 212 292 3393

** REPRINT **

## Invoice

**Page** 1

**Date** 10/16/06

**Invoice No.** U2186795

### Sold To

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD, NJ 08701

### Shipped To

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO, CA        90731

**Account No.** 045   91008864
**FOB**
**Salesperson** TERRY FIORI

| Shipped Via | BEST TRUCK / UPS UP TO 5 PCS |
|---|---|
| Terms | NET 30 DAYS |
| Dept | |

| Your Order No. | Our Order # | Pattern | Color | | Pieces | MANUFACTURER | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03294-00 | 2687550 | PARACHUTE STALL | SAGE | 40 | 120 | | 120.000 | 1st | | 8.200 | 984.00 |
| | NBR OF UNITS- | 120 | | | | | | | | | |
| PAY ONLY TO: | | | | | | | | | | | |
| | BLOOMCRAFT HOME | | | | | INVOICE TOTAL: | | | | | 984.00 |
| | | | | | | DEPOSIT PAID: | | | | | |
| | DIVISION OF P/KAUFMANN, INC | | | | | BALANCE DUE: | | | | | 984.00 |
| | P.O. BOX 36090 | | | | | | | | | | |
| | NEWARK , NJ 07188-6090 | | | | | | | | | | |

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act   filed with the Federal Trade Commission"

Original Invoice          Customer Copy

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue  New York, NY 10016

Telephone.. 212 292 3200    Fax........ 212 292 3393

## Invoice

** REPRINT **

| | |
|---|---|
| Page | 1 |
| Date | 10/16/06 |
| Invoice No. | U2186796 |

Sold To

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

Shipped To

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA    90731

Account No. 045  91008864
FOB
Salesperson  TERRY FIORI

Shipped Via  BEST TRUCK / UPS UP TO 5 PCS    MANUFACTURER
Terms        NET 30 DAYS
Dept

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03294-00 | 2687550 | PARACHUTE STALL | SMOKE 60 | 120 | 120.000 | 1st | | 8.200 | 984.00 |
| NBR OF UNITS- | | 120 | | | | | | | |
| PAY ONLY TO: | | | | | INVOICE TOTAL: | | | | 984.00 |
| | BLOOMCRAFT HOME | | | | DEPOSIT PAID: | | | | |
| | | | | | | | | | |
| | DIVISION OF P/KAUFMANN, INC | | | | BALANCE DUE: | | | | 984.00 |
| | P.O. BOX 36090 | | | | | | | | |
| | | | | | | | | | |
| | NEWARK , NJ 07188-6090 | | | | | | | | |

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice    Customer Copy

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue  New York, NY 10016

Telephone.. 212 292 3200      Fax....... 212 292 3393

** REPRINT **

# Invoice

| | |
|---|---|
| Page | 1 |
| Date | 9/27/06 |
| Invoice No. | U2174007 |

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD, NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO, CA     90731

Account No. 045   91008864
FOB
Salesperson  TERRY FIORI

| Shipped Via | BEST TRUCK / UPS UP TO 5 PCS | | MANUFACTURER | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Terms | NET 30 DAYS | | | | | | | | | |
| Dept | | | | | | | | | | |

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03192-00 | 2656397 | PARACHUTE WINDOW | SMOKE | 022 | 24 | 24.000 | 1st | | 8.200 | 196.80 |
| | NBR OF UNITS- | 24 | | | | | | | |
| PAY ONLY TO: | | BLOOMCRAFT HOME | | | | INVOICE TOTAL: | | | 196.80 |
| | | | | | | DEPOSIT PAID: | | | |
| | DIVISION OF P/KAUFMANN, INC | | | | | BALANCE DUE: | | | 196.80 |
| | P.O. BOX 36090 | | | | | | | | |
| | NEWARK , NJ 07188-6090 | | | | | | | | |

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice          Customer Copy

# Bloomcraft Home

Division of P/Kaufmann Inc.

2 Park Avenue  New York, NY 10016

Telephone.. 212 292 3200    Fax...... 212 292 3393

## Invoice

** REPRINT **

| Page | 1 |
| Date | 9/27/06 |
| Invoice No. | U2174008 |

**Sold To:**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

**Shipped To:**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA    90731

Account No. 045  91008864
FOB
Salesperson  TERRY FIORI

| Shipped Via | BEST TRUCK / UPS UP TO 5 PCS | | MANUFACTURER | | | |
| Terms | NET 30 DAYS | | | | | |
| Dept | | | | | | |

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03192-00 | 2656397 | PARACHUTE WINDOW | WHITE  100 | 144 | 144.000 | 1st | | 8.200 | 1180.80 |
| | NBR OF UNITS- | 144 | | | | | | | |

PAY ONLY TO:

BLOOMCRAFT HOME

DIVISION OF P/KAUFMANN, INC
P.O. BOX 36090

NEWARK , NJ 07188-6090

| INVOICE TOTAL: | 1180.80 |
| DEPOSIT PAID: | |
| BALANCE DUE: | 1180.80 |

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice    Customer Copy

# Bloomcraft Home

Division of P/Kaufmann Inc.

2 Park Avenue  New York, NY 10016

Telephone.. 212 292 3200        Fax....... 212 292 3393

## Invoice

** REPRINT **

**Page** 1

**Date** 9/27/06

**Invoice No.** U2174010

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD, NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO, CA        90731

**Account No.** 045   91008864
**FOB**
**Salesperson** TERRY FIORI

| **Shipped Via** BEST TRUCK / UPS UP TO 5 PCS | | MANUFACTURER | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Terms** NET 30 DAYS | | | | | | | | |
| **Dept** | | | | | | | | |
| **Your Order No.** | **Our Order #** | **Pattern** | **Color** | **Pieces** | **Each** | **Quality** | **Code** | **Price** | **Amount** |
| 03192-00 | 2656397 | PARACHUTE WINDOW | IVORY   102 | 72 | 72.000 | 1st | | 8.200 | 590.40 |
| | NBR OF UNITS- 72 | | | | | | | | |
| PAY ONLY TO: | | | | | INVOICE TOTAL: | | | | 590.40 |
| | BLOOMCRAFT HOME | | | | DEPOSIT PAID: | | | | |
| | | | | | BALANCE DUE: | | | | 590.40 |
| | DIVISION OF P/KAUFMANN, INC | | | | | | | | |
| | P.O. BOX 36090 | | | | | | | | |
| | NEWARK , NJ 07188-6090 | | | | | | | | |

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act filed with the Federal Trade Commission"

**Original Invoice        Customer Copy**

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue  New York, NY 10016

Telephone.. 212 292 3200    Fax....... 212 292 3393

## Invoice

** REPRINT **

| | |
|---|---|
| Page | 1 |
| Date | 9/27/06 |
| Invoice No. | U2174011 |

**Sold To:**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

**Shipped To:**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA    90731

Account No. 045  91008864
FOB
Salesperson  TERRY FIORI

Shipped Via  BEST TRUCK / UPS UP TO 5 PCS    MANUFACTURER
Terms  NET 30 DAYS
Dept

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03192-00 | 2656397 | PARACHUTE WINDOW | SAGE | 333 | 24 | 24.000 | 1st | | 8.200 | 196.80 |
| | NBR OF UNITS- | 24 | | | | | | | |

PAY ONLY TO:
BLOOMCRAFT HOME

DIVISION OF P/KAUFMANN, INC
P.O. BOX 36090

NEWARK , NJ 07188-6090

| | | |
|---|---|---|
| INVOICE TOTAL: | | 196.80 |
| DEPOSIT PAID: | | |
| BALANCE DUE: | | 196.80 |

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice    Customer Copy

# Bloomcraft Home.
Division of P/Kaufmann Inc.

2 Park Avenue  New York, NY 10016

Telephone.. 212 292 3200    Fax....... 212 292 3393

## Invoice

** REPRINT **

**Page** 1

**Date** 9/27/06

**Invoice No.** U2174013

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD, NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO, CA    90731

**Account No.** 045   91008864
**FOB**
**Salesperson** TERRY FIORI

**Shipped Via** BEST TRUCK / UPS UP TO 5 PCS    MANUFACTURER
**Terms** NET 30 DAYS
**Dept**

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03192-00 | 2656397 | PARACHUTE SHOWER | WHITE 10 | 216 | 216.000 | 1st | | 8.900 | 1922.40 |
| | NBR OF UNITS- | 216 | | | | | | | |
| PAY ONLY TO: | | | | | INVOICE TOTAL: | | | | 1922.40 |
| | BLOOMCRAFT HOME | | | | DEPOSIT PAID: | | | | |
| | | | | | BALANCE DUE: | | | | 1922.40 |
| | DIVISION OF P/KAUFMANN, INC | | | | | | | | |
| | P.O. BOX 36090 | | | | | | | | |
| | NEWARK , NJ 07188-6090 | | | | | | | | |

Original Invoice       Customer Copy

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act filed with the Federal Trade Commission"

# Bloomcraft Home.
Division of P/Kaufmann Inc.

2 Park Avenue  New York, NY 10016

Telephone.. 212 292 3200    Fax...... 212 292 3393

## Invoice

** REPRINT **

**Page** 1

**Date** 9/27/06

**Invoice No.** U2174014

### Sold To

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

### Shipped To

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA      90731

Account No. 045  91008864
FOB
Salesperson  TERRY FIORI

| Your Order No. | Our Order # | Pattern | Color | | Pieces | | Quality | Code | Each | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **Shipped Via** BEST TRUCK / UPS UP TO 5 PCS **MANUFACTURER** | | | | | | | | | |
| | | **Terms** NET 30 DAYS | | | | | | | | | |
| | | **Dept** | | | | | | | | | |
| 03192-00 | 2656397 | PARACHUTE SHOWER | IVORY | 101 | 504 | | 1st | | 504.000 | 8.900 | 4485.60 |
| | NBR OF UNITS- | 504 | | | | | | | | | |
| PAY ONLY TO: | | BLOOMCRAFT HOME | | | | | INVOICE TOTAL: | | | | 4485.60 |
| | | | | | | | DEPOSIT PAID: | | | | |
| | | DIVISION OF P/KAUFMANN, INC | | | | | BALANCE DUE: | | | | 4485.60 |
| | | P.O. BOX 36090 | | | | | | | | | |
| | | NEWARK , NJ 07188-6090 | | | | | | | | | |

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice      Customer Copy

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue  New York, NY 10016

Telephone.. 212 292 3200    Fax...... 212 292 3393

## Invoice

** REPRINT **

**Page** 1

**Date** 9/27/06

**Invoice No.** U2174015

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA   90731

**Account No.** 045  91008864
**FOB**
**Salesperson** TERRY FIORI

**Shipped Via** BEST TRUCK / UPS UP TO 5 PCS    **MANUFACTURER**
**Terms** NET 30 DAYS
**Dept**

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03192-00 | 2656397 | PARACHUTE SHOWER | MOCHA  63 | 1056 | 1056.000 | 1st | | 8.900 | 9398.40 |
| | NBR OF UNITS- | 1056 | | | | | | | |

PAY ONLY TO:
BLOOMCRAFT HOME

DIVISION OF P/KAUFMANN, INC
P.O. BOX 36090

NEWARK , NJ 07188-6090

INVOICE TOTAL:
DEPOSIT PAID:

**BALANCE DUE:**                    9398.40

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice        Customer Copy

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue   New York, NY 10016

Telephone.. 212 292 3200    Fax...... 212 292 3393

## Invoice

** REPRINT **

| | |
|---|---|
| Page | 1 |
| Date | 9/27/06 |
| Invoice No. | U2174016 |

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD, NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO, CA    90731

| | |
|---|---|
| Account No. | 045   91008864 |
| FOB | |
| Salesperson | TERRY FIORI |

| Shipped Via | BEST TRUCK / UPS UP TO 5 PCS | | MANUFACTURER | | | |
|---|---|---|---|---|---|---|
| Terms | NET 30 DAYS | | | | | |
| Dept | | | | | | |

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03192-00 | 2656397 | PARACHUTE SHOWER | LINEN   33 | 912 | 912.000 | 1st | | 8.900 | 8116.80 |
| | NBR OF UNITS- | 912 | | | | | | | |

PAY ONLY TO:

BLOOMCRAFT HOME

DIVISION OF P/KAUFMANN, INC
P.O. BOX 36090

NEWARK , NJ 07188-6090

| | | |
|---|---|---|
| INVOICE TOTAL: | | 8116.80 |
| DEPOSIT PAID: | | |
| BALANCE DUE: | | 8116.80 |

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice          Customer Copy

# Bloomcraft Home.
Division of P/Kaufmann Inc.

2 Park Avenue  New York, NY 10016

Telephone.. 212 292 3200    Fax...... 212 292 3393

**Page** 1

**Date** 9/27/06

**Invoice No.** U2174017

## Invoice

** REPRINT **

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA    90731

**Account No. 045   91008864**
**FOB**
**Salesperson** TERRY FIORI

**Shipped Via** BEST TRUCK / UPS UP TO 5 PCS    MANUFACTURER
**Terms**  NET 30 DAYS
**Dept**

| Your Order No. | Our Order # | Pattern | Color | Pieces | Yards | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03192-00 | 2656397 | PARACHUTE SHOWER | LT.TURQUOI444 | 648 | 648.000 | 1st | | 8.900 | 5767.20 |

YOUR PATTERN/COLOR: 3020289
NBR OF UNITS- 648

PAY ONLY TO:

BLOOMCRAFT HOME

DIVISION OF P/KAUFMANN, INC
P.O. BOX 36090

NEWARK , NJ 07188-6090

INVOICE TOTAL:    5767.20
DEPOSIT PAID:

BALANCE DUE:    5767.20

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice        Customer Copy

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue  New York, NY 10016

Telephone.. 212 292 3200    Fax....... 212 292 3393

## Invoice

** REPRINT **

**Page** 1

**Date** 9/27/06

**Invoice No.** U2174018

### Sold To

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

### Shipped To

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA    90731

**Account No.** 045  91008864
**FOB**
**Salesperson** TERRY FIORI

**Shipped Via** BEST TRUCK / UPS UP TO 5 PCS    MANUFACTURER
**Terms** NET 30 DAYS
**Dept**

PAY ONLY TO:

BLOOMCRAFT HOME

DIVISION OF P/KAUFMANN, INC
P.O. BOX 36090

NEWARK , NJ 07188-6090

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03192-00 | 2656397 | PARACHUTE STALL | WHITE  100 | 192 | 192.000 | 1st | | 8.200 | 1574.40 |
| | | 192 | | | | | | | |
| NBR OF UNITS- | | | | | | | | | |
| | | | | | INVOICE TOTAL: | | | | 1574.40 |
| | | | | | DEPOSIT PAID: | | | | |
| | | | | | BALANCE DUE: | | | | 1574.40 |

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice    Customer Copy

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue  New York, NY 10016

Telephone.. 212 292 3200   Fax........ 212 292 3393

## Invoice

** REPRINT **

**Page** 1

**Date** 9/15/06

**Invoice No.** U2166835

### Sold To

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

### Shipped To

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA    90731

**Account No.** 045   91008864
**FOB**
**Salesperson** TERRY FIORI

**Shipped Via** BEST TRUCK / UPS UP TO 5 PCS
**Terms** NET 30 DAYS
**Dept**

| Your Order No. | Our Order # | Pattern | Color | MANUFACTURER | Pieces | Yards | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 03123-00 | 2640421 | PARACHUTE SHOWER | MOCHA | 63 | 792 | 792.000 | 1st | | 8.900 | 7048.80 |
| | NBR OF UNITS- | 792 | | | | | | | | |

PAY ONLY TO:

BLOOMCRAFT HOME

DIVISION OF P/KAUFMANN, INC
P.O. BOX 36090

NEWARK , NJ 07188-6090

INVOICE TOTAL:    7048.80
DEPOSIT PAID:

BALANCE DUE:    7048.80

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice     Customer Copy

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue   New York, NY 10016

Telephone.. 212 292 3200    Fax...... 212 292 3393

** REPRINT **

## Invoice

**Page** 1

**Date** 9/15/06

**Invoice No.** U2166836

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA    90731

**Account No.** 045   91008864

**FOB**

**Salesperson** TERRY FIORI

| Shipped Via | BEST TRUCK / UPS UP TO 5 PCS | | MANUFACTURER | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Terms** | NET 30 DAYS | | | | | | | | |
| **Dept** | | | | | | | | | |

| Your Order No. | Our Order # | Pattern | Color | | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 03123-00 | 2640421 | PARACHUTE SHOWER | LINEN | 33 | 840 | 840.000 | 1st | | 8.900 | 7476.00 |
| | NBR OF UNITS- | 840 | | | | | | | | |

PAY ONLY TO:

BLOOMCRAFT HOME

DIVISION OF P/KAUFMANN, INC
P.O. BOX 36090

NEWARK , NJ 07188-6090

INVOICE TOTAL:    7476.00
DEPOSIT PAID:

**BALANCE DUE:**    7476.00

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice    Customer Copy

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue  New York, NY 10016

Telephone.. 212 292 3200    Fax....... 212 292 3393

## Invoice

** REPRINT **

**Page** 1

**Date** 9/15/06

**Invoice No.** U2166837

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA      90731

**Account No. 045  91008864**
**FOB**
**Salesperson** TERRY FIORI

| Shipped Via | BEST TRUCK / UPS UP TO 5 PCS | MANUFACTURER |
| Terms | NET 30 DAYS |
| Dept | |

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03123-00 | 2640421 | PARACHUTE SHOWER | SAGE 40 | 408 | 408.000 | 1st | | 8.900 | 3631.20 |
| | NBR OF UNITS- | 408 | | | | | | | |

PAY ONLY TO:

BLOOMCRAFT HOME

DIVISION OF P/KAUFMANN, INC
P.O. BOX 36090

NEWARK , NJ 07188-6090

INVOICE TOTAL:                    3631.20
DEPOSIT PAID:
BALANCE DUE:                      3631.20

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice      Customer Copy

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue  New York, NY 10016

** REPRINT **

## Invoice

Telephone.. 212 292 3200    Fax...... 212 292 3393

Page        1

Date        9/15/06

Invoice No.  U2166838

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD, NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO, CA        90731

Account No. 045   91008864
FOB
Salesperson  TERRY FIORI

Shipped Via  BEST TRUCK / UPS UP TO 5 PCS     MANUFACTURER
Terms        NET 30 DAYS
Dept

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03123-00 | 2640421 | PARACHUTE SHOWER | LT.TURQUOI444 | 24 | 24.000 | 1st | | 8.900 | 213.60 |
| YOUR PATTERN/COLOR: 3020289 | | | | | | | | | |
| NBR OF UNITS- | 24 | | | | | | | | |
| PAY ONLY TO: | | | | | | | | | 213.60 |
| BLOOMCRAFT HOME | | | | | | | INVOICE TOTAL: | | |
| | | | | | | | DEPOSIT PAID: | | |
| DIVISION OF P/KAUFMANN, INC | | | | | | | BALANCE DUE: | | 213.60 |
| P.O. BOX 36090 | | | | | | | | | |
| NEWARK , NJ 07188-6090 | | | | | | | | | |

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice        Customer Copy

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue  New York, NY 10016

Telephone.. 212 292 3200    Fax....... 212 292 3393

** REPRINT **

# Invoice

**Page** 1

**Date** 9/15/06

**Invoice No.** U2166839

### Sold To

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

### Shipped To

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA     90731

**Account No. 045   91008864**
**FOB**
**Salesperson**  TERRY FIORI

**Shipped Via** BEST TRUCK / UPS UP TO 5 PCS     MANUFACTURER
**Terms** NET 30 DAYS
**Dept**

| Your Order No. | Our Order # | Pattern | Color | | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 03123-00 | 2640421 | PARACHUTE SHOWER | WHITE | 10 | 456 | 456.000 | 1st | | 8.900 | 4058.40 |
| | NBR OF UNITS- | 456 | | | | | | | | |
| PAY ONLY TO: | BLOOMCRAFT HOME | | | | | INVOICE TOTAL: | | | | 4058.40 |
| | | | | | | DEPOSIT PAID: | | | | |
| | DIVISION OF P/KAUFMANN, INC | | | | | BALANCE DUE: | | | | 4058.40 |
| | P.O. BOX 36090 | | | | | | | | | |
| | NEWARK , NJ 07188-6090 | | | | | | | | | |

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice        Customer Copy

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue   New York, NY 10016

Telephone.. 212 292 3200      Fax....... 212 292 3393

** REPRINT **

## Invoice

**Page** 1

**Date** 9/15/06

**Invoice No.** U2166840

Sold To

Shipped To

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA    90731

**Account No.** 045   91008864

**FOB**

**Salesperson** TERRY FIORI

**Shipped Via** BEST TRUCK / UPS UP TO 5 PCS     MANUFACTURER

**Terms** NET 30 DAYS

**Dept**

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03123-00 | 2640421 | PARACHUTE SHOWER | IVORY | 101 | 456.000 | 1st | | 8.900 | 4058.40 |
| | | 456 | | 456 | | | | | |
| NBR OF UNITS- | | | | | | | | | |
| PAY ONLY TO: | | | | | INVOICE TOTAL: | | | | 4058.40 |
| | BLOOMCRAFT HOME | | | | DEPOSIT PAID: | | | | |
| | | | | | BALANCE DUE: | | | | 4058.40 |
| | DIVISION OF P/KAUFMANN, INC | | | | | | | | |
| | P.O. BOX 36090 | | | | | | | | |
| | NEWARK , NJ 07188-6090 | | | | | | | | |

**GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION**

"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice     Customer Copy

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue  New York, NY 10016

## Invoice

** REPRINT **

Telephone.. 212 292 3200    Fax...... 212 292 3393

**Page** 1

**Date** 9/21/06

**Invoice No.** U2170383

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA    90731

**Account No.** 045  91008864
**FOB**
**Salesperson** TERRY FIORI

**Shipped Via** BEST TRUCK / UPS UP TO 5 PCS    **MANUFACTURER**
**Terms** NET 30 DAYS
**Dept**

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03123-00 | 2640421 | PARACHUTE STALL | WHITE 100 | 144 | 144.000 | 1st | | 8.200 | 1180.80 |
| | NBR OF UNITS- | 144 | | | | | | | |

PAY ONLY TO:  BLOOMCRAFT HOME

DIVISION OF P/KAUFMANN, INC
P.O. BOX 36090

NEWARK , NJ 07188-6090

INVOICE TOTAL:
DEPOSIT PAID:

BALANCE DUE:    1180.80

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice        Customer Copy

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue  New York, NY 10016

Telephone. 212 292 3200    Fax....... 212 292 3393

** REPRINT **

## Invoice

Page            1

Date            9/21/06

Invoice No.     U2170384

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA        90731

Account No.  045   91008864
FOB
Salesperson  TERRY FIORI

Shipped Via  BEST TRUCK / UPS UP TO 5 PCS      MANUFACTURER
Terms        NET 30 DAYS
Dept

| Your Order No. | Our Order # | Pattern | Color | Pieces | Yards | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03123-00 | 2640421 | PARACHUTE SHOWER | MOCHA 63 | 840 | 840.000 | 1st | | 8.900 | 7476.01 |
| | NBR OF UNITS- | 840 | | | | | | | |

PAY ONLY TO:
BLOOMCRAFT HOME

DIVISION OF P/KAUFMANN, INC
P.O. BOX 36090

NEWARK , NJ 07188-6090

INVOICE TOTAL:                          7476.01
DEPOSIT PAID:
BALANCE DUE:                            7476.00

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice        Customer Copy

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue  New York, NY 10016

Telephone.. 212 292 3200    Fax...... 212 292 3393

## Invoice

** REPRINT **

| | |
|---|---|
| **Page** | 1 |
| **Date** | 9/21/06 |
| **Invoice No.** | U2170385 |

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD, NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO, CA          90731

| | | |
|---|---|---|
| **Account No.** | 045 | 91008864 |
| **FOB** | | |
| **Salesperson** | TERRY FIORI | |

| **Shipped Via** | BEST TRUCK / UPS UP TO 5 PCS | MANUFACTURER |
|---|---|---|
| **Terms** | NET 30 DAYS | |
| **Dept** | | |

| Your Order No. | Our Order # | Pattern | Color | | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 03123-00 | 2640421 | PARACHUTE SHOWER | LINEN | 33 | 192 | 192.000 | 1st | | 8.900 | 1708.80 |
| NBR OF UNITS- | | 192 | | | | | | | | |

PAY ONLY TO:

BLOOMCRAFT HOME

DIVISION OF P/KAUFMANN, INC
P.O. BOX 36090

NEWARK , NJ 07188-6090

| | |
|---|---|
| INVOICE TOTAL: | 1708.80 |
| DEPOSIT PAID: | |
| **BALANCE DUE:** | 1708.80 |

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice          Customer Copy

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue   New York, NY 10016

Telephone.. 212 292 3200    Fax....... 212 292 3393

## Invoice

** REPRINT **

**Page** 1

**Date** 9/21/06

**Invoice No.** U2170386

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA   90731

**Shipped Via** BEST TRUCK / UPS UP TO 5 PCS    **MANUFACTURER**
**Terms** NET 30 DAYS
**Dept**

**Account No.** 045  91008864
**FOB**
**Salesperson** TERRY FIORI

| Your Order No. | Our Order # | Pattern | Color | | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 03123-00 | 2640421 | PARACHUTE SHOWER | SAGE | 40 | 528 | 528.000 | 1st | | 8.900 | 4699.20 |
| | NBR OF UNITS- | 528 | | | | | | | | |

PAY ONLY TO:

BLOOMCRAFT HOME

DIVISION OF P/KAUFMANN, INC
P.O. BOX 36090

NEWARK , NJ 07188-6090

INVOICE TOTAL:
DEPOSIT PAID:

BALANCE DUE:

4699.20

4699.20

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice    Customer Copy

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue  New York, NY 10016

Telephone.. 212 292 3200     Fax....... 212 292 3393

## Invoice

** REPRINT **

**Page** 1

**Date** 9/21/06

**Invoice No.** U2170491

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA      90731

**Account No.** 045   91008864
**FOB**
**Salesperson** TERRY FIORI

**Shipped Via** BEST TRUCK / UPS UP TO 5 PCS     MANUFACTURER
**Terms** NET 30 DAYS
**Dept**

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03192-00 | 2656397 | PARACHUTE STALL | WHITE 100 | 192 | 192.000 | 1st | | 8.200 | 1574.40 |
| NBR OF UNITS- | | 192 | | | | | | | |

PAY ONLY TO:

BLOOMCRAFT HOME

DIVISION OF P/KAUFMANN, INC
P.O. BOX 36090

NEWARK , NJ 07188-6090

INVOICE TOTAL:
DEPOSIT PAID:

BALANCE DUE:

1574.40

1574.40

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice     Customer Copy

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue New York, NY 10016

Telephone.. 212 292 3200     Fax...... 212 292 3393

## Invoice

** REPRINT **

**Page** 1

**Date** 9/21/06

**Invoice No.** U2170493

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD, NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO, CA      90731

**Shipped Via** BEST TRUCK / UPS UP TO 5 PCS
**Terms** NET 30 DAYS

**Account No.** 045  91008864
**FOB**
**Salesperson** TERRY FIORI

**MANUFACTURER**

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03192-00 | 2656397 | PARACHUTE WINDOW | SMOKE | 168 | 168.000 | 1st | | 8.200 | 1377.60 |
| | | 168 | 022 | | | | | | |

NBR OF UNITS-

PAY ONLY TO:

BLOOMCRAFT HOME

DIVISION OF P/KAUFMANN, INC
P.O. BOX 36090

NEWARK , NJ 07188-6090

INVOICE TOTAL:        1377.60
DEPOSIT PAID:
        BALANCE DUE:   1377.60

Dept

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice     Customer Copy

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue   New York, NY 10016

Telephone.. 212 292 3200       Fax...... 212 292 3393

## Invoice

** REPRINT **

Page 1

Date 9/21/06

Invoice No. U2170494

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA   90731

Account No. 045   91008864
FOB
Salesperson TERRY FIORI

Shipped Via BEST TRUCK / UPS UP TO 5 PCS     MANUFACTURER
Terms       NET 30 DAYS
Dept

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03192-00 | 2656397 | PARACHUTE WINDOW | WHITE 100 | 96 | 96.000 | 1st | | 8.200 | 787.20 |
| NBR OF UNITS- | | 96 | | | | | | | |

PAY ONLY TO:
BLOOMCRAFT HOME

DIVISION OF P/KAUFMANN, INC
P.O. BOX 36090

NEWARK , NJ 07188-6090

INVOICE TOTAL:                787.20
DEPOSIT PAID:

BALANCE DUE:                  787.20

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice      Customer Copy