# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue   New York, NY 10016

Telephone.. 212 292 3200    Fax....... 212 292 3393

## Invoice

** REPRINT **

**Page** 1

**Date** 9/21/06

**Invoice No.** U2170496

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA    90731

**Shipped Via** BEST TRUCK / UPS UP TO 5 PCS    MANUFACTURER

**Terms** NET 30 DAYS

**Dept**

**Account No.** 045   91008864

**FOB**

**Salesperson** TERRY FIORI

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03192-00 | 2656397 | PARACHUTE WINDOW | IVORY | 102 | 192 | 192.000 | 1st | | 8.200 | 1574.40 |
| | NBR OF UNITS- | 192 | | | | | | | |

PAY ONLY TO:   BLOOMCRAFT HOME

DIVISION OF P/KAUFMANN, INC
P.O. BOX 36090

NEWARK , NJ 07188-6090

INVOICE TOTAL:    1574.40

DEPOSIT PAID:

BALANCE DUE:    1574.40

**GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION**
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice    Customer Copy

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue   New York, NY 10016

Telephone.. 212 292 3200    Fax....... 212 292 3393

## Invoice

** REPRINT **

| | |
|---|---|
| Page | 1 |
| Date | 9/21/06 |
| Invoice No. | U2170497 |

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA    90731

Account No. 045   91008864
FOB
Salesperson   TERRY FIORI

**Shipped Via** BEST TRUCK / UPS UP TO 5 PCS   **MANUFACTURER**
**Terms** NET 30 DAYS
**Dept**

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03192-00 | 2656397 | PARACHUTE WINDOW | SAGE  333 | 192 | 192.000 | 1st | | 8.200 | 1574.40 |
| | NBR OF UNITS- | 192 | | | | | | | |
| PAY ONLY TO: | BLOOMCRAFT HOME | | | INVOICE TOTAL: | | | | | 1574.40 |
| | | | | DEPOSIT PAID: | | | | | |
| | DIVISION OF P/KAUFMANN, INC | | | BALANCE DUE: | | | | | 1574.40 |
| | P.O. BOX 36090 | | | | | | | | |
| | NEWARK , NJ 07188-6090 | | | | | | | | |

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice        Customer Copy

# Bloomcraft Home
Division of P/Kaufmann

2 Park Avenue   New York, NY 10016

Telephone.. 212 292 3200    Fax...... 212 292 3393

## Invoice

** REPRINT **

Page 1

Date 9/21/06

Invoice No. U2170498

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA    90731

Account No. 045  91008864
FOB
Salesperson TERRY FIORI

| Shipped Via | BEST TRUCK / UPS UP TO 5 PCS |   | MANUFACTURER |
|---|---|---|---|
| Terms | NET 30 DAYS | | |
| Dept | | | |

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03192-00 | 2656397 | PARACHUTE SHOWER | SMOKE 60 | 720 | 720.000 | 1st | | 8.900 | 6408.00 |
| | NBR OF UNITS- | 720 | | | | | | | |
| PAY ONLY TO: | BLOOMCRAFT HOME | | | | INVOICE TOTAL: | | | | 6408.00 |
| | | | | | DEPOSIT PAID: | | | | |
| | DIVISION OF P/KAUFMANN, INC | | | | BALANCE DUE: | | | | 6408.00 |
| | P.O. BOX 36090 | | | | | | | | |
| | NEWARK , NJ 07188-6090 | | | | | | | | |

Original Invoice    Customer Copy

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue  New York, NY 10016

Telephone.. 212 292 3200    Fax....... 212 292 3393

## Invoice

** REPRINT **

| | |
|---|---|
| Page | 1 |
| Date | 9/21/06 |
| Invoice No. | U2170500 |

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA          90731

Account No. 045   91008864
FOB
Salesperson   TERRY FIORI

Shipped Via   BEST TRUCK / UPS UP TO 5 PCS   MANUFACTURER
Terms   NET 30 DAYS
Dept

| Your Order No. | Our Order # | Pattern | Color | | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 03192-00 | 2656397 | PARACHUTE SHOWER | WHITE | 10 | 1200 | 1200.000 | 1st | | 8.900 | 10680.00 |
| | NBR OF UNITS- | 1200 | | | | | | | | |
| PAY ONLY TO: | | | | | | INVOICE TOTAL: | | | | 10680.00 |
| | BLOOMCRAFT HOME | | | | | DEPOSIT PAID: | | | | |
| | | | | | | | | | | |
| | DIVISION OF P/KAUFMANN, INC | | | | | BALANCE DUE: | | | | 10680.00 |
| | P.O. BOX 36090 | | | | | | | | | |
| | | | | | | | | | | |
| | NEWARK , NJ 07188-6090 | | | | | | | | | |

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice          Customer Copy

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue  New York, NY 10016

Telephone. 212 292 3200    Fax...... 212 292 3393

## Invoice

** REPRINT **

| | |
|---|---|
| Page | 1 |
| Date | 9/21/06 |
| Invoice No. | U2170501 |

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD, NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO, CA    90731

Account No. 045  91008864
FOB
Salesperson  TERRY FIORI

**Shipped Via** BEST TRUCK / UPS UP TO 5 PCS    MANUFACTURER
**Terms** NET 30 DAYS
**Dept**

| Your Order No. | Our Order # | Pattern | Color | | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 03192-00 | 2656397 | PARACHUTE SHOWER | IVORY | 101 | 672 | 672.000 | 1st | | 8.900 | 5980.80 |
| | NBR OF UNITS- | 672 | | | | | | | | |

PAY ONLY TO:    BLOOMCRAFT HOME

DIVISION OF P/KAUFMANN, INC
P.O. BOX 36090

NEWARK , NJ 07188-6090

| | | |
|---|---|---|
| INVOICE TOTAL: | | 5980.80 |
| DEPOSIT PAID: | | |
| BALANCE DUE: | | 5980.80 |

Original Invoice    Customer Copy

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue  New York, NY 10016

Telephone.. 212 292 3200    Fax...... 212 292 3393

## Invoice

** REPRINT **

**Page** 1

**Date** 9/21/06

**Invoice No.** U2170502

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD, NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO, CA          90731

**Account No.** 045   91008864
**FOB**
**Salesperson** TERRY FIORI

**Shipped Via** BEST TRUCK / UPS UP TO 5 PCS        **MANUFACTURER**
**Terms** NET 30 DAYS
**Dept**

| Your Order No. | Our Order # | Pattern | Color | | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 03192-00 | 2656397 | PARACHUTE SHOWER | MOCHA | 63 | 264 | 264.000 | 1st | | 8.900 | 2349.60 |
| | NBR OF UNITS- | 264 | | | | | | | | |

PAY ONLY TO:

BLOOMCRAFT HOME

DIVISION OF P/KAUFMANN, INC
P.O. BOX 36090

NEWARK , NJ 07188-6090

INVOICE TOTAL:                                    2349.60
DEPOSIT PAID:

**BALANCE DUE:**                                2349.60

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice        Customer Copy

# Bloomcraft Home

Division of P/Kaufmann Inc.

2 Park Avenue   New York, NY 10016

Telephone.. 212 292 3200      Fax...... 212 292 3393

## Invoice

** REPRINT **

| | |
|---|---|
| **Page** | 1 |
| **Date** | 9/21/06 |
| **Invoice No.** | U2170503 |

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD, NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA      90731

**Account No.** 045   91008864
**FOB**
**Salesperson**  TERRY FIORI

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03192-00 | 2656397 | PARACHUTE SHOWER | LINEN  33 | 144 | 144.000 | 1st | | 8.900 | 1281.60 |
| | NBR OF UNITS- | 144 | | | | | | | |
| | | | | | INVOICE TOTAL: | | | | 1281.60 |
| | | | | | DEPOSIT PAID: | | | | |
| | | | | | BALANCE DUE: | | | | 1281.60 |

**Shipped Via**  BEST TRUCK / UPS UP TO 5 PCS     MANUFACTURER
**Terms**  NET 30 DAYS
**Dept**

PAY ONLY TO:

BLOOMCRAFT HOME

DIVISION OF P/KAUFMANN, INC
P.O. BOX 36090

NEWARK , NJ 07188-6090

Original Invoice      Customer Copy

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue  New York, NY 10016

Telephone.. 212 292 3200    Fax....... 212 292 3393

## Invoice

** REPRINT **

| | |
|---|---|
| Page | 1 |
| Date | 9/21/06 |
| Invoice No. | U2170507 |

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA      90731

Account No. 045  91008864
FOB
Salesperson  TERRY FIORI

| | |
|---|---|
| Shipped Via | BEST TRUCK / UPS UP TO 5 PCS  MANUFACTURER |
| Terms | NET 30 DAYS |
| Dept | |

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03192-00 | 2656397 | PARACHUTE SHOWER | LT.TURQUOI444 | 456 | 456.000 | 1st | | 8.900 | 4058.40 |
| YOUR PATTERN/COLOR: 3020289 | | | | | | | | | |
| NBR OF UNITS- | | 456 | | | | | | | |
| PAY ONLY TO: | | | | | | | | | |
| | BLOOMCRAFT HOME | | | | | | | | |
| | | | | | INVOICE TOTAL: | | | | 4058.40 |
| | DIVISION OF P/KAUFMANN, INC | | | | DEPOSIT PAID: | | | | |
| | P.O. BOX 36090 | | | | | | | | |
| | | | | | BALANCE DUE: | | | | 4058.40 |
| | NEWARK , NJ 07188-6090 | | | | | | | | |

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice    Customer Copy

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue  New York, NY 10016

Telephone.. 212 292 3200    Fax...... 212 292 3393

## Invoice

** REPRINT **

**Page** 1

**Date** 9/21/06

**Invoice No.** U2170509

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA    90731

**Account No.** 045   91008864
**FOB**
**Salesperson** TERRY FIORI

**Shipped Via** BEST TRUCK / UPS UP TO 5 PCS    MANUFACTURER
**Terms** NET 30 DAYS
**Dept**

| Your Order No. | Our Order # | Pattern | Color | | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 03192-00 | 2656397 | PARACHUTE SHOWER | SAGE | 40 | 768 | 768.000 | 1st | | 8.900 | 6835.20 |
| | NBR OF UNITS- | 768 | | | | | | | | |

PAY ONLY TO:
BLOOMCRAFT HOME

DIVISION OF P/KAUFMANN, INC
P.O. BOX 36090

NEWARK , NJ 07188-6090

INVOICE TOTAL:  6835.20
DEPOSIT PAID:

BALANCE DUE:  6835.20

Original Invoice    Customer Copy

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

# Bloomcraft Home
Division of P/Kaufmann Inc.    2 Park Avenue   New York, NY 10016

Telephone.. 212 292 3200    Fax...... 212 292 3393

## Invoice

\*\* REPRINT \*\*

| | |
|---|---|
| **Page** | 1 |
| **Date** | 9/22/06 |
| **Invoice No.** | U2171364 |

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA    90731

**Account No.** 045  91008864
**FOB**
**Salesperson** TERRY FIORI

**Shipped Via** BEST TRUCK / UPS UP TO 5 PCS
**Terms** NET 30 DAYS
**Dept**

MANUFACTURER

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03192-00 | 2656397 | PARACHUTE X-LONG | WHITE 100 | 96 | 96.000 | 1st | | 10.470 | 1005.12 |
| | | NBR OF UNITS- 96 | | | | | | | |
| PAY ONLY TO: | | BLOOMCRAFT HOME | | | INVOICE TOTAL: | | | | 1005.12 |
| | | | | | DEPOSIT PAID: | | | | |
| | | DIVISION OF P/KAUFMANN, INC | | | BALANCE DUE: | | | | 1005.12 |
| | | P.O. BOX 36090 | | | | | | | |
| | | NEWARK , NJ 07188-6090 | | | | | | | |

**Original Invoice**        **Customer Copy**

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue  New York, NY 10016

Telephone.. 212 292 3200          Fax...... 212 292 3393

## Invoice

** REPRINT **

| | |
|---|---|
| **Page** | 1 |
| **Date** | 8/31/06 |
| **Invoice No.** | U2159301 |

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD, NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO, CA        90731

**Account No.** 045  91008864
**FOB**
**Salesperson** TERRY FIORI

**Shipped Via** BEST TRUCK / UPS UP TO 5 PCS        MANUFACTURER
**Terms** NET 30 DAYS
**Dept**

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03123-00 | 2640421 | PARACHUTE WINDOW | SMOKE  022 | 168 | 168.000 | 1st | | 8.200 | 1377.60 |
| | NBR OF UNITS- | 168 | | | | | | | |
| | | | | | | | | | |
| PAY ONLY TO: | | | | | INVOICE TOTAL: | | | | 1377.60 |
| | BLOOMCRAFT HOME | | | | DEPOSIT PAID: | | | | |
| | | | | | | | | | |
| | DIVISION OF P/KAUFMANN, INC | | | | BALANCE DUE: | | | | 1377.60 |
| | P.O. BOX 36090 | | | | | | | | |
| | | | | | | | | | |
| | NEWARK , NJ 07188-6090 | | | | | | | | |

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice          Customer Copy

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue  New York, NY 10016

Telephone.. 212 292 3200      Fax....... 212 292 3393

** REPRINT **

## Invoice

**Page** 1

**Date** 8/31/06

**Invoice No.** U2159302

### Sold To

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

### Shipped To

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA    90731

**Account No.** 045   91008864
**FOB**
**Salesperson** TERRY FIORI

**Shipped Via** BEST TRUCK / UPS UP TO 5 PCS      **MANUFACTURER**
**Terms** NET 30 DAYS
**Dept**

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03123-00 | 2640421 | PARACHUTE WINDOW | WHITE | 100 | 240 | 240.000 | 1st | | 8.200 | 1968.00 |
| | NBR OF UNITS- | 240 | | 240 | | | | | |
| PAY ONLY TO: | | | | | | | | | |
| | BLOOMCRAFT HOME | | | | INVOICE TOTAL: | | | | 1968.00 |
| | | | | | DEPOSIT PAID: | | | | |
| | DIVISION OF P/KAUFMANN, INC | | | | BALANCE DUE: | | | | 1968.00 |
| | P.O. BOX 36090 | | | | | | | | |
| | NEWARK , NJ 07188-6090 | | | | | | | | |

**GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION**
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice      Customer Copy

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue   New York, NY 10016

Telephone.. 212 292 3200      Fax....... 212 292 3393

## Invoice

** REPRINT **

| | |
|---|---|
| **Page** | 1 |
| **Date** | 8/31/06 |
| **Invoice No.** | U2159304 |

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD, NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO, CA      90731

**Account No.** 045   91008864
**FOB**
**Salesperson** TERRY FIORI

| **Shipped Via** | BEST TRUCK / UPS UP TO 5 PCS | | | **MANUFACTURER** | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Terms** | NET 30 DAYS | | | | | | | | | |

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03123-00 | 2640421 | PARACHUTE WINDOW | IVORY | 102 | 192 | 192.000 | 1st | | 8.200 | 1574.40 |
| | NBR OF UNITS- | 192 | | | | | | | |
| PAY ONLY TO: | | | | | | INVOICE TOTAL: | | | 1574.40 |
| | BLOOMCRAFT HOME | | | | | DEPOSIT PAID: | | | |
| | | | | | | BALANCE DUE: | | | 1574.40 |
| | DIVISION OF P/KAUFMANN, INC | | | | | | | | |
| | P.O. BOX 36090 | | | | | | | | |
| | NEWARK , NJ 07188-6090 | | | | | | | | |

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice          Customer Copy

# Bloomcraft Home

Division of P/Kaufmann Inc.

2 Park Avenue  New York, NY 10016

Telephone.. 212 292 3200    Fax...... 212 292 3393

## Invoice

** REPRINT **

| Page | 1 |
|---|---|
| Date | 8/31/06 |
| Invoice No. | U2159305 |

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA    90731

Account No. 045    91008864
FOB
Salesperson  TERRY FIORI

Shipped Via  BEST TRUCK / UPS UP TO 5 PCS    MANUFACTURER
Terms  NET 30 DAYS
Dept

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03123-00 | 2640421 | PARACHUTE WINDOW | SAGE | 72 | 72.000 | 1st | | 8.200 | 590.40 |
| | | 72 | 333 | | | | | | |
| | NBR OF UNITS- | | | | | | | | |

PAY ONLY TO:

BLOOMCRAFT HOME

DIVISION OF P/KAUFMANN, INC
P.O. BOX 36090

NEWARK , NJ 07188-6090

| | | |
|---|---|---|
| INVOICE TOTAL: | | 590.40 |
| DEPOSIT PAID: | | |
| BALANCE DUE: | | 590.40 |

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice    Customer Copy

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue  New York, NY 10016

Telephone.. 212 292 3200    Fax...... 212 292 3393

## Invoice

** REPRINT **

| | |
|---|---|
| Page | 1 |
| Date | 8/31/06 |
| Invoice No. | U2159310 |

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA      90731

| | | |
|---|---|---|
| **Shipped Via** | BEST TRUCK / UPS UP TO 5 PCS | MANUFACTURER |
| **Terms** | NET 30 DAYS | |
| **Dept** | | |

Account No. 045  91008864
FOB
Salesperson  TERRY FIORI

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03123-00 | 2640421 | PARACHUTE SHOWER | SMOKE | 576 | 576.000 | 1st | | 8.900 | 5126.40 |
| | NBR OF UNITS- | 576 | 60 | | | | | | |
| PAY ONLY TO: | | | | | INVOICE TOTAL: | | | | 5126.40 |
| | BLOOMCRAFT HOME | | | | DEPOSIT PAID: | | | | |
| | | | | | BALANCE DUE: | | | | 5126.40 |
| | DIVISION OF P/KAUFMANN, INC | | | | | | | | |
| | P.O. BOX 36090 | | | | | | | | |
| | NEWARK , NJ 07188-6090 | | | | | | | | |

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice    Customer Copy

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue  New York, NY 10016

** REPRINT **

## Invoice

Telephone.. 212 292 3200    Fax....... 212 292 3393

| | |
|---|---|
| Page | 1 |
| Date | 8/31/06 |
| Invoice No. | U2159312 |

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA          90731

Account No. 045  91008864
FOB
Salesperson  TERRY FIORI

**Shipped Via** BEST TRUCK / UPS UP TO 5 PCS    MANUFACTURER
**Terms** NET 30 DAYS
**Dept**

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03123-00 | 2640421 | PARACHUTE SHOWER | WHITE   10 | 1200 | 1200.000 | 1st | | 8.900 | 10680.00 |
| | NBR OF UNITS- | 1200 | | | | | | | |
| | | | | | INVOICE TOTAL: | | | | 10680.00 |
| | | | | | DEPOSIT PAID: | | | | |
| | | | | | BALANCE DUE: | | | | 10680.00 |

PAY ONLY TO:

BLOOMCRAFT HOME

DIVISION OF P/KAUFMANN, INC
P.O. BOX 36090

NEWARK , NJ 07188-6090

**GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION**
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice      Customer Copy

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue  New York, NY 10016

Telephone.. 212 292 3200    Fax...... 212 292 3393

## Invoice

** REPRINT **

Page         1

Date         8/31/06

Invoice No.  U2159313

**Sold To:**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

**Shipped To:**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA        90731

Account No. 045  91008864
FOB
Salesperson  TERRY FIORI

Shipped Via  BEST TRUCK / UPS UP TO 5 PCS     MANUFACTURER
Terms        NET 30 DAYS
Dept

| Your Order No. | Our Order # | Pattern | PCS | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 03123-00 | 2640421 | PARACHUTE SHOWER | | IVORY | 101 | 1464 | 1464.000 | 1st | | 8.900 | 13029.60 |
| | | 1464 | | | | | | | | |

NBR OF UNITS-

PAY ONLY TO:

BLOOMCRAFT HOME

DIVISION OF P/KAUFMANN, INC
P.O. BOX 36090

NEWARK , NJ 07188-6090

INVOICE TOTAL:                    13029.60
DEPOSIT PAID:

BALANCE DUE:                      13029.60

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice        Customer Copy

# Bloomcraft Home

Division of P/Kaufmann Inc.    2 Park Avenue    New York, NY 10016

Telephone.. 212 292 3200    Fax...... 212 292 3393

## Invoice

** REPRINT **

| | |
|---|---|
| Page | 1 |
| Date | 8/31/06 |
| Invoice No. | U2159324 |

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD, NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO, CA    90731

Account No. 045  91008864
FOB
Salesperson  TERRY FIORI

Shipped Via  BEST TRUCK / UPS UP TO 5 PCS    MANUFACTURER
Terms  NET 30 DAYS
Dept

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03123-00 | 2640421 | PARACHUTE X-LONG | WHITE    100 | 120 | 120.000 | 1st | | 10.470 | 1256.40 |
| | NBR OF UNITS- | 120 | | | | | | | |
| PAY ONLY TO: | | | | | INVOICE TOTAL: | | | | 1256.40 |
| | BLOOMCRAFT HOME | | | | DEPOSIT PAID: | | | | |
| | | | | | BALANCE DUE: | | | | 1256.40 |
| | DIVISION OF P/KAUFMANN, INC | | | | | | | | |
| | P.O. BOX 36090 | | | | | | | | |
| | NEWARK , NJ 07188-6090 | | | | | | | | |

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice          Customer Copy

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue   New York, NY 10016

Telephone.. 212 292 3200    Fax...... 212 292 3393

## Invoice

** REPRINT **

**Page** 1

**Date** 8/31/06

**Invoice No.** U2159325

### Sold To

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

### Shipped To

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA     90731

**Account No.** 045  91008864
**FOB**
**Salesperson** TERRY FIORI

**Shipped Via** BEST TRUCK / UPS UP TO 5 PCS    MANUFACTURER
**Terms** NET 30 DAYS
**Dept**

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03123-00 | 2640421 | PARACHUTE STALL | WHITE  100 | 288 | 288.000 | 1st | | 8.200 | 2361.60 |
| | NBR OF UNITS- | 288 | | | | | | | |

PAY ONLY TO:

BLOOMCRAFT HOME

DIVISION OF P/KAUFMANN, INC
P.O. BOX 36090

NEWARK , NJ 07188-6090

| | | | |
|---|---|---|---|
| INVOICE TOTAL: | | | 2361.60 |
| DEPOSIT PAID: | | | |
| **BALANCE DUE:** | | | 2361.60 |

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice       Customer Copy

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue  New York, NY 10016

Telephone.. 212 292 3200    Fax...... 212 292 3393

## Invoice

\*\* REPRINT \*\*

Page        1

Date        8/31/06

Invoice No.    U2159327

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA    90731

Account No. 045  91008864
FOB
Salesperson  TERRY FIORI

Shipped Via  BEST TRUCK / UPS UP TO 5 PCS    MANUFACTURER
Terms        NET 30 DAYS
Dept

| Your Order No. | Our Order # | Pattern | Color | Pieces | Yards | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03123-00 | 2640421 | PARACHUTE SHOWER | MOCHA | 552 | 552.000 | 1st | | 8.900 | 4912.80 |
| | NBR OF UNITS- | 552 | 63 | | | | | | |

PAY ONLY TO:

BLOOMCRAFT HOME

DIVISION OF P/KAUFMANN, INC
P.O. BOX 36090

NEWARK , NJ 07188-6090

INVOICE TOTAL:                              4912.80
DEPOSIT PAID:

BALANCE DUE:                               4912.80

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice        Customer Copy

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue   New York, NY 10016

Telephone.. 212 292 3200    Fax...... 212 292 3393

## Invoice

** REPRINT **

**Page** 1

**Date** 8/31/06

**Invoice No.** U2159328

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA    90731

**Account No.** 045   91008864
**FOB**
**Salesperson** TERRY FIORI

**Shipped Via** BEST TRUCK / UPS UP TO 5 PCS   MANUFACTURER
**Terms** NET 30 DAYS
**Dept**

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03123-00 | 2640421 | PARACHUTE SHOWER | LINEN  33 | 648 | 648.000 | 1st | | 8.900 | 5767.20 |
|  | NBR OF UNITS- 648 | | | | | | | | |
| PAY ONLY TO: | BLOOMCRAFT HOME | | | | INVOICE TOTAL: | | | | 5767.20 |
|  | | | | | DEPOSIT PAID: | | | | |
|  | DIVISION OF P/KAUFMANN, INC | | | | BALANCE DUE: | | | | 5767.20 |
|  | P.O. BOX 36090 | | | | | | | | |
|  | NEWARK , NJ 07188-6090 | | | | | | | | |

Original Invoice        Customer Copy

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act filed with the Federal Trade Commission"

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue  New York, NY 10016

Telephone.. 212 292 3200   Fax...... 212 292 3393

## Invoice

** REPRINT **

| | |
|---|---|
| Page | 1 |
| Date | 8/31/06 |
| Invoice No. | U2159330 |

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD, NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO, CA    90731

| | |
|---|---|
| Account No. | 045   91008864 |
| FOB | |
| Salesperson | TERRY FIORI |

Shipped Via BEST TRUCK / UPS UP TO 5 PCS    MANUFACTURER
Terms NET 30 DAYS
Dept

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03123-00 | 2640421 | PARACHUTE SHOWER | SAGE | 312 | 312.000 | 1st | | 8.900 | 2776.80 |
| | | 312 | 40 | | | | | | |

NBR OF UNITS-

PAY ONLY TO:

BLOOMCRAFT HOME

DIVISION OF P/KAUFMANN, INC
P.O. BOX 36090

NEWARK , NJ 07188-6090

INVOICE TOTAL:    2776.80
DEPOSIT PAID:

BALANCE DUE:    2776.80

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice        Customer Copy

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue   New York, NY 10016

Telephone.. 212 292 3200      Fax...... 212 292 3393

## Invoice

** REPRINT **

| | |
|---|---|
| **Page** | 1 |
| **Date** | 8/22/06 |
| **Invoice No.** | U2153144 |

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA     90731

**Account No.** 045   91008864
**FOB**
**Salesperson**  TERRY FIORI

**Shipped Via**  BEST TRUCK / UPS UP TO 5 PCS
**Terms**  NET 30 DAYS
**Dept**

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03123-00 | 2640421 | PARACHUTE SHOWER | SMOKE 60 | 912 | 912.000 | 1st | | 8.900 | 8116.80 |
| | NBR OF UNITS- | 912 | | | | | | | |
| PAY ONLY TO: | BLOOMCRAFT HOME | | | INVOICE TOTAL: | | | | | 8116.80 |
| | | | | DEPOSIT PAID: | | | | | |
| | DIVISION OF P/KAUFMANN, INC | | | BALANCE DUE: | | | | | 8116.80 |
| | P.O. BOX 36090 | | | | | | | | |
| | NEWARK , NJ 07188-6090 | | | | | | | | |

MANUFACTURER

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

**Original Invoice**            **Customer Copy**

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue  New York, NY 10016

Telephone.. 212 292 3200    Fax...... 212 292 3393

## Invoice

** REPRINT **

**Page** 1

**Date** 8/22/06

**Invoice No.** U2153145

### Sold To

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

### Shipped To

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA        90731

**Account No.** 045  91008864
**FOB**
**Salesperson** TERRY FIORI

**Shipped Via** BEST TRUCK / UPS UP TO 5 PCS
**Terms** NET 30 DAYS
**Dept**

| Your Order No. | Our Order # | Pattern | Color | Pieces | MANUFACTURER | Quality | Code | Each | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 03123-00 | 2640421 | PARACHUTE SHOWER | WHITE | 1608 | | 1st | | 1608.000 | 8.900 | 14311.20 |
| | NBR OF UNITS- | 1608 | 10 | | | | | | | |

PAY ONLY TO:

BLOOMCRAFT HOME

DIVISION OF P/KAUFMANN, INC
P.O. BOX 36090

NEWARK , NJ 07188-6090

INVOICE TOTAL:                      14311.20
DEPOSIT PAID:

BALANCE DUE:                        14311.20

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice        Customer Copy

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue  New York, NY 10016

Telephone.. 212 292 3200    Fax...... 212 292 3393

## Invoice

** REPRINT **

| | |
|---|---|
| Page | 1 |
| Date | 8/22/06 |
| Invoice No. | U2153147 |

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA    90731

Account No. 045  91008864
FOB
Salesperson  TERRY FIORI

**Shipped Via** BEST TRUCK / UPS UP TO 5 PCS    MANUFACTURER
**Terms** NET 30 DAYS
**Dept**

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03123-00 | 2640421 | PARACHUTE SHOWER | MOCHA  63 | 672 | 672.000 | 1st | | 8.900 | 5980.80 |
| | NBR OF UNITS- | 672 | | | | | | | |

PAY ONLY TO:
BLOOMCRAFT HOME

DIVISION OF P/KAUFMANN, INC
P.O. BOX 36090

NEWARK , NJ 07188-6090

INVOICE TOTAL:        5980.80
DEPOSIT PAID:

BALANCE DUE:    5980.80

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice        Customer Copy

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue  New York, NY 10016

Telephone.. 212 292 3200     Fax....... 212 292 3393

## Invoice

** REPRINT **

**Page** 1

**Date** 8/22/06

**Invoice No.** U2153148

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA      90731

**Account No.** 045  91008864
**FOB**
**Salesperson** TERRY FIORI

**Shipped Via** BEST TRUCK / UPS UP TO 5 PCS     MANUFACTURER
**Terms** NET 30 DAYS
**Dept**

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03123-00 | 2640421 | PARACHUTE SHOWER | SAGE  40 | 720 | 720.000 | 1st | | 8.900 | 6408.00 |
| | NBR OF UNITS- | 720 | | | | | | | |
| PAY ONLY TO: | BLOOMCRAFT HOME | | | | INVOICE TOTAL: | | | | 6408.00 |
| | | | | | DEPOSIT PAID: | | | | |
| | DIVISION OF P/KAUFMANN, INC | | | | BALANCE DUE: | | | | 6408.00 |
| | P.O. BOX 36090 | | | | | | | | |
| | NEWARK , NJ 07188-6090 | | | | | | | | |

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

**Original Invoice          Customer Copy**

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue  New York, NY 10016

Telephone.. 212 292 3200    Fax...... 212 292 3393

## Invoice

** REPRINT **

| | |
|---|---|
| Page | 1 |
| Date | 8/22/06 |
| Invoice No. | U2153150 |

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA    90731

Account No. 045  91008864
FOB
Salesperson  TERRY FIORI

| | |
|---|---|
| Shipped Via | BEST TRUCK / UPS UP TO 5 PCS |
| Terms | NET 30 DAYS |
| Dept | |

MANUFACTURER

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03123-00 | 2640421 | PARACHUTE SHOWER | LT.TURQUOI444 | 816 | 816.000 | 1st | | 8.900 | 7262.40 |
| YOUR PATTERN/COLOR: 3020289 | | | | | | | | | |
| NBR OF UNITS- | 816 | | | | | | | | |
| | | | | | INVOICE TOTAL: | | | | 7262.40 |
| PAY ONLY TO: | | | | | DEPOSIT PAID: | | | | |
| | BLOOMCRAFT HOME | | | | | | | | |
| | | | | | BALANCE DUE: | | | | 7262.40 |
| | DIVISION OF P/KAUFMANN, INC | | | | | | | | |
| | P.O. BOX 36090 | | | | | | | | |
| | NEWARK , NJ 07188-6090 | | | | | | | | |

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice    Customer Copy

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue  New York, NY 10016

Telephone.. 212 292 3200    Fax....... 212 292 3393

## Invoice

** REPRINT **

| | |
|---|---|
| **Page** | 1 |
| **Date** | 8/22/06 |
| **Invoice No.** | U2153151 |

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA    90731

**Account No.** 045  91008864
**FOB**
**Salesperson** TERRY FIORI

**Shipped Via** BEST TRUCK / UPS UP TO 5 PCS    **MANUFACTURER**
**Terms** NET 30 DAYS
**Dept**

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03123-00 | 2640421 | PARACHUTE STALL | WHITE  100 | 72 | 72.000 | 1st | | 8.200 | 590.40 |
| | NBR OF UNITS- | 72 | | | | | | | |
| PAY ONLY TO: | BLOOMCRAFT HOME | | | | INVOICE TOTAL: | | | | 590.40 |
| | | | | | DEPOSIT PAID: | | | | |
| | DIVISION OF P/KAUFMANN, INC | | | | BALANCE DUE: | | | | 590.40 |
| | P.O. BOX 36090 | | | | | | | | |
| | NEWARK , NJ 07188-6090 | | | | | | | | |

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice    Customer Copy

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue  New York, NY 10016

Telephone.. 212 292 3200      Fax...... 212 292 3393

## Invoice

** REPRINT **

**Page** 1

**Date** 8/22/06

**Invoice No.** U2153152

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA     90731

**Account No.** 045   91008864
**FOB**
**Salesperson**  TERRY FIORI

**Shipped Via** BEST TRUCK / UPS UP TO 5 PCS   MANUFACTURER
**Terms** NET 30 DAYS
**Dept**

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03123-00 | 2640421 | PARACHUTE WINDOW SMOKE | 022 | 120 | 120.000 | 1st | | 8.200 | 984.00 |
| | NBR OF UNITS- | 120 | | | | | | | |
| PAY ONLY TO: | | BLOOMCRAFT HOME | | | INVOICE TOTAL: | | | | 984.00 |
| | | | | | DEPOSIT PAID: | | | | |
| | | DIVISION OF P/KAUFMANN, INC | | | BALANCE DUE: | | | | 984.00 |
| | | P.O. BOX 36090 | | | | | | | |
| | | NEWARK , NJ 07188-6090 | | | | | | | |

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

**Original Invoice      Customer Copy**

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue  New York, NY 10016

Telephone.. 212 292 3200    Fax...... 212 292 3393

## Invoice

** REPRINT **

| | |
|---|---|
| **Page** | 1 |
| **Date** | 8/22/06 |
| **Invoice No.** | U2153153 |

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA    90731

**Account No.** 045  91008864
**FOB**
**Salesperson**  TERRY FIORI

**Shipped Via**  BEST TRUCK / UPS UP TO 5 PCS    MANUFACTURER
**Terms**  NET 30 DAYS
**Dept**

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03123-00 | 2640421 | PARACHUTE WINDOW | SAGE | 333 | 168 | 168.000 | 1st | | 8.200 | 1377.60 |
| | NBR OF UNITS- | 168 | | | | | | | |

PAY ONLY TO:

BLOOMCRAFT HOME

DIVISION OF P/KAUFMANN, INC
P.O. BOX 36090

NEWARK , NJ 07188-6090

INVOICE TOTAL:    1377.60
DEPOSIT PAID:

BALANCE DUE:    1377.60

Original Invoice    Customer Copy

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue  New York, NY 10016

Telephone.. 212 292 3200    Fax........ 212 292 3393

## Invoice

\*\* REPRINT \*\*

**Page** 1

**Date** 8/22/06

**Invoice No.** U2153154

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD,NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO,CA    90731

**Account No. 045  91008864**
**FOB**
**Salesperson** TERRY FIORI

**Shipped Via** BEST TRUCK / UPS UP TO 5 PCS    MANUFACTURER
**Terms** NET 30 DAYS
**Dept**

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03123-00 | 2640421 | PARACHUTE WINDOW | WHITE | 100 | 96 | 96.000 | 1st | | 8.200 | 787.20 |
| | NBR OF UNITS- | 96 | | | | | | | | |

PAY ONLY TO:    BLOOMCRAFT HOME

DIVISION OF P/KAUFMANN, INC
P.O. BOX 36090

NEWARK , NJ 07188-6090

INVOICE TOTAL:    787.20
DEPOSIT PAID:

BALANCE DUE:    787.20

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice        Customer Copy

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue  New York, NY 10016

Telephone.. 212 292 3200    Fax...... 212 292 3393

## Invoice

** REPRINT **

| | |
|---|---|
| Page | 1 |
| Date | 8/22/06 |
| Invoice No. | U2153155 |

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD, NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO, CA    90731

Account No. 045  91008864
FOB
Salesperson  TERRY FIORI

Shipped Via  BEST TRUCK / UPS UP TO 5 PCS    MANUFACTURER
Terms  NET 30 DAYS
Dept

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03123-00 | 2640421 | PARACHUTE WINDOW | IVORY | 144 | 144.000 | 1st | | 8.200 | 1180.80 |
| | NBR OF UNITS- | 144 | 102 | | | | | | |

PAY ONLY TO:  BLOOMCRAFT HOME

DIVISION OF P/KAUFMANN, INC
P.O. BOX 36090

NEWARK , NJ 07188-6090

| | |
|---|---|
| INVOICE TOTAL: | 1180.80 |
| DEPOSIT PAID: | |
| BALANCE DUE: | 1180.80 |

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice    Customer Copy

# Bloomcraft Home
Division of P/Kaufmann Inc.

2 Park Avenue   New York, NY 10016

Telephone.. 212 292 3200    Fax...... 212 292 3393

## Invoice

** REPRINT **

| | |
|---|---|
| Page | 1 |
| Date | 8/23/06 |
| Invoice No. | U2154112 |

**Sold To**

BATH BY TOWN & COUNTRY
475 OBERLIN AVENUE SOUTH
LAKEWOOD, NJ 08701

**Shipped To**

TOWN CNTRY/PT
401 WESTMONT DRIVE
SAN PEDRO, CA    90731

**Account No. 045   91008864**
**FOB**
**Salesperson   TERRY FIORI**

| Shipped Via | BEST TRUCK / UPS UP TO 5 PCS   MANUFACTURER |
|---|---|
| Terms | NET 30 DAYS |
| Dept | |

| Your Order No. | Our Order # | Pattern | Color | Pieces | Each | Quality | Code | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03123-00 | 2640421 | PARACHUTE SHOWER | LINEN   33 | 312 | 312.000 | 1st | | 8.900 | 2776.80 |
| | NBR OF UNITS- | 312 | | | | | | | |
| PAY ONLY TO: | | | | | INVOICE TOTAL: | | | | 2776.80 |
| | BLOOMCRAFT HOME | | | | DEPOSIT PAID: | | | | |
| | | | | | BALANCE DUE: | | | | 2776.80 |
| | DIVISION OF P/KAUFMANN, INC | | | | | | | | |
| | P.O. BOX 36090 | | | | | | | | |
| | NEWARK , NJ 07188-6090 | | | | | | | | |

GOODS CANNOT BE RETURNED WITHOUT OUR WRITTEN AUTHORIZATION
"Continuing guaranty under the Textile Products Identification Act  filed with the Federal Trade Commission"

Original Invoice          Customer Copy