**Exhibit 5**

**Copyright**     Search Records Results

(Combined Search)
**Search For:** CLNA/TOWN & COUNTRY LINEN CORORATION AUTH/TOWN & COUNTRY LINEN CORORATION XREF/TOWN & COUNTRY LINEN

**Items 1 - 40 of 3,313,**

**For a list of commonly used abbreviations that appear in the catalog record, click here.**

[ Conduct Another Search ]

---

**Check one or more and then [ Submit ] to see Full records.**

☐ **ITEM 1.** VA-1-094: Harvest : no. 11257 CLNA: T C a.a.d.o. Town & Country Linen Corporation

☐ **ITEM 2.** VA-1-095: Hummingbirds : no. 11258 CLNA: T C a.a.d.o. Town & Country Linen Corporation

☐ **ITEM 3.** VA-1-096: Dragonfly : no. 11259 CLNA: T C a.a.d.o. Town & Country Linen Corporation

☐ **ITEM 4.** VA-1-097: Stoneware : no. 11261 CLNA: T C a.a.d.o. Town & Country Linen Corporation

☐ **ITEM 5.** VA-1-098: Raccoons : no. 11256 CLNA: T C a.a.d.o. Town & Country Linen Corporation

☐ **ITEM 6.** VA-1-099: Little lions : no. 11255 CLNA: T C a.a.d.o. Town & Country Linen Corporation

☐ **ITEM 7.** VA-1-100: Elephant : no. 11252 CLNA: T C a.a.d.o. Town & Country Linen Corporation

☐ **ITEM 8.** VA-20-117: Tulips : no. 11273. CLNA: T C a.a.d.o. Town & Country Linen Corporation

☐ **ITEM 9.** VA-20-118: Leaves : no. 11271. CLNA: T C a.a.d.o. Town & Country Linen Corporation

☐ **ITEM 10.** VA-20-119: Ivy : no. 11265. CLNA: T C a.a.d.o. Town & Country Linen Corporation

☐ **ITEM 11.** VA-20-120: Brown poppy : no. 11264. CLNA: T C a.a.d.o. Town & Country Linen Corporation

☐ **ITEM 12.** VA-20-146: Snowman : no. 11260. CLNA: T C a.a.d.o. acTown & Country Linen Corporation

☐ **ITEM 13.** VA-20-147: Rose garden : no. 11270. CLNA: T C a.a.d.o. acTown & Country Linen Corporation

☐ **ITEM 14.** VA-68-189: Prairie flower : no. 11274. CLNA: T C & accepted alternative designations of acTown & Country Linen Corporation

☐ **ITEM 15.** VA-68-190: Canton : no. 11262. CLNA: T C & accepted alternative designations of acTown & Country Linen Corporation

**ITEM 16.** VA-68-191: Jardin : no. 11248. CLNA: T C & accepted alternative designations of acTown & Country Linen Corporation

**ITEM 17.** VA-68-192: Meadows : no. 11242. CLNA: T C & accepted alternative designations of acTown & Country Linen Corporation

**ITEM 18.** VA-68-193: Heirloom : no. 11240. CLNA: T C & accepted alternative designations of acTown & Country Linen Corporation

**ITEM 19.** VA-68-194: Flowering willow : no. 11218. CLNA: T C & accepted alternative designations of acTown & Country Linen Corporation

**ITEM 20.** VA-68-195: Mushroom basket : no. 11215. CLNA: T C & accepted alternative designations of acTown & Country Linen Corporation

**ITEM 21.** VA-68-196: Provinical sic : no. 11236. CLNA: T C & accepted alternative designations of acTown & Country Linen Corporation

**ITEM 22.** VA-68-197: Night peony : no. 11219. CLNA: T C & accepted alternative designations of acTown & Country Linen Corporation

**ITEM 23.** VA-227-474: Tiny flowers. CLNA: acTown & Country Linen Corporation

**ITEM 24.** VA-242-710: Holly & bows. CLNA: acTown & Country Linen Corporation

**ITEM 25.** VA-249-100: Nosegay. CLNA: T. C., generally known a.d. of Town & Country Linen Corporation

**ITEM 26.** VA-249-927: Bronto. CLNA: T. C., generally known a.d. of acTown & Country Linen Corporation

**ITEM 27.** VA-249-928: Dino. CLNA: T. C., generally known a.d. of acTown & Country Linen Corporation

**ITEM 28.** VA-249-929: Rhino. CLNA: T. C., generally known a.d. of acTown & Country Linen Corporation

**ITEM 29.** VA-251-155: Nite lily. CLNA: T. C., generally known a.d.o. Town & County Linen Corporation

**ITEM 30.** VA-251-156: Oriental fan. CLNA: T. C., generally known a.d.o. Town & County Linen Corporation

**ITEM 31.** VA-251-157: Splashes. CLNA: T. C., generally known a.d.o. Town & County Linen Corporation

**ITEM 32.** VA-251-158: Floral parade. CLNA: T. C., generally known a.d.o. Town & County Linen Corporation

**ITEM 33.** VA-251-159: Flower track. CLNA: T. C., generally known a.d.o. Town & County Linen Corporation

**ITEM 34.** VA-251-160: Dark poppy. CLNA: T. C., generally known a.d.o. Town & County Linen Corporation

**ITEM 35.** VA-251-161: Waterflower. CLNA: T. C., generally known a.d.o. Town & County Linen Corporation

**ITEM 36.** VA-251-162: Pastel basket. CLNA: T. C., generally known a.d.o. Town & County Linen Corporation

**ITEM 37.** VA-256-408: Stencil dot vinyl placemat. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 38.** VA-260-738: Flower basket. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 39.** VA-260-739: Strawberry. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 40.** VA-260-740: Flower basket. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

---

**Check one or more and then** [ Submit ] **to see Full records.**

[ More Items ]  **(Items 41 - 80 of 3313)**.

---

Home  |  Contact Us  |  Legal Notices  |  Freedom of Information Act (FOIA)  |  Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

**Copyright**  |  Search Records Results

(Combined Search)
**Search For:** CLNA/TOWN & COUNTRY LINEN CORORATION AUTH/TOWN & COUNTRY LINEN CORORATION
XREF/TOWN & COUNTRY LINEN

**Items 41 - 80 of 3,313,**

For a list of commonly used abbreviations that appear in the catalog record, **click here**.

[ Conduct Another Search ]

Check one or more and then [ Submit ] **to see Full records.**

☐ **ITEM 41.** VA-274-277: Old MacDonald had a farm of many colors. CLNA: Town & Country Linen Corporation

☐ **ITEM 42.** VA-274-429: Xmas dino. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 43.** VA-274-430: Lace stripe. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 44.** VA-274-431: Country fruit. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 45.** VA-274-432: Old McDonald's farm. CLNA: T. C., generally known a.d.o. acTown & Country Linen
Corporation

☐ **ITEM 46.** VA-274-433: Noel bear. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 47.** VA-274-434: Country quilt. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 48.** VA-274-435: Staffordshire. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 49.** VA-274-436: Ironstone. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 50.** VA-274-437: Lily 'n' lace. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 51.** VA-274-438: Country cameo. CLNA: T. C., generally known a.d.o. acTown & Country Linen
Corporation

☐ **ITEM 52.** VA-274-439: Border lace. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 53.** VA-274-440: Blue velvet. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 54.** VA-274-441: Estuary. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 55.** VA-274-442: Victorian bouquet. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 56.** VA-274-443: Nature study. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 57.** VA-274-462: Learning to count. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 58.** VA-274-463: Pigs. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 59.** VA-274-464: Bears. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 60.** VA-274-465: Ducks. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 61.** VA-274-466: Cats. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 62.** VA-274-467: Bunnies. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 63.** VA-274-468: Dogs. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 64.** VA-274-469: Twin bears. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 65.** VA-274-470: Village gathering. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 66.** VA-274-471: Snowmen. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 67.** VA-274-472: Skaters. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 68.** VA-274-473: Merry Xmas basket. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 69.** VA-274-474: Bear family. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 70.** VA-274-475: Bear face. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 71.** VA-274-476: French horn. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 72.** VA-274-641: Learning shapes. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 73.** VA-274-642: Alphabet train. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 74.** VA-277-487: Dino choir. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 75.** VA-277-488: Santa's gifts. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 76.** VA-310-788: Floral scallop. CLNA: cT & C L Corporation, a.d.o. Town & Country Linen Corporation

**ITEM 77.** VA-324-906: Tropicana white/blue. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 78.** VA-324-907: Balloons. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 79.** VA-324-908: Harvest home. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

☑ **ITEM 80.** VA-324-909: Country sampler. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

---

**Check one or more and then** [ Submit ] **to see Full records.**

[ More Items ]  **(Items 81 - 120 of 3313)**.

---

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

**Copyright**    Search Records Results

(Combined Search)
**Search For:** CLNA/TOWN & COUNTRY LINEN CORORATION AUTH/TOWN & COUNTRY LINEN CORORATION XREF/TOWN & COUNTRY LINEN

**Items 81 - 120 of 3,313,**

**For a list of commonly used abbreviations that appear in the catalog record, click here.**

[ Conduct Another Search ]

---

**Check one or more and then [ Submit ] to see Full records.**

☐ **ITEM 81.** VA-324-910: Double duck. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 82.** VA-324-911: Stencil tray. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 83.** VA-324-912: Straight from the heart. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 84.** VA-324-913: Gaggle of geese. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 85.** VA-324-914: Country fruit basket. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 86.** VA-324-915: Desert bloom. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 87.** VA-324-916: Gazebo. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 88.** VA-324-917: Mystique. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 89.** VA-324-918: Champagne. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 90.** VA-324-919: Garden party. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 91.** VA-324-920: Cabbage rose. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 92.** VA-324-921: Springtime. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 93.** VA-324-922: Chambray. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 94.** VA-324-923: Marblette. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 95.** VA-324-924: Calico farm. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 96.** VA-324-925: Ribbons-n-lace. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 97.** VA-324-926: Anne. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 98.** VA-324-927: Reindeer. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 99.** VA-324-928: Beach. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 100.** VA-324-929: Nautical. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 101.** VA-324-930: Country vase. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 102.** VA-324-931: Farm. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 103.** VA-324-932: Birds. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 104.** VA-324-933: Tulips. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 105.** VA-324-934: Sleigh. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 106.** VA-324-935: Country farm. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 107.** VA-326-542: Merry Christmas Santa. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 108.** VA-326-543: X-stitch rocking horse. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 109.** VA-326-544: Forest friends. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 110.** VA-326-545: Dear Santa. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 111.** VA-326-546: Christmas quilt. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 112.** VA-326-547: Merry Christmas bear. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 113.** VA-326-548: Ornaments. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 114.** VA-326-549: Heart geese. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 115.** VA-326-550: Cameo Santa. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 116.** VA-326-734: Poinsietta sic geese. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 117.** VA-326-735: Kittens. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 118.** VA-326-736: Check floral. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 119.** VA-326-737: Stencil stripe. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 120.** VA-326-738: Floral splash. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

---

**Check one or more and then** | Submit | **to see Full records.**

---

| More Items |  **(Items 121 – 160 of 3313)**.

---

Home  |  Contact Us  |  Legal Notices  |  Freedom of Information Act (FOIA)  |  Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

**Copyright**   **Search Records Results**

(Combined Search)
**Search For:** CLNA/TOWN & COUNTRY LINEN CORORATION AUTH/TOWN & COUNTRY LINEN CORORATION
XREF/TOWN & COUNTRY LINEN

**Items 121 - 160 of 3,313,**

**For a list of commonly used abbreviations that appear in the catalog record, <u>click here</u>.**

[ Conduct Another Search ]

---

**Check one or more and then** [ Submit ] **to see Full records.**

☐**ITEM 121.** VA-326-739: Wallpaper stripe. CLNA: T. C., generally known a.d.o. acTown & Country Linen
Corporation

☐**ITEM 122.** VA-326-740: English garden. CLNA: T. C., generally known a.d.o. acTown & Country Linen
Corporation

☐**ITEM 123.** VA-326-741: Bear family tree. CLNA: T. C., generally known a.d.o. acTown & Country Linen
Corporation

☐**ITEM 124.** VA-326-742: Kittens : no. 8167XKT. CLNA: T. C., generally known a.d.o. acTown & Country Linen
Corporation

☐**ITEM 125.** VA-326-743: Bear family tree : no. 8193XPH. CLNA: T. C., generally known a.d.o. acTown &
Country Linen Corporation

☐**ITEM 126.** VA-326-744: Straight from the heart. CLNA: T. C., generally known a.d.o. acTown & Country Linen
Corporation

☐**ITEM 127.** VA-326-745: Kittens : no. 8163XPH. CLNA: T. C., generally known a.d.o. acTown & Country Linen
Corporation

☐**ITEM 128.** VA-326-746: Kittens : no. 8163XOM. CLNA: T. C., generally known a.d.o. acTown & Country Linen
Corporation

☐**ITEM 129.** VA-326-747: Poinsietta sic geese : no. 8157XKT. CLNA: T. C., generally known a.d.o. acTown &
Country Linen Corporation

☐**ITEM 130.** VA-326-748: Window cat. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

☐**ITEM 131.** VA-326-749: Cameo Santa : no. 8107XKT. CLNA: T. C., generally known a.d.o. acTown & Country
Linen Corporation

**ITEM 132.** VA-326-750: Merry Christmas bear : no. 8117XKT. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 133.** VA-326-751: Forest friends : no. 8127XKT. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 134.** VA-326-752: Night scene. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 135.** VA-326-754: Bless this house. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 136.** VA-327-132: Rose in bloom. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 137.** VA-327-133: Peach blossom. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 138.** VA-327-134: Rosette. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 139.** VA-327-135: Chelsea blossom. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 140.** VA-327-136: Fruit. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 141.** VA-327-137: Gaggle of geese. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 142.** VA-327-138: Sampler : no. 3650KRS. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 143.** VA-327-139: Country sampler. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 144.** VA-327-140: Country fruit basket : no. 3687TKT. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 145.** VA-327-141: Country fruit basket : no. 3683KPH. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 146.** VA-327-142: Primary stripe. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 147.** VA-327-143: Country fruit basket : no. 3680KRS. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 148.** VA-327-144: Springtime. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 149.** VA-327-145: Double duck. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 150.** VA-327-146: Country fruit basket : no. 3683RQM. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 151.** VA-327-147: Tulip fan. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 152.** VA-327-148: Twin blossom. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 153.** VA-327-149: Strawberry vine. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 154.** VA-327-150: Tiny tulips. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 155.** VA-327-151: Fruit grid. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 156.** VA-327-152: Papillion sic CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 157.** VA-327-153: Geometric. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 158.** VA-327-154: Bonnet geese. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 159.** VA-327-155: Hearts & roses. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 160.** VA-327-156: Welcome friends : no. 5558WPM. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

---

Check one or more and then [ Submit ] to see Full records.

[ More Items ]  **(Items 161 – 200 of 3313)**.

---

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

**Copyright**    **Search Records Results**

(Combined Search)
**Search For:** CLNA/TOWN & COUNTRY LINEN CORORATION AUTH/TOWN & COUNTRY LINEN CORORATION XREF/TOWN & COUNTRY LINEN

**Items 161 - 200 of 3,313,**

**For a list of commonly used abbreviations that appear in the catalog record, click here.**

[ Conduct Another Search ]

---

**Check one or more and then [ Submit ] to see Full records.**

☐ **ITEM 161.** VA-327-157: Heart of the Amish. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 162.** VA-327-158: Country fruit basket. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 163.** VA-327-159: Patch stencil. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 164.** VA-327-160: Bearly welcome : no. 5538WPM. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 165.** VA-327-161: Geese. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 166.** VA-327-162: Sharing is caring : no. 7270KRS. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 167.** VA-327-163: Country fruit basket. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 168.** VA-327-164: Florette. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 169.** VA-327-165: Stencil spray : no. 1683RQM. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 170.** VA-327-166: Bearly welcome. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 171.** VA-327-167: Marblette. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 172.** VA-327-168: Spring blossom. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

ITEM 173. VA-327-169: Country farm. CLNA: T. C., generally known, a.d.o. acTown & Country Linen Corporation

ITEM 174. VA-327-170: Straight from the heart. CLNA: T. C., generally known, a.d.o. acTown & Country Linen Corporation

ITEM 175. VA-327-171: Garden party. CLNA: T. C., generally known, a.d.o. acTown & Country Linen Corporation

ITEM 176. VA-327-172: Mystique. CLNA: T. C., generally known, a.d.o. acTown & Country Linen Corporation

ITEM 177. VA-329-297: Tulips. CLNA: T C, generally known a.d.o. acTown & Country Linen Corporation

ITEM 178. VA-329-298: Tossed pansy. CLNA: T C, generally known a.d.o. acTown & Country Linen Corporation

ITEM 179. VA-329-779: Sturbridge. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

ITEM 180. VA-330-349: Country fair. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

ITEM 181. VA-332-102: Gaggle of geese. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

ITEM 182. VA-332-103: Gaggle of geese : no. 3643KPH. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

ITEM 183. VA-332-104: Gaggle of geese : no. 3647TKT. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

ITEM 184. VA-332-105: Gaggle of geese. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

ITEM 185. VA-333-232: Tulips. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

ITEM 186. VA-333-525: English rose. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

ITEM 187. VA-333-526: Victorian garden. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

ITEM 188. VA-333-527: Bouquet. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

ITEM 189. VA-333-528: English rose : no. 7533BQM. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

ITEM 190. VA-333-529: Flower patch. CLNA: T. C., generally known a.d.o. acTown & Country Linen

Corporation

**ITEM 191.** VA-333-530: Spring fantasy. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 192.** VA-333-531: Midnight vine : no. 7593MFM. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 193.** VA-333-532: Shanghai : no. 7563BQM. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 194.** VA-333-533: Romantica. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 195.** VA-333-534: Twin duck : no. 7733EFM. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 196.** VA-333-535: Garden geese. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 197.** VA-333-536: Wildflower. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 198.** VA-333-537: Tapestry. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 199.** VA-333-538: Victorian garden : no. 7543BQM. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 200.** VA-333-539: Bouquet : no. 6963OFM. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

---

**Check one or more and then** Submit **to see Full records.**

---

More Items **(Items 201 - 240 of 3313).**

---

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

**Copyright** | **Search Records Results**

(Combined Search)
**Search For:** CLNA/TOWN & COUNTRY LINEN CORORATION AUTH/TOWN & COUNTRY LINEN CORORATION XREF/TOWN & COUNTRY LINEN

**Items 201 - 240 of 3,313,**

**For a list of commonly used abbreviations that appear in the catalog record, click here.**

[ Conduct Another Search ]

---

**Check one or more and then [ Submit ] to see Full records.**

☐ **ITEM 201.** VA-333-540: Rose garden : no. 7643EFM. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 202.** VA-333-541: Bordeaux. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 203.** VA-333-542: Sweet friends : no. 7623EFM. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 204.** VA-333-543: Home is where the heart is : no. 7653EFM. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 205.** VA-333-544: Heart geese. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 206.** VA-333-545: Nosegay. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 207.** VA-333-546: Midnight vine. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 208.** VA-333-547: Shanghai. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 209.** VA-333-548: Patchwork. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 210.** VA-333-549: Heart geese : no. 7661VPM. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 211.** VA-334-498: Nosegay : no. 7523OFM. CLNA: T C, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 212.** VA-352-903: Gaggle of geese : no. 3643KCP. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 213.** VA-373-251: Peony : no. 9131VPM CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 214.** VA-373-252: Fruit platter : no. 8601VPM CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 215.** VA-373-253: Needlepoint : no. 9111VPM CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 216.** VA-373-254: Garland stripe : no. 8521VPM CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 217.** VA-373-255: Cameo butterfly : no. 8511VPM CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 218.** VA-373-256: Dresden : no. 8691VPM CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 219.** VA-373-257: China bouquet : no. 8491VPM CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 220.** VA-373-258: Stencil spray : no. 1681VPM CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 221.** VA-373-259: Ames Santa. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 222.** VA-373-260: Angel tree. CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 223.** VA-373-261: Rosebud : no. 5881VPM CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 224.** VA-373-262: Rose border : no. 9141VPM CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 225.** VA-373-263: Floral stripe : no. 1041VPM CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 226.** VA-373-264: Vegetable spice : no. 1471VPM CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 227.** VA-373-265: Green floral : no. 9273MFM CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 228.** VA-373-266: Blue ridge : no. 1923LQM CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

**ITEM 229.** VA-373-267: Sherry lace : no. 6123LQM CLNA: T. C., generally known a.d.o. acTown & Country

Linen Corporation

☐ **ITEM 230.** VA-373-268: Tiffany : no. 2921VPM CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 231.** VA-373-269: Country sampler : no. 3651VPM CLNA: T. C, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 232.** VA-373-270: Medallion blue : no. 4191VPM CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 233.** VA-373-271: Oriental fan : no. 4421VPM CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 234.** VA-373-272: Ashley : no. 1963RQM CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 235.** VA-373-273: Rosebud potholders : no. 5883KPH KOM CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 236.** VA-373-274: Deco shell : no. 7131VPM CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 237.** VA-373-275: Remington : no. 6133LQM CLNA: T. C., generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 238.** VA-373-276: Victoria : no. 7161VPM CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 239.** VA-373-277: Shell wave : no. 7171VPM CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 240.** VA-373-278: Williamsburg : no. 2341 CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

---

**Check one or more and then** Submit **to see Full records.**

More Items **(Items 241 – 280 of 3313).**

---

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

**Copyright** | **Search Records Results**

(Combined Search)
**Search For:** CLNA/TOWN & COUNTRY LINEN CORORATION AUTH/TOWN & COUNTRY LINEN CORORATION XREF/TOWN & COUNTRY LINEN

**Items 241 - 280 of 3,313,**

**For a list of commonly used abbreviations that appear in the catalog record, click here.**

[ Conduct Another Search ]

---

Check one or more and then [ Submit ] to see Full records.

☐ **ITEM 241.** VA-373-279: Chinese floral : no. 1791 CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 242.** VA-373-280: Peach blossom : no. 9091 CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 243.** VA-373-281: Medallion blue : no. 4191 CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 244.** VA-373-282: Garden path : no. 3551 CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 245.** VA-373-283: Damask : no. 3491 CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 246.** VA-373-284: Rosebud : no. 5887TKT, 5887TDC CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 247.** VA-373-285: Rose lace : no. 9253LQM CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 248.** VA-373-286: Wild rose : no. 9201 CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 249.** VA-373-287: Country goose : no. 3621 CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 250.** VA-373-288: Flowering vine : no. 2253LQM CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 251.** VA-376-535: Rosebud lace : no. 5883LQM CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

**ITEM 252.** VA-379-602: Trellis : no. 9561. CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

**ITEM 253.** VA-379-603: Passion flower : no. 9723FPM. CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

**ITEM 254.** VA-379-604: Garden of Eden : no. 9573OFM. CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

**ITEM 255.** VA-379-605: Brocade : no. 9623OFM. CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

**ITEM 256.** VA-379-606: Ribbon stripe : no. 9683BQM. CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

**ITEM 257.** VA-379-607: Lace floral : no. 9633BQM. CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

**ITEM 258.** VA-379-608: Trellis fan : no. 9563BQM. CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

**ITEM 259.** VA-379-609: Cascade : no. 9693MFM. CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

**ITEM 260.** VA-379-610: Alexandria : no. 9583MFM. CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

**ITEM 261.** VA-379-611: Robin : no. 9393RQM. CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

**ITEM 262.** VA-379-612: Allison : no. 9433RQM. CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

**ITEM 263.** VA-379-613: Mary Ann : no. 9403RQM. CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

**ITEM 264.** VA-379-614: Samantha : no. 9413RQM. CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation a.d.o. acTown & Country Linen Corporation

**ITEM 266.** VA-379-616: Jennifer : no. 9423RQM. CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

**ITEM 267.** VA-379-617: English wreath : no. 9701VPM. CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

**ITEM 268.** VA-379-618: Cascade : no. 9691VPM. CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

**ITEM 269.** VA-379-619: Robin : no. 9391VPM. CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

**ITEM 270.** VA-379-620: Samantha : no. 9411VPM. CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

**ITEM 271.** VA-379-621: Allison : no. 9431VPM. CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

**ITEM 272.** VA-379-622: Morrocan jewel : no. 9961VPM. CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

**ITEM 273.** VA-379-623: Persian poppy : no. 9981VPM. CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

**ITEM 274.** VA-379-624: Kismet : no. 9971VPM. CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

**ITEM 275.** VA-379-625: Ribbon stripe : no. 9681VPM. CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

**ITEM 276.** VA-379-626: Lace floral : no. 9631VPM. CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

**ITEM 277.** VA-379-627: Brocade : no. 9621VPM. CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

**ITEM 278.** VA-379-628: Europa : no. 9591VPM. CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

**ITEM 279.** VA-379-629: Alexandria : no. 9581VPM. CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

**ITEM 280.** VA-379-630: Garden of Eden : no. 9571VPM. CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

---

**Check one or more and then** Submit **to see Full records.**

More Items **(Items 281 - 320 of 3313)**.

---

**Copyright**    Search Records Results

(Combined Search)
**Search For:** CLNA/TOWN & COUNTRY LINEN COROATION AUTH/TOWN & COUNTRY LINEN COROATION XREF/TOWN & COUNTRY LINEN

**Items 281 - 320 of 3,313,**

For a list of commonly used abbreviations that appear in the catalog record, **click here**.

    Conduct Another Search

---

Check one or more and then    Submit    to see Full records.

☐ **ITEM 281.** VA-379-631: Trellis fan : no. 9561VPM. CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 282.** VA-379-632: Dotted Swiss : no. 9771. CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 283.** VA-379-633: Blue dalhia sic : no. 9751. CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 284.** VA-379-634: Garden of Eden : no. 9571. CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 285.** VA-379-635: Gloria's paisley : no. 9571. CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 286.** VA-379-636: Barbara's ribbon : no. 9761. CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 287.** VA-391-807: Country chalet : no. 1411VPM CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 288.** VA-391-808: Francoise fan : no. 1391VPM CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 289.** VA-391-810: Heirloom : no. 1421VPM CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 290.** VA-391-811: Happy holidays : no. 9841VPM CLNA: TC, generally known a.d. acTown & Country Linen Corporation

☐ **ITEM 291.** VA-391-812: Victorian heart : no. 9941 VPM CLNA: TC, generally known a.d.: acTown & Country Linen Corporation

**ITEM 292.** VA-391-813: Scallop rose : no. 9661 VPM CLNA: TC, generally known a.d.: acTown & Country Linen Corporation

**ITEM 293.** VA-391-814: Deco : no. 9671 VPM CLNA: TC, generally known a.d.: acTown & Country Linen Corporation

**ITEM 294.** VA-391-815: Splash : no. 9651 VPM CLNA: TC, generally known a.d.: acTown & Country Linen Corporation

**ITEM 295.** VA-391-816: Joy : no. 9881 VPM CLNA: TC, generally known a.d.: acTown & Country Linen Corporation

**ITEM 296.** VA-391-817: Victorian Santa : no. 9931 VPM CLNA: TC, generally known a.d.: acTown & Country Linen Corporation

**ITEM 297.** VA-391-818: Christmas puppy : no. 9861 VPM CLNA: TC, generally known a.d.: acTown & Country Linen Corporation

**ITEM 298.** VA-391-819: Christmas needle point : no. 9911 VPM CLNA: TC, generally known a.d.: acTown & Country Linen Corporation

**ITEM 299.** VA-391-820: Christmas wreath : no. 9851 VPM CLNA: TC, generally known a.d.: acTown & Country Linen Corporation

**ITEM 300.** VA-391-821: Topiary tree : no. 9891 VPM CLNA: TC, generally known a.d.: acTown & Country Linen Corporation

**ITEM 301.** VA-391-822: Noel : no. 9901 VPM CLNA: TC, generally known a.d.: acTown & Country Linen Corporation

**ITEM 302.** VA-391-823: Christmas bunny : no. 9871 VPM CLNA: TC, generally known a.d.: acTown & Country Linen Corporation

**ITEM 303.** VA-391-824: Carolers : no. 9921 VPM CLNA: TC, generally known a.d.: acTown & Country Linen Corporation

**ITEM 304.** VA-409-800: Opulence : no. 1591VPM. CLNA: TC, generally known a.d.o. Town & Country Linen Corporation

**ITEM 305.** VA-409-801: Cameo lace : no. 1301VPM. CLNA: TC, generally known a.d.o. Town & Country Linen Corporation

**ITEM 306.** VA-409-802: Elegance : no. 1461VPM. CLNA: TC, generally known a.d.o. Town & Country Linen Corporation

**ITEM 307.** VA-409-803: Rhapsody : no. 1541VPM. CLNA: TC, generally known a.d.o. Town & Country Linen Corporation

**ITEM 308.** VA-409-804: Baroque : no. 1551VPM. CLNA: TC, generally known a.d.o. Town & Country Linen Corporation

**ITEM 309.** VA-409-805: Santa Fe : no. 8591VPM. CLNA: TC, generally known a.d.o. Town & Country Linen Corporation

**ITEM 310.** VA-409-806: Surrey flounce : no. 1813FRM. CLNA: TC, generally known a.d.o. Town & Country Linen Corporation

**ITEM 311.** VA-409-807: Cornucopia : no. 1431VPM. CLNA: TC, generally known a.d.o. Town & Country Linen Corporation

**ITEM 312.** VA-409-808: French basket : no. 1561VPM. CLNA: TC, generally known a.d.o. Town & Country Linen Corporation

**ITEM 313.** VA-409-809: Rochelle : no. 1531VPM. CLNA: TC, generally known a.d.o. Town & Country Linen Corporation

**ITEM 314.** VA-409-810: Roccoco : no. 1441VPM. CLNA: TC, generally known a.d.o. Town & Country Linen Corporation

**ITEM 315.** VA-409-811: Hibiscus : no. 1291VPM. CLNA: TC, generally known a.d.o. Town & Country Linen Corporation

**ITEM 316.** VA-428-723: Winslow CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

**ITEM 317.** VA-429-091: Love knot : style no. 2841VPM. CLNA: TC, generally known a.d.o. Town & Country Linen Corporation

**ITEM 318.** VA-429-095: Heritage : no. VPM. CLNA: TC, generally known a.d.o. Town & Country Linen Corporation

**ITEM 319.** VA-429-096: Autumn punchout : no. 6311VPM. CLNA: TC, generally known a.d.o. Town & Country Linen Corporation

**ITEM 320.** VA-429-109: Antique bouquet : style no. 2771VPM. CLNA: TC, generally known a.d.o. Town & Country Linen Corporation

---

**Check one or more and then** [ Submit ] **to see Full records.**

[ More Items ]  **(Items 321 – 360 of 3313)**.

---

U.S. Copyright Office
101 Independence Ave. S.E.

**Copyright**   Search Records Results

(Combined Search)
**Search For:** CLNA/TOWN & COUNTRY LINEN CORORATION AUTH/TOWN & COUNTRY LINEN CORORATION XREF/TOWN & COUNTRY LINEN

**Items 321 - 360 of 3,313,**

**For a list of commonly used abbreviations that appear in the catalog record, click here.**

[ Conduct Another Search ]

_____

Check one or more and then [ Submit ] to see Full records.

☐ **ITEM 321.** VA-429-116: Galaxy. CLNA: TC, generally known a.d.o. Town & Country Linen Corporation

☐ **ITEM 322.** VA-429-117: Rose vine. CLNA: TC, generally known a.d.o. Town & Country Linen Corporation

☐ **ITEM 323.** VA-429-118: Winslow : style no. 3211VPM. CLNA: TC, generally known a.d.o. Town & Country Linen Corporation

☐ **ITEM 324.** VA-429-119: Joanne. CLNA: TC, generally known a.d.o. Town & Country Linen Corporation

☐ **ITEM 325.** VA-429-120: Barbara. CLNA: TC, generally known a.d.o. Town & Country Linen Corporation

☐ **ITEM 326.** VA-429-121: Springtime. CLNA: TC, generally known a.d.o. Town & Country Linen Corporation

☐ **ITEM 327.** VA-429-122: Stencil rose. CLNA: TC, generally known a.d.o. Town & Country Linen Corporation

☐ **ITEM 328.** VA-429-123: Victorian garden : no. 7541VPM. CLNA: TC, generally known a.d.o. Town & Country Linen Corporation

☐ **ITEM 329.** VA-429-124: Rhapsody : no. 1541VPM. CLNA: TC, generally known a.d.o. Town & Country Linen Corporation

☐ **ITEM 330.** VA-429-125: New hope punchout : no. 4221. CLNA: TC, generally known a.d.o. Town & Country Linen Corporation

☐ **ITEM 331.** VA-429-126: Wallflower. CLNA: TC, generally known a.d.o. Town & Country Linen Corporation

☐ **ITEM 332.** VA-429-127: Country bouquet. CLNA: TC, generally known a.d.o. Town & Country Linen Corporation

☐ **ITEM 333.** VA-429-128: Vanessa : style no. 2811VPM. CLNA: TC, generally known a.d.o. Town & Country Linen Corporation

**ITEM 334.** VA-429-129: Tuxedo punch-out : no. 7081VPM. CLNA: TC, generally known a.d.o. Town & Country Linen Corporation

**ITEM 335.** VA-429-130: Sussex punch-out. CLNA: TC, generally known a.d.o. Town & Country Linen Corporation

**ITEM 336.** VA-429-131: Sunset. CLNA: TC, generally known a.d.o. Town & Country Linen Corporation

**ITEM 337.** VA-429-132: Spring tulips. CLNA: TC, generally known a.d.o. Town & Country Linen Corporation

**ITEM 338.** VA-429-133: Spice garden : no. 2931VPM CLNA: TC, generally known a.d.o. Town & Country Linen Corporation

**ITEM 339.** VA-429-134: Rosemarie : no. 2901VPM. CLNA: TC, generally known a.d.o. Town & Country Linen Corporation

**ITEM 340.** VA-429-135: Riviera punchout. CLNA: TC, generally known a.d.o. Town & Country Linen Corporation

**ITEM 341.** VA-429-136: Porcelain bouquet : style no. 2851VPM. CLNA: TC, generally known a.d.o. Town & Country Linen Corporation

**ITEM 342.** VA-429-137: Nerissa. CLNA: TC, generally known a.d.o. Town & Country Linen Corporation

**ITEM 343.** VA-446-897: Botanical fruit / by Town & Country Linen. CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

**ITEM 344.** VA-446-898: French tulips / by Town & Country Linen. CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

**ITEM 345.** VA-446-899: Geometric holly CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

**ITEM 346.** VA-446-900: Floral fantasy / by Town & Country Linen. CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

**ITEM 347.** VA-446-901: Christmas song : ensemble CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

**ITEM 348.** VA-446-902: Holid(a)y bells : no. VPM CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

**ITEM 349.** VA-446-903: Gold dust : no. VPM CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

**ITEM 350.** VA-446-904: Noel : ensemble CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 351.** VA-446-905: Covered bridge : ensemble CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 352.** VA-446-906: Christmas bear : ensemble CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 353.** VA-446-907: Poppy primary : no. VPM CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 354.** VA-446-908: Winter scene : no. VPM CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 355.** VA-446-909: Fireside : no. VPM CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 356.** VA-446-910: Christmas animals CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 357.** VA-446-911: Christmas cat ensemble CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 358.** VA-446-912: Holiday presents CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 359.** VA-446-926: Christmas village CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 360.** VA-446-927: Christmas gifts CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

---

**Check one or more and then** [ Submit ] **to see Full records.**

[ More Items ] **(Items 361 - 400 of 3313).**

---

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

**Copyright**   **Search Records Results**

(Combined Search)
**Search For:** CLNA/TOWN & COUNTRY LINEN CORORATION AUTH/TOWN & COUNTRY LINEN CORORATION XREF/TOWN & COUNTRY LINEN

**Items 361 – 400 of 3,313,**

**For a list of commonly used abbreviations that appear in the catalog record, click here.**

[ Conduct Another Search ]

---

**Check one or more and then [ Submit ] to see Full records.**

☐ **ITEM 361.** VA-446-928: Sleigh ride : ensemble CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 362.** VA-446-929: Velvet floral CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 363.** VA-446-930: Victorian Santa : ensemble CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 364.** VA-446-931: A Partridge in a pear tree : no. VPM CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 365.** VA-446-932: Christmas bow : no. VPM CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 366.** VA-446-933: Twelve days of Christmas : no. VPM CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 367.** VA-446-934: Holiday basket CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 368.** VA-446-935: Christmas duck : no. HPM CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 369.** VA-446-936: Poinsettia : no. FPM CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 370.** VA-446-937: Tiffany poinsettia : no. HPM CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 371.** VA-446-938: Candle CLNA: TC, generally known a.d.o. Town & Country Linen Corporation

☐ **ITEM 372.** VA-446-939: Gift Santa ensemble CLNA: TC, generally known a.d.o. Town & Country Linen

Case 1:07-cv-03159-MGC    Document 9-9    Filed 06/01/2007    Page 30 of 40

Corporation

**ITEM 373.** VA-446-940: Snow bears ensemble CLNA: TC, generally known a.d.o. Town & Country Linen Corporation

**ITEM 374.** VA-446-941: Merry Christmas. CLNA: TC, generally known a.d.o. Town & Country Linen Corporation

**ITEM 375.** VA-446-942: Topiery (sic) tree CLNA: TC, generally known a.d.o. Town & Country Linen Corporation

**ITEM 376.** VA-446-943: Hobbie horse CLNA: TC, generally known a.d.o. Town & Country Linen Corporation

**ITEM 377.** VA-464-312: Malibu. CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

**ITEM 378.** VA-464-313: Impressions : no. 4801VPM CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

**ITEM 379.** VA-464-314: Barcelona : no. 5951VPM CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

**ITEM 380.** VA-464-315: Fruit : no. 43630FM CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

**ITEM 381.** VA-464-316: Velvet flowers : no. 61530FM CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

**ITEM 382.** VA-464-317: Angel fish. CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

**ITEM 383.** VA-464-318: Horizon. CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

**ITEM 384.** VA-464-319: Sea breeze. CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

**ITEM 385.** VA-464-320: Aquarium. CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

**ITEM 386.** VA-464-321: Pastel fruit : no. 5071VPM CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

**ITEM 387.** VA-464-322: Queen Anne : no. 5081VPM CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

**ITEM 388.** VA-464-323: Victorian rose. CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

**ITEM 389.** VA-466-814: Bunny patch : no. 1. CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

**ITEM 390.** VA-466-815: Navina stripe. CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 391.** VA-466-816: Strawberries. CLNA: T & C, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 392.** VA-466-817: Stocking surprise. CLNA: T & C, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 393.** VA-466-818: Brush strokes. CLNA: T & C, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 394.** VA-466-819: Sticks. CLNA: T & C, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 395.** VA-466-820: Sioux CLNA: T & C, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 396.** VA-466-821: Japanese floral. CLNA: T & C, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 397.** VA-466-828: Opticals in black & white CLNA: T & C, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 398.** VA-466-829: Serendipity CLNA: T & C, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 399.** VA-466-830: (BBQ) Gingham flower CLNA: T & C, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 400.** VA-466-831: Wave : no. 2 CLNA: T & C, generally known a.d.o. acTown & Country Linen Corporation

---

**Check one or more and then** [ Submit ] **to see Full records.**

[ More Items ]  **(Items 401 - 440 of 3313).**

---

Home  |  Contact Us  |  Legal Notices  |  Freedom of Information Act (FOIA)  |  Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

http://www.loc.gov/cgi-bin/formprocessor/copyright/locis.pl                    5/14/2007

**Copyright** | **Search Records Results**

(Combined Search)
**Search For:** CLNA/TOWN & COUNTRY LINEN CORORATION AUTH/TOWN & COUNTRY LINEN CORORATION XREF/TOWN & COUNTRY LINEN

**Items 401 - 440 of 3,313,**

**For a list of commonly used abbreviations that appear in the catalog record, click here.**

[ Conduct Another Search ]

---

Check one or more and then [ Submit ] **to see Full records.**

☐ **ITEM 401.** VA-466-832: Floral whisp (sic) CLNA: T & C, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 402.** VA-466-833: Navina stripe (rust) CLNA: T & C, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 403.** VA-466-835: Floral texture CLNA: T & C, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 404.** VA-467-153: Martinique champagne. CLNA: T & C, generally known a.d.o. Town & Country Linen Corporation

☐ **ITEM 405.** VA-467-154: Martinique. CLNA: T & C, generally known a.d.o. Town & Country Linen Corporation

☐ **ITEM 406.** VA-467-155: Lilly. CLNA: T & C, generally known a.d.o. Town & Country Linen Corporation

☐ **ITEM 407.** VA-467-156: Rose garden. CLNA: T & C, generally known a.d.o. Town & Country Linen Corporation

☐ **ITEM 408.** VA-467-157: Sketched floral. CLNA: T & C, generally known a.d.o. Town & Country Linen Corporation

☐ **ITEM 409.** VA-467-158: Count your blessings. CLNA: T & C, generally known a.d.o. Town & Country Linen Corporation

☐ **ITEM 410.** VA-467-159: Sketched floral. CLNA: T & C, generally known a.d.o. Town & Country Linen Corporation

☐ **ITEM 411.** VA-467-160: Antionette. CLNA: T & C, generally known a.d.o. Town & Country Linen Corporation

☐ **ITEM 412.** VA-467-161: Brenda. CLNA: T & C, generally known a.d.o. Town & Country Linen Corporation

☐ **ITEM 413.** VA-467-162: Funnal. CLNA: T & C, generally known a.d.o. Town & Country Linen Corporation

☐ **ITEM 414.** VA-467-163: Tulip ribbon. CLNA: T & C, generally known a.d.o. Town & Country Linen Corporation

☐ **ITEM 415.** VA-467-164: Swag. CLNA: T & C, generally known a.d.o. Town & Country Linen Corporation

☐ **ITEM 416.** VA-467-165: Cynthia. CLNA: T & C, generally known a.d.o. Town & Country Linen Corporation

☐ **ITEM 417.** VA-467-166: Blue diagonal CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 418.** VA-467-167: Diamond line. CLNA: T & C, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 419.** VA-467-168: Blue basket. CLNA: T & C, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 420.** VA-467-169: Floral vine. CLNA: T & C, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 421.** VA-467-170: Country scene. CLNA: T & C, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 422.** VA-467-171: Angular color. CLNA: T & C, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 423.** VA-467-172: Confettie sic CLNA: T & C, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 424.** VA-467-173: Country crock CLNA: T & C, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 425.** VA-467-174: Blue bouquet. CLNA: T & C, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 426.** VA-467-175: Stained glass. CLNA: T & C, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 427.** VA-467-176: Patch of flowers. CLNA: T & C, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 428.** VA-467-177: Clay floral. CLNA: T & C, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 429.** VA-467-178: Peach blossom. CLNA: T & C, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 430.** VA-467-179: Stencil house. CLNA: T & C, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 431.** VA-467-180: Pleasant pears. CLNA: T & C, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 432.** VA-467-181: Cottage ivy. CLNA: T & C, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 433.** VA-475-193: Velvet flowers : 61515Q5. CLNA: acTC, a.a.d.o. acTown & Country Linen Corporation

☐ **ITEM 434.** VA-475-480: Japanese floral CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 435.** VA-475-481: Floral tapestry CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 436.** VA-475-482: Paisley (AV) CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 437.** VA-475-483: Dakota CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 438.** VA-475-484: Geranamo CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 439.** VA-475-485: Country bunny CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 440.** VA-475-486: Hopi CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

---

**Check one or more and then** ☐ Submit **to see Full records.**

---

☐ More Items **(Items 441 – 480 of 3313).**

---

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

**Copyright**    Search Records Results

(Combined Search)
**Search For:** CLNA/TOWN & COUNTRY LINEN CORORATION AUTH/TOWN & COUNTRY LINEN CORORATION XREF/TOWN & COUNTRY LINEN

**Items 441 - 480 of 3,313,**

**For a list of commonly used abbreviations that appear in the catalog record, click here.**

[ Conduct Another Search ]

---

Check one or more and then [ Submit ] **to see Full records.**

☐**ITEM 441.** VA-475-487: Mohawk CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

☐**ITEM 442.** VA-475-488: Tee pee CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

☐**ITEM 443.** VA-475-489: Iraqois CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

☐**ITEM 444.** VA-475-490: Nadine CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

☐**ITEM 445.** VA-475-889: Senecca sic CLNA: cTC, generally known a.d.o. acTown & Country Linen Corporation

☐**ITEM 446.** VA-476-731: Maggie. CLNA: acT & C, a.a.d.o. acTown & Country Linen Corporation

☐**ITEM 447.** VA-476-732: Vickie. CLNA: acT & C, a.a.d.o. acTown & Country Linen Corporation

☐**ITEM 448.** VA-476-733: Wave : no. 1. CLNA: acT & C, a.a.d.o. acTown & Country Linen Corporation

☐**ITEM 449.** VA-476-734: Color movement. CLNA: acT & C, a.a.d.o. acTown & Country Linen Corporation

☐**ITEM 450.** VA-489-159: Sunset. CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

☐**ITEM 451.** VA-489-160: Tea for two CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

☐**ITEM 452.** VA-489-161: Tropicana. CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

☐**ITEM 453.** VA-489-162: Hacienda. CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

☐**ITEM 454.** VA-489-163: Tropical reef. CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

☐**ITEM 455.** VA-489-164: Butterfly CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

☐**ITEM 456.** VA-489-165: Speckled curve CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

**ITEM 457.** VA-489-166: Hydraingia CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

**ITEM 458.** VA-489-167: Midnight floral CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

**ITEM 459.** VA-489-168: Paisley : no. 6 (VPM) CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

**ITEM 460.** VA-489-169: Paisley : no. 5 VPM CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

**ITEM 461.** VA-489-170: Paisley : no. 2. CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

**ITEM 462.** VA-489-171: Paisley : no. 4 VPM CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

**ITEM 463.** VA-489-172: Tuitti fruitti CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

**ITEM 464.** VA-489-173: Vanderbilt Hill CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

**ITEM 465.** VA-489-174: Floral cheer (VPM) CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

**ITEM 466.** VA-489-175: Paisley : no. 1 VPM CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

**ITEM 467.** VA-489-176: Paisley : no. 3 VPM CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

**ITEM 468.** VA-489-177: Diddly CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

**ITEM 469.** VA-489-178: Peony. CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

**ITEM 470.** VA-489-179: Portsmith CLNA: TC, generally known a.d.o. acTown & Country Linen Corporation

**ITEM 471.** VA-516-534: Bloom patch CLNA: acTC generally known a.d.o. acTown & Country Linen Corporation

**ITEM 472.** VA-516-535: Norwalk. CLNA: acTC generally known a.d.o. acTown & Country Linen Corporation

**ITEM 473.** VA-516-536: Natasha. CLNA: acTC generally known a.d.o. acTown & Country Linen Corporation

**ITEM 474.** VA-516-537: Mari Anne UPM CLNA: acTC generally known a.d.o. acTown & Country Linen Corporation

**ITEM 475.** VA-516-539: Pamela. CLNA: acTC generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 476.** VA-516-540: Christine's patch CLNA: acTC generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 477.** VA-516-548: Wicker. CLNA: acTC, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 478.** VA-521-088: Puss in a box. CLNA: acTC, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 479.** VA-521-089: Santa bear VPM. CLNA: acTC, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 480.** VA-521-090: Poinsetta sic madallion sic. CLNA: acTC, generally known a.d.o. acTown & Country Linen Corporation

---

**Check one or more and then** [ Submit ] **to see Full records.**

---

[ More Items ]  **(Items 481 - 520 of 3313).**

---

Home  |  Contact Us  |  Legal Notices  |  Freedom of Information Act (FOIA)  |  Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

**Copyright** | **Search Records Results**

(Combined Search)
**Search For:** CLNA/TOWN & COUNTRY LINEN CORORATION AUTH/TOWN & COUNTRY LINEN CORORATION XREF/TOWN & COUNTRY LINEN

**Items 481 - 520 of 3,313,**

**For a list of commonly used abbreviations that appear in the catalog record, click here.**

[ Conduct Another Search ]

Check one or more and then [ Submit ] **to see Full records.**

☐ **ITEM 481.** VA-521-091: Xmas morning. CLNA: acTC, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 482.** VA-521-092: Season's greetings. CLNA: acTC, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 483.** VA-521-093: Grandma's Xmas. CLNA: acTC, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 484.** VA-527-518: Sand stone. CLNA: acT. C., generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 485.** VA-527-519: Stitched floral. CLNA: acT. C., generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 486.** VA-527-520: Japanese floral. CLNA: acT. C., generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 487.** VA-527-521: Country bunny. CLNA: acT. C., generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 488.** VA-618-537: Boughs of holly : no. M-3. CLNA: acTC, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 489.** VA-618-538: Xmas etching : no. M-4. CLNA: acTC, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 490.** VA-618-539: Ribbon swirl : no. M-8. CLNA: acTC, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 491.** VA-618-540: X-mas buds. CLNA: acTC, generally known a.d.o. acTown & Country Linen Corporation

Case 1:07-cv-03159-MGC    Document 9-9    Filed 06/01/2007    Page 39 of 40

**ITEM 492.** VA-618-541: Poppy and holly. CLNA: acTC, generally known a.d.o. acTown & Country Linen Corporation

**ITEM 493.** VA-618-542: Musical tree. CLNA: acTC, generally known a.d.o. acTown & Country Linen Corporation

**ITEM 494.** VA-618-543: Rose and holly. CLNA: acTC, generally known a.d.o. acTown & Country Linen Corporation

**ITEM 495.** VA-618-544: Rocking horse. CLNA: acTC, generally known a.d.o. acTown & Country Linen Corporation

**ITEM 496.** VA-618-545: Prancer. CLNA: acTC, generally known a.d.o. acTown & Country Linen Corporation

**ITEM 497.** VA-618-546: Oval wreath. CLNA: acTC, generally known a.d.o. acTown & Country Linen Corporation

**ITEM 498.** VA-618-547: Ornamental goose. CLNA: acTC, generally known a.d.o. acTown & Country Linen Corporation

**ITEM 499.** VA-618-548: Yule border. CLNA: acTC, generally known a.d.o. acTown & Country Linen Corporation

**ITEM 500.** VA-618-549: Victoria CLNA: acTC, generally known a.d.o. acTown & Country Linen Corporation

**ITEM 501.** VA-618-550: Twin geese. CLNA: acTC, generally known a.d.o. acTown & Country Linen Corporation

**ITEM 502.** VA-618-551: Southwest Santa. CLNA: acTC, generally known a.d.o. acTown & Country Linen Corporation

**ITEM 503.** VA-618-552: Santa face. CLNA: acTC, generally known a.d.o. acTown & Country Linen Corporation

**ITEM 504.** VA-618-553: Santa's journey. CLNA: acTC, generally known a.d.o. acTown & Country Linen Corporation

**ITEM 505.** VA-618-554: Royal X-mas. CLNA: acTC, generally known a.d.o. acTown & Country Linen Corporation

**ITEM 506.** VA-618-555: Patchwork flowers. CLNA: acTC, generally known a.d.o. acTown & Country Linen Corporation

**ITEM 507.** VA-618-556: Patchwork sliegh sic CLNA: acTC, generally known a.d.o. acTown & Country Linen Corporation

**ITEM 508.** VA-618-557: Patchwork cabin. CLNA: acTC, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 509.** VA-618-558: Patchwork heart. CLNA: acTC, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 510.** VA-618-559: Patchwork wreath. CLNA: acTC, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 511.** VA-618-560: Patchwork snowflake. CLNA: acTC, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 512.** VA-618-561: X-mas quilt. CLNA: acTC, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 513.** VA-618-562: X-mas plaid. CLNA: acTC, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 514.** VA-618-563: Xmas kitty. CLNA: acTC, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 515.** VA-618-564: Xmas flowers. CLNA: acTC, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 516.** VA-618-565: Candle tree. CLNA: acTC, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 517.** VA-618-566: X-mas cupboard. CLNA: acTC, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 518.** VA-618-567: Xmas concerto. CLNA: acTC, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 519.** VA-618-568: X-mas cottage : Xmas cottage. CLNA: acTC, generally known a.d.o. acTown & Country Linen Corporation

☐ **ITEM 520.** VA-618-569: Xmas brocade. CLNA: acTC, generally known a.d.o. acTown & Country Linen Corporation

---

**Check one or more and then** [ Submit ] **to see Full records.**

[ More Items ]  **(Items 521 - 560 of 3313).**

---

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000