ITEMS 520-526 OF 3,313          SET 6: BRIEF DISPLAY          FILE: COHM
                                 (ASCENDING ORDER)
520. VA-618-569: Xmas brocade.    CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
521. VA-618-570: X-mas bells : Xmas bells.    CLNA: acTC, generally
          known a.d.o. acTown & Country Linen Corporation
522. VA-618-571: Holiday spray.    CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
523. VA-618-572: Multi-trees.    CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
524. VA-618-573: Pinecones.    CLNA: acTC, generally known a.d.o. acTown
          & Country Linen Corporation
525. VA-618-574: Poinsetta {sic} berry.    CLNA: acTC, generally known
          a.d.o. acTown & Country Linen Corporation
526. VA-618-575: {Holly bells}    CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation


NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set          Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#    Example--> display item 2
READY:


                                   ibm3.loc.gov   14:47:28


ITEMS 527-533 OF 3,313          SET 6: BRIEF DISPLAY          FILE: COHM
                                 (ASCENDING ORDER)
527. VA-618-576: Contemporary red plaid.    CLNA: acTC, generally known
          a.d.o. acTown & Country Linen Corporation
528. VA-618-577: Contemporary hunter plaid.    CLNA: acTC, generally
          known a.d.o. acTown & Country Linen Corporation
529. VA-618-578: Victorian red plaid.    CLNA: acTC, generally known
          a.d.o. acTown & Country Linen Corporation
530. VA-618-579: Hunter plaid.    CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
531. VA-618-580: Apple cinder.    CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
532. VA-618-581: Patchwork stencil.    CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
533. VA-618-582: Holiday geese.    CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation

NEXT PAGE:            press transmit or enter key
SKIP AHEAD/BACK:      type any item# in set         Example--> 25
FULL DISPLAY:         type DISPLAY ITEM plus an item#   Example--> display item 2
READY:


                                        ibm3.loc.gov  14:47:45

ITEMS 534-540 OF 3,313          SET 6: BRIEF DISPLAY          FILE: COHM
                                  (ASCENDING ORDER)
534. VA-618-583: Pine wreath.    CLNA: acTC, generally known a.d.o.
            acTown & Country Linen Corporation
535. VA-618-584: Lush pointsettia {sic}    CLNA: acTC, generally known
            a.d.o. acTown & Country Linen Corporation
536. VA-618-585: Fruit bounty : no. M-5.    CLNA: acTC, generally known
            a.d.o. acTown & Country Linen Corporation
537. VA-618-586: Xmas frame : no. M-9.    CLNA: acTC, generally known
            a.d.o. acTown & Country Linen Corporation
538. VA-622-398: Shirley's picnic.    CLNA: acTC, generally known a.d.o.
            acTown & Country Linen Corporation
539. VA-622-399: Fruit harvest.    CLNA: acTC, generally known a.d.o.
            acTown & Country Linen Corporation
540. VA-622-400: Mushrooms.    CLNA: acTC, generally known a.d.o. acTown
            & Country Linen Corporation

NEXT PAGE:            press transmit or enter key
SKIP AHEAD/BACK:      type any item# in set         Example--> 25
FULL DISPLAY:         type DISPLAY ITEM plus an item#   Example--> display item 2
READY:


                                        ibm3.loc.gov  14:48:12

                                                        FILE: COHM
ITEMS 541-547 OF 3,313          SET 6: BRIEF DISPLAY
                                  (ASCENDING ORDER)
541. VA-622-401: Painted beads.    CLNA: acTC, generally known a.d.o.
            acTown & Country Linen Corporation
542. VA-622-402: Pink poppy.    CLNA: acTC, generally known a.d.o.
            acTown & Country Linen Corporation
543. VA-622-403: Village patch.    CLNA: acTC, generally known a.d.o.
            acTown & Country Linen Corporation
544. VA-622-404: Gingham bouquet.    CLNA: acTC, generally known a.d.o.
            acTown & Country Linen Corporation
545. VA-622-405: Ondine.    CLNA: acTC, generally known a.d.o. acTown &
            Country Linen Corporation
546. VA-622-406: Matisse collage.    CLNA: acTC, generally known a.d.o.
            acTown & Country Linen Corporation
547. VA-622-407: Enchanted village.    CLNA: acTC, generally known a.d.o.
            acTown & Country Linen Corporation

NEXT PAGE:            press transmit or enter key
SKIP AHEAD/BACK:      type any item# in set         Example--> 25
FULL DISPLAY:         type DISPLAY ITEM plus an item#   Example--> display item 2
READY:


                                        ibm3.loc.gov  14:48:28

                                                        FILE: COHM
ITEMS 548-554 OF 3,313          SET 6: BRIEF DISPLAY
                                  (ASCENDING ORDER)
548. VA-622-408: Denim bouquet.    CLNA: acTC, generally known a.d.o.
            acTown & Country Linen Corporation
549. VA-622-409: Fruit stripe.    CLNA: acTC, generally known a.d.o.
            acTown & Country Linen Corporation

Case 1:05-cv-03939-CM   Document 201   Filed 06/01/2007   Page 3 of 41

550. VA-622-410: Watermelon.   CLNA: acTC, generally known a.d.o.
      acTown & Country Linen Corporation
551. VA-622-411: Persian garden.   CLNA: acTC, generally known a.d.o.
      acTown & Country Linen Corporation
552. VA-622-412: Flower tree.   CLNA: acTC, generally known a.d.o.
      acTown & Country Linen Corporation
553. VA-622-413: Beacon Hill.   CLNA: acTC, generally known a.d.o.
      acTown & Country Linen Corporation
554. VA-622-414: Season's greetings.   CLNA: acTC, generally known
      a.d.o. acTown & Country Linen Corporation


NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set            Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#  Example--> display item 2
READY:

555. VA-622-415: Snow tree.   CLNA: acTC, generally known a.d.o. acTown
      & Country Linen Corporation
556. VA-622-416: Stars & toys.   CLNA: acTC, generally known a.d.o.
      acTown & Country Linen Corporation
557. VA-622-417: Noel (engineered)   CLNA: acTC, generally known a.d.o.
      acTown & Country Linen Corporation
558. VA-622-418: Seasonal blossoms.   CLNA: acTC, generally known a.d.o.
      acTown & Country Linen Corporation
559. VA-622-419: Poinsettia garland.   CLNA: acTC, generally known
      a.d.o. acTown & Country Linen Corporation
560. VA-622-420: New poinsettia.   CLNA: acTC, generally known a.d.o.
      acTown & Country Linen Corporation
561. VA-622-421: Rose poinsettia.   CLNA: acTC, generally known a.d.o.
      acTown & Country Linen Corporation


NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set            Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#  Example--> display item 2
READY:




                                        ibm3.loc.gov   14:57:22

562. VA-622-422: Holly damask.   CLNA: acTC, generally known a.d.o.
      acTown & Country Linen Corporation
563. VA-622-423: Seasonal swirl.   CLNA: acTC, generally known a.d.o.
      acTown & Country Linen Corporation
564. VA-622-424: Southwest cactus.   CLNA: acTC, generally known a.d.o.
      acTown & Country Linen Corporation
565. VA-622-425: Catina.   CLNA: acTC, generally known a.d.o. acTown &
      Country Linen Corporation
566. VA-622-426: Color blocks.   CLNA: acTC, generally known a.d.o.
      acTown & Country Linen Corporation
567. VA-622-427: Checked chicken.   CLNA: acTC, generally known a.d.o.
      acTown & Country Linen Corporation
568. VA-622-428: Country patch.   CLNA: acTC, generally known a.d.o.
      acTown & Country Linen Corporation


NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set            Example--> 25

ITEMS 569-575 OF 3,313          SET 25: BRIEF DISPLAY                 FILE: COHM
                                   (ASCENDING ORDER)
569. VA-622-429: Paris.    CLNA: acTC, generally known a.d.o. .acTown &
          Country Linen Corporation
570. VA-622-430: Peach bouquet.    CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
571. VA-622-431: Jardin.    CLNA: acTC, generally known a.d.o. acTown &
          Country Linen Corporation
572. VA-622-432: Garden geese.    CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
573. VA-622-433: Vibrant blossoms.    CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
574. VA-622-434: Thanksgiving.    CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
575. VA-622-435: Raspberry leaves.    CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set          Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#    Example--> display item 2
READY:


                                        ibm3.loc.gov  14:58:07

ITEMS 569-575 OF 3,313          SET 25: BRIEF DISPLAY                 FILE: COHM
                                   (ASCENDING ORDER)
569. VA-622-429: Paris.    CLNA: acTC, generally known a.d.o. acTown &
          Country Linen Corporation
570. VA-622-430: Peach bouquet.    CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
571. VA-622-431: Jardin.    CLNA: acTC, generally known a.d.o. acTown &
          Country Linen Corporation
572. VA-622-432: Garden geese.    CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
573. VA-622-433: Vibrant blossoms.    CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
574. VA-622-434: Thanksgiving.    CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
575. VA-622-435: Raspberry leaves.    CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set          Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#    Example--> display item 2
READY: n


                                        ibm3.loc.gov  14:58:28

ITEMS 1-3 OF 3                  SET 26: BRIEF DISPLAY                 FILE: COHM
                                   (ASCENDING ORDER)
1. PA-1-042-503: NN.    CLNA: acGreg  Anderson , 1970-
2. TX-5-639-646: Nn.    CLNA: on text; acZaner-Bloser, Inc.
3. VA-1-163-633: Nn.    CLNA: on artwork; acZaner-Bloser, Inc.

NEXT PAGE:          press transmit or enter key

SKIP AHEAD/BACK:    type any item# in set      Example--> 25
FULL DISPLAY:    type DISPLAY ITEM plus an item#    Example--> display item 2
READY:

Case 1:07-cv-03159-MGC    Document 9-10    Filed 06/01/2007    Page 5 of 41

ibm3.loc.gov    14:58:49

ITEMS 576-582 OF 3,313          SET 32: BRIEF DISPLAY               FILE: COHM
                              (ASCENDING ORDER)
576. VA-622-436: Happy birthday.    CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
577. VA-622-437: Gardenscape.    CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
578. VA-622-438: Country spice.    CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
579. VA-622-439: Belinda.    CLNA: acTC, generally known a.d.o. acTown &
        Country Linen Corporation
580. VA-622-440: Shirley.    CLNA: acTC, generally known a.d.o. acTown &
        Country Linen Corporation
581. VA-622-441: Homespun.    CLNA: acTC, generally known a.d.o. acTown
        & Country Linen Corporation
582. VA-622-442: Blue mushrooms.    CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation

NEXT PAGE:         press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set        Example--> 25
FULL DISPLAY:      type DISPLAY ITEM plus an item#    Example--> display item 2
READY:



ibm3.loc.gov    15:00:54

ITEMS 583-589 OF 3,313          SET 32: BRIEF DISPLAY               FILE: COHM
                              (ASCENDING ORDER)
583. VA-622-443: Palazzo.    CLNA: acTC, generally known a.d.o. acTown &
        Country Linen Corporation
584. VA-622-444: Woven baskets.    CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
585. VA-622-445: Aztec.    CLNA: acTC, generally known a.d.o. acTown &
        Country Linen Corporation
586. VA-622-446: Country meadow.    CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
587. VA-622-447: Turkish delite.    CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
588. VA-622-448: Victorian noel.    CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
589. VA-622-449: Lace tree.    CLNA: acTC, generally known a.d.o. acTown
        & Country Linen Corporation

NEXT PAGE:         press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set        Example--> 25
FULL DISPLAY:      type DISPLAY ITEM plus an item#    Example--> display item 2
READY:

```
ITEMS 590-596 OF 3,313        SET 32: BRIEF DISPLAY        FILE: COHM
                                (ASCENDING ORDER)
590. VA-622-450: Sleepy bears.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
591. VA-622-451: Noel.   CLNA: acTC, generally known a.d.o. acTown &
          Country Linen Corporation
592. VA-622-452: Twin bears.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
593. VA-622-453: Xmas scroll.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
594. VA-622-454: Fruit wreath.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
595. VA-622-455: Xmas patch.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
596. VA-643-530: Ribbon stripe.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation


NEXT PAGE:        press transmit or enter key
SKIP AHEAD/BACK:  type any item# in set          Example--> 25
FULL DISPLAY:     type DISPLAY ITEM plus an item#  Example--> display item 2
READY:
```

```
ITEMS 597-603 OF 3,313        SET 32: BRIEF DISPLAY        FILE: COHM
                                (ASCENDING ORDER)
597. VA-643-531: Queen Anne.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
598. VA-643-532: Vanessa.   CLNA: acTC, generally known a.d.o. acTown &
          Country Linen Corporation
599. VA-643-533: Farmingdale.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
600. VA-643-534: Como.   CLNA: acTC generally known a.d.o. acTown &
          Country Linen Corporation
601. VA-643-535: Gingham sunflower.   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
602. VA-643-536: Arizona.   CLNA: acTC generally known a.d.o. acTown &
          Country Linen Corporation
603. VA-643-537: Montezuma.   CLNA: acTC generally known a.d.o. acTown
          & Country Linen Corporation


NEXT PAGE:        press transmit or enter key
SKIP AHEAD/BACK:  type any item# in set          Example--> 25
FULL DISPLAY:     type DISPLAY ITEM plus an item#  Example--> display item 2
READY:
```

```
ITEMS 604-610 OF 3,313        SET 32: BRIEF DISPLAY        FILE: COHM
                                (ASCENDING ORDER)
604. VA-643-538: Fans.   CLNA: acTC generally known a.d.o. acTown &
          Country Linen Corporation
605. VA-643-539: Chelsea.   CLNA: acTC generally known a.d.o. acTown &
          Country Linen Corporation
606. VA-643-540: Loire.   CLNA: acTC generally known a.d.o. acTown &
          Country Linen Corporation
607. VA-643-541: Fairhaven.   CLNA: acTC generally known a.d.o. acTown
```

608.  VA-643-542: Levant.   CLNA: acTC generally known a.d.o. acTown
          & Country Linen Corporation
609.  VA-643-543: Victorian garden.   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
610.  VA-643-544: Needlepoint floral.   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set          Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:


                                      ibm3.loc.gov   15:02:53

ITEMS 611-617 OF 3.313          SET 32: BRIEF DISPLAY           FILE: COHM
                                   (ASCENDING ORDER)
611.  VA-643-545: Norwalk.   CLNA: acTC generally known a.d.o. acTown &
          Country Linen Corporation
612.  VA-643-546: Plantation.   CLNA: acTC generally known a.d.o. acTown
          & Country Linen Corporation
613.  VA-643-547: Rosa.   CLNA: acTC generally known a.d.o. acTown &
          Country Linen Corporation
614.  VA-643-548: Fruit basket.   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
615.  VA-643-549: Coffee pot.   CLNA: acTC generally known a.d.o. acTown
          & Country Linen Corporation
616.  VA-643-550: Aragon.   CLNA: acTC generally known a.d.o. acTown &
          Country Linen Corporation
617.  VA-643-551: Sunset.   CLNA: acTC generally known a.d.o. acTown &
          Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set          Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:


ITEMS 618-624 OF 3,313          SET 32: BRIEF DISPLAY           FILE: COHM
                                   (ASCENDING ORDER)
618.  VA-643-552: Mesa.   CLNA: acTC generally known a.d.o. acTown &
          Country Linen Corporation
619.  VA-643-553: Navajo.   CLNA: acTC generally known a.d.o. acTown &
          Country Linen Corporation
620.  VA-643-554: Sunny.   CLNA: acTC generally known a.d.o. acTown &
          Country Linen Corporation
621.  VA-643-555: Shells.   CLNA: acTC generally known a.d.o. acTown &
          Country Linen Corporation
622.  VA-643-556: Pine lodge.   CLNA: acTC generally known a.d.o. acTown
          & Country Linen Corporation
623.  VA-643-572: Cherries--green.   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
624.  VA-643-573: Lattice floral.   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set          Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:

ibm3.loc.gov   15:03:48
Case 1:07-cv-03159-MGC   Document 9-10   Filed 06/01/2007   Page 8 of 41
FILE: COHM

ITEMS 625-631 OF 3,313          SET 32: BRIEF DISPLAY
                                 (ASCENDING ORDER)

625. VA-643-574: Ariba.   CLNA: acTC generally known a.d.o. acTown &
          Country Linen Corporation
626. VA-643-575: Justine.   CLNA: acTC generally known a.d.o. acTown &
          Country Linen Corporation
627. VA-643-576: Grasse.   CLNA: acTC generally known a.d.o. acTown &
          Country Linen Corporation
628. VA-643-577: Brittany.   CLNA: acTC generally known a.d.o. acTown &
          Country Linen Corporation
629. VA-643-578: Rose meadow.   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
630. VA-643-579: SW patch.   CLNA: acTC generally known a.d.o. acTown &
          Country Linen Corporation
631. VA-643-580: French tulip.   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation


NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set          Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:




ITEMS 632-638 OF 3,313          SET 32: BRIEF DISPLAY          FILE: COHM
                                 (ASCENDING ORDER)

632. VA-643-581: Desert spice.   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
633. VA-643-582: Europa.   CLNA: acTC generally known a.d.o. acTown &
          Country Linen Corporation
634. VA-643-583: Cherries/tulips.   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
635. VA-643-584: Rose vine.   CLNA: acTC, generally known a.d.o. acTown
          & Country Linen Corporation
636. VA-643-585: Stencil dot.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
637. VA-643-586: Country roads.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
638. VA-643-587: Bouquet.   CLNA: acTC, generally known a.d.o. acTown &
          Country Linen Corporation


NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set          Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:

ITEMS 639-645 OF 3,313          SET 32: BRIEF DISPLAY
                                 (ASCENDING ORDER)

639. VA-643-588: Heidi.   CLNA: acTC, generally known a.d.o. acTown &
          Country Linen Corporation
640. VA-643-589: Barbara.   CLNA: acTC, generally known a.d.o. acTown &
          Country Linen Corporation
641. VA-643-590: Farm fresh.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
642. VA-643-591: Charleston.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
643. VA-643-592: Rose.   CLNA: acTC, generally known a.d.o. acTown &

644. VA-669-715: Adelle.    CLNA: acTC generally known a.d.o. acTown &
        Country Linen Corporation
645. VA-669-716: Bright poinsettia.    CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation


NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set              Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#    Example--> display item 2
READY:




ITEMS 646-652 OF 3,313        SET 32: BRIEF DISPLAY              FILE: COHM
                                (ASCENDING ORDER)
646. VA-669-717: Billie.    CLNA: acTC generally known a.d.o. acTown &
        Country Linen Corporation
647. VA-669-718: Bows & daisies.    CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation
648. VA-669-719: Blue daisy.    CLNA: acTC generally known a.d.o. acTown
        & Country Linen Corporation
649. VA-669-720: Blue bouquet.    CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation
650. VA-669-721: Bunny leaf.    CLNA: acTC generally known a.d.o. acTown
        & Country Linen Corporation
651. VA-669-722: Becka.    CLNA: acTC generally known a.d.o. acTown &
        Country Linen Corporation
652. VA-669-723: Baroque.    CLNA: acTC generally known a.d.o. acTown &
        Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set              Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#    Example--> display item 2
READY:



                                            ibm3.loc.gov  15:05:33


ITEMS 653-659 OF 3,313        SET 32: BRIEF DISPLAY              FILE: COHM
                                (ASCENDING ORDER)
653. VA-669-724: Brazilia.    CLNA: acTC generally known a.d.o. acTown &
        Country Linen Corporation
654. VA-669-725: Be our guest.    CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation
655. VA-669-726: Carole.    CLNA: acTC generally known a.d.o. acTown &
        Country Linen Corporation
656. VA-669-727: Columbia bouquet.    CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation
657. VA-669-728: Columbia.    CLNA: acTC generally known a.d.o. acTown &
        Country Linen Corporation
658. VA-669-729: Clay flower.    CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation
659. VA-669-730: Checkered bouquet.    CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set              Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#    Example--> display item 2
READY:

660. VA-669-731: Celeste.   CLNA: acTC generally known a.d.o. acTown &
          Country Linen Corporation
661. VA-669-732: Catlin.   CLNA: acTC generally known a.d.o. acTown &
          Country Linen Corporation
662. VA-669-733: Bordeau.   CLNA: acTC generally known a.d.o. acTown &
          Country Linen Corporation
663. VA-669-734: Bridgehampton.   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
664. VA-669-735: Bear swing.   CLNA: acTC generally known a.d.o. acTown
          & Country Linen Corporation
665. VA-669-736: Birch.   CLNA: acTC generally known a.d.o. acTown &
          Country Linen Corporation
666. VA-669-737: Blue duck.   CLNA: acTC generally known a.d.o. acTown
          & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set              Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#    Example--> display item 2
READY:


                                      ibm3.loc.gov  15:06:19

667. VA-669-738: Beachchairs.   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
668. VA-669-739: Bouquet II.   CLNA: acTC generally known a.d.o. acTown
          & Country Linen Corporation
669. VA-669-740: Barnyard.   CLNA: acTC generally known a.d.o. acTown &
          Country Linen Corporation
670. VA-669-741: Adobe.   CLNA: acTC generally known a.d.o. acTown &
          Country Linen Corporation
671. VA-669-742: Aspen.   CLNA: acTC generally known a.d.o. acTown &
          Country Linen Corporation
672. VA-669-743: Blue cow.   CLNA: acTC generally known a.d.o. acTown &
          Country Linen Corporation
673. VA-669-744: Tulip basket.   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set              Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#    Example--> display item 2
READY:

674. VA-669-745: Pastiche.   CLNA: acTC generally known a.d.o. acTown &
          Country Linen Corporation
675. VA-669-746: Spatter dash.   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
676. VA-669-747: Strata.   CLNA: acTC generally known a.d.o. acTown &
          Country Linen Corporation
677. VA-669-748: Morning glory.   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
678. VA-669-749: Have a berry nice day.   CLNA: acTC generally known
          a.d.o. acTown & Country Linen Corporation
679. VA-669-750: Cherry surprise.   CLNA: acTC generally known a.d.o.

680. VA-669-751: Marble shell.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation

```
NEXT PAGE:        press transmit or enter key
SKIP AHEAD/BACK:  type any item# in set            Example--> 25
FULL DISPLAY:     type DISPLAY ITEM plus an item#  Example--> display item 2
READY:
```

                                        ibm3.loc.gov  15:07:06


ITEMS 681-687 OF 3,313        SET 32: BRIEF DISPLAY            FILE: COHM
                                (ASCENDING ORDER)
681. VA-669-752: Duck cover.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
682. VA-669-753: French ribbon.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
683. VA-669-754: Provence.   CLNA: acTC, generally known a.d.o. acTown
        & Country Linen Corporation
684. VA-669-755: Holly poinsettia.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
685. VA-669-756: English rose.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
686. VA-669-757: Amanda.   CLNA: acTC, generally known a.d.o. acTown &
        Country Linen Corporation
687. VA-669-758: Gingajam.   CLNA: acTC, generally known a.d.o. acTown
        & Country Linen Corporation

```
NEXT PAGE:        press transmit or enter key
SKIP AHEAD/BACK:  type any item# in set            Example--> 25
FULL DISPLAY:     type DISPLAY ITEM plus an item#  Example--> display item 2
READY:
```


ITEMS 688-694 OF 3,313        SET 32: BRIEF DISPLAY            FILE: COHM
                                (ASCENDING ORDER)
688. VA-669-759: Posies.   CLNA: acTC, generally known a.d.o. acTown &
        Country Linen Corporation
689. VA-669-760: Aqua patch.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
690. VA-669-761: Autumn.   CLNA: acTC, generally known a.d.o. acTown &
        Country Linen Corporation
691. VA-669-762: Arbor.   CLNA: acTC, generally known a.d.o. acTown &
        Country Linen Corporation
692. VA-669-763: Antique brocade.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
693. VA-669-764: Christmas swan.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
694. VA-669-765: Christmas floral.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation

```
NEXT PAGE:        press transmit or enter key
SKIP AHEAD/BACK:  type any item# in set            Example--> 25
FULL DISPLAY:     type DISPLAY ITEM plus an item#  Example--> display item 2
READY:
```


ITEMS 695-701 OF 3,313        SET 32: BRIEF DISPLAY            FILE: COHM
                                (ASCENDING ORDER)

Case 1:07-cv-05159-MGC    Document 9-10    Filed 06/01/2007    Page 12 of 41

695. VA-669-766: Christmas party.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
696. VA-669-767: Baroque poinsettia.   CLNA: acTC, generally known
        a.d.o. acTown & Country Linen Corporation
697. VA-678-283: Spectrum.   CLNA: acTC, generally known a.d.o. acTown
        & Country Linen Corporation
698. VA-678-344: Crewel.   CLNA: acTC, generally known a.d.o. acTown &
        Country Linen Corporation
699. VA-678-345: Concorde.   CLNA: acTC, generally known a.d.o. acTown
        & Country Linen Corporation
700. VA-678-346: Crazy quilt.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
701. VA-678-418: Toy chest.   CLNA: acTC, generally known a.d.o. acTown
        & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set              Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#    Example--> display item 2
READY:


ITEMS 702-708 OF 3,313       SET 32: BRIEF DISPLAY          FILE: COHM
                              (ASCENDING ORDER)
702. VA-678-419: Tiny tree and snowflakes.   CLNA: acTC, generally known
        a.d.o. acTown & Country Linen Corporation
703. VA-678-420: Teddy's tree.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
704. VA-678-421: Teddy's gift.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
705. VA-678-422: Tassels.   CLNA: acTC, generally known a.d.o. acTown &
        Country Linen Corporation
706. VA-678-423: Violets and tea.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
707. VA-678-424: Veggies.   CLNA: acTC, generally known a.d.o. acTown &
        Country Linen Corporation
708. VA-678-425: Windsor rose.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set              Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#    Example--> display item 2
READY:


ITEMS 709-715 OF 3,313       SET 32: BRIEF DISPLAY          FILE: COHM
                              (ASCENDING ORDER)
709. VA-678-426: Wind spirit.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
710. VA-678-427: Wish you a merry Christmas.   CLNA: acTC, generally
        known a.d.o. acTown & Country Linen Corporation
711. VA-678-428: Ambassador.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
712. VA-678-429: Country patch.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
713. VA-678-430: Debbie's garden.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
714. VA-678-431: Floral basket.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
715. VA-678-432: Sunflower.   CLNA: acTC, generally known a.d.o. acTown

NEXT PAGE:         press transmit or enter key
SKIP AHEAD/BACK:   type any item# in set          Example--> 25
FULL DISPLAY:      type DISPLAY ITEM plus an item#  Example--> display item 2
READY:

```
                                    ibm3.loc.gov   15:09:13


ITEMS 716-722 OF 3,313          SET 32: BRIEF DISPLAY              FILE: COHM
                                  (ASCENDING ORDER)
716. VA-678-433: Reindeer.   CLNA: acTC, generally known a.d.o. acTown
            & Country Linen Corporation
717. VA-678-434: Springfield.   CLNA: acTC, generally known a.d.o.
            acTown & Country Linen Corporation
718. VA-678-435: Spring meadow.   CLNA: acTC, generally known a.d.o.
            acTown & Country Linen Corporation
719. VA-678-436: Stained glass.   CLNA: acTC, generally known a.d.o.
            acTown & Country Linen Corporation
720. VA-678-437: Spring floral.   CLNA: acTC, generally known a.d.o.
            acTown & Country Linen Corporation
721. VA-678-438: Francois.   CLNA: acTC, generally known a.d.o. acTown
            & Country Linen Corporation
722. VA-678-439: Fruits.   CLNA: acTC, generally known a.d.o. acTown &
            Country Linen Corporation
```

NEXT PAGE:         press transmit or enter key
SKIP AHEAD/BACK:   type any item# in set          Example--> 25
FULL DISPLAY:      type DISPLAY ITEM plus an item#  Example--> display item 2
READY:

```
ITEMS 723-729 OF 3,313          SET 32: BRIEF DISPLAY              FILE: COHM
                                  (ASCENDING ORDER)
723. VA-678-440: Lacy blooms.   CLNA: acTC, generally known a.d.o.
            acTown & Country Linen Corporation
724. VA-678-441: Midnight spray.   CLNA: acTC, generally known a.d.o.
            acTown & Country Linen Corporation
725. VA-678-442: Pastel blooms.   CLNA: acTC, generally known a.d.o.
            acTown & Country Linen Corporation
726. VA-678-443: Patch.   CLNA: acTC, generally known a.d.o. acTown &
            Country Linen Corporation
727. VA-678-444: Patch house.   CLNA: acTC, generally known a.d.o.
            acTown & Country Linen Corporation
728. VA-678-445: Peony.   CLNA: acTC, generally known a.d.o. acTown &
            Country Linen Corporation
729. VA-678-446: Southwest floral.   CLNA: acTC, generally known a.d.o.
            acTown & Country Linen Corporation
```

NEXT PAGE:         press transmit or enter key
SKIP AHEAD/BACK:   type any item# in set          Example--> 25
FULL DISPLAY:      type DISPLAY ITEM plus an item#  Example--> display item 2
READY:

```
                                    ibm3.loc.gov   15:10:00


ITEMS 730-736 OF 3,313          SET 32: BRIEF DISPLAY              FILE: COHM
                                  (ASCENDING ORDER)
730  VA-678-447: Southwest pastel II.   CLNA: acTC, generally known
```

Case 1:07-cv-03159-MGC    Document 9-10    Filed 06/01/2007    Page 14 of 41

731. VA-678-448: Tea for two.    CLNA: acTC, generally known a.d.o.
      acTown & Country Linen Corporation
732. VA-678-449: Tropical fish.    CLNA: acTC, generally known a.d.o.
      acTown & Country Linen Corporation
733. VA-678-450: Tulip.    CLNA: acTC, generally known a.d.o. acTown &
      Country Linen Corporation
734. VA-678-451: Tulip plaid.    CLNA: acTC, generally known a.d.o.
      acTown & Country Linen Corporation
735. VA-680-190: Beth.    CLNA: acTC generally known a.d.o. acTown &
      Country Linen Corporation
736. VA-680-191: Coffee grinder.    CLNA: acTC generally known a.d.o.
      acTown & Country Linen Corporation


NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set              Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#    Example--> display item 2
READY:



                                              ibm3.loc.gov  15:10:25


ITEMS 737-743 OF 3,313          SET 32: BRIEF DISPLAY          FILE: COHM
                                 (ASCENDING ORDER)
737. VA-680-192: Easter duckling.    CLNA: acTC generally known a.d.o.
      acTown & Country Linen Corporation
738. VA-680-193: Flowerpot.    CLNA: acTC generally known a.d.o. acTown
      & Country Linen Corporation
739. VA-680-194: Johnnie.    CLNA: acTC generally known a.d.o. acTown &
      Country Linen Corporation
740. VA-680-195: Kathleen.    CLNA: acTC generally known a.d.o. acTown &
      Country Linen Corporation
741. VA-680-196: Sailboat.    CLNA: acTC generally known a.d.o. acTown &
      Country Linen Corporation
742. VA-680-197: Tanya's garden.    CLNA: acTC generally known a.d.o.
      acTown & Country Linen Corporation
743. VA-680-198: Tulips : no. 2.    CLNA: acTC generally known a.d.o.
      acTown & Country Linen Corporation


NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set              Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#    Example--> display item 2
READY:



                                              ibm3.loc.gov  15:10:49


ITEMS 744-750 OF 3,313          SET 32: BRIEF DISPLAY          FILE: COHM
                                 (ASCENDING ORDER)
744. VA-680-199: Windsong.    CLNA: acTC generally known a.d.o. acTown &
      Country Linen Corporation
745. VA-680-200: Vagabond houses.    CLNA: acTC generally known a.d.o.
      acTown & Country Linen Corporation
746. VA-680-201: Vagabond fruit.    CLNA: acTC generally known a.d.o.
      acTown & Country Linen Corporation
747. VA-680-202: Caroline.    CLNA: acTC generally known a.d.o. acTown &
      Country Linen Corporation
748. VA-680-203: Vagabond flowers.    CLNA: acTC generally known a.d.o.
      acTown & Country Linen Corporation
749. VA-680-204: Parrots.    CLNA: acTC generally known a.d.o. acTown &
      Country Linen Corporation
750. VA-680-205: Easter wagon.    CLNA: acTC generally known a.d.o.
      acTown & Country Linen Corporation

NEXT PAGE:        press transmit or enter key
SKIP AHEAD/BACK:  type any item# in set          Example--> 25
FULL DISPLAY:     type DISPLAY ITEM plus an item#  Example--> display item 2
READY:

Case 1:07-cv-03159-MGC   Document 9-10   Filed 06/01/2007   Page 15 of 41

ibm3.loc.gov   15:11:12

ITEMS 751-757 OF 3,313        SET 32: BRIEF DISPLAY              FILE: COHM
                              (ASCENDING ORDER)
751. VA-680-206: Easter basket.   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
752. VA-680-207: Gardening script.   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
753. VA-680-208: Apple.   CLNA: acTC generally known a.d.o. acTown &
          Country Linen Corporation
754. VA-680-209: Blue botanical.   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
755. VA-680-210: Autumn treasure.   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
756. VA-680-211: Easter bunnies.   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
757. VA-680-212: Yellow rose.   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation

NEXT PAGE:        press transmit or enter key
SKIP AHEAD/BACK:  type any item# in set          Example--> 25
FULL DISPLAY:     type DISPLAY ITEM plus an item#  Example--> display item 2
.READY:

ibm3.loc.gov   15:11:43

ITEMS 758-764 OF 3,313        SET 32: BRIEF DISPLAY              FILE: COHM
                              (ASCENDING ORDER)
758. VA-680-371: Stencil welcome.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
759. VA-680-372: SW rose.   CLNA: acTC, generally known a.d.o. acTown &
          Country Linen Corporation
760. VA-680-373: Southwest pastel.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
761. VA-680-374: Seed packets.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
762. VA-680-375: Sandy floral.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
763. VA-680-376: Striped vine.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
764. VA-680-377: Southwest tile.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation

NEXT PAGE:        press transmit or enter key
SKIP AHEAD/BACK:  type any item# in set          Example--> 25
FULL DISPLAY:     type DISPLAY ITEM plus an item#  Example--> display item 2
READY:

ITEMS 765-771 OF 3,313        SET 32: BRIEF DISPLAY              FILE: COHM
                              (ASCENDING ORDER)
765. VA-680-378: Shanghai.   CLNA: acTC, generally known a.d.o. acTown
          & Country Linen Corporation
766. VA-680-379: Share a smile.   CLNA: acTC, generally known a.d.o.

767. VA-680-380: Sage brush.    CLNA: acTC, generally known a.d.o.
       acTown & Country Linen Corporation
768. VA-680-381: Santa Fe.    CLNA: acTC, generally known a.d.o. acTown
       & Country Linen Corporation
769. VA-680-382: Serenade.    CLNA: acTC, generally known a.d.o. acTown
       & Country Linen Corporation
770. VA-680-383: Tapestry.    CLNA: acTC, generally known a.d.o. acTown
       & Country Linen Corporation
771. VA-680-384: Seasonal scroll.    CLNA: acTC, generally known a.d.o.
       acTown & Country Linen Corporation


NEXT PAGE:        press transmit or enter key
SKIP AHEAD/BACK:  type any item# in set              Example--> 25
FULL DISPLAY:     type DISPLAY ITEM plus an item#    Example--> display item 2
READY:




ITEMS 772-778 OF 3,313        SET 32: BRIEF DISPLAY              FILE: COHM
                                (ASCENDING ORDER)
772. VA-680-385: Strawberry bunnies.    CLNA: acTC, generally known
       a.d.o. acTown & Country Linen Corporation
773. VA-680-386: Santa's trip.    CLNA: acTC, generally known a.d.o.
       acTown & Country Linen Corporation
774. VA-680-387: Secret garden.    CLNA: acTC, generally known a.d.o.
       acTown & Country Linen Corporation
775. VA-680-388: Savannah.    CLNA: acTC, generally known a.d.o. acTown
       & Country Linen Corporation
776. VA-680-389: Sampler.    CLNA: acTC, generally known a.d.o. acTown &
       Country Linen Corporation
777. VA-680-390: Seascape.    CLNA: acTC, generally known a.d.o. acTown
       & Country Linen Corporation
778. VA-680-391: Shutters.    CLNA: acTC, generally known a.d.o. acTown
       & Country Linen Corporation


NEXT PAGE:        press transmit or enter key
SKIP AHEAD/BACK:  type any item# in set              Example--> 25
FULL DISPLAY:     type DISPLAY ITEM plus an item#    Example--> display item 2
READY:



                                              ibm3.loc.gov  15:13:12


ITEMS 779-785 OF 3,313        SET 32: BRIEF DISPLAY              FILE: COHM
                                (ASCENDING ORDER)
779. VA-680-392: Salsa.    CLNA: acTC, generally known a.d.o. acTown &
       Country Linen Corporation
780. VA-680-393: Season of joy.    CLNA: acTC, generally known a.d.o.
       acTown & Country Linen Corporation
781. VA-680-394: Snowflakes and holly.    CLNA: acTC, generally known
       a.d.o. acTown & Country Linen Corporation
782. VA-680-395: Shinto spring.    CLNA: acTC, generally known a.d.o.
       acTown & Country Linen Corporation
783. VA-680-396: Simone.    CLNA: acTC generally known a.d.o. acTown &
       Country Linen Corporation
784. VA-680-397: Santa cows.    CLNA: acTC generally known a.d.o. acTown
       & Country Linen Corporation
785. VA-680-398: Seasonal bouquet.    CLNA: acTC generally known a.d.o.
       acTown & Country Linen Corporation


NEXT PAGE:        press transmit or enter key
SKIP AHEAD/BACK:  type any item# in set              Example--> 25
                                                     Example--> display item 2

FULL DISPLAY:      type DISPLAY ITEM plus an item#   Example --> display item 2
READY:

```
                                        ibm3.loc.gov  15:13:35

ITEMS 786-792 OF 3,313        SET 32: BRIEF DISPLAY          FILE: COHM
                                 (ASCENDING ORDER)
786. VA-680-399: Snowflake.   CLNA: acTC generally known a.d.o. acTown
          & Country Linen Corporation
787. VA-680-400: Strawberry fields.   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
788. VA-680-401: Plaid tree.   CLNA: acTC generally known a.d.o. acTown
          & Country Linen Corporation
789. VA-680-402: Poinsettia ribbons.   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
790. VA-680-403: Pansey {sic}   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
791. VA-680-404: Pansies plaid.   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
792. VA-681-656: Edith.   CLNA: acTC, generally known a.d.o. acTown &
          Country Linen Corporation

NEXT PAGE:           press transmit or enter key
SKIP AHEAD/BACK:     type any item# in set          Example--> 25
FULL DISPLAY:        type DISPLAY ITEM plus an item#   Example--> display item 2
READY:


                                        ibm3.loc.gov  15:14:06

ITEMS 793-799 OF 3,313        SET 32: BRIEF DISPLAY          FILE: COHM
                                 (ASCENDING ORDER)
793. VA-681-657: Emma.   CLNA: acTC, generally known a.d.o. acTown &
          Country Linen Corporation
794. VA-681-658: Duck family.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
795. VA-681-659: Duchess.   CLNA: acTC, generally known a.d.o. acTown &
          Country Linen Corporation
796. VA-681-660: Ducklings.   CLNA: acTC, generally known a.d.o. acTown
          & Country Linen Corporation
797. VA-681-661: Dusty strokes.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
798. VA-681-662: Dorothy.   CLNA: acTC, generally known a.d.o. acTown &
          Country Linen Corporation
799. VA-681-663: Dominique.   CLNA: acTC, generally known a.d.o. acTown
          & Country Linen Corporation

NEXT PAGE:           press transmit or enter key
SKIP AHEAD/BACK:     type any item# in set          Example--> 25
FULL DISPLAY:        type DISPLAY ITEM plus an item#   Example--> display item 2
READY:


                                        ibm3.loc.gov  15:14:29

ITEMS 800-806 OF 3,313        SET 32: BRIEF DISPLAY          FILE: COHM
                                 (ASCENDING ORDER)
800. VA-681-664: Desert song.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
801. VA-681-665: Folk art.   CLNA: acTC, generally known a.d.o. acTown
          & Country Linen Corporation
802. VA-681-666: Fruit slices.   CLNA: acTC, generally known a.d.o.
```

Case 1:07-cv-03189-MGC   Document 9-10   Filed 06/01/2007   Page 18 of 41

803. VA-681-667: Fiesta.   CLNA: acTC, generally known a.d.o. acTown &
        Country Linen Corporation
804. VA-681-668: Floral stripe.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
805. VA-681-669: Fruitful Xmas.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
806. VA-681-670: Festive ornaments.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation


NEXT PAGE:           press transmit or enter key
SKIP AHEAD/BACK:     type any item# in set          Example--> 25
FULL DISPLAY:        type DISPLAY ITEM plus an item# Example--> display item 2
READY:

807. VA-681-671: Festive fruit.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
808. VA-681-672: Feliz Navidad.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
809. VA-681-673: Frontier.   CLNA: acTC, generally known a.d.o. acTown
        & Country Linen Corporation
810. VA-681-674: Flower grid.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
811. VA-681-675: Flower bounty.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
812. VA-683-647: Pink blush.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
813. VA-683-648: Petite garden.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation


NEXT PAGE:           press transmit or enter key
SKIP AHEAD/BACK:     type any item# in set          Example--> 25
FULL DISPLAY:        type DISPLAY ITEM plus an item# Example--> display item 2
READY:

814. VA-683-649: Pinto.   CLNA: acTC, generally known a.d.o. acTown &
        Country Linen Corporation
815. VA-683-650: Meet me at the fair.   CLNA: acTC, generally known
        a.d.o. acTown & Country Linen Corporation
816. VA-683-651: Melissa II.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
817. VA-683-652: Maple.   CLNA: acTC, generally known a.d.o. acTown &
        Country Linen Corporation
818. VA-683-653: Moonbeam.   CLNA: acTC, generally known a.d.o. acTown
        & Country Linen Corporation
819. VA-683-654: Plaid lattice.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
820. VA-683-655: Naomi.   CLNA: acTC, generally known a.d.o. acTown &
        Country Linen Corporation


NEXT PAGE:           press transmit or enter key
SKIP AHEAD/BACK:     type any item# in set          Example--> 25
FULL DISPLAY:        type DISPLAY ITEM plus an item# Example--> display item 2
READY:

```
ITEMS 821-827 OF 3,313          SET 32: BRIEF DISPLAY              FILE: COHM
                                   (ASCENDING ORDER)
821. VA-683-656: Merry-go-round.    CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
822. VA-683-657: Pueblo.    CLNA: acTC, generally known a.d.o. acTown &
        Country Linen Corporation
823. VA-683-658: Paige.    CLNA: acTC, generally known a.d.o. acTown &
        Country Linen Corporation
824. VA-683-659: Little Bo Peep.    CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
825. VA-683-660: Paisley : no. 6.    CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
826. VA-683-661: Paisley : no. 4.    CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
827. VA-683-662: Painted shells.    CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation

NEXT PAGE:           press transmit or enter key
SKIP AHEAD/BACK:     type any item# in set             Example--> 25
FULL DISPLAY:        type DISPLAY ITEM plus an item#   Example--> display item 2
READY:
```

```
                                              ibm3.loc.gov  15:16:18
```

```
ITEMS 828-834 OF 3,313          SET 32: BRIEF DISPLAY
                                   (ASCENDING ORDER)                FILE: COHM
828. VA-683-663: Pastel squares.    CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
829. VA-683-668: Hobby horse.    CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
830. VA-683-669: Home for the holidays.    CLNA: acTC, generally known
        a.d.o. acTown & Country Linen Corporation
831. VA-683-670: Country cottage.    CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
832. VA-683-671: Country fair.    CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
833. VA-683-672: Xmas Provencial {sic}    CLNA: acTC, generally known
        a.d.o. acTown & Country Linen Corporation
834. VA-683-673: Xmas fabric.    CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation

NEXT PAGE:           press transmit or enter key
SKIP AHEAD/BACK:     type any item# in set
FULL DISPLAY:        type DISPLAY ITEM plus an item#   Example--> 25
READY:                                                 Example--> display item 2
```

```
ITEMS 835-841 OF 3,313          SET 32: BRIEF DISPLAY              FILE: COHM
                                   (ASCENDING ORDER)
835. VA-683-674: Cecily.    CLNA: acTC, generally known a.d.o. acTown &
        Country Linen Corporation
836. VA-683-675: Collage.    CLNA: acTC, generally known a.d.o. acTown &
        Country Linen Corporation
```

37. VA-683-676: Country holiday.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
38. VA-683-677: Classical poinsettias.   CLNA: acTC, generally known
        a.d.o. acTown & Country Linen Corporation
39. VA-683-678: Xmas table.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
40. VA-683-679: Xmas stitch.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
41. VA-683-680: Xmas cows.   CLNA: acTC, generally known a.d.o. acTown
        & Country Linen Corporation


EXT PAGE:            press transmit or enter key
KIP AHEAD/BACK:      type any item# in set            Example--> 25
ULL DISPLAY:         type DISPLAY ITEM plus an item#   Example--> display item 2
EADY:


                                      ibm3.loc.gov   15:18:11

Case 1:07-cv-03159-MGC   Document 9-10   Filed 06/01/2007   Page 20 of 41

```
ITEMS 842-848 OF 3,313          SET 6: BRIEF DISPLAY              FILE: COHM
                                   (ASCENDING ORDER)
842. VA-683-681: Xmas cowboy.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
843. VA-683-682: Xmas cards.    CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
844. VA-683-683: Xmas bunny.    CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
845. VA-683-684: Chimney Santa : tablecloth.    CLNA: acTC, generally
          known a.d.o. acTown & Country Linen Corporation
846. VA-683-685: Double check.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
847. VA-683-686: Doris.   CLNA: acTC, generally known a.d.o. acTown &
          Country Linen Corporation
848. VA-683-687: Holly brocade : tablecloth.    CLNA: acTC, generally
          known a.d.o. acTown & Country Linen Corporation


NEXT PAGE:         press transmit or enter key
SKIP AHEAD/BACK:   type any item# in set              Example--> 25
FULL DISPLAY:      type DISPLAY ITEM plus an item#    Example--> display item 2
READY:
```

```
                                          ibm3.loc.gov  14:33:49


ITEMS 849-855 OF 3,313          SET 6: BRIEF DISPLAY              FILE: COHM
                                   (ASCENDING ORDER)
849. VA-684-492: Red bells.   CLNA: acTC, generally known a.d.o. acTown
          & Country Linen Corporation
850. VA-684-540: Hannah's hutch.   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
851. VA-684-541: Angelica--black.   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
852. VA-684-542: Gingham botanical.   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
853. VA-684-543: Tulip & script.   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
854. VA-684-544: Vagabond.   CLNA: acTC generally known a.d.o. acTown &
          Country Linen Corporation
855. VA-684-545: Hearts & bunnies.   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation


NEXT PAGE:         press transmit or enter key
SKIP AHEAD/BACK:   type any item# in set              Example--> 25
FULL DISPLAY:      type DISPLAY ITEM plus an item#    Example--> display item 2
READY:
```

```
                                          ibm3.loc.gov  14:34:18
```

856. VA-684-546: Harvest scenic.   CLNA: acTC generally known a.d.o.
       acTown & Country Linen Corporation
857. VA-684-547: Jelly beans.   CLNA: acTC generally known a.d.o.
       acTown & Country Linen Corporation
858. VA-684-548: Summer fruit.   CLNA: acTC generally known a.d.o.
       acTown & Country Linen Corporation
859. VA-684-549: Kimberly.   CLNA: acTC generally known a.d.o. acTown &
       Country Linen Corporation
860. VA-684-550: Montego patch.   CLNA: acTC generally known a.d.o.
       acTown & Country Linen Corporation
861. VA-684-551: Montego.   CLNA: acTC generally known a.d.o. acTown &
       Country Linen Corporation
862. VA-684-552: Michelle.   CLNA: acTC generally known a.d.o. acTown &
       Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set           Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#  Example--> display item 2
READY:

ibm3.loc.gov  14:34:28

863. VA-684-553: Nosegay--green.   CLNA: acTC generally known a.d.o.
       acTown & Country Linen Corporation
864. VA-684-554: Sweetheart bouquet.   CLNA: acTC generally known a.d.o.
       acTown & Country Linen Corporation
865. VA-684-555: Rhoda.   CLNA: acTC generally known a.d.o. acTown &
       Country Linen Corporation
866. VA-684-556: Postcards.   CLNA: acTC generally known a.d.o. acTown
       & Country Linen Corporation
867. VA-684-557: Pillbox bear.   CLNA: acTC generally known a.d.o.
       acTown & Country Linen Corporation
868. VA-684-558: Rococo.   CLNA: acTC generally known a.d.o. acTown &
       Country Linen Corporation
869. VA-684-559: Rhode Island.   CLNA: acTC generally known a.d.o.
       acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set           Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#  Example--> display item 2
READY:

870. VA-684-560: Reflection.   CLNA: acTC generally known a.d.o. acTown
       & Country Linen Corporation
871. VA-684-561: Rooster.   CLNA: acTC generally known a.d.o. acTown &
       Country Linen Corporation
872. VA-684-562: Rosy curve.   CLNA: acTC generally known a.d.o. acTown
       & Country Linen Corporation
873. VA-684-563: Rose garden.   CLNA: acTC generally known a.d.o.
       acTown & Country Linen Corporation
874. VA-684-564: Stencil roses.   CLNA: acTC generally known a.d.o.
       acTown & Country Linen Corporation
875. VA-684-565: Quilting bee : no. 12273EFM.   CLNA: acTC, generally

Case 1:07-cv-03159-MGC · Document 9-10 · Filed 06/01/2007 · Page 23 of 41

876. VA-684-566: Rosy Santa.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
known a.d.o. acTown & Country Linen Corporation

NEXT PAGE:         press transmit or enter key
SKIP AHEAD/BACK:   type any item# in set            Example--> 25
FULL DISPLAY:      type DISPLAY ITEM plus an item#  Example--> display item 2
READY:


                                        ibm3.loc.gov  14:34:55

ITEMS 877-883 OF 3,313          SET 6: BRIEF DISPLAY            FILE: COHM
                              (ASCENDING ORDER)
877. VA-684-567: Rose tassels.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
878. VA-684-568: Quilted heart.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
879. VA-684-569: BBQ.   CLNA: acTC, generally known a.d.o. acTown &
        Country Linen Corporation
880. VA-684-571: Spice rack.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
881. VA-684-572: Sierra.   CLNA: acTC, generally known a.d.o. acTown &
        Country Linen Corporation
882. VA-684-573: Primary floral.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
883. VA-685-320: Victorian Easter.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation

NEXT PAGE:         press transmit or enter key
SKIP AHEAD/BACK:   type any item# in set            Example--> 25
FULL DISPLAY:      type DISPLAY ITEM plus an item#  Example--> display item 2
READY:


ITEMS 884-890 OF 3,313          SET 6: BRIEF DISPLAY            FILE: COHM
                              (ASCENDING ORDER)
884. VA-685-321: Kitty basket.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
885. VA-685-322: Jolly Santa.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
886. VA-685-323: Jackie.   CLNA: acTC, generally known a.d.o. acTown &
        Country Linen Corporation
887. VA-685-324: Marabella.   CLNA: acTC, generally known a.d.o. acTown
        & Country Linen Corporation
888. VA-685-325: Ornaments VTC.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
889. VA-685-326: Ornamental.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
890. VA-685-327: New poinsettia.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation

NEXT PAGE:         press transmit or enter key
SKIP AHEAD/BACK:   type any item# in set            Example--> 25
FULL DISPLAY:      type DISPLAY ITEM plus an item#  Example--> display item 2
READY:


ITEMS 891-897 OF 3,313          SET 6: BRIEF DISPLAY            FILE: COHM
                              (ASCENDING ORDER)

891. VA-685-328: Needlepoint X-mas.   CLNA: acTC, generally known a.d.o.

892. VA-685-329: Nice.  CLNA: acTC, generally known a.d.o. acTown &
         Country Linen Corporation
893. VA-685-330: The magic of Christmas comes from the heart.   CLNA:
         acTC, generally known a.d.o. acTown & Country Linen Corporation
894. VA-685-331: Merry mallard.   CLNA: acTC, generally known a.d.o.
         acTown & Country Linen Corporation
895. VA-685-332: Marching bears.   CLNA: acTC, generally known a.d.o.
         acTown & Country Linen Corporation
896. VA-685-333: Mixed fruit.   CLNA: acTC, generally known a.d.o.
         acTown & Country Linen Corporation
897. VA-685-334: Moire bouquet.   CLNA: acTC, generally known a.d.o.
         acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set          Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#  Example--> display item 2
READY:

ITEMS 898-904 OF 3,313        SET 6: BRIEF DISPLAY          FILE: COHM
                              (ASCENDING ORDER)
898. VA-685-335: Molly.   CLNA: acTC, generally known a.d.o. acTown &
         Country Linen Corporation
899. VA-685-336: Log cabin.   CLNA: acTC, generally known a.d.o. acTown
         & Country Linen Corporation
900. VA-685-337: Oak.   CLNA: acTC, generally known a.d.o. acTown &
         Country Linen Corporation
901. VA-685-338: Nevada.   CLNA: acTC, generally known a.d.o. acTown &
         Country Linen Corporation
902. VA-685-339: Find the beauty in each new day.   CLNA: acTC,
         generally known a.d.o. acTown & Country Linen Corporation
903. VA-685-340: Melissa.   CLNA: acTC, generally known a.d.o. acTown &
         Country Linen Corporation
904. VA-685-341: Matisse leaf.   CLNA: acTC, generally known a.d.o.
         acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set          Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#  Example--> display item 2
READY:

                                        ibm3.loc.gov  14:36:44

ITEMS 905-911 OF 3,313        SET 6: BRIEF DISPLAY          FILE: COHM
                              (ASCENDING ORDER)
905. VA-685-342: Country road.   CLNA: acTC, generally known a.d.o.
         acTown & Country Linen Corporation
906. VA-685-343: Janet.   CLNA: acTC, generally known a.d.o. acTown &
         Country Linen Corporation
907. VA-685-344: Josie.   CLNA: acTC, generally known a.d.o. acTown &
         Country Linen Corporation
908. VA-685-345: Jill.   CLNA: acTC, generally known a.d.o. acTown &
         Country Linen Corporation
909. VA-685-346: Impressions.   CLNA: acTC, generally known a.d.o.
         acTown & Country Linen Corporation
910. VA-685-347: Irene.   CLNA: acTC, generally known a.d.o. acTown &
         Country Linen Corporation
911. VA-685-348: Imperial.   CLNA: acTC, generally known a.d.o. acTown
         & Country Linen Corporation

```
NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set            Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#  Example--> display item 2
READY:
```

```
ITEMS 912-918 OF 3,313        SET 6: BRIEF DISPLAY            FILE: COHM
                                 (ASCENDING ORDER)
912. VA-685-349: Instruments.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
913. VA-685-350: Ivy trellis.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
914. VA-685-351: Hope chest.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
915. VA-685-352: Hampton Bay.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
916. VA-685-353: Hastings.   CLNA: acTC, generally known a.d.o. acTown
        & Country Linen Corporation
917. VA-685-354: Hot air balloon rides.   CLNA: acTC, generally known
        a.d.o. acTown & Country Linen Corporation
918. VA-685-355: Holiday garden.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set            Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#  Example--> display item 2
READY:
```

```
ITEMS 919-925 OF 3,313        SET 6: BRIEF DISPLAY            FILE: COHM
                                 (ASCENDING ORDER)
919. VA-685-356: Holiday patchwork.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
920. VA-685-357: Holiday table.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
921. VA-685-358: Holiday swag.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
922. VA-685-359: Holiday geese II.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
923. VA-685-360: Floating daisy.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
924. VA-685-361: Floral collage.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
925. VA-685-362: Flower expo.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set            Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#  Example--> display item 2
READY:
```

```
ITEMS 926-932 OF 3,313        SET 6: BRIEF DISPLAY            FILE: COHM
                                 (ASCENDING ORDER)
926. VA-685-363: Elm.   CLNA: acTC, generally known a.d.o. acTown &
        Country Linen Corporation
927. VA-685-364: Flower trail: style no. 3191VEM.   CLNA: acTC.
```

generally known a.d.o. acTown & Country Linen Corporation
928. VA-685-365: catch the moon. CLNA: acTC, generally known a.d.o.
acTown & Country Linen Corporation
929. VA-685-366: Fannie.   CLNA: acTC, generally known a.d.o. acTown &
Country Linen Corporation
930. VA-685-367: Gifts & holly.   CLNA: acTC, generally known a.d.o.
acTown & Country Linen Corporation
931. VA-685-368: Golden horn.   CLNA: acTC, generally known a.d.o.
acTown & Country Linen Corporation
932. VA-685-369: Green bows.   CLNA: acTC, generally known a.d.o.
acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set          Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:

ibm3.loc.gov  14:37:39

ITEMS 933-939 OF 3,313          SET 6: BRIEF DISPLAY          FILE: COHM
(ASCENDING ORDER)
933. VA-685-370: Gift Santa.   CLNA: acTC, generally known a.d.o.
acTown & Country Linen Corporation
934. VA-685-371: Gigajam.   CLNA: acTC, generally known a.d.o. acTown &
Country Linen Corporation
935. VA-685-372: Garden party.   CLNA: acTC, generally known a.d.o.
acTown & Country Linen Corporation
936. VA-685-373: Greenfield.   CLNA: acTC, generally known a.d.o.
acTown & Country Linen Corporation
937. VA-685-374: Garden fresh.   CLNA: acTC, generally known a.d.o.
acTown & Country Linen Corporation
938. VA-685-375: Honoley.   CLNA: acTC, generally known a.d.o. acTown &
Country Linen Corporation
939. VA-685-376: Homestead.   CLNA: acTC, generally known a.d.o. acTown
& Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set          Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:

ibm3.loc.gov  14:38:02

ITEMS 940-946 OF 3,313          SET 6: BRIEF DISPLAY          FILE: COHM
(ASCENDING ORDER)
940. VA-685-377: Noel.   CLNA: acTC, generally known a.d.o. acTown &
Country Linen Corporation
941. VA-685-378: Earth fire.   CLNA: acTC, generally known a.d.o.
acTown & Country Linen Corporation
942. VA-685-379: Elizabeth.   CLNA: acTC, generally known a.d.o. acTown
& Country Linen Corporation
943. VA-685-399: Lacey.   CLNA: acTC, generally known a.d.o. acTown &
Country Linen Corporation
944. VA-685-400: Lilacs.   CLNA: acTC, generally known a.d.o. acTown &
Country Linen Corporation
945. VA-685-401: Lisa.   CLNA: acTC, generally known a.d.o. acTown &
Country Linen Corporation
946. VA-685-402: Lindsey.   CLNA: acTC, generally known a.d.o. acTown &
Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set          Example--> 25

ITEMS 947-953 OF 3,313          SET 6: BRIEF DISPLAY          FILE: COHM
                                (ASCENDING ORDER)
947. VA-685-403: Lillian.   CLNA: acTC, generally known a.d.o. acTown &
          Country Linen Corporation
948. VA-685-404: <Les> pommes.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
949. VA-685-405: Lenore.   CLNA: acTC, generally known a.d.o. acTown &
          Country Linen Corporation
950. VA-685-406: Lemons.   CLNA: acTC, generally known a.d.o. acTown &
          Country Linen Corporation
951. VA-685-407: Lasso.   CLNA: acTC, generally known a.d.o. acTown &
          Country Linen Corporation
952. VA-685-408: Flax.   CLNA: acTC, generally known a.d.o. acTown &
          Country Linen Corporation
953. VA-685-409: Floral cards.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set          Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#    Example--> display item 2
READY:

ITEMS 954-960 OF 3,313          SET 6: BRIEF DISPLAY          FILE: COHM
                                (ASCENDING ORDER)
954. VA-685-410: Floral garden.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
955. VA-685-411: Grapes/leaves.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
956. VA-685-412: General store.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
957. VA-685-413: Goose girl.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
958. VA-685-414: Gloria's garden.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
959. VA-685-415: Glen Ridge.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
960. VA-685-416: Marsha.   CLNA: acTC, generally known a.d.o. acTown &
          Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set          Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#    Example--> display item 2
READY:

ITEMS 961-967 OF 3,313          SET 6: BRIEF DISPLAY          FILE: COHM
                                (ASCENDING ORDER)
961. VA-685-417: Marlene.   CLNA: acTC, generally known a.d.o. acTown &
          Country Linen Corporation
962. VA-685-418: Greetings of the season.   CLNA: acTC, generally known
          a.d.o. acTown & Country Linen Corporation
963. VA-688-148: Zinnia.   CLNA: acTC, generally known a.d.o. acTown &
          Country Linen Corporation

964. VA-688-149: West brand pears.   CLNA: acTC, generally known a.d.o.

Case 1:07-cv-03159-MGC   Document 9-10   Filed 06/01/2007   Page 28 of 41

965. VA-688-150: Wendy.   CLNA: acTC, generally known a.d.o. acTown &
        Country Linen Corporation
966. VA-688-151: Walker.   CLNA: acTC, generally known a.d.o. acTown &
        Country Linen Corporation
967. VA-688-152: Walden.   CLNA: acTC, generally known a.d.o. acTown &
        Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set            Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:

968. VA-688-153: VanGogh.   CLNA: acTC, generally known a.d.o. acTown &
        Country Linen Corporation
969. VA-688-154: Tea rose.   CLNA: acTC, generally known a.d.o. acTown
        & Country Linen Corporation
970. VA-688-155: Sunny.   CLNA: acTC, generally known a.d.o. acTown &
        Country Linen Corporation
971. VA-688-156: Stipple heart wreath.   CLNA: acTC, generally known
        a.d.o. acTown & Country Linen Corporation
972. VA-688-157: Still life.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
973. VA-688-158: Stamford.   CLNA: acTC, generally known a.d.o. acTown
        & Country Linen Corporation
974. VA-688-159: Solar floral.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set            Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:

975. VA-688-160: Sedona.   CLNA: acTC, generally known a.d.o. acTown &
        Country Linen Corporation
976. VA-688-161: Sea mist.   CLNA: acTC, generally known a.d.o. acTown
        & Country Linen Corporation
977. VA-688-162: Rose vine.   CLNA: acTC, generally known a.d.o. acTown
        & Country Linen Corporation
978. VA-688-163: Rose & script.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
979. VA-688-164: Plaid leaf.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
980. VA-688-165: Pansy & script.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
981. VA-688-166: Pamela.   CLNA: acTC, generally known a.d.o. acTown &
        Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set            Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:

```
ITEMS 982-988 OF 3,313          SET 6: BRIEF DISPLAY              FILE: COHM
                                 (ASCENDING ORDER)
 982. VA-688-167: Orange orchard.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
 983. VA-688-168: Nora.   CLNA: acTC, generally known a.d.o. acTown &
          Country Linen Corporation
 984. VA-688-169: Nicholes' garden.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
 985. VA-688-170: Navajo diamond.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
 986. VA-688-171: Navajo square.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
 987. VA-688-172: Morgantown.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
 988. VA-688-173: Montego patch.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation


NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set              Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#    Example--> display item 2
READY:
```

```
ITEMS 989-995 OF 3,313          SET 6: BRIEF DISPLAY              FILE: COHM
                                 (ASCENDING ORDER)
 989. VA-688-174: Mi casa.   CLNA: acTC, generally known a.d.o. acTown &
          Country Linen Corporation
 990. VA-688-175: Maywood.   CLNA: acTC, generally known a.d.o. acTown &
          Country Linen Corporation
 991. VA-688-176: Marjorie.   CLNA: acTC, generally known a.d.o. acTown
          & Country Linen Corporation
 992. VA-688-177: King fruit apples.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
 993. VA-688-178: Ivy.   CLNA: acTC, generally known a.d.o. acTown &
          Country Linen Corporation
 994. VA-688-179: Holland tulip.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
 995. VA-688-180: Gardening spirit.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation


NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set              Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#    Example--> display item 2
READY:
```

```
                                          ibm3.loc.gov  14:40:35

ITEMS 996-1,002 OF 3,313        SET 6: BRIEF DISPLAY              FILE: COHM
                                 (ASCENDING ORDER)
 996. VA-688-181: Farmland.   CLNA: acTC, generally known a.d.o. acTown
          & Country Linen Corporation
 997. VA-688-182: Fruit elegance.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
 998. VA-688-183: Dorchester.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
 999. VA-688-184: Delicious apple.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,000. VA-688-185: Delia.   CLNA: acTC, generally known a.d.o. acTown &
```

Case 3:07-cv-03159-MGC   Document 9-10   Filed 06/01/2007   Page 30 of 41

```
                   Country Linen Corporation
1,001.  VA-688-186: Dotal.   CLNA: acTC, generally known a.d.o.
                   a.d.o. acTown & Country Linen Corporation
1,002.  VA-688-187: Damask floral.   CLNA: acTC, generally known a.d.o.
                   acTown & Country Linen Corporation


NEXT PAGE:            press transmit or enter key
SKIP AHEAD/BACK:      type any item# in set          Example--> 25
FULL DISPLAY:        type DISPLAY ITEM plus an item#  Example--> display item 2
READY:
```

```
ITEMS 1,003-1,009 OF 3,313      SET 6: BRIEF DISPLAY         FILE: COHM
                              (ASCENDING ORDER)
1,003.  VA-688-188: Daises-black.   CLNA: acTC, generally known a.d.o.
                   acTown & Country Linen Corporation
1,004.  VA-688-189: Daffodil & script.   CLNA: acTC, generally known
                   a.d.o. acTown & Country Linen Corporation
1,005.  VA-688-190: Cris.   CLNA: acTC, generally known a.d.o. acTown &
                   Country Linen Corporation
1,006.  VA-688-191: Country ducks.   CLNA: acTC, generally known a.d.o.
                   acTown & Country Linen Corporation
1,007.  VA-688-192: Country cat.   CLNA: acTC, generally known a.d.o.
                   acTown & Country Linen Corporation
1,008.  VA-688-193: Clarisse.   CLNA: acTC, generally known a.d.o.
                   acTown & Country Linen Corporation
1,009.  VA-688-194: Chesterfield.   CLNA: acTC, generally known a.d.o.
                   acTown & Country Linen Corporation


NEXT PAGE:            press transmit or enter key
SKIP AHEAD/BACK:      type any item# in set          Example--> 25
FULL DISPLAY:        type DISPLAY ITEM plus an item#  Example--> display item 2
READY:
```

```
ITEMS 1,010-1,016 OF 3,313      SET 6: BRIEF DISPLAY         FILE: COHM
                              (ASCENDING ORDER)
1,010.  VA-688-195: Cara.   CLNA: acTC, generally known a.d.o. acTown &
                   Country Linen Corporation
1,011.  VA-688-196: Botanical plums.   CLNA: acTC, generally known a.d.o.
                   acTown & Country Linen Corporation
1,012.  VA-688-197: Botanical pears.   CLNA: acTC, generally known a.d.o.
                   acTown & Country Linen Corporation
1,013.  VA-688-198: Botanical grapes.   CLNA: acTC, generally known
                   a.d.o. acTown & Country Linen Corporation
1,014.  VA-688-199: Botanical gingham.   CLNA: acTC, generally known
                   a.d.o. acTown & Country Linen Corporation
1,015.  VA-688-200: Botanical apples.   CLNA: acTC, generally known
                   a.d.o. acTown & Country Linen Corporation
1,016.  VA-688-201: Basketweave floral.   CLNA: acTC, generally known
                   a.d.o. acTown & Country Linen Corporation


NEXT PAGE:            press transmit or enter key
SKIP AHEAD/BACK:      type any item# in set          Example--> 25
FULL DISPLAY:        type DISPLAY ITEM plus an item#  Example--> display item 2
READY:
```

1,017. VA-688-202: Avon.    CLNA: acTC, generally known a.d.o. acTown &
       Country Linen Corporation
1,018. VA-688-203: Autumn wreath.    CLNA: acTC, generally known a.d.o.
       acTown & Country Linen Corporation
1,019. VA-688-204: Apples delight.    CLNA: acTC, generally known a.d.o.
       acTown & Country Linen Corporation
1,020. VA-688-205: Alexandra.    CLNA: acTC, generally known a.d.o.
       acTown & Country Linen Corporation
1,021. VA-694-458: Desert blooms.    CLNA: acTC, generally known a.d.o.
       acTown & Country Linen Corporation
1,022. VA-694-459: Debbie.    CLNA: acTC, generally known a.d.o. acTown
       & Country Linen Corporation
1,023. VA-698-691: Pottery.    CLNA: acTC, generally known a.d.o. acTown
       & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set              Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#    Example--> display item 2
READY:

1,024. VA-709-181: Silk road.    CLNA: acTC generally known a.d.o.
       acTown & Country Linen Corporation
1,025. VA-709-182: Eileen.    CLNA: acTC generally known a.d.o. acTown &
       Country Linen Corporation
1,026. VA-709-183: Chambray patchwork.    CLNA: acTC generally known
       a.d.o. acTown & Country Linen Corporation
1,027. VA-709-184: Americana patch.    CLNA: acTC generally known a.d.o.
       acTown & Country Linen Corporation
1,028. VA-718-268: Christmas frames.    CLNA: acTC (generally known
       a.d.o. acTown & Country Linen Corporation)
1,029. VA-718-269: Beaded ornaments.    CLNA: acTC (generally known
       a.d.o. acTown & Country Linen Corporation)
1,030. VA-718-270: Candy cane toss.    CLNA: acTC (generally known a.d.o.
       acTown & Country Linen Corporation)

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set              Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#    Example--> display item 2
READY:

1,031. VA-718-271: Christmas hearts.    CLNA: acTC (generally known
       a.d.o. acTown & Country Linen Corporation)
1,032. VA-792-111: Stockings, bells & bows.    CLNA: acTC, generally
       known a.d.o. acTown & Country Linen Corporation
1,033. VA-792-112: Joy to the world.    CLNA: acTC, generally known
       a.d.o. acTown & Country Linen Corporation
1,034. VA-792-113: Jolly old Saint Nick.    CLNA: acTC, generally known
       a.d.o. acTown & Country Linen Corporation
1,035. VA-792-114: Jingle bells.    CLNA: acTC, generally known a.d.o.
       acTown & Country Linen Corporation
1,036. VA-792-115: Jack Frost nipping at your nose.    CLNA: acTC,
       generally known a.d.o. acTown & Country Linen Corporation

1,037. VA-792-116: Drummer boy.   CLNA: acTC, generally known a.d.o.
acTown & Country Linen Corporation

Case 1:07-cv-03159-MGC   Document 9-10 at Filed 06/01/2007   Page 32 of 41

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set          Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#  Example--> display item 2
READY:

ITEMS 1,038-1,044 OF 3,313       SET 6: BRIEF DISPLAY          FILE: COHM
                                 (ASCENDING ORDER)
1,038. VA-792-117: Dancing snowflakes.   CLNA: acTC, generally known
        a.d.o. acTown & Country Linen Corporation
1,039. VA-792-118: Damask & bells.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
1,040. VA-792-119: It's Christmas once again.   CLNA: acTC, generally
        known a.d.o. acTown & Country Linen Corporation
1,041. VA-792-120: It's a wonderful life.   CLNA: acTC, generally known
        a.d.o. acTown & Country Linen Corporation
1,042. VA-792-121: On the first day of Christmas.   CLNA: acTC,
        generally known a.d.o. acTown & Country Linen Corporation
1,043. VA-792-122: Santa's treat.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
1,044. VA-792-123: Santa takes a holiday.   CLNA: acTC, generally known
        a.d.o. acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set          Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#  Example--> display item 2
READY:

ITEMS 1,045-1,051 OF 3,313       SET 6: BRIEF DISPLAY          FILE: COHM
                                 (ASCENDING ORDER)
1,045. VA-792-124: Santa Claus is coming to town.   CLNA: acTC,
        generally known a.d.o. acTown & Country Linen Corporation
1,046. VA-792-125: Rocking around the Christmas tree.   CLNA: acTC,
        generally known a.d.o. acTown & Country Linen Corporation
1,047. VA-792-126: Post it to Santa.   CLNA: acTC, generally known
        a.d.o. acTown & Country Linen Corporation
1,048. VA-792-127: Silent night.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
1,049. VA-792-128: Sleigh ride together with you.   CLNA: acTC,
        generally known a.d.o. acTown & Country Linen Corporation
1,050. VA-792-129: Snow flakes and stars.   CLNA: acTC, generally known
        a.d.o. acTown & Country Linen Corporation
1,051. VA-792-130: Star of wonder.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set          Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#  Example--> display item 2
READY:

ITEMS 1,052-1,058 OF 3,313       SET 6: BRIEF DISPLAY          FILE: COHM
                                 (ASCENDING ORDER)

1,052. VA-792-131: Wreaths ribbons & fruit.   CLNA: acTC, generally
         known a.d.o. acTown & Country Linen Corporation
1,053. VA-792-132: You're my Christmas present.   CLNA: acTC, generally
         known a.d.o. acTown & Country Linen Corporation
1,054. VA-792-133: Yuletide.   CLNA: acTC, generally known a.d.o.
         acTown & Country Linen Corporation
1,055. VA-792-134: Yuletide village.   CLNA: acTC, generally known
         a.d.o. acTown & Country Linen Corporation
1,056. VA-792-135: Kris Kringle.   CLNA: acTC, generally known a.d.o.
         acTown & Country Linen Corporation
1,057. VA-792-136: Laura's Christmas.   CLNA: acTC, generally known
         a.d.o. acTown & Country Linen Corporation
1,058. VA-792-137: Noel.   CLNA: acTC, generally known a.d.o. acTown &
         Country Linen Corporation


NEXT PAGE:         press transmit or enter key
SKIP AHEAD/BACK:   type any item# in set          Example--> 25
FULL DISPLAY:      type DISPLAY ITEM plus an item#   Example--> display item 2
READY:




ITEMS 1,059-1,065 OF 3,313      SET 6: BRIEF DISPLAY          FILE: COHM
                      (ASCENDING ORDER)
1,059. VA-792-138: Nordic festival.   CLNA: acTC, generally known a.d.o.
         acTown & Country Linen Corporation
1,060. VA-792-139: Oh holy night.   CLNA: acTC, generally known a.d.o.
         acTown & Country Linen Corporation
1,061. VA-792-140: Oh little town.   CLNA: acTC, generally known a.d.o.
         acTown & Country Linen Corporation
1,062. VA-792-141: The gifts we bring.   CLNA: acTC, generally known
         a.d.o. acTown & Country Linen Corporation
1,063. VA-792-142: 'Tis the season.   CLNA: acTC, generally known a.d.o.
         acTown & Country Linen Corporation
1,064. VA-792-143: 'Twas the night before Christmas.   CLNA: acTC,
         generally known a.d.o. acTown & Country Linen Corporation
1,065. VA-792-144: Visions of sugarplums.   CLNA: acTC, generally known
         a.d.o. acTown & Country Linen Corporation


NEXT PAGE:         press transmit or enter key
SKIP AHEAD/BACK:   type any item# in set          Example--> 25
FULL DISPLAY:      type DISPLAY ITEM plus an item#   Example--> display item 2
READY:




ITEMS 1,066-1,072 OF 3,313      SET 6: BRIEF DISPLAY          FILE: COHM
                      (ASCENDING ORDER)
1,066. VA-792-145: Visit of Saint Nick.   CLNA: acTC, generally known
         a.d.o. acTown & Country Linen Corporation
1,067. VA-792-146: Waltz of the flowers.   CLNA: acTC, generally known
         a.d.o. acTown & Country Linen Corporation
1,068. VA-792-147: We wish you a merry Christmas.   CLNA: acTC,
         generally known a.d.o. acTown & Country Linen Corporation
1,069. VA-792-148: White Christmas.   CLNA: acTC, generally known a.d.o.
         acTown & Country Linen Corporation
1,070. VA-792-149: Winter wonderland.   CLNA: acTC, generally known
         a.d.o. acTown & Country Linen Corporation
1,071. VA-792-150: Winter's frost.   CLNA: acTC, generally known a.d.o.
         acTown & Country Linen Corporation
1,072. VA-792-151: Country greetings.   CLNA: acTC, generally known
         a.d.o. acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:  Case 1:07-cv-03159-MGC   Document 9-10   Filed 06/01/2007   Page 34 of 41
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:

ibm3.loc.gov  14:43:43

ITEMS 1,073-1,079 OF 3,313      SET 6: BRIEF DISPLAY                FILE: COHM
                                 (ASCENDING ORDER)
1,073. VA-792-152: A cozy Christmas.   CLNA: acTC, generally known
        a.d.o. acTown & Country Linen Corporation
1,074. VA-792-153: Adeste fideles.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
1,075. VA-792-154: City sidewalks.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
1,076. VA-792-155: Christmas wishes.   CLNA: acTC, generally known
        a.d.o. acTown & Country Linen Corporation
1,077. VA-792-156: Christmas time is here.   CLNA: acTC, generally known
        a.d.o. acTown & Country Linen Corporation
1,078. VA-792-157: Christmas sonata.   CLNA: acTC, generally known
        a.d.o. acTown & Country Linen Corporation
1,079. VA-792-158: Christmas memories.   CLNA: acTC, generally known
        a.d.o. acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:  type any item# in set            Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:

ITEMS 1,080-1,086 OF 3,313      SET 6: BRIEF DISPLAY                FILE: COHM
                                 (ASCENDING ORDER)
1,080. VA-792-159: Chestnuts roasting on an open fire.   CLNA: acTC,
        generally known a.d.o. acTown & Country Linen Corporation
1,081. VA-792-160: Candy cane suite.   CLNA: acTC, generally known
        a.d.o. acTown & Country Linen Corporation
1,082. VA-792-161: Blue snowman.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
1,083. VA-792-162: Blue Christmas.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
1,084. VA-792-163: Beauty bright.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
1,085. VA-792-164: Bear merry Christmas.   CLNA: acTC, generally known
        a.d.o. acTown & Country Linen Corporation
1,086. VA-792-165: Greensleeves.   CLNA: acTC, generally known
        acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:  type any item# in set            Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:

ibm3.loc.gov  14:43:46

ITEMS 1,087-1,093 OF 3,313      SET 6: BRIEF DISPLAY                FILE: COHM
                                 (ASCENDING ORDER)
1,087. VA-792-166: Gloria.   CLNA: acTC, generally known a.d.o. acTown
        & Country Linen Corporation
1,088. VA-792-167: Glad tidings.   CLNA: acTC, generally known a.d.o.

1,089. VA-792-168: Garland of delight.   CLNA: acTC, generally known
       a.d.o. acTown & Country Linen Corporation
1,090. VA-792-169: Frosty the Snowman.   CLNA: acTC, generally known
       a.d.o. acTown & Country Linen Corporation
1,091. VA-792-170: A duck's Christmas.   CLNA: acTC, generally known
       a.d.o. acTown & Country Linen Corporation
1,092. VA-792-171: A feeling of Christmas.   CLNA: acTC, generally known
       a.d.o. acTown & Country Linen Corporation
1,093. VA-792-172: All I want for Christmas.   CLNA: acTC, generally
       known a.d.o. acTown & Country Linen Corporation


NEXT PAGE:        press transmit or enter key
SKIP AHEAD/BACK:  type any item# in set          Example--> 25
FULL DISPLAY:     type DISPLAY ITEM plus an item#   Example--> display item 2
READY:



                                      ibm3.loc.gov  14:44:32


ITEMS 1,094-1,100 OF 3,313      SET 6: BRIEF DISPLAY          FILE: COHM
                             (ASCENDING ORDER)
1,094. VA-792-173: It came upon a midnight clear.   CLNA: acTC,
       generally known a.d.o. acTown & Country Linen Corporation
1,095. VA-792-174: I'll be home for Christmas.   CLNA: acTC, generally
       known a.d.o. acTown & Country Linen Corporation
1,096. VA-792-175: Home for the holidays.   CLNA: acTC, generally known
       a.d.o. acTown & Country Linen Corporation
1,097. VA-792-176: Holly & ivy.   CLNA: acTC, generally known a.d.o.
       acTown & Country Linen Corporation
1,098. VA-792-177: Holiday splendor.   CLNA: acTC, generally known
       a.d.o. acTown & Country Linen Corporation
1,099. VA-792-178: Holiday cantata.   CLNA: acTC, generally known a.d.o.
       acTown & Country Linen Corporation
1,100. VA-792-179: Holiday botanical.   CLNA: acTC, generally known
       a.d.o. acTown & Country Linen Corporation


NEXT PAGE:        press transmit or enter key
SKIP AHEAD/BACK:  type any item# in set          Example--> 25
FULL DISPLAY:     type DISPLAY ITEM plus an item#   Example--> display item 2
READY:




ITEMS 1,101-1,107 OF 3,313      SET 6: BRIEF DISPLAY          FILE: COHM
                             (ASCENDING ORDER)
1,101. VA-792-180: Hark the herald angels.   CLNA: acTC, generally known
       a.d.o. acTown & Country Linen Corporation.
1,102. VA-792-181: Happy holidays.   CLNA: acTC, generally known a.d.o.
       acTown & Country Linen Corporation
1,103. VA-794-517: Tuitti fruitti {sic} boxes.   CLNA: acTC, generally
       known a.d.o. acTown & Country Linen Corporation
1,104. VA-794-518: Bar Harbor.   CLNA: acTC, generally known a.d.o.
       acTown & Country Linen Corporation
1,105. VA-794-519: Victorian holiday.   CLNA: acTC, generally known
       a.d.o. acTown & Country Linen Corporation
1,106. VA-794-520: Teddy bear Christmas.   CLNA: acTC, generally known
       a.d.o. acTown & Country Linen Corporation
1,107. VA-794-521: Santa's treasures.   CLNA: acTC, generally known
       a.d.o. acTown & Country Linen Corporation


NEXT PAGE:        press transmit or enter key
SKIP AHEAD/BACK:  type any item# in set          Example--> 25
FULL DISPLAY:     type DISPLAY ITEM plus an item#   Example--> display item 2

```
ITEMS 1,108-1,114 OF 3,313      SET 6: BRIEF DISPLAY           FILE: COHM
                                (ASCENDING ORDER)
1,108. VA-794-522: Ornamental holly.   CLNA: acTC, generally known
          a.d.o. acTown & Country Linen Corporation
1,109. VA-794-523: Holiday ribbon.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,110. VA-794-524: Holiday basket.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,111. VA-794-525: Holiday apple.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,112. VA-794-526: Golden bells.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,113. VA-794-527: Christmas spirit.   CLNA: acTC, generally known
          a.d.o. acTown & Country Linen Corporation
1,114. VA-794-528: Candy cane.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation

NEXT PAGE:           press transmit or enter key
SKIP AHEAD/BACK:     type any item# in set          Example--> 25
FULL DISPLAY:        type DISPLAY ITEM plus an item#  Example--> display item 2
READY:




ITEMS 1,115-1,121 OF 3,313      SET 6: BRIEF DISPLAY           FILE: COHM
                                (ASCENDING ORDER)
1,115. VA-794-529: William & Mary.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,116. VA-794-530: Botanical check.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,117. VA-794-531: Autumn patch.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,118. VA-794-532: Apple Tree Road.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,119. VA-794-533: Watering cans.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,120. VA-794-534: Tile patch.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,121. VA-794-535: Stencil vegetables.   CLNA: acTC, generally known
          a.d.o. acTown & Country Linen Corporation

NEXT PAGE:           press transmit or enter key
SKIP AHEAD/BACK:     type any item# in set          Example--> 25
FULL DISPLAY:        type DISPLAY ITEM plus an item#  Example--> display item 2
READY:



                                    ibm3.loc.gov  14:45:45

ITEMS 1,122-1,128 OF 3,313      SET 6: BRIEF DISPLAY           FILE: COHM
                                (ASCENDING ORDER)
1,122. VA-794-536: Sophia.   CLNA: acTC, generally known a.d.o. acTown
          & Country Linen Corporation
1,123. VA-794-537: Lady bug.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,124. VA-794-538: Veggies.   CLNA: acTC, generally known a.d.o. acTown
          & Country Linen Corporation
```

1,125. VA-794-539: Daisy night. CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation

1,126. VA-794-540: Burgundy bouquet. CLNA: acTC, generally known
        a.d.o. acTown & Country Linen Corporation
1,127. VA-794-541: Falling leaves. CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
1,128. VA-794-542: Fruit salad. CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation

NEXT PAGE:           press transmit or enter key
SKIP AHEAD/BACK:     type any item# in set              Example--> 25
FULL DISPLAY:        type DISPLAY ITEM plus an item#    Example--> display item 2
READY:

                                        ibm3.loc.gov  14:45:46

ITEMS 1,129-1,135 OF 3,313      SET 6: BRIEF DISPLAY          FILE: COHM
                               (ASCENDING ORDER)
1,129. VA-794-543: Green rooster. CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
1,130. VA-794-544: Mums. CLNA: acTC, generally known a.d.o. acTown &
        Country Linen Corporation
1,131. VA-794-545: Mailbox. CLNA: acTC, generally known a.d.o. acTown
        & Country Linen Corporation
1,132. VA-794-546: Lamb check. CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
1,133. VA-794-547: Pink rose. CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
1,134. VA-794-548: Passion fruit. CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
1,135. VA-794-549: Ribboned roses. CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation

NEXT PAGE:           press transmit or enter key
SKIP AHEAD/BACK:     type any item# in set              Example--> 25
FULL DISPLAY:        type DISPLAY ITEM plus an item#    Example--> display item 2
READY:

ITEMS 1,136-1,142 OF 3,313      SET 6: BRIEF DISPLAY          FILE: COHM
                               (ASCENDING ORDER)
1,136. VA-794-550: Red Rooster Farm. CLNA: acTC, generally known
        a.d.o. acTown & Country Linen Corporation
1,137. VA-794-551: Potter's cottage. CLNA: acTC, generally known
        a.d.o. acTown & Country Linen Corporation
1,138. VA-794-552: Roses & lilacs. CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
1,139. VA-794-553: Rose's leaves. CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
1,140. VA-794-554: Rose love. CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
1,141. VA-794-555: Spring tulips. CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
1,142. VA-794-556: Strawberry field. CLNA: acTC, generally known
        a.d.o. acTown & Country Linen Corporation

NEXT PAGE:           press transmit or enter key
SKIP AHEAD/BACK:     type any item# in set              Example--> 25
FULL DISPLAY:        type DISPLAY ITEM plus an item#    Example--> display item 2
READY:

ITEMS 1,143-1,149 OF 3,313        SET 6: BRIEF DISPLAY            FILE: COHM
                                  (ASCENDING ORDER)
1,143. VA-794-557: Tulip garden.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,144. VA-794-558: Victoria.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,145. VA-794-559: Tuitti fruitti {sic} check.   CLNA: acTC, generally
          known a.d.o. acTown & Country Linen Corporation
1,146. VA-805-144: Criss cross holly.   CLNA: acTC, generally known
          a.d.o. acTown & Country Linen Corporation
1,147. VA-805-145: Country greetings.   CLNA: acTC, generally known
          a.d.o. acTown & Country Linen Corporation
1,148. VA-832-363: Gerber daisy.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,149. VA-832-364: Geranium impressions.   CLNA: acTC, generally known
          a.d.o. acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set            Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#  Example--> display item 2
READY:



ITEMS 1,150-1,156 OF 3,313        SET 6: BRIEF DISPLAY            FILE: COHM
                                  (ASCENDING ORDER)
1,150. VA-832-365: Funny bunny & chick.   CLNA: acTC, generally known
          a.d.o. acTown & Country Linen Corporation
1,151. VA-832-366: Funny bunnies.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,152. VA-832-367: Flower market.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,153. VA-832-368: Easter wishes.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,154. VA-832-369: Easter treasures.   CLNA: acTC, generally known
          a.d.o. acTown & Country Linen Corporation
1,155. VA-832-370: Easter springtime.   CLNA: acTC, generally known
          a.d.o. acTown & Country Linen Corporation
1,156. VA-832-371: Easter parade.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set            Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#  Example--> display item 2
READY:



ITEMS 1,157-1,163 OF 3,313        SET 6: BRIEF DISPLAY            FILE: COHM
                                  (ASCENDING ORDER)
1,157. VA-832-372: Easter chick.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,158. VA-832-373: Easter bunnies.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,159. VA-832-374: Easter basket fun.   CLNA: acTC, generally known
          a.d.o. acTown & Country Linen Corporation
1,160. VA-832-375: Easter basket.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,161. VA-832-376: Daisy day.   CLNA: acTC, generally known a.d.o.

acTown & Country Linen Corporation
1,162. VA-832-377: Daisy crazy.   CLNA: acTC, generally known a.d.o.
       acTown & Country Linen Corporation
1,163. VA-832-378: Country watermelon.   CLNA: acTC, generally known
       a.d.o. acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set              Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#    Example--> display item 2
READY:




ITEMS 1,164-1,170 OF 3,313      SET 6: BRIEF DISPLAY          FILE: COHM
                            (ASCENDING ORDER)
1,164. VA-832-379: Country lemon.   CLNA: acTC, generally known a.d.o.
       acTown & Country Linen Corporation
1,165. VA-832-380: Country fair.   CLNA: acTC, generally known a.d.o.
       acTown & Country Linen Corporation
1,166. VA-832-381: Country charm.   CLNA: acTC, generally known a.d.o.
       acTown & Country Linen Corporation
1,167. VA-832-382: Country apple.   CLNA: acTC, generally known a.d.o.
       acTown & Country Linen Corporation
1,168. VA-832-383: Chicks 'n' patches.   CLNA: acTC, generally known
       a.d.o. acTown & Country Linen Corporation
1,169. VA-832-384: Chicks 'n' eggs.   CLNA: acTC, generally known a.d.o.
       acTown & Country Linen Corporation
1,170. VA-832-385: Calico bunny.   CLNA: acTC, generally known a.d.o.
       acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set              Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#    Example--> display item 2
READY:




ITEMS 1,171-1,177 OF 3,313      SET 6: BRIEF DISPLAY          FILE: COHM
                            (ASCENDING ORDER)
1,171. VA-832-386: Bunny pot.   CLNA: acTC, generally known a.d.o.
       acTown & Country Linen Corporation
1,172. VA-832-387: Bunny love.   CLNA: acTC, generally known a.d.o.
       acTown & Country Linen Corporation
1,173. VA-832-388: Bunny garden.   CLNA: acTC, generally known a.d.o.
       acTown & Country Linen Corporation
1,174. VA-832-389: Bunny eggs.   CLNA: acTC, generally known a.d.o.
       acTown & Country Linen Corporation
1,175. VA-832-390: Bunny bonnet.   CLNA: acTC, generally known a.d.o.
       acTown & Country Linen Corporation
1,176. VA-832-391: Backyard blues.   CLNA: acTC, generally known a.d.o.
       acTown & Country Linen Corporation
1,177. VA-832-392: Asparagus.   CLNA: acTC, generally known a.d.o.
       acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set              Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#    Example--> display item 2
READY:

1,178. VA-832-393: A garden Easter.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,179. VA-832-394: Watermelon vignette.   CLNA: acTC, generally known
          a.d.o. acTown & Country Linen Corporation
1,180. VA-832-395: Watermelon.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,181. VA-832-396: Tulip gingham.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,182. VA-832-397: Tulip friendly.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,183. VA-832-398: Tulip for my bunny.   CLNA: acTC, generally known
          a.d.o. acTown & Country Linen Corporation
1,184. VA-832-399: Tulip border.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set          Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#  Example--> display item 2
READY:

1,185. VA-832-400: Tomato.   CLNA: acTC, generally known a.d.o. acTown
          & Country Linen Corporation
1,186. VA-832-401: Three berries.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,187. VA-832-402: Sunkissed II.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,188. VA-832-403: Summer strawberry.   CLNA: acTC, generally known
          a.d.o. acTown & Country Linen Corporation
1,189. VA-832-404: Summer fruits.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,190. VA-832-405: Summer cherries.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,191. VA-832-406: Strawberry on check.   CLNA: acTC, generally known
          a.d.o. acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set          Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#  Example--> display item 2
READY:

1,192. VA-832-407: Stencil tulip.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,193. VA-832-408: Starfish.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,194. VA-832-409: Spring bouquet.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,195. VA-832-410: Seafish.   CLNA: acTC, generally known a.d.o. acTown
          & Country Linen Corporation
1,196. VA-832-411: Sea buddies.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,197. VA-832-412: Retro basket.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation

```
NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set          Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item# Example--> display item 2
READY:
```

```
ITEMS 1,199-1,205 OF 3,313      SET 6: BRIEF DISPLAY            FILE: COHM
                                (ASCENDING ORDER)
1,199. VA-832-414: Picnic vignette.  CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,200. VA-832-415: Picnic time.  CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,201. VA-832-416: Picnic holiday.  CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,202. VA-832-417: Peppers.  CLNA: acTC, generally known a.d.o. acTown
          & Country Linen Corporation
1,203. VA-832-418: Over the rainbow.  CLNA: acTC, generally known
          a.d.o. acTown & Country Linen Corporation
1,204. VA-832-419: Ms. Bunny.  CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,205. VA-832-420: Mr. Bunny.  CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
```

```
NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set          Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item# Example--> display item 2
READY:
```

```
ITEMS 1,206-1,212 OF 3,313      SET 6: BRIEF DISPLAY            FILE: COHM
                                (ASCENDING ORDER)
1,206. VA-832-421: Melon delight.  CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,207. VA-832-422: Lemonade.  CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,208. VA-832-423: Lemon.  CLNA: acTC, generally known a.d.o. acTown &
          Country Linen Corporation
1,209. VA-832-424: Heirloom bouquet.  CLNA: acTC, generally known
          a.d.o. acTown & Country Linen Corporation
1,210. VA-835-960: Cats meow.  CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
1,211. VA-835-961: Candy cane.  CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
1,212. VA-835-962: Bunny basket.  CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
```

```
NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set          Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item# Example--> display item 2
READY:
```

```
ITEMS 1,213-1,219 OF 3,313      SET 6: BRIEF DISPLAY            FILE: COHM
                                (ASCENDING ORDER)
1,213. VA-835-963: Cherry gingham.  CLNA: acTC generally known a.d.o.
```