Case 1:07-cv-03199-MGC   Document 9-11   Filed 06/01/2007   Page 1 of 41

1,213. VA-835-963: Cherry gingham.   CLNA: acTC generally known a.d.o.
           acTown & Country Linen Corporation
1,214. VA-835-964: Chintz.   CLNA: acTC generally known a.d.o.
           acTown & Country Linen Corporation
1,215. VA-835-965: Chantilly.   CLNA: acTC generally known a.d.o.
           acTown & Country Linen Corporation
1,216. VA-835-966: Chamberlain.   CLNA: acTC generally known a.d.o.
           acTown & Country Linen Corporation
1,217. VA-835-967: Delilah.   CLNA: acTC generally known a.d.o. acTown
           & Country Linen Corporation
1,218. VA-835-968: Brittany.   CLNA: acTC generally known a.d.o. acTown
           & Country Linen Corporation
1,219. VA-835-969: Bowl of cherries.   CLNA: acTC generally known a.d.o.
           acTown & Country Linen Corporation


NEXT PAGE:            press transmit or enter key
SKIP AHEAD/BACK:      type any item# in set            Example--> 25
FULL DISPLAY:         type DISPLAY ITEM plus an item#   Example--> display item 2
READY:




                                         ibm3.loc.gov  14:49:05

ITEMS 1,220-1,226 OF 3,313       SET 6: BRIEF DISPLAY            FILE: COHM
                                 (ASCENDING ORDER)
1,220. VA-835-970: Blueberry pie.   CLNA: acTC generally known a.d.o.
           acTown & Country Linen Corporation
1,221. VA-835-971: Blue cottage.   CLNA: acTC generally known a.d.o.
           acTown & Country Linen Corporation
1,222. VA-835-972: Bianca.   CLNA: acTC generally known a.d.o. acTown &
           Country Linen Corporation
1,223. VA-835-973: Concord.   CLNA: acTC generally known a.d.o. acTown
           & Country Linen Corporation
1,224. VA-835-974: Barnyard.   CLNA: acTC generally known a.d.o. acTown
           & Country Linen Corporation
1,225. VA-835-975: Aurora.   CLNA: acTC generally known a.d.o. acTown &
           Country Linen Corporation
1,226. VA-835-976: Asparagus bunches.   CLNA: acTC generally known
           a.d.o. acTown & Country Linen Corporation


NEXT PAGE:            press transmit or enter key
SKIP AHEAD/BACK:      type any item# in set            Example--> 25
FULL DISPLAY:         type DISPLAY ITEM plus an item#   Example--> display item 2
READY:




                                         ibm3.loc.gov  14:49:06

ITEMS 1,227-1,233 OF 3,313       SET 6: BRIEF DISPLAY            FILE: COHM
                                 (ASCENDING ORDER)
1,227. VA-835-977: April.   CLNA: acTC generally known a.d.o. acTown &
           Country Linen Corporation
1,228. VA-835-978: Apple basket.   CLNA: acTC generally known a.d.o.
           acTown & Country Linen Corporation
1,229. VA-835-979: Apple.   CLNA: acTC generally known a.d.o. acTown &
           Country Linen Corporation
1,230. VA-835-980: Anthony.   CLNA: acTC generally known a.d.o. acTown
           & Country Linen Corporation
1,231. VA-835-981: Annabelle.   CLNA: acTC generally known a.d.o.
           acTown & Country Linen Corporation
1,232. VA-835-982: Berry patch.   CLNA: acTC generally known a.d.o.
           acTown & Country Linen Corporation
1,233. VA-835-983: Berries & cream.   CLNA: acTC generally known a.d.o.
           acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set          Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item# Example--> display item 2
READY:

Case 1:07-cv-03139-MGC   Document 9-11   Filed 06/01/2007   Page 2 of 41

ibm3.loc.gov  14:53:17

ITEMS 1,234-1,240 OF 3,313     SET 6: BRIEF DISPLAY          FILE: COHM
                           (ASCENDING ORDER)
1,234. VA-835-984: Apple cider.   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
1,235. VA-836-010: Garden trellis.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,236. VA-836-011: Garden fence.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,237. VA-836-012: Gardenscape.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,238. VA-836-013: Garden.   CLNA: acTC, generally known a.d.o. acTown
          & Country Linen Corporation
1,239. VA-836-014: Happy Easter.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,240. VA-836-015: Hannah.   CLNA: acTC, generally known a.d.o. acTown
          & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set          Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item# Example--> display item 2
READY:

ITEMS 1,241-1,247 OF 3,313     SET 6: BRIEF DISPLAY          FILE: COHM
                           (ASCENDING ORDER)
1,241. VA-836-016: Great American cookout.   CLNA: acTC, generally known
          a.d.o. acTown & Country Linen Corporation
1,242. VA-836-017: Grape arbor.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,243. VA-836-018: Grand elegance.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,244. VA-836-019: <La> porte.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,245. VA-836-020: Jams & jellies.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,246. VA-836-021: Isadora.   CLNA: acTC, generally known a.d.o. acTown
          & Country Linen Corporation
1,247. VA-836-022: Hot cross buns.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set          Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item# Example--> display item 2
READY:

ibm3.loc.gov  14:55:56

ITEMS 1,248-1,254 OF 3,313     SET 6: BRIEF DISPLAY          FILE: COHM
                           (ASCENDING ORDER)
1,248. VA-836-023: Hempstead.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,249. VA-836-024: Marguerite.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation

1,250. VA-836-025: Manderly.   CLNA: acTC, generally known a.d.o.
1,251. VA-836-026: Lilac botanical.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
1,252. VA-836-027: Leaves.   CLNA: acTC, generally known a.d.o. acTown
        & Country Linen Corporation
1,253. VA-836-028: Lancaster.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
1,254. VA-836-029: Natural sunflower.   CLNA: acTC, generally known
        a.d.o. acTown & Country Linen Corporation


NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set              Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#    Example--> display item 2
READY:




ITEMS 1,255-1,261 OF 3,313      SET 6: BRIEF DISPLAY            FILE: COHM
                         (ASCENDING ORDER)
1,255. VA-836-030: Easter scroll.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
1,256. VA-836-031: Easter gingham.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
1,257. VA-836-032: Easter border.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
1,258. VA-836-033: Dynasty.   CLNA: acTC, generally known a.d.o. acTown
        & Country Linen Corporation
1,259. VA-836-034: Day lily.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
1,260. VA-836-035: Farmer's market.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
1,261. VA-836-036: Evelyn.   CLNA: acTC, generally known a.d.o. acTown
        & Country Linen Corporation


NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set              Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#    Example--> display item 2
READY:




                                        ibm3.loc.gov  14:55:58

ITEMS 1,262-1,268 OF 3,313      SET 6: BRIEF DISPLAY            FILE: COHM
                         (ASCENDING ORDER)
1,262. VA-836-037: Essex.   CLNA: acTC, generally known a.d.o. acTown &
        Country Linen Corporation
1,263. VA-836-038: Elesmere.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
1,264. VA-836-039: Easter wreath.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
1,265. VA-836-040: Fruit fest.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
1,266. VA-836-041: Fruit crate.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
1,267. VA-836-042: French cherry.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
1,268. VA-836-043: Flower box.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation


NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set              Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#    Example--> display item 2

ITEMS 1,269-1,275 OF 3,313     SET 6: BRIEF DISPLAY          FILE: COHM
                              (ASCENDING ORDER)
1,269. VA-836-044: Floral check.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,270. VA-836-045: Geranium botanical.   CLNA: acTC, generally known
          a.d.o. acTown & Country Linen Corporation
1,271. VA-836-046: Daisy patch.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,272. VA-836-047: Country kitchen.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,273. VA-836-048: Country French.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,274. VA-836-049: Cookie canisters.   CLNA: acTC, generally known
          a.d.o. acTown & Country Linen Corporation
1,275. VA-836-131: Morgan.   CLNA: acTC, generally known a.d.o. acTown
          & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set         Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:




ITEMS 1,276-1,282 OF 3,313      SET 6: BRIEF DISPLAY          FILE: COHM
                              (ASCENDING ORDER)
1,276. VA-836-132: Montgomery.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,277. VA-836-133: Montego.   CLNA: acTC, generally known a.d.o. acTown
          & Country Linen Corporation
1,278. VA-836-134: Maywood.   CLNA: acTC, generally known a.d.o. acTown
          & Country Linen Corporation
1,279. VA-836-135: Patch land.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,280. VA-836-136: Pansy.   CLNA: acTC, generally known a.d.o. acTown &
          Country Linen Corporation
1,281. VA-836-137: Nevis.   CLNA: acTC, generally known a.d.o. acTown &
          Country Linen Corporation
1,282. VA-836-138: Needham.   CLNA: acTC, generally known a.d.o. acTown
          & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set         Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:




ITEMS 1,283-1,289 OF 3,313      SET 6: BRIEF DISPLAY          FILE: COHM
                              (ASCENDING ORDER)
1,283. VA-836-139: Nature's path.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,284. VA-836-140: Seaside.   CLNA: acTC, generally known a.d.o. acTown
          & Country Linen Corporation
1,285. VA-836-141: Seamist.   CLNA: acTC, generally known a.d.o. acTown
          & Country Linen Corporation
1,286. VA-836-142: Rochelle.   CLNA: acTC, generally known a.d.o.

acTown & Country Linen Corporation
Case 3:07-cv-03159-MSC Document 9-11 Filed 06/01/2007 Page 5 of 41
1,287. VA-836-143: ... CLNA: acTC, generally known a.d.o.
acTown & Country Linen Corporation
1,288. VA-836-144: Red barn.   CLNA: acTC, generally known a.d.o.
acTown & Country Linen Corporation
1,289. VA-836-145: Spring lilies.   CLNA: acTC, generally known a.d.o.
acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set          Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:




ITEMS 1,290-1,296 OF 3,313      SET 6: BRIEF DISPLAY          FILE: COHM
                                (ASCENDING ORDER)
1,290. VA-836-146: Spring fantasy.   CLNA: acTC, generally known a.d.o.
acTown & Country Linen Corporation
1,291. VA-836-147: Produce.   CLNA: acTC, generally known a.d.o. acTown
& Country Linen Corporation
1,292. VA-836-148: Pretty pitcher.   CLNA: acTC, generally known a.d.o.
acTown & Country Linen Corporation
1,293. VA-836-149: Pineapple stencil.   CLNA: acTC, generally known
a.d.o. acTown & Country Linen Corporation
1,294. VA-836-150: Peach cobbler.   CLNA: acTC, generally known a.d.o.
acTown & Country Linen Corporation
1,295. VA-836-151: Patchwork fruit.   CLNA: acTC, generally known a.d.o.
acTown & Country Linen Corporation
1,296. VA-836-152: Wonderland.   CLNA: acTC, generally known a.d.o.
acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set          Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:




ITEMS 1,297-1,303 OF 3,313      SET 6: BRIEF DISPLAY          FILE: COHM
                                (ASCENDING ORDER)
1,297. VA-836-153: Winslow.   CLNA: acTC, generally known a.d.o. acTown
& Country Linen Corporation
1,298. VA-836-154: Wilshire.   CLNA: acTC, generally known a.d.o.
acTown & Country Linen Corporation
1,299. VA-836-155: Wheelbarrow.   CLNA: acTC, generally known a.d.o.
acTown & Country Linen Corporation
1,300. VA-836-156: Watermelon fantasy.   CLNA: acTC, generally known
a.d.o. acTown & Country Linen Corporation
1,301. VA-836-157: Woodstock.   CLNA: acTC, generally known a.d.o.
acTown & Country Linen Corporation
1,302. VA-836-158: Watermelon delight.   CLNA: acTC, generally known
a.d.o. acTown & Country Linen Corporation
1,303. VA-836-159: Tulip basket.   CLNA: acTC, generally known a.d.c.
acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set          Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:

```
ITEMS 1,304-1,310 OF 3,313       SET 6: BRIEF DISPLAY          FILE: COHM
                                 (ASCENDING ORDER)
1,304. VA-836-160: Three friends.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,305. VA-836-161: 3 baskets.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,306. VA-836-162: Sweet bouquet.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,307. VA-836-163: Spring bulbs.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,308. VA-836-164: Spring bouquet.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,309. VA-836-165: Serendipity.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,310. VA-836-166: Sunrise rooster.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation


NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set           Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#  Example--> display item 2
READY:
```

```
ITEMS 1,311-1,317 OF 3,313       SET 6: BRIEF DISPLAY          FILE: COHM
                                 (ASCENDING ORDER)
1,311. VA-836-167: Sunflower gingham.   CLNA: acTC, generally known
          a.d.o. acTown & Country Linen Corporation
1,312. VA-836-168: Sun fresh.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,313. VA-836-169: Summerset.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,314. VA-836-170: Spring romance.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,315. VA-845-977: Alexis, green and white.   CLNA: acTC generally known
          a.d.o. acTown & Country Linen Corporation
1,316. VA-845-978: Alexis, natural gray.   CLNA: acTC generally known
          a.d.o. acTown & Country Linen Corporation
1,317. VA-845-979: Alexis, yellow & blue.   CLNA: acTC generally known
          a.d.o. acTown & Country Linen Corporation


NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set           Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#  Example--> display item 2
READY:
```

```
ITEMS 1,318-1,324 OF 3,313       SET 6: BRIEF DISPLAY          FILE: COHM
                                 (ASCENDING ORDER)
1,318. VA-845-980: Alexis, blue and white.   CLNA: acTC generally known
          a.d.o. acTown & Country Linen Corporation
1,319. VA-845-981: Alexis, red and white.   CLNA: acTC generally known
          a.d.o. acTown & Country Linen Corporation
1,320. VA-848-655: Pantry.   CLNA: acTC, generally known a.d.o. acTown
          & Country Linen Corporation
1,321. VA-848-656: Octoberfest.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,322. VA-848-657: October reflections.   CLNA: acTC, generally known
          a.d.o. acTown & Country Linen Corporation
```

1,323. VA-848-658: Vegetable patch.   CLNA: acTC, generally known a.d.o.

1,324. VA-848-659: Two ghosts.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation


NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set          Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:


                                    ibm3.loc.gov  14:59:47

ITEMS 1,325-1,331 OF 3,313      SET 6: BRIEF DISPLAY            FILE: COHM
                            (ASCENDING ORDER)
1,325. VA-848-660: Trick or treat.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
1,326. VA-848-661: Sweet treat.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
1,327. VA-848-662: Sweet daisies.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
1,328. VA-848-663: Dry flowers.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
1,329. VA-848-664: Elegant harvest.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
1,330. VA-848-665: Bird homes.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
1,331. VA-848-666: Blackboard.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation


NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set          Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:


ITEMS 1,332-1,338 OF 3,313      SET 6: BRIEF DISPLAY            FILE: COHM
                            (ASCENDING ORDER)
1,332. VA-848-667: Black magic.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
1,333. VA-848-668: Blue calendar.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
1,334. VA-848-669: Boo.   CLNA: acTC, generally known a.d.o. acTown &
        Country Linen Corporation
1,335. VA-848-670: Bountiful harvest.   CLNA: acTC, generally known
        a.d.o. acTown & Country Linen Corporation
1,336. VA-848-671: Bucks County.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
1,337. VA-848-672: Butterflies.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
1,338. VA-848-673: Candy pumpkin.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation


NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set          Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:

ITEMS 1,346-1,352 OF 3,313    SET 6: BRIEF DISPLAY              FILE: COHM
                             (ASCENDING ORDER)
1,346. VA-857-603: Mushroom botanical.   CLNA: acTC, generally known
              a.d.o. acTown & Country Linen Corporation
1,347. VA-857-604: Royal damask.   CLNA: acTC, generally known a.d.o.
              acTown & Country Linen Corporation
1,348. VA-857-605: Rebecca.   CLNA: acTC, generally known a.d.o. acTown
              & Country Linen Corporation
1,349. VA-857-606: Pumpkin patch.   CLNA: acTC, generally known a.d.o.
              acTown & Country Linen Corporation
1,350. VA-857-607: Poppy bouquet.   CLNA: acTC, generally known a.d.o.
              acTown & Country Linen Corporation
1,351. VA-857-608: Pick of the pumpkins.   CLNA: acTC, generally known
              a.d.o. acTown & Country Linen Corporation
1,352. VA-857-609: Perfect pears.   CLNA: acTC, generally known a.d.o.
              acTown & Country Linen Corporation

NEXT PAGE:         press transmit or enter key
SKIP AHEAD/BACK:   type any item# in set       Example--> 25
FULL DISPLAY:      type DISPLAY ITEM plus an item#   Example--> display item 2
READY:


                                        ibm3.loc.gov   15:00:32

ITEMS 1,353-1,359 OF 3,313    SET 6: BRIEF DISPLAY              FILE: COHM
                             (ASCENDING ORDER)
1,353. VA-857-610: Patriotic mill.   CLNA: acTC, generally known a.d.o.
              acTown & Country Linen Corporation
1,354. VA-857-611: Folk fruit bowl.   CLNA: acTC, generally known a.d.o.
              acTown & Country Linen Corporation
1,355. VA-857-612: French pottery.   CLNA: acTC, generally known a.d.o.
              acTown & Country Linen Corporation
1,356. VA-857-613: Elena.   CLNA: acTC, generally known a.d.o. acTown &
              Country Linen Corporation
1,357. VA-857-614: English breakfast.   CLNA: acTC, generally known
              a.d.o. acTown & Country Linen Corporation
1,358. VA-857-615: Jillian.   CLNA: acTC, generally known a.d.o. acTown
              & Country Linen Corporation
1,359. VA-857-616: Englewood.   CLNA: acTC, generally known a.d.o.

acTown & Country Linen Corporation

```
NEXT PAGE:        press transmit or enter key
SKIP AHEAD/BACK:  type any item# in set          Example--> 25
FULL DISPLAY:     type DISPLAY ITEM plus an item#  Example--> display item 2
READY:
```

```
ITEMS 1,360-1,366 OF 3,313      SET 6: BRIEF DISPLAY         FILE: COHM
                      (ASCENDING ORDER)
1,360. VA-857-617: Green grass country.   CLNA: acTC, generally known
          a.d.o. acTown & Country Linen Corporation
1,361. VA-857-618: Halloween moon.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,362. VA-857-619: Stockholm.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,363. VA-857-620: Spanish tiles.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,364. VA-857-621: September song.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,365. VA-857-622: Rustic mill.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,366. VA-857-623: Royal scroll.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
```

```
NEXT PAGE:        press transmit or enter key
SKIP AHEAD/BACK:  type any item# in set          Example--> 25
FULL DISPLAY:     type DISPLAY ITEM plus an item#  Example--> display item 2
READY:
```

ibm3.loc.gov  15:00:57

```
ITEMS 1,367-1,373 OF 3,313      SET 6: BRIEF DISPLAY         FILE: COHM
                      (ASCENDING ORDER)
1,367. VA-857-624: Spring garden.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,368. VA-857-625: Spooky farm.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,369. VA-857-626: Witch's cauldron.   CLNA: acTC, generally known
          a.d.o. acTown & Country Linen Corporation
1,370. VA-857-627: Homespun Halloween.   CLNA: acTC, generally known
          a.d.o. acTown & Country Linen Corporation
1,371. VA-857-628: Honey bear.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,372. VA-857-629: Witches & bats.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,373. VA-857-630: Wheatland.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
```

```
NEXT PAGE:        press transmit or enter key
SKIP AHEAD/BACK:  type any item# in set          Example--> 25
FULL DISPLAY:     type DISPLAY ITEM plus an item#  Example--> display item 2
READY:
```

```
ITEMS 1,374-1,380 OF 3,313      SET 6: BRIEF DISPLAY         FILE: COHM
                      (ASCENDING ORDER)
1,374. VA-857-631: General store.   CLNA: acTC, generally known a.d.o.
```

Case 1:07-cv-03159-MGC   Document 9-11   Filed 06/01/2007   Page 10 of 41

1,375. VA-857-632: Glowing pumpkin.   CLNA: acTC, generally known a.d.o.
       acTown & Country Linen Corporation
1,376. VA-857-633: Americana pots.   CLNA: acTC, generally known a.d.o.
       acTown & Country Linen Corporation
1,377. VA-857-634: Annette.   CLNA: acTC, generally known a.d.o. acTown
       & Country Linen Corporation
1,378. VA-857-635: Arlene.   CLNA: acTC, generally known a.d.o. acTown
       & Country Linen Corporation
1,379. VA-857-636: Autumn hues.   CLNA: acTC, generally known a.d.o.
       acTown & Country Linen Corporation
1,380. VA-857-637: Autumn orchard.   CLNA: acTC, generally known a.d.o.
       acTown & Country Linen Corporation


NEXT PAGE:        press transmit or enter key
SKIP AHEAD/BACK:  type any item# in set           Example--> 25
FULL DISPLAY:     type DISPLAY ITEM plus an item#  Example--> display item 2
READY:

```
ITEMS 1,381-1,387 OF 3,313     SET 6: BRIEF DISPLAY          FILE: COHM
                                (ASCENDING ORDER)
1,381. VA-857-638: Ava.   CLNA: acTC, generally known a.d.o. acTown &
          Country Linen Corporation
1,382. VA-857-639: Greenwich.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,383. VA-857-640: Halloween friends.   CLNA: acTC, generally known
          a.d.o. acTown & Country Linen Corporation
1,384. VA-857-641: Haunted eve.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,385. VA-857-642: Heart to heart.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,386. VA-857-643: Helen.   CLNA: acTC, generally known a.d.o. acTown &
          Country Linen Corporation
1,387. VA-857-644: Hide & seek.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation


NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set         Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:




                                        ibm3.loc.gov   15:04:32

ITEMS 1,388-1,394 OF 3,313     SET 6: BRIEF DISPLAY          FILE: COHM
                                (ASCENDING ORDER)
1,388. VA-857-645: Hocus pocus.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,389. VA-857-646: Magic time.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,390. VA-857-647: Halloween web.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,391. VA-857-648: Mosaic fruit bowl.   CLNA: acTC, generally known
          a.d.o. acTown & Country Linen Corporation
1,392. VA-857-649: Kitty pumpkin.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,393. VA-857-650: Luscious fruit.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,394. VA-857-651: Leaves & grapes.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation


NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set         Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:




                                        ibm3.loc.gov   15:04:33

ITEMS 1,395-1,401 OF 3,313     SET 6: BRIEF DISPLAY          FILE: COHM
```

1,395. VA-857-652: Magnolias.   CLNA: acTC, generally known a.d.o.
         acTown & Country Linen Corporation
1,396. VA-857-653: October pumpkin.   CLNA: acTC, generally known a.d.o.
         acTown & Country Linen Corporation
1,397. VA-857-654: Night magic.   CLNA: acTC, generally known a.d.o.
         acTown & Country Linen Corporation
1,398. VA-857-655: Happy haunting.   CLNA: acTC, generally known a.d.o.
         acTown & Country Linen Corporation
1,399. VA-857-656: Happy pumpkins.   CLNA: acTC, generally known a.d.o.
         acTown & Country Linen Corporation
1,400. VA-857-657: Harvest moon turkey.   CLNA: acTC, generally known
         a.d.o. acTown & Country Linen Corporation
1,401. VA-857-658: Country jugs.   CLNA: acTC, generally known a.d.o.
         acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set              Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#    Example--> display item 2
READY:

ITEMS 1,402-1,408 OF 3,313      SET 6: BRIEF DISPLAY           FILE: COHM
                    (ASCENDING ORDER)
1,402. VA-857-659: Cranberry time.   CLNA: acTC, generally known a.d.o.
         acTown & Country Linen Corporation
1,403. VA-857-660: Daisy.   CLNA: acTC, generally known a.d.o. acTown &
         Country Linen Corporation
1,404. VA-857-661: Daisy garden.   CLNA: acTC, generally known a.d.o.
         acTown & Country Linen Corporation
1,405. VA-857-662: Denim basket.   CLNA: acTC, generally known a.d.o.
         acTown & Country Linen Corporation
1,406. VA-857-663: Doodles family.   CLNA: acTC, generally known a.d.o.
         acTown & Country Linen Corporation
1,407. VA-857-664: Promenade.   CLNA: acTC, generally known a.d.o.
         acTown & Country Linen Corporation
1,408. VA-857-665: Sachet.   CLNA: acTC, generally known a.d.o. acTown
         & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set              Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#    Example--> display item 2
READY:

                                        ibm3.loc.gov  15:04:35

ITEMS 1,409-1,415 OF 3,313      SET 6: BRIEF DISPLAY           FILE: COHM
                    (ASCENDING ORDER)
1,409. VA-858-860: Village square.   CLNA: acTC, generally known a.d.o
         acTown & Country Linen Corporation
1,410. VA-858-861: Seasons greetings.   CLNA: acTC, generally known
         a.d.o acTown & Country Linen Corporation
1,411. VA-858-862: Skating rink.   CLNA: acTC, generally known a.d.o
         acTown & Country Linen Corporation
1,412. VA-858-863: St. Nick.   CLNA: acTC, generally known a.d.o acTown
         & Country Linen Corporation
1,413. VA-858-864: Teddy basket.   CLNA: acTC, generally known a.d.o
         acTown & Country Linen Corporation
1,414. VA-858-865: Treasure sled.   CLNA: acTC, generally known a.d.o
         acTown & Country Linen Corporation
1,415. VA-858-866: Seasonal fruit.   CLNA: acTC, generally known a.d.o
         acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set        Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:

ibm3.loc.gov   15:06:28

ITEMS 1,416-1,422 OF 3,313      SET 6: BRIEF DISPLAY          FILE: COHM
                               (ASCENDING ORDER)
1,416. VA-858-867: Seasonal fan.   CLNA: acTC, generally known a.d.o
          acTown & Country Linen Corporation
1,417. VA-858-868: Santa's ride.   CLNA: acTC, generally known a.d.o
          acTown & Country Linen Corporation
1,418. VA-858-869: Rural Christmas.   CLNA: acTC, generally known a.d.o
          acTown & Country Linen Corporation
1,419. VA-858-870: Reindeer crossing.   CLNA: acTC, generally known
          a.d.o acTown & Country Linen Corporation
1,420. VA-858-871: Poinsettia scroll.   CLNA: acTC, generally known
          a.d.o acTown & Country Linen Corporation
1,421. VA-858-872: Plaid drum.   CLNA: acTC, generally known a.d.o
          acTown & Country Linen Corporation
1,422. VA-858-873: Needlepoint poinsettia.   CLNA: acTC, generally known
          a.d.o acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set        Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:

ITEMS 1,423-1,429 OF 3,313      SET 6: BRIEF DISPLAY          FILE: COHM
                               (ASCENDING ORDER)
1,423. VA-858-874: Merry Christmas.   CLNA: acTC, generally known a.d.o
          acTown & Country Linen Corporation
1,424. VA-858-875: Holly bells.   CLNA: acTC, generally known a.d.o
          acTown & Country Linen Corporation
1,425. VA-858-876: Holiday ornaments.   CLNA: acTC, generally known
          a.d.o acTown & Country Linen Corporation
1,426. VA-858-877: Holiday geese.   CLNA: acTC, generally known a.d.o
          acTown & Country Linen Corporation
1,427. VA-858-878: Holiday basket.   CLNA: acTC, generally known a.d.o
          acTown & Country Linen Corporation
1,428. VA-858-879: Heart wreath.   CLNA: acTC, generally known a.d.o
          acTown & Country Linen Corporation
1,429. VA-858-880: Happy holidays.   CLNA: acTC, generally known a.d.o
          acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set        Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:

ITEMS 1,430-1,436 OF 3,313      SET 6: BRIEF DISPLAY          FILE: COHM
                               (ASCENDING ORDER)
1,430. VA-858-881: Festive tree.   CLNA: acTC, generally known a.d.o
          acTown & Country Linen Corporation

1,431. VA-858-882: Farmland holidays.  CLNA: acTC, generally known
        a.d.o acTown & Country Linen Corporation
1,432. VA-858-883: Evening tree.  CLNA: acTC, generally known a.d.o
        acTown & Country Linen Corporation
1,433. VA-858-884: Christmas village.  CLNA: acTC, generally known
        a.d.o acTown & Country Linen Corporation
1,434. VA-858-885: Christmas pony.  CLNA: acTC, generally known a.d.o
        acTown & Country Linen Corporation
1,435. VA-858-886: Christmas mosaic.  CLNA: acTC, generally known a.d.o
        acTown & Country Linen Corporation
1,436. VA-858-887: Christmas cameo.  CLNA: acTC, generally known a.d.o
        acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set          Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#  Example--> display item 2
READY:


ITEMS 1,437-1,443 OF 3,313      SET 6: BRIEF DISPLAY          FILE: COHM
                        (ASCENDING ORDER)
1,437. VA-858-888: Christmas bouquet.  CLNA: acTC, generally known
        a.d.o acTown & Country Linen Corporation
1,438. VA-858-889: Christmas bounty.  CLNA: acTC, generally known a.d.o
      . acTown & Country Linen Corporation
1,439. VA-858-890: Christmas bells.  CLNA: acTC, generally known a.d.o
        acTown & Country Linen Corporation
1,440. VA-877-887: Leghorn.  CLNA: acTown & Country Linen Corporation
        a.d.o. acTC
1,441. VA-877-888: Anniston.  CLNA: acTown & Country Linen Corporation
        a.d.o. acTC
1,442. VA-877-889: Barbara.  CLNA: acTown & Country Linen Corporation
        a.d.o. acTC
1,443. VA-877-890: Bee my honey.  CLNA: acTown & Country Linen
        Corporation a.d.o. acTC

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set          Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#  Example--> display item 2
READY:


ITEMS 1,444-1,450 OF 3,313      SET 6: BRIEF DISPLAY          FILE: COHM
                        (ASCENDING ORDER)
1,444. VA-877-891: Belinda.  CLNA: acTown & Country Linen Corporation
        a.d.o. acTC
1,445. VA-877-892: Blue & yellow bouquet.  CLNA: acTown & Country Linen
        Corporation a.d.o. acTC
1,446. VA-877-893: Bessie.  CLNA: acTown & Country Linen Corporation
        a.d.o. acTC
1,447. VA-877-894: Blue china.  CLNA: acTown & Country Linen
        Corporation a.d.o. acTC
1,448. VA-877-895: Botanical card.  CLNA: acTown & Country Linen
        Corporation a.d.o. acTC
1,449. VA-877-896: Brixley Hill.  CLNA: acTown & Country Linen
        Corporation a.d.o. acTC
1,450. VA-877-897: Calico hearts.  CLNA: acTown & Country Linen
        Corporation a.d.o. acTC

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set          Example--> 25

```
ITEMS 1,451-1,457 OF 3,313      SET 6: BRIEF DISPLAY              FILE: COHM
                                (ASCENDING ORDER)
1,451. VA-877-898: Alicia.    CLNA: acTown & Country Linen Corporation
          a.d.o. acTC
1,452. VA-877-899: Andrea.    CLNA: acTown & Country Linen Corporation
          a.d.o. acTC
1,453. VA-877-900: Angel portraits.   CLNA: acTown & Country Linen
          Corporation a.d.o. acTC
1,454. VA-877-901: Friends are flowers.   CLNA: acTown & Country Linen
          Corporation a.d.o. acTC
1,455. VA-877-902: Garden, garden.   CLNA: acTown & Country Linen
          Corporation a.d.o. acTC
1,456. VA-877-903: Cherry blossom time.   CLNA: acTown & Country Linen
          Corporation a.d.o. acTC
1,457. VA-877-904: Country britches.   CLNA: acTown & Country Linen
          Corporation a.d.o. acTC

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set        Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:


ITEMS 1,458-1,464 OF 3,313      SET 6: BRIEF DISPLAY              FILE: COHM
                                (ASCENDING ORDER)
1,458. VA-877-905: Country hearts.   CLNA: acTown & Country Linen
          Corporation a.d.o. acTC
1,459. VA-877-906: Country hearts--pink.   CLNA: acTown & Country Linen
          Corporation a.d.o. acTC
1,460. VA-877-907: Country house.   CLNA: acTown & Country Linen
          Corporation a.d.o. acTC
1,461. VA-877-908: Country nosegay.   CLNA: acTown & Country Linen
          Corporation a.d.o. acTC
1,462. VA-877-909: Country rooster.   CLNA: acTown & Country Linen
          Corporation a.d.o. acTC
1,463. VA-877-910: Cat's meow.   CLNA: acTown & Country Linen
          Corporation a.d.o. acTC
1,464. VA-877-911: Chelsea daisy.   CLNA: acTown & Country Linen
          Corporation a.d.o. acTC

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set        Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:


ITEMS 1,465-1,471 OF 3,313      SET 6: BRIEF DISPLAY              FILE: COHM
                                (ASCENDING ORDER)
1,465. VA-877-912: Flower dobby.   CLNA: acTown & Country Linen
          Corporation a.d.o. acTC
1,466. VA-877-913: Apples in a basket.   CLNA: acTown & Country Linen
          Corporation a.d.o. acTC
1,467. VA-877-914: Asheboro.   CLNA: acTown & Country Linen Corporation
```

Case 1:07-cv-03152-MGC     Document 9-11   Filed 06/01/2007   Page 16 of 41

1,468. VA-877-915: Apples.     CLNA: acTown & Country Linen Corporation
          a.d.o. acTC
1,469. VA-877-916: Four seasons.     CLNA: acTown & Country Linen
          Corporation a.d.o. acTC
1,470. VA-877-917: Forest berries.     CLNA: acTown & Country Linen
          Corporation a.d.o. acTC
1,471. VA-877-918: Apple plaid.     CLNA: acTown & Country Linen
          Corporation a.d.o. acTC


NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set          Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:




                                        ibm3.loc.gov  15:08:12

ITEMS 1,472-1,478 OF 3,313        SET 6: BRIEF DISPLAY          FILE: COHM
                    (ASCENDING ORDER)
1,472. VA-877-919: Windmill.     CLNA: acTown & Country Linen Corporation
          a.d.o. acTC
1,473. VA-877-920: Apple border.     CLNA: acTown & Country Linen
          Corporation a.d.o. acTC
1,474. VA-877-921: Ivy trellis.     CLNA: acTown & Country Linen
          Corporation a.d.o. acTC
1,475. VA-877-922: Intaglio.     CLNA: acTown & Country Linen Corporation
          a.d.o. acTC
1,476. VA-877-923: In the garden.     CLNA: acTown & Country Linen
          Corporation a.d.o. acTC
1,477. VA-877-924: Homestead.     CLNA: acTown & Country Linen Corporation
          a.d.o. acTC
1,478. VA-877-925: Home sweet home.     CLNA: acTown & Country Linen
          Corporation a.d.o. acTC


NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set          Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:




                                        ibm3.loc.gov  15:08:13

ITEMS 1,479-1,485 OF 3,313        SET 6: BRIEF DISPLAY          FILE: COHM
                    (ASCENDING ORDER)
1,479. VA-877-926: Home is where the heart is.     CLNA: acTown & Country
          Linen Corporation a.d.o. acTC
1,480. VA-877-927: Grey hens.     CLNA: acTown & Country Linen Corporation
          a.d.o. acTC
1,481. VA-877-928: Grassmere.     CLNA: acTown & Country Linen Corporation
          a.d.o. acTC
1,482. VA-877-929: Grapes.     CLNA: acTown & Country Linen Corporation
          a.d.o. acTC
1,483. VA-877-930: Grape walk.     CLNA: acTown & Country Linen
          Corporation a.d.o. acTC
1,484. VA-877-931: Grape ivy.     CLNA: acTown & Country Linen Corporation
          a.d.o. acTC
1,485. VA-877-932: Floral teddies.     CLNA: acTown & Country Linen
          Corporation a.d.o. acTC


NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set          Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:

ITEMS 1,486-1,492 OF 3,313      SET 6: BRIEF DISPLAY        FILE: COHM
                                (ASCENDING ORDER)
1,486. VA-877-933: Lace bouquet.   CLNA: acTown & Country Linen
          Corporation a.d.o. acTC
1,487. VA-877-934: King's garden.    CLNA: acTown & Country Linen
          Corporation a.d.o. acTC
1,488. VA-877-935: Kensington garden.    CLNA: acTown & Country Linen
          Corporation a.d.o. acTC
1,489. VA-877-936: Julia.   CLNA: acTown & Country Linen Corporation
          a.d.o. acTC
1,490. VA-877-937: Farmer's market II.   CLNA: acTC generally known
          a.d.o. acTown & Country Linen Corporation
1,491. VA-877-938: Europa.   CLNA: acTC generally known a.d.o. acTown &
          Country Linen Corporation
1,492. VA-877-939: Empress garden.    CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set        Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:


ITEMS 1,493-1,499 OF 3,313      SET 6: BRIEF DISPLAY        FILE: COHM
                                (ASCENDING ORDER)
1,493. VA-877-940: Eliza.   CLNA: acTC generally known a.d.o. acTown &
          Country Linen Corporation
1,494. VA-877-941: Elena II.   CLNA: acTC generally known a.d.o. acTown
          & Country Linen Corporation
1,495. VA-877-942: Early to bed.   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
1,496. VA-877-943: Dream grapes.   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
1,497. VA-877-944: Crafty cat.   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
1,498. VA-877-945: Diecut sunflower.   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
1,499. VA-877-946: Cow in the garden.   CLNA: acTC generally known
          a.d.o. acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set        Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:


ITEMS 1,500-1,506 OF 3,313      SET 6: BRIEF DISPLAY        FILE: COHM
                                (ASCENDING ORDER)
1,500. VA-877-947: Country rose.   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
1,501. VA-877-948: Merry cherries.   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
1,502. VA-877-949: Meadow.   CLNA: acTC generally known a.d.o. acTown &
          Country Linen Corporation
1,503. VA-877-950: Mayfair.   CLNA: acTC generally known a.d.o. acTown
          & Country Linen Corporation

1,504. VA-877-951: Manderly.   CLNA: acTC generally known a.d.o. acTown
          & Country Linen Corporation

Case 1:07-cv-03159-MGC   Document 9-11   Filed 06/01/2007   Page 18 of 41

1,505. VA-877-952: Magnolia-hunter.   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
1,506. VA-877-953: Luscious apples.   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation


NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set          Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:




ITEMS 1,507-1,513 OF 3,313      SET 6: BRIEF DISPLAY          FILE: CCHM
                        (ASCENDING ORDER)
1,507. VA-877-954: Loves me daisy.   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
1,508. VA-877-955: Shelby.   CLNA: acTC generally known a.d.o. acTown &
          Country Linen Corporation
1,509. VA-877-956: Sedona.   CLNA: acTC generally known a.d.o. acTown &
          Country Linen Corporation
1,510. VA-877-957: Rose vine.   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
1,511. VA-877-958: Rooster.   CLNA: acTC generally known a.d.o. acTown
          & Country Linen Corporation
1,512. VA-877-959: Romance.   CLNA: acTC generally known a.d.o. acTown
          & Country Linen Corporation
1,513. VA-877-960: Ric rac farm.   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation


NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set          Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:




ITEMS 1,514-1,520 OF 3,313      SET 6: BRIEF DISPLAY          FILE: COHM
                        (ASCENDING ORDER)
1,514. VA-877-961: Retro floral.   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
1,515. VA-877-962: Quilted fruit.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,516. VA-877-963: Poppy bouquet.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,517. VA-877-964: Peach floral.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,518. VA-877-965: Pears.   CLNA: acTC, generally known a.d.o. acTown &
          Country Linen Corporation
1,519. VA-877-966: Pastel Westerville.   CLNA: acTC, generally known
          a.d.o. acTown & Country Linen Corporation
1,520. VA-877-967: Pansies.   CLNA: acTC generally known, a.d.o. acTown
          & Country Linen Corporation


NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set          Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:

(ASCENDING ORDER)

1,521. VA-877-968: Oranges.    CLNA: acTC generally known, a.d.o. acTown
        & Country Linen Corporation
1,522. VA-877-969: New Mexico.    CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
1,523. VA-877-970: My house.    CLNA: acTC generally known, a.d.o.
        acTown & Country Linen Corporation
1,524. VA-877-971: New Hampton.    CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
1,525. VA-877-972: Mosaic tile.    CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
1,526. VA-877-973: Morning glory.    CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
1,527. VA-877-974: Midnight flowers.    CLNA: acTC, generally known
        a.d.o. acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set           Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#  Example--> display item 2
READY:


ITEMS 1,528-1,534 OF 3,313     SET 6: BRIEF DISPLAY          FILE: COHM
(ASCENDING ORDER)
1,528. VA-877-975: Silk flowers.    CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
1,529. VA-877-976: Shenandoah.    CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
1,530. VA-877-977: Seashell.    CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
1,531. VA-877-978: Seaport.    CLNA: acTC, generally known a.d.o. acTown
        & Country Linen Corporation
1,532. VA-877-979: Sarah's fruit.    CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
1,533. VA-877-980: Sand painting.    CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
1,534. VA-877-981: Sophia.    CLNA: acTC, generally known a.d.o. acTown
        & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set           Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#  Example--> display item 2
READY:


ITEMS 1,535-1,541 OF 3,313     SET 6: BRIEF DISPLAY          FILE: COHM
(ASCENDING ORDER)
1,535. VA-877-982: Solar floral.    CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
1,536. VA-877-983: Summer harlequin.    CLNA: acTC, generally known
        a.d.o. acTown & Country Linen Corporation
1,537. VA-877-984: Surf.    CLNA: acTC, generally known a.d.o. acTown &
        Country Linen Corporation
1,538. VA-877-985: Wendy.    CLNA: acTC, generally known a.d.o. acTown &
        Country Linen Corporation
1,539. VA-877-986: Wedding ring.    CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
1,540. VA-877-987: Vanessa.    CLNA: acTC, generally known a.d.o. acTown

1,541. VA-877-988: Tulip toss.    CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
Case 1:07-cv-03159-MGC   Document 9-11   Filed 06/01/2007   Page 20 of 41

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set           Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#  Example--> display item 2
READY:


ITEMS 1,542-1,548 OF 3,313     SET 6: BRIEF DISPLAY          FILE: COHM
                         (ASCENDING ORDER)
1,542. VA-877-989: Tulip festival.    CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,543. VA-877-990: Tulip basket.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,544. VA-877-991: Tribeca.    CLNA: acTC, generally known a.d.o. acTown
          & Country Linen Corporation
1,545. VA-877-992: Today's quilt.    CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,546. VA-877-993: Tapestry shells.    CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,547. VA-877-994: Sunny bouquet.    CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,548. VA-877-995: Sunkissed fruits.    CLNA: acTC, generally known
          a.d.o. acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set           Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#  Example--> display item 2
READY:


                                    ibm3.loc.gov  15:10:51

ITEMS 1,549-1,555 OF 3,313     SET 6: BRIEF DISPLAY          FILE: COHM
                         (ASCENDING ORDER)
1,549. VA-877-996: Sunkissed.    CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,550. VA-877-997: Sunflower polka.    CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,551. VA-877-998: Summer garden.    CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,552. VA-877-999: Strawberry patch.    CLNA: acTC, generally known
          a.d.o. acTown & Country Linen Corporation
1,553. VA-878-000: Spring field.    CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,554. VA-878-009: City sidewalks.    CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,555. VA-878-010: Hark the herald angels.    CLNA: acTC, generally known
          a.d.o. acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set           Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#  Example--> display item 2
READY:


ITEMS 1,556-1,562 OF 3,313     SET 6: BRIEF DISPLAY          FILE: COHM
                         (ASCENDING ORDER)

1,556. VA-878-011: Hearts & stars.   CLNA: acTC, generally known a.d.o.

1,557. VA-878-012: Holiday splendor.   CLNA: acTC, generally known
        a.d.o. acTown & Country Linen Corporation
1,558. VA-878-013: Home for the holidays.   CLNA: acTC, generally known
        a.d.o. acTown & Country Linen Corporation
1,559. VA-878-014: I'll be home for Christmas.   CLNA: acTC, generally
        known a.d.o. acTown & Country Linen Corporation
1,560. VA-878-015: It came upon a midnight clear.   CLNA: acTC,
        generally known a.d.o. acTown & Country Linen Corporation
1,561. VA-878-016: It's a wonderful life.   CLNA: acTC, generally known
        a.d.o. acTown & Country Linen Corporation
1,562. VA-878-017: Jingle bells.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation

NEXT PAGE:            press transmit or enter key
SKIP AHEAD/BACK:      type any item# in set          Example--> 25
FULL DISPLAY:         type DISPLAY ITEM plus an item#   Example--> display item 2
READY:


ITEMS 1,563-1,569 OF 3,313      SET 6: BRIEF DISPLAY            FILE: COHM
                              (ASCENDING ORDER)
1,563. VA-878-018: Jolly old St. Nick.   CLNA: acTC, generally known
        a.d.o. acTown & Country Linen Corporation
1,564. VA-878-019: Joy to the world.   CLNA: acTC, generally known
        a.d.o. acTown & Country Linen Corporation
1,565. VA-878-020: Noel.   CLNA: acTC, generally known a.d.o. acTown &
        Country Linen Corporation
1,566. VA-878-021: Oh little town.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
1,567. VA-878-022: On the first day of Christmas.   CLNA: acTC,
        generally known a.d.o. acTown & Country Linen Corporation
1,568. VA-878-023: Post it to Santa.   CLNA: acTC, generally known
        a.d.o. acTown & Country Linen Corporation
1,569. VA-878-024: Rocking around the Xmas tree.   CLNA: acTC, generally
        known a.d.o. acTown & Country Linen Corporation

NEXT PAGE:            press transmit or enter key
SKIP AHEAD/BACK:      type any item# in set          Example--> 25
FULL DISPLAY:         type DISPLAY ITEM plus an item#   Example--> display item 2
READY:


ITEMS 1,570-1,576 OF 3,313      SET 6: BRIEF DISPLAY            FILE: COHM
                              (ASCENDING ORDER)
1,570. VA-878-025: Santa Claus is coming to town.   CLNA: acTC,
        generally known a.d.o. acTown & Country Linen Corporation
1,571. VA-878-026: Silent night.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
1,572. VA-878-027: Snowglobe : no. JPM.   CLNA: acTC, generally known
        a.d.o. acTown & Country Linen Corporation
1,573. VA-878-028: Star of wonder.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
1,574. VA-878-029: Stockings, bells & bows.   CLNA: acTC, generally
        known a.d.o. acTown & Country Linen Corporation
1,575. VA-878-030: The gifts we bring.   CLNA: acTC, generally known
        a.d.o. acTown & Country Linen Corporation
1,576. VA-878-031: Twas the night before Xmas.   CLNA: acTC, generally
        known a.d.o. acTown & Country Linen Corporation

NEXT PAGE:         press transmit or enter key
SKIP AHEAD/BACK:   type any item# in set              Example--> 25
FULL DISPLAY:      type DISPLAY ITEM plus an item#    Example--> display item 2
READY:

ITEMS 1,577-1,583 OF 3,313     SET 6: BRIEF DISPLAY          FILE: COHM
(ASCENDING ORDER)
1,577. VA-878-032: Waltz of the flowers.   CLNA: acTC, generally known
          a.d.o. acTown & Country Linen Corporation
1,578. VA-878-033: We wish you a merry Xmas.   CLNA: acTC, generally
          known a.d.o. acTown & Country Linen Corporation
1,579. VA-878-034: White Christmas.   CLNA: acTC, generally known a.d.o.
          acTown & Ccountry Linen Corporation
1,580. VA-878-035: Winter wonderland.   CLNA: acTC, generally known
          a.d.o. acTown & Country Linen Corporation
1,581. VA-878-036: Winterfest.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,582. VA-878-037: Winters frost.   CLNA: acTC, generally known a.d.o
          acTown & Country Linen Corporation
1,583. VA-878-038: Wreaths, ribbons & fruit.   CLNA: acTC, generally
          known a.d.o acTown & Country Linen Corporation

NEXT PAGE:         press transmit or enter key
SKIP AHEAD/BACK:   type any item# in set              Example--> 25
FULL DISPLAY:      type DISPLAY ITEM plus an item#    Example--> display item 2
READY:

ITEMS 1,584-1,590 OF 3,313     SET 6: BRIEF DISPLAY          FILE: COHM
(ASCENDING ORDER)
1,584. VA-878-039: Tis the season.   CLNA: acTC, generally known a.d.o
          acTown & Country Linen Corporation
1,585. VA-878-040: A bear's Christmas.   CLNA: acTC, generally known
          a.d.o acTown & Country Linen Corporation
1,586. VA-878-041: A cozy Christmas.   CLNA: acTC, generally known
          acTown & Country Linen Corporation
1,587. VA-878-042: A duck's Christmas.   CLNA: acTC, generally known
          a.d.o acTown & Country Linen Corporation
1,588. VA-878-043: A feeling of Christmas.   CLNA: acTC, generally known
          a.d.o acTown & Country Linen Corporation
1,589. VA-878-044: Adeste fideles.   CLNA: acTC, generally known a.d.o
          acTown & Country Linen Corporation
1,590. VA-878-045: All I want for Xmas.   CLNA: acTC, generally known
          a.d.o acTown & Country Linen Corporation

NEXT PAGE:         press transmit or enter key
SKIP AHEAD/BACK:   type any item# in set              Example--> 25
FULL DISPLAY:      type DISPLAY ITEM plus an item#    Example--> display item 2
READY:

ITEMS 1,591-1,597 OF 3,313     SET 6: BRIEF DISPLAY          FILE: COHM
(ASCENDING ORDER)
1,591. VA-878-046: Beary Merry Xmas.   CLNA: acTC, generally known a.d.o
          acTown & Country Linen Corporation
1,592. VA-878-047: Beauty bright.   CLNA: acTC, generally known a.d.o

1,593. VA-878-048: Christmas bright. CLNA: acTC, generally known a.d.o
        acTown & Country Linen Corporation
1,594. VA-878-049: Blue snowman. CLNA: acTC, generally known a.d.o
        acTown & Country Linen Corporation
1,595. VA-878-050: Chestnuts roasting on an open fire. CLNA: acTC,
        generally known a.d.o acTown & Country Linen Corporation
1,596. VA-878-051: Christmas eve village. CLNA: acTC, generally known
        a.d.o acTown & Country Linen Corporation
1,597. VA-878-052: Christmas sonata. CLNA: acTC, generally known a.d.o
        acTown & Country Linen Corporation

NEXT PAGE:        press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set        Example--> 25
FULL DISPLAY:      type DISPLAY ITEM plus an item#  Example--> display item 2
READY:

ITEMS 1,598-1,604 OF 3,313    SET 6: BRIEF DISPLAY        FILE: COHM
                    (ASCENDING ORDER)
1,598. VA-878-053: Xmas time is here. CLNA: acTC, generally known
        a.d.o acTown & Country Linen Corporation
1,599. VA-878-054: Christmas wishes. CLNA: acTC, generally known a.d.o
        acTown & Country Linen Corporation
1,600. VA-878-055: Damask & bells. CLNA: acTC, generally known a.d.o
        acTown & Country Linen Corporation
1,601. VA-878-056: Dancing snowflakes. CLNA: acTC, generally known
        a.d.o acTown & Country Linen Corporation
1,602. VA-878-057: Yuletide. CLNA: acTC, generally known a.d.o acTown
        & Country Linen Corporation
1,603. VA-878-058: Happy holidays. CLNA: acTC, generally known a.d.o
        acTown & Country Linen Corporation
1,604. VA-878-059: Greensleeves. CLNA: acTC, generally known a.d.o
        acTown & Country Linen Corporation

NEXT PAGE:        press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set        Example--> 25
FULL DISPLAY:      type DISPLAY ITEM plus an item#  Example--> display item 2
READY:

ITEMS 1,605-1,611 OF 3,313    SET 6: BRIEF DISPLAY        FILE: COHM
                    (ASCENDING ORDER)
1,605. VA-878-060: Gloria. CLNA: acTC, generally known a.d.o acTown &
        Country Linen Corporation
1,606. VA-878-061: Glad tidings. CLNA: acTC, generally known a.d.o
        acTown & Country Linen Corporation
1,607. VA-878-062: Garland of delight. CLNA: acTC, generally known
        a.d.o acTown & Country Linen Corporation
1,608. VA-878-063: Fruits of the season. CLNA: acTC, generally known
        a.d.o acTown & Country Linen Corporation
1,609. VA-878-064: Frosty the snowman. CLNA: acTC, generally known
        a.d.o acTown & Country Linen Corporation
1,610. VA-878-065: Festive traditions. CLNA: acTC, generally known
        a.d.o acTown & Country Linen Corporation
1,611. VA-878-066: Drummer boy. CLNA: acTC, generally known a.d.o
        acTown & Country Linen Corporation

NEXT PAGE:        press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set        Example--> 25

ibm3.loc.gov  15:13:09

ITEMS 1,612-1,618 OF 3,313      SET 6: BRIEF DISPLAY            FILE: COHM
                              (ASCENDING ORDER)
1,612. VA-878-067: You're my Xmas present.   CLNA: acTC, generally known
           a.d.o acTown & Country Linen Corporation
1,613. VA-881-804: Nutcracker suite.   CLNA: acTC, generally known
           a.d.o. acTown & Country Linen Corporation
1,614. VA-881-805: Trumpet angel.   CLNA: acTC, generally known a.d.o.
           acTown & Country Linen Corporation
1,615. VA-881-806: Tulips.   CLNA: acTC, generally known a.d.o. acTown
           & Country Linen Corporation
1,616. VA-881-807: Turkey time.   CLNA: acTC, generally known a.d.o.
           acTown & Country Linen Corporation
1,617. VA-881-808: Turkey trot.   CLNA: acTC, generally known a.d.o.
           acTown & Country Linen Corporation
1,618. VA-881-809: Snowflakes.   CLNA: acTC, generally known a.d.o.
           acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set              Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#    Example--> display item 2
READY:

ITEMS 1,619-1,625 OF 3,313      SET 6: BRIEF DISPLAY            FILE: COHM
                              (ASCENDING ORDER)
1,619. VA-881-810: Snowman trio.   CLNA: acTC, generally known a.d.o.
           acTown & Country Linen Corporation
1,620. VA-881-811: Staffordshire.   CLNA: acTC, generally known a.d.o.
           acTown & Country Linen Corporation
1,621. VA-881-812: Teddy border.   CLNA: acTC, generally known a.d.o.
           acTown & Country Linen Corporation
1,622. VA-881-813: Theresa.   CLNA: acTC, generally known a.d.o. acTown
           & Country Linen Corporation
1,623. VA-881-814: Three trees.   CLNA: acTC, generally known a.d.o.
           acTown & Country Linen Corporation
1,624. VA-881-815: Ribbon trees.   CLNA: acTC, generally known a.d.o.
           acTown & Country Linen Corporation
1,625. VA-881-816: Ruby.   CLNA: acTC, generally known a.d.o. acTown &
           Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set              Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#    Example--> display item 2
READY:

ITEMS 1,626-1,632 OF 3,313      SET 6: BRIEF DISPLAY            FILE: COHM
                              (ASCENDING ORDER)
1,626. VA-881-817: Santa in box.   CLNA: acTC, generally known a.d.o.
           acTown & Country Linen Corporation
1,627. VA-881-818: Santa moon.   CLNA: acTC, generally known a.d.o.
           acTown & Country Linen Corporation
1,628. VA-881-819: Scarecrow.   CLNA: acTC, generally known a.d.o.
           acTown & Country Linen Corporation

Case 1:07-cv-03159-MGC   Document 9-11   Filed 06/01/2007   Page 25 of 41

1,629. VA-881-820: Steady cats.   CLNA: acTC, generally known a.d.o.
       acTown & Country Linen Corporation
1,630. VA-881-821: Choir angels   CLNA: acTC, generally known a.d.o.
       acTown & Country Linen Corporation
1,631. VA-881-822: Christmas quilt.   CLNA, acTC, generally known a.d.o.
       acTown & Country Linen Corporation
1,632. VA-881-823: Cornucopia.   CLNA: acTC, generally known a.d.o.
       acTown & Country Linen Corporation


NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set       Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:

```
ITEMS 1,633-1,639 OF 3,313      SET 12: BRIEF DISPLAY               FILE: COHM
                                (ASCENDING ORDER)
1,633. VA-881-824: Country bears.   CLNA: acTC, generally known a.d.o.
         acTown & Country Linen Corporation
1,634. VA-881-825: Holiday memories.   CLNA: acTC, generally known
         a.d.o. acTown & Country Linen Corporation
1,635. VA-881-826: Holiday harmony.   CLNA: acTC, generally known a.d.o.
         acTown & Country Linen Corporation
1,636. VA-881-827: Holiday blooming.   CLNA: acTC, generally known
         a.d.o. acTown & Country Linen Corporation
1,637. VA-881-828: Heavenly angels.   CLNA: acTC, generally known a.d.o.
         acTown & Country Linen Corporation
1,638. VA-881-829: Hearts 'n' bears squares.   CLNA: acTC, generally
         known a.d.o. acTown & Country Linen Corporation
1,639. VA-881-830: Happy ornaments.   CLNA: acTC, generally known a.d.o.
         acTown & Country Linen Corporation

NEXT PAGE:         press transmit or enter key
SKIP AHEAD/BACK:   type any item# in set              Example--> 25
FULL DISPLAY:      type DISPLAY ITEM plus an item#    Example--> display item 2
READY:


                                         ibm3.loc.gov  14:17:24


ITEMS 1,640-1,646 OF 3,313      SET 12: BRIEF DISPLAY               FILE: COHM
                                (ASCENDING ORDER)
1,640. VA-881-831: Greetings from the North Pole.   CLNA: acTC,
         generally known a.d.o. acTown & Country Linen Corporation
1,641. VA-881-832: Gourd wreath.   CLNA: acTC, generally known a.d.o.
         acTown & Country Linen Corporation
1,642. VA-881-833: Gingerbread house.   CLNA: acTC, generally known
         a.d.o. acTown & Country Linen Corporation
1,643. VA-881-834: Gang's all here.   CLNA: acTC, generally known a.d.o.
         acTown & Country Linen Corporation
1,644. VA-881-835: Frightful flight.   CLNA: acTC, generally known
         a.d.o. acTown & Country Linen Corporation
1,645. VA-881-836: Flower basket.   CLNA: acTC, generally known a.d.o.
         acTown & Country Linen Corporation
```

1,646. VA-881-837: Fields of snow.   CLNA: acTC, generally known a.d.o.

NEXT PAGE:              press transmit or enter key
SKIP AHEAD/BACK:        type any item# in set           Example--> 25
FULL DISPLAY:           type DISPLAY ITEM plus an item#  Example--> display item 2
READY:




ITEMS 1,647-1,653 OF 3,313    SET 12: BRIEF DISPLAY              FILE: COHM
                            (ASCENDING ORDER)
1,647. VA-881-838: Festive bells.    CLNA: acTC, generally known a.d.o.
            acTown & Country Linen Corporation
1,648. VA-881-839: Fall foliage.    CLNA: acTC, generally known a.d.o.
            acTown & Country Linen Corporation
1,649. VA-881-840: Fall.    CLNA: acTC, generally known a.d.o. acTown &
            Country Linen Corporation
1,650. VA-881-841: Elegant bells.    CLNA: acTC, generally known a.d.o.
            acTown & Country Linen Corporation
1,651. VA-881-842: <El> sol.    CLNA: acTC, generally known a.d.o.
            acTown & Country Linen Corporation
1,652. VA-881-843: Egor & Agora.    CLNA: acTC, generally known a.d.o.
            acTown & Country Linen Corporation
1,653. VA-881-844: Diecut poinsettia.    CLNA: acTC, generally known
            a.d.o. acTown & Country Linen Corporation

NEXT PAGE:              press transmit or enter key
SKIP AHEAD/BACK:        type any item# in set           Example--> 25
FULL DISPLAY:           type DISPLAY ITEM plus an item#  Example--> display item 2
READY:




                                    ibm3.loc.gov  14:18:05

ITEMS 1,654-1,660 OF 3,313    SET 12: BRIEF DISPLAY              FILE: COHM
                            (ASCENDING ORDER)
1,654. VA-881-845: Craft tree.    CLNA: acTC, generally known a.d.o.
            acTown & Country Linen Corporation
1,655. VA-881-846: Country pumpkin.    CLNA: acTC, generally known a.d.o.
            acTown & Country Linen Corporation
1,656. VA-881-847: Country crafts.    CLNA: acTC, generally known a.d.o.
            acTown & Country Linen Corporation
1,657. VA-881-854: Snow blossom poinsettias.    CLNA: acTC, generally
            known a.d.o. acTown & Country Linen Corporation
1,658. VA-881-855: Snow buddies.    CLNA: acTC, generally known a.d.o.
            acTown & Country Linen Corporation
1,659. VA-881-856: Polar bears.    CLNA: acTC, generally known a.d.o.
            acTown & Country Linen Corporation
1,660. VA-881-857: Porcelain holiday.    CLNA: acTC, generally known
            a.d.o. acTown & Country Linen Corporation

NEXT PAGE:              press transmit or enter key
SKIP AHEAD/BACK:        type any item# in set           Example--> 25
FULL DISPLAY:           type DISPLAY ITEM plus an item#  Example--> display item 2
READY:




                                    ibm3.loc.gov  14:18:28

ITEMS 1,661-1,667 OF 3,313    SET 12: BRIEF DISPLAY              FILE: COHM
                            (ASCENDING ORDER)

Case 1:07-cv-03759-MGC   Document 9-11   Filed 06/01/2007   Page 28 of 41
1,661. VA-881-858: Pumpkins 'n' gourds.   CLNA: acTC, generally known
          a.d.o. acTown & Country Linen Corporation
1,662. VA-881-859: Quilted turkey.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,663. VA-881-860: Remember Christmas.   CLNA: acTC, generally known
          a.d.o. acTown & Country Linen Corporation
1,664. VA-881-861: Ornamental pine.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,665. VA-881-862: Pamela.   CLNA: acTC, generally known a.d.o. acTown
          & Country Linen Corporation
1,666. VA-881-863: Pilgrims.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,667. VA-881-864: Poinsettia.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation


NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set              Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#    Example--> display item 2
READY:




ITEMS 1,668-1,674 OF 3,313     SET 12: BRIEF DISPLAY              FILE: COHM
                              (ASCENDING ORDER)
1,668. VA-881-865: Poinsettia harvest.   CLNA: acTC, generally known
          a.d.o. acTown & Country Linen Corporation
1,669. VA-881-866: Holly.   CLNA: acTC, generally known a.d.o. acTown &
          Country Linen Corporation
1,670. VA-881-867: Home.   CLNA: acTC, generally known a.d.o. acTown &
          Country Linen Corporation
1,671. VA-881-868: Karen's angels.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,672. VA-881-869: Keep out.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,673. VA-881-870: Lovely Street.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,674. VA-881-871: Madison County.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set              Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#    Example--> display item 2
READY:




ITEMS 1,675-1,681 OF 3,313     SET 12: BRIEF DISPLAY              FILE: COHM
                              (ASCENDING ORDER)
1,675. VA-881-872: Maple leaf.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,676. VA-881-873: Merry Christmas Santa.   CLNA: acTC, generally known
          a.d.o. acTown & Country Linen Corporation
1,677. VA-881-874: Merry mitts.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,678. VA-881-875: Midnight ride.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,679. VA-881-876: Mr. Pumpkin.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,680. VA-881-877: Morning glory.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,681. VA-881-878: New fun pumpkin.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation

NEXT PAGE:            press transmit or enter key
SKIP AHEAD/BACK:     type any item# in set              Example--> 25
FULL DISPLAY:        type DISPLAY ITEM plus an item#   Example--> display item 2
READY:

ibm3.loc.gov  14:19:24

ITEMS 1,682-1,688 OF 3,313     SET 12: BRIEF DISPLAY              FILE: COHM
                    (ASCENDING ORDER)
1,682. VA-881-879: Old world Santa.   CLNA: acTC, generally know a.d.o.
         acTown & Country Linen Corporation
1,683. VA-881-880: Orchard medley.   CLNA: acTC, generally known a.d.o
         acTown & Country Linen Corporation
1,684. VA-881-881: All hearts come home for Christmas.   CLNA: acTC,
         generally known a.d.o. acTown & Country Linen Corporation
1,685. VA-881-882: All that glitters.   CLNA: acTC, generally known
         a.d.o acTown & Country Linen Corporation
1,686. VA-881-883: American feast.   CLNA: acTC, generally known a.d.o.
         acTown & Country Linen Corporation
1,687. VA-881-884: Autumn scene.   CLNA: acTC, generally known a.d.o.
         acTown & Country Linen Corporation
1,688. VA-881-885: Autumn stencil.   CLNA: acTC, generally known a.d.o.
         acTown & Country Linen Corporation

NEXT PAGE:            press transmit or enter key
SKIP AHEAD/BACK:     type any item# in set              Example--> 25
FULL DISPLAY:        type DISPLAY ITEM plus an item#   Example--> display item 2
READY:

ITEMS 1,689-1,695 OF 3,313     SET 12: BRIEF DISPLAY              FILE: COHM
                    (ASCENDING ORDER)
1,689. VA-881-886: Baking angels.   CLNA: acTC, generally known a.d.o.
         acTown & Country Linen Corporation
1,690. VA-881-887: Bamboo.   CLNA: acTC, generally known a.d.o. acTown
         & Country Linen Corporation
1,691. VA-881-888: Basket o' plenty.   CLNA: acTC, generally known
         a.d.o. acTown & Country Linen Corporation
1,692. VA-881-889: Black cat.   CLNA: acTC, generally known a.d.o.
         acTown & Country Linen Corporation
1,693. VA-881-890: Bountiful basket.   CLNA: acTC, generally known
         a.d.o. acTown & Country Linen Corporation
1,694. VA-881-891: Boys of winter.   CLNA: acTC, generally known a.d.o.
         acTown & Country Linen Corporation
1,695. VA-881-892: Calico cats.   CLNA: acTC, generally known a.d.o
         acTown & Country Linen Corporation

NEXT PAGE:            press transmit or enter key
SKIP AHEAD/BACK:     type any item# in set              Example--> 25
FULL DISPLAY:        type DISPLAY ITEM plus an item#   Example--> display item 2
READY:

ITEMS 1,696-1,702 OF 3,313     SET 12: BRIEF DISPLAY              FILE: COHM
                    (ASCENDING ORDER)
1,696. VA-881-893: Ellis.   CLNA: acTC, generally known a.d.o. acTown &
         Country Linen Corporation
1,697. VA-881-894: Candy box.   CLNA: acTC, generally known a.d.o.

1,698. VA-881-895: Candyland.  CLNA: acTC, generally known a.d.o.
         acTown & Country Linen Corporation
1,699. VA-881-896: Candyland.  CLNA: acTC, generally known a.d.o.
         acTown & Country Linen Corporation
1,700. VA-881-897: Capri.  CLNA: acTC, generally known a.d.o. acTown &
         Country Linen Corporation
1,701. VA-881-898: Change of seasons.  CLNA: acTC, generally known
         a.d.o. acTown & Country Linen Corporation
1,702. VA-894-032: Star light, star bright.  CLNA: acTC generally known
         a.d.o. acTown & Country Linen Corporation


NEXT PAGE:        press transmit or enter key
SKIP AHEAD/BACK:  type any item# in set       Example--> 25
FULL DISPLAY:     type DISPLAY ITEM plus an item#   Example--> display item 2
READY:




ITEMS 1,703-1,709 OF 3,313    SET 12: BRIEF DISPLAY         FILE: COHM
                        (ASCENDING ORDER)
1,703. VA-894-033: Bakery & candies.  CLNA: acTC generally known a.d.o.
         acTown & Country Linen Corporation
1,704. VA-894-034: Bear family Xmas.  CLNA: acTC generally known a.d.o.
         acTown & Country Linen Corporation
1,705. VA-894-035: Bears 'round the tree.  CLNA: acTC generally known
         a.d.o. acTown & Country Linen Corporation
1,706. VA-894-036: Christmas buddies.  CLNA: acTC generally known
         a.d.o. acTown & Country Linen Corporation
1,707. VA-894-037: Beary Christmas.  CLNA: acTC generally known a.d.o.
         acTown & Country Linen Corporation
1,708. VA-894-038: Christmas character.  CLNA: acTC generally known
         a.d.o. acTown & Country Linen Corporation
1,709. VA-894-039: Christmas charm.  CLNA: acTC generally known a.d.o.
         acTown & Country Linen Corporation

NEXT PAGE:        press transmit or enter key
SKIP AHEAD/BACK:  type any item# in set       Example--> 25
FULL DISPLAY:     type DISPLAY ITEM plus an item#   Example--> display item 2
READY:




ITEMS 1,710-1,716 OF 3,313    SET 12: BRIEF DISPLAY         FILE: COHM
                        (ASCENDING ORDER)
1,710. VA-894-040: Christmas dreamer.  CLNA: acTC generally known
         a.d.o. acTown & Country Linen Corporation
1,711. VA-894-041: Christmas Eve sky.  CLNA: acTC generally known
         a.d.o. acTown & Country Linen Corporation
1,712. VA-894-042: Christmas floral.  CLNA: acTC generally known a.d.o.
         acTown & Country Linen Corporation
1,713. VA-894-043: Christmas friends.  CLNA: acTC generally known
         a.d.o. acTown & Country Linen Corporation
1,714. VA-894-044: Christmas melody.  CLNA: acTC generally known a.d.o.
         acTown & Country Linen Corporation
1,715. VA-894-045: Christmas tree plaid.  CLNA: acTC generally known
         a.d.o. acTown & Country Linen Corporation
1,716. VA-894-046: Contempo collage.  CLNA: acTC generally known a.d.o.
         acTown & Country Linen Corporation

NEXT PAGE:        press transmit or enter key
SKIP AHEAD/BACK:  type any item# in set       Example--> 25

ITEMS 1,717-1,723 OF 3,313     SET 12: BRIEF DISPLAY                    FILE: COHM
                              (ASCENDING ORDER)
1,717. VA-894-047: Country Christmas bears.    CLNA: acTC generally known
           a.d.o. acTown & Country Linen Corporation
1,718. VA-894-048: Country cupboard.    CLNA: acTC generally known a.d.o.
           acTown & Country Linen Corporation
1,719. VA-894-049: Country poinsettia patch.    CLNA: acTC generally
           known a.d.o. acTown & Country Linen Corporation
1,720. VA-894-050: Country trees.    CLNA: acTC generally known a.d.o.
           acTown & Country Linen Corporation
1,721. VA-894-051: Diecut teddy.    CLNA: acTC generally known a.d.o.
           acTown & Country Linen Corporation
1,722. VA-894-052: Elegant angel.    CLNA: acTC generally known a.d.o.
           acTown & Country Linen Corporation
1,723. VA-894-053: Elegant blossoms.    CLNA: acTC generally known a.d.o.
           acTown & Country Linen Corporation

NEXT PAGE:           press transmit or enter key
SKIP AHEAD/BACK:     type any item# in set           Example--> 25
FULL DISPLAY:        type DISPLAY ITEM plus an item#  Example--> display item 2
READY:


ITEMS 1,724-1,730 OF 3,313     SET 12: BRIEF DISPLAY                    FILE: COHM
                              (ASCENDING ORDER)
1,724. VA-894-060: Elegant ornament.    CLNA: acTC generally known a.d.o.
           acTown & Country Linen Corporation
1,725. VA-894-061: Embroidered poinsettia.    CLNA: acTC generally known
           a.d.o. acTown & Country Linen Corporation
1,726. VA-894-062: Festive garden.    CLNA: acTC generally known a.d.o.
           acTown & Country Linen Corporation
1,727. VA-894-063: Florist shop.    CLNA: acTC generally known a.d.o.
           acTown & Country Linen Corporation
1,728. VA-894-064: Folk art angel.    CLNA: acTC generally known a.d.o.
           acTown & Country Linen Corporation
1,729. VA-894-065: Poinsettia glitter.    CLNA: acTC generally known
           a.d.o. acTown & Country Linen Corporation
1,730. VA-894-066: Poinsettia plaid.    CLNA: acTC generally known a.d.o.
           acTown & Country Linen Corporation

NEXT PAGE:           press transmit or enter key
SKIP AHEAD/BACK:     type any item# in set           Example--> 25
FULL DISPLAY:        type DISPLAY ITEM plus an item#  Example--> display item 2
READY:


                                           ibm3.loc.gov  14:21:35

ITEMS 1,731-1,737 OF 3,313     SET 12: BRIEF DISPLAY                    FILE: COHM
                              (ASCENDING ORDER)
1,731. VA-894-067: Poinsettia wreath.    CLNA: acTC generally known
           a.d.o. acTown & Country Linen Corporation
1,732. VA-894-068: Polar fun.    CLNA: acTC generally known a.d.o.
           acTown & Country Linen Corporation
1,733. VA-894-069: Pretty mittens.    CLNA: acTC generally known a.d.o.
           acTown & Country Linen Corporation

1,734. VA-894-070: Pretty poinsettias.   CLNA: acTC generally known
1,735. VA-894-071: Pretty sleigh.   CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation
1,736. VA-894-072: Pretty trees.   CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation
1,737. VA-894-073: Quilted poinsettia patches.   CLNA: acTC generally
        known a.d.o. acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set           Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#  Example--> display item 2
READY:

                                    ibm3.loc.gov  14:22:21

ITEMS 1,738-1,744 OF 3,313       SET 12: BRIEF DISPLAY           FILE: COHM
                        (ASCENDING ORDER)
1,738. VA-894-074: Reindeer games.   CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation
1,739. VA-894-075: Ribbons & bows.   CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation
1,740. VA-894-076: Rooftop Santa.   CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation
1,741. VA-894-077: Santa express.   CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation
1,742. VA-894-078: Santa gnomes.   CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation
1,743. VA-894-079: Santa sampler.   CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation
1,744. VA-894-080: Santa's crowd.   CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set           Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#  Example--> display item 2
READY:

ITEMS 1,745-1,751 OF 3,313       SET 12: BRIEF DISPLAY           FILE: COHM
                        (ASCENDING ORDER)
1,745. VA-894-081: Santa's flight.   CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation
1,746. VA-894-092: Pine ornaments.   CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation
1,747. VA-894-093: Victorian ornaments.   CLNA: acTC generally known
        a.d.o. acTown & Country Linen Corporation
1,748. VA-894-094: Victorian poinsettia.   CLNA: acTC generally known
        a.d.o. acTown & Country Linen Corporation
1,749. VA-894-095: The magic of Christmas.   CLNA: acTC generally known
        a.d.o. acTown & Country Linen Corporation
1,750. VA-894-096: Toy shop.   CLNA: acTC generally known a.d.o. acTown
        & Country Linen Corporation
1,751. VA-894-097: Toyland.   CLNA: acTC generally known a.d.o. acTown
        & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set           Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#  Example--> display item 2
READY:

ITEMS 1,752-1,758 OF 3,313    SET 12: BRIEF DISPLAY                 FILE: COHM
(ASCENDING ORDER)
1,752. VA-894-098: Traditional goose.   CLNA: acTC generally known
          a.d.o. acTown & Country Linen Corporation
1,753. VA-894-099: Traditional ornaments.   CLNA: acTC generally known
          a.d.o. acTown & Country Linen Corporation
1,754. VA-894-100: Traditional vignettes.   CLNA: acTC generally known
          a.d.o. acTown & Country Linen Corporation
1,755. VA-894-101: Trim a tree penguins.   CLNA: acTC generally known
          a.d.o. acTown & Country Linen Corporation
1,756. VA-894-102: Twilight snowflakes.   CLNA: acTC generally known
          a.d.o. acTown & Country Linen Corporation
1,757. VA-894-103: Warm heart, cold nose.   CLNA: acTC generally known
          a.d.o. acTown & Country Linen Corporation
1,758. VA-894-104: White poinsettia.   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation

NEXT PAGE:        press transmit or enter key
SKIP AHEAD/BACK:  type any item# in set               Example--> 25
FULL DISPLAY:     type DISPLAY ITEM plus an item#     Example--> display item 2
READY:


ITEMS 1,759-1,765 OF 3,313    SET 12: BRIEF DISPLAY                 FILE: COHM
(ASCENDING ORDER)
,759. VA-894-105: Winter baubles.   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
,760. VA-894-106: Winter playland.   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
,761. VA-894-107: Winter whimsy.   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
,762. VA-894-108: Wise men.   CLNA: acTC generally known a.d.o. acTown
          & Country Linen Corporation
,763. VA-894-109: Woodcut Santas.   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
,764. VA-894-110: Wreaths.   CLNA: acTC generally known a.d.o. acTown
          & Country Linen Corporation
,765. VA-894-111: Stars & swirls.   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation

NEXT PAGE:        press transmit or enter key
SKIP AHEAD/BACK:  type any item# in set               Example--> 25
FULL DISPLAY:     type DISPLAY ITEM plus an item#     Example--> display item 2
READY:


ITEMS 1,766-1,772 OF 3,313    SET 12: BRIEF DISPLAY                 FILE: COHM
(ASCENDING ORDER)
,766. VA-894-112: Stitchery snowmen.   CLNA: acTC generally known
          a.d.o. acTown & Country Linen Corporation
,767. VA-894-113: Sweet tree.   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
,768. VA-894-114: Teddies sledding.   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
,769. VA-894-115: Teddies toboggan.   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
,770. VA-894-116: Teddy bear patches.   CLNA: acTC generally known

```
               a.d.o. acTown & Country Linen Corporation
,771. VA-894-117: Holiday. Documents-11 acTC generally known a.d.o.
               acTown & Country Linen Corporation
,772. VA-894-118: Folk art Santa.   CLNA: acTC generally known a.d.o.
               acTown & Country Linen Corporation


EXT PAGE:         press transmit or enter key
KIP AHEAD/BACK:   type any item# in set              Example--> 25
ULL DISPLAY:      type DISPLAY ITEM plus an item#    Example--> display item 2
EADY:
```


```
TEMS 1,773-1,779 OF 3,313    SET 12: BRIEF DISPLAY          FILE: COHM
                           (ASCENDING ORDER)
,773. VA-894-119: French horn.   CLNA: acTC generally known a.d.o.
               acTown & Country Linen Corporation
,774. VA-894-120: Frosty fellows.   CLNA: acTC generally known a.d.o.
               acTown & Country Linen Corporation
,775. VA-894-121: Geese scenes.   CLNA: acTC generally known a.d.o.
               acTown & Country Linen Corporation
,776. VA-894-122: Gift tree.   CLNA: acTC generally known a.d.o.
               acTown & Country Linen Corporation
,777. VA-894-123: Gingerbread time.   CLNA: acTC generally known a.d.o.
               acTown & Country Linen Corporation
,778. VA-894-124: Glass ornaments.   CLNA: acTC generally known a.d.o.
               acTown & Country Linen Corporation
,779. VA-894-125: Gold angels.   CLNA: acTC generally known a.d.o.
               acTown & Country Linen Corporation

EXT PAGE:         press transmit or enter key
KIP AHEAD/BACK:   type any item# in set              Example--> 25
ULL DISPLAY:      type DISPLAY ITEM plus an item#    Example--> display item 2
EADY:
```


```
TEMS 1,780-1,786 OF 3,313    SET 12: BRIEF DISPLAY          FILE: COHM
                           (ASCENDING ORDER)
,780. VA-894-126: Gold flakes.   CLNA: acTC generally known a.d.o.
               acTown & Country Linen Corporation
,781. VA-894-127: Harmony angel.   CLNA: acTC generally known a.d.o.
               acTown & Country Linen Corporation
,782. VA-894-128: Poinsettia bough.   CLNA: acTC generally known a.d.o.
               acTown & Country Linen Corporation
,783. VA-894-129: Pine boughs.   CLNA: acTC generally known a.d.o.
               acTown & Country Linen Corporation
,784. VA-894-130: Outdoor tree.   CLNA: acTC generally known a.d.o.
               acTown & Country Linen Corporation
,785. VA-894-131: Opulent poinsettia.   CLNA: acTC generally known
               a.d.o. acTown & Country Linen Corporation
,786. VA-894-132: Opulent bells.   CLNA: acTC generally known a.d.o.
               acTown & Country Linen Corporation

EXT PAGE:         press transmit or enter key
KIP AHEAD/BACK:   type any item# in set              Example--> 25
ULL DISPLAY:      type DISPLAY ITEM plus an item#    Example--> display item 2
EADY:
```

,787. VA-894-133: Noel Santa II.   CLNA: acTC generally known a.d.o.
         acTown & Country Linen Corporation
,788. VA-894-134: Noel Santa.   CLNA: acTC generally known a.d.o.
         acTown & Country Linen Corporation
,789. VA-894-135: Noel.   CLNA: acTC generally known a.d.o. acTown &
         Country Linen Corporation
,790. VA-894-136: Monotone poinsettia.   CLNA: acTC generally known
         a.d.o. acTown & Country Linen Corporation
,791. VA-894-137: Mr. Drifter.   CLNA: acTC generally known a.d.o.
         acTown & Country Linen Corporation
,792. VA-894-138: Merry, merry.   CLNA: acTC generally known a.d.o.
         acTown & Country Linen Corporation
,793. VA-894-139: Many faces of Santa.   CLNA: acTC generally known
         a.d.o. acTown & Country Linen Corporation

EXT PAGE:         press transmit or enter key
KIP AHEAD/BACK:   type any item# in set          Example--> 25
ULL DISPLAY:      type DISPLAY ITEM plus an item#   Example--> display item 2
EADY:

TEMS 1,794-1,800 OF 3,313     SET 12: BRIEF DISPLAY          FILE: COHM
                    (ASCENDING ORDER)
,794. VA-894-140: Lost mittens.   CLNA: acTC generally known a.d.o.
         acTown & Country Linen Corporation
,795. VA-894-141: Ivy & petals.   CLNA: acTC generally known a.d.o.
         acTown & Country Linen Corporation
,796. VA-894-142: Icy igloo.   CLNA: acTC generally known a.d.o.
         acTown & Country Linen Corporation
,797. VA-894-143: Hung with care.   CLNA: acTC generally known a.d.o.
         acTown & Country Linen Corporation
,798. VA-894-144: Homespun mittens.   CLNA: acTC generally known a.d.o.
         acTown & Country Linen Corporation
,799. VA-894-145: Holly splash.   CLNA: acTC generally known a.d.o.
         acTown & Country Linen Corporation
,800. VA-894-146: Holiday village.   CLNA: acTC generally known a.d.o.
         acTown & Country Linen Corporation

EXT PAGE:         press transmit or enter key
KIP AHEAD/BACK:   type any item# in set          Example--> 25
ULL DISPLAY:      type DISPLAY ITEM plus an item#   Example--> display item 2
EADY:

ITEMS 1,801-1,807 OF 3,313     SET 12: BRIEF DISPLAY          FILE: COHM
                    (ASCENDING ORDER)
1,801. VA-894-147: Holiday trimming.   CLNA: acTC generally known a.d.o.
         acTown & Country Linen Corporation
1,802. VA-894-148: Holiday music.   CLNA: acTC generally known a.d.o.
         acTown & Country Linen Corporation
1,803. VA-894-149: Holiday hints.   CLNA: acTC generally known a.d.o.
         acTown & Country Linen Corporation
1,804. VA-894-150: Holiday hats.   CLNA: acTC generally known a.d.o.
         acTown & Country Linen Corporation
1,805. VA-894-151: Holiday blossoms.   CLNA: acTC generally known a.d.o.
         acTown & Country Linen Corporation
1,806. VA-894-152: Holiday bears.   CLNA: acTC generally known a.d.o.

1,806. VA-894-152: Holiday bears.   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
1,807. VA-894-153: Heart wreath.   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set            Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:


ITEMS 1,808-1,814 OF 3,313     SET 12: BRIEF DISPLAY          FILE: COHM
                     (ASCENDING ORDER)
1,808. VA-894-154: Santa's greeting.   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
1,809. VA-894-155: Santa's list.   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
1,810. VA-894-156: Santa's sled.   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
1,811. VA-894-157: Season's greetings.   CLNA: acTC generally known
          a.d.o. acTown & Country Linen Corporation
1,812. VA-894-158: Simply Santa.   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
1,813. VA-894-159: Snow birds.   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
1,814. VA-894-160: Snowmen's tree.   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set            Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:

              /


ITEMS 1,815-1,821 OF 3,313     SET 12: BRIEF DISPLAY          FILE: COHM
                     (ASCENDING ORDER)
1,815. VA-894-161: Sparkle trees.   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
1,816. VA-894-920: Blud green plaid.   CLNA: acTC, generally known
          a.d.o. acTown & Country Linen Corporation
1,817. VA-894-921: Blue basket.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,818. VA-894-922: Alpine meadow.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,819. VA-894-923: Woodbury.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,820. VA-894-924: Green trellis.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,821. VA-894-925: Harlequin--blue.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set            Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:


ITEMS 1,822-1,828 OF 3,313     SET 12: BRIEF DISPLAY          FILE: COHM

1,822. VA-894-926: ASCII   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
1,823. VA-894-927: Hearts & flowers.   CLNA: acTC, generally known
        a.d.o. acTown & Country Linen Corporation
1,824. VA-894-928: Herb & berry.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
1,825. VA-894-929: Hilary.   CLNA: acTC, generally known a.d.o. acTown
        & Country Linen Corporation
1,826. VA-894-930: Lenore.   CLNA: acTC, generally known a.d.o. acTown
        & Country Linen Corporation
1,827. VA-894-931: Priscilla.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
1,828. VA-894-932: Posey squares.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set         Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:


ITEMS 1,829-1,835 OF 3,313     SET 12: BRIEF DISPLAY        FILE: COHM
                    (ASCENDING ORDER)
1,829. VA-894-933: Ornate rose.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
1,830. VA-894-934: Tea for two.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
1,831. VA-894-935: Sun garden.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
1,832. VA-894-946: Textured fruits.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
1,833. VA-894-947: Tulip splash.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
1,834. VA-894-948: Watering cans.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
1,835. VA-894-949: Sonnet.   CLNA: acTC, generally known a.d.o. acTown
        & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set         Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:


                                        ibm3.loc.gov  14:27:05

ITEMS 1,836-1,842 OF 3,313     SET 12: BRIEF DISPLAY        FILE: COHM
                    (ASCENDING ORDER)
1,836. VA-894-950: Sponged misty.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
1,837. VA-894-951: Spring maple.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
1,838. VA-894-952: Stitch time.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
1,839. VA-894-953: Retro stencil.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
1,840. VA-894-954: Rose fest pastel.   CLNA: acTC, generally known
        a.d.o. acTown & Country Linen Corporation
1,841. VA-894-955: Rose garden.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
1,842. VA-894-956: Rose trellis.   CLNA: acTC, generally known a.d.o.

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set                Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#      Example--> display, item 2
READY:


ITEMS 1,843-1,849 OF 3,813    SET 13: BRIEF DISPLAY                FILE: CONM
                              (ASCENDING ORDER)
1,843. VA-994-957: Samantha's quilt.    CLNA: acTC, generally known
          a.d.o. acTown & Country Linen Corporation
1,844. VA-994-958: Starcandy & pigs.    CLNA: acTC, generally known
          a.d.o. acTown & Country Linen Corporation
1,845. VA-994-959: «Less» veggie.    CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,846. VA-994-960: Madrid.    CLNA: acTC, generally known a.d.o. acTown
          & Country Linen Corporation
1,847. VA-994-961: Making daisies.    CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
1,848. VA-994-962: Maryann.    CLNA: acTC, generally known a.d.o. acTown
          & Country Linen Corporation
1,849. VA-994-963: Movement.    CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation


NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set                Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#      Example--> display, item 2
READY:


ITEMS 1,857-1,863 OF 3,813    SET 13: BRIEF DISPLAY                FILE: CONM
                              (ASCENDING ORDER)
1,857. VA-999-025: Classic leaves.    CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation

1,858. VA-899-026: Copper leaves.   CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation
1,859. VA-899-027: Country patches.   CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation
1,860. VA-899-028: Crafty witch.   CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation
1,861. VA-899-029: Cross country.   CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation
1,862. VA-899-030: Fat cats.   CLNA: acTC generally known a.d.o. acTown
        & Country Linen Corporation
1,863. VA-899-031: Folk stencil.   CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation


NEXT PAGE:         press transmit or enter key
SKIP AHEAD/BACK:   type any item# in set          Example--> 25
FULL DISPLAY:      type DISPLAY ITEM plus an item#   Example--> display item 2
READY:




ITEMS 1,864-1,870 OF 3,313    SET 12: BRIEF DISPLAY         FILE: COHM
                    (ASCENDING ORDER)
1,864. VA-899-032: Golden garden.   CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation
1,865. VA-899-033: Golden sunflowers.   CLNA: acTC generally known
        a.d.o. acTown & Country Linen Corporation
1,866. VA-899-034: Happy thanksgiving.   CLNA: acTC generally known
        a.d.o. acTown & Country Linen Corporation
1,867. VA-899-035: Harvest basket stencil.   CLNA: acTC generally known
        a.d.o. acTown & Country Linen Corporation
1,868. VA-899-036: Harvest tapestry.   CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation
1,869. VA-899-037: Harvest ted.   CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation
1,870. VA-899-038: Harvest tile.   CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation


NEXT PAGE:         press transmit or enter key
SKIP AHEAD/BACK:   type any item# in set          Example--> 25
FULL DISPLAY:      type DISPLAY ITEM plus an item#   Example--> display item 2
READY:



                                        ibm3.loc.gov  14:28:08

ITEMS 1,871-1,877 OF 3,313    SET 12: BRIEF DISPLAY         FILE: COHM
                    (ASCENDING ORDER)
1,871. VA-899-039: Harvest time.   CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation
1,872. VA-899-040: Harvest wreath.   CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation
1,873. VA-899-041: Indian corn & gourds.   CLNA: acTC generally known
        a.d.o. acTown & Country Linen Corporation
1,874. VA-899-042: Indian corn & wheat.   CLNA: acTC generally known
        a.d.o. acTown & Country Linen Corporation
1,875. VA-899-043: Local ghouls.   CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation
1,876. VA-899-044: Natural beauty.   CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation
1,877. VA-899-045: Quilted Thanksgiving.   CLNA: acTC generally known
        a.d.o. acTown & Country Linen Corporation


NEXT PAGE:         press transmit or enter key

SKIP AHEAD/BACK:   type any item# in se.            Example--> 25
FULL DISPLAY:      type DISPLAY ITEM plus an item#  Example--> display item 2
READY:

Case 1:07-cv-03159-MGC   Document 9-11   Filed 06/01/2007   Page 40 of 41

                                              ibm3.loc.gov  14:28:09

ITEMS 1,878-1,884 OF 3,313      SET 12: BRIEF DISPLAY            FILE: COMM
                               (ASCENDING ORDER)
1,878. VA-899-046: Signs of fall.   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
1,879. VA-899-047: Spooky condo.   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
1,880. VA-899-048: Spooky hollow.   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
1,881. VA-899-049: Wheat.   CLNA: acTC generally known a.d.o. acTown &
          Country Linen Corporation
1,882. VA-899-050: Wizard bear.   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
1,883. VA-899-051: Woodland.   CLNA: acTC generally known a.d.o. acTown
          & Country Linen Corporation
1,884. VA-900-730: Windowsill arrangement.   CLNA: acTC, (generally
          known a.d.o. acTown & Country Linen Corporation)

NEXT PAGE:         press transmit or enter key
SKIP AHEAD/BACK:   type any item# in set            Example--> 25
FULL DISPLAY:      type DISPLAY ITEM plus an item#  Example--> display item 2
READY:


                                              ibm3.loc.gov  14:28:10

ITEMS 1,885-1,891 OF 3,313      SET 12: BRIEF DISPLAY            FILE: COMM
                               (ASCENDING ORDER)
1,885. VA-900-731: Watercolor garden.   CLNA: acTC, (generally known
          a.d.o. acTown & Country Linen Corporation)
1,886. VA-900-732: Vermont hillside.   CLNA: acTC, (generally known
          a.d.o. acTown & Country Linen Corporation)
1,887. VA-900-733: Three ferns.   CLNA: acTC, (generally known a.d.o.
          acTown & Country Linen Corporation)
1,888. VA-900-734: Tea-time China.   CLNA: acTC, (generally known a.d.o.
          acTown & Country Linen Corporation)
1,889. VA-900-735: Springtime planting.   CLNA: acTC, (generally known
          a.d.o. acTown & Country Linen Corporation)
1,890. VA-900-736: Silver anniversary.   CLNA: acTC, (generally known
          a.d.o. acTown & Country Linen Corporation)
1,891. VA-900-737: Rooster's dance.   CLNA: acTC, (generally known
          a.d.o. acTown & Country Linen Corporation)

NEXT PAGE:         press transmit or enter key
SKIP AHEAD/BACK:   type any item# in set            Example--> 25
FULL DISPLAY:      type DISPLAY ITEM plus an item#  Example--> display item 2
READY:


ITEMS 1,892-1,898 OF 3,313      SET 12: BRIEF DISPLAY            FILE: COMM
                               (ASCENDING ORDER)
1,892. VA-900-738: Rooster time.   CLNA: acTC, (generally known a.d.o.
          acTown & Country Linen Corporation)
1,893. VA-900-739: Radish time.   CLNA: acTC, (generally known a.d.o.
          acTown & Country Linen Corporation)
1,894. VA-900-740: Quilted fields.   CLNA: acTC, (generally known a.d.o.

acTown & Country Linen Corporation)
1,895. VA-900-741: Quilted trellis.   CLNA: acTC, (generally known a.d.o.
a.d.o. acTown & Country Linen Corporation)
1,896. VA-900-742: Porcelain bouquet.   CLNA: acTC, (generally known
a.d.o. acTown & Country Linen Corporation)
1,897. VA-900-743: Nature's notebook.   CLNA: acTC, (generally known
a.d.o. acTown & Country Linen Corporation)
1,898. VA-900-744: Nature's bounty.   CLNA: acTC, (generally known
a.d.o. acTown & Country Linen Corporation)

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set              Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#    Example--> display item 2
READY:


ITEMS 1,899-1,905 OF 3,313     SET 12: BRIEF DISPLAY            FILE: COHM
                        (ASCENDING ORDER)
1,899. VA-900-745: Heart patch.   CLNA: acTC, (generally known a.d.o.
acTown & Country Linen Corporation)
1,900. VA-900-746: Happy cat, happy garden.   CLMA: acTC, (generally
known a.d.o. acTown & Country Linen Corporation)
1,901. VA-900-747: Fruitopia.   CLNA: acTC, (generally known a.d.o.
acTown & Country Linen Corporation)
1,902. VA-900-748: Fruit bunches.   CLNA: acTC, (generally known a.d.o.
acTown & Country Linen Corporation)
1,903. VA-900-749: Fruit border.   CLNA: acTC, (generally known a.d.o.
acTown & Country Linen Corporation)
1,904. VA-900-750: Frame patchwork.   CLNA: acTC, (generally known
a.d.o. acTown & Country Linen Corporation)
1,905. VA-900-751: English rose.   CLNA: acTC, (generally known a.d.o.
acTown & Country Linen Corporation)

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set              Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#    Example--> display item 2
READY:


                                        ibm3.loc.gov  14:29:55

ITEMS 1,906-1,912 OF 3,313     SET 12: BRIEF DISPLAY            FILE: COHM
                        (ASCENDING ORDER)
1,906. VA-906-064: Country luncheon.   CLNA: acTC generally known a.d.o.
acTown & Country Linen Corporation
1,907. VA-906-065: Contempo style.   CLNA: acTC generally known a.d.o.
acTown & Country Linen Corporation
1,908. VA-906-066: Chi Chic farm.   CLNA: acTC generally known a.d.o.
acTown & Country Linen Corporation
1,909. VA-906-067: Chelsea's bouquet.   CLNA: acTC generally known
a.d.o. acTown & Country Linen Corporation
1,910. VA-906-068: Butterfly flowers.   CLNA: acTC generally known
a.d.o. acTown & Country Linen Corporation
1,911. VA-906-069: Baroque bouquet.   CLNA: acTC generally known a.d.o.
acTown & Country Linen Corporation
1,912. VA-906-070: Apple pie.   CLNA: acTC generally known a.d.o.
acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set              Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#    Example--> display item 2
READY: