ITEMS 1,913-1,919 OF 3,313    SET 12: BRIEF DISPLAY                FILE: COHM
                             (ASCENDING ORDER)
1,913. VA-906-071: Apple picnic.    CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
1,914. VA-906-072: Apple picking.    CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
1,915. VA-906-073: Apple frame.    CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
1,916. VA-906-074: Annies apple.    CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
1,917. VA-906-075: Amanda's kitchen.    CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
1,918. VA-907-297: Daisy in a box.    CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
1,919. VA-926-207: Gardening.    CLNA: acTC, generally known a.d.a
          acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set          Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#  Example--> display item 2
READY:

ITEMS 1,920-1,926 OF 3,313    SET 12: BRIEF DISPLAY                FILE: COHM
                             (ASCENDING ORDER)
1,920. VA-926-208: Fruit diamonds.    CLNA: acTC, generally known a.d.a
          acTown & Country Linen Corporation
1,921. VA-926-209: Fruit blossom.    CLNA: acTC, generally known a.d.a
          acTown & Country Linen Corporation
1,922. VA-926-210: French gardening.    CLNA: acTC, generally known a.d.a
          acTown & Country Linen Corporation
1,923. VA-926-211: Folk art quilt.    CLNA: acTC, generally known a.d.a
          acTown & Country Linen Corporation
1,924. VA-926-212: Flower flurry.    CLNA: acTC, generally known a.d.a
          acTown & Country Linen Corporation
1,925. VA-926-213: Falling leaves.    CLNA: acTC, generally known a.d.a
          acTown & Country Linen Corporation
1,926. VA-926-214: Falling flowers.    CLNA: acTC, generally known a.d.a
          acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set          Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#  Example--> display item 2
READY:

ITEMS 1,927-1,933 OF 3,313    SET 12: BRIEF DISPLAY                FILE: COHM
                             (ASCENDING ORDER)
1,927. VA-926-215: Down home.    CLNA: acTC, generally known a.d.a
          acTown & Country Linen Corporation
1,928. VA-926-216: Denmark.    CLNA: acTC, generally known a.d.a acTown
          & Country Linen Corporation
1,929. VA-926-217: Country quilt.    CLNA: acTC, generally known a.d.a
          acTown & Country Linen Corporation
1,930. VA-926-218: Coronado.    CLNA: acTC, generally known a.d.a acTown

Case 1:07-cv-03159-MGC    Document 9-12    Filed 06/01/2007    Page 2 of 32

1,931. VA-926-219: Citrus patch.   CLNA: acTC, generally known a.d.a
          acTown & Country Linen Corporation
1,932. VA-926-220: Cherry bunch.   CLNA: acTC, generally known a.d.a
          acTown & Country Linen Corporation
1,933. VA-926-221: Calico garden.   CLNA: acTC, generally known a.d.a
          acTown & Country Linen Corporation


NEXT PAGE:           press transmit or enter key
SKIP AHEAD/BACK:     type any item# in set          Example--> 25
FULL DISPLAY:        type DISPLAY ITEM plus an item#  Example--> display item 2
READY:




ITEMS 1,934-1,940 OF 3,313     SET 12: BRIEF DISPLAY          FILE: COHM
                              (ASCENDING ORDER)
1,934. VA-926-222: Bunch of cherries.   CLNA: acTC, generally known
          a.d.a acTown & Country Linen Corporation
1,935. VA-926-223: Bramble berry.   CLNA: acTC, generally known a.d.a
          acTown & Country Linen Corporation
1,936. VA-926-224: Botanical berry.   CLNA: acTC, generally known a.d.a
          acTown & Country Linen Corporation
1,937. VA-926-225: Blueberry Hill.   CLNA: acTC, generally known a.d.a
          acTown & Country Linen Corporation
1,938. VA-926-226: Blueberry trellis.   CLNA: acTC, generally known
          a.d.a acTown & Country Linen Corporation
1,939. VA-927-386: Diecut frog.   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
1,940. VA-927-387: Diecut chick.   CLNA: acTC, generallu known a.d.a
          acTown & Country Linen Corporation


NEXT PAGE:           press transmit or enter key
SKIP AHEAD/BACK:     type any item# in set          Example--> 25
FULL DISPLAY:        type DISPLAY ITEM plus an item#  Example--> display item 2
READY:




                                        ibm3.loc.gov  14:37:12


ITEMS 1,941-1,947 OF 3,313     SET 12: BRIEF DISPLAY          FILE: COHM
                              (ASCENDING ORDER)
1,941. VA-927-388: Diecut butterfly.   CLNA: acTC, generallu known a.d.a
          acTown & Country Linen Corporation
1,942. VA-927-389: Daisy fun pastel.   CLNA: acTC, generally known a.d.a
          acTown & Country Linen Corporation
1,943. VA-927-390: Daisy printed jute.   CLNA: acTC, generally known
          a.d.a acTown & Country Linen Corporation
1,944. VA-927-391: Coral reef.   CLNA: acTC, generally known a.d.a
          acTown & Country Linen Corporation
1,945. VA-927-392: Country life.   CLNA: acTC, generally known a.d.a
          acTown & Country Linen Corporation
1,946. VA-927-393: Citrus treat.   CLNA: acTC, generally known a.d.a
          acTown & Country Linen Corporation
1,947. VA-927-394: Clotheline bunnies.   CLNA: acTC, generally known
          a.d.a acTown & Country Linen Corporation


NEXT PAGE:           press transmit or enter key
SKIP AHEAD/BACK:     type any item# in set          Example--> 25
FULL DISPLAY:        type DISPLAY ITEM plus an item#  Example--> display item 2
READY:

ibm3.loc.gov   14:37:14
Case 1:07-cv-03159-MGC    Document 9-12    Filed 06/01/2007    Page 3 of 32
ITEMS 1,948-1,954 OF 3,313     SET 12: BRIEF DISPLAY          FILE: COHM
(ASCENDING ORDER)

1,948. VA-927-395: Bunny jacquard.   CLNA: acTC, generally known a.d.a
        acTown & Country Linen Corporation
1,949. VA-927-396: Buzzin' bee.   CLNA: acTC, generally known a.d.a
        acTown & Country Linen Corporation
1,950. VA-927-397: Chick in a box.   CLNA: acTC, generally known a.d.a
        acTown & Country Linen Corporation
1,951. VA-927-398: Bunny couple.   CLNA: acTC, generally known a.d.a
        acTown & Country Linen Corporation
1,952. VA-927-399: Bunny country.   CLNA: acTC, generally known a.d.a
        acTown & Country Linen Corporation
1,953. VA-927-400: Bunny country wheelbarrow.   CLNA: acTC, generally
        known a.d.a acTown & Country Linen Corporation
1,954. VA-927-401: Patriotic patchwork.   CLNA: acTC, generally known
        a.d.a acTown & Country Linen Corporation

NEXT PAGE:         press transmit or enter key
SKIP AHEAD/BACK:   type any item# in set          Example--> 25
FULL DISPLAY:      type DISPLAY ITEM plus an item#   Example--> display item 2
READY:

1,955. VA-927-402: Antique stars.   CLNA: acTC, generally known a.d.a
        acTown & Country Linen Corporation
1,956. VA-927-403: Star circle.   CLNA: acTC, generally known a.d.a
        acTown & Country Linen Corporation
1,957. VA-927-404: Juicy flowers.   CLNA: acTC, generally known a.d.a
        acTown & Country Linen Corporation
1,958. VA-927-405: Irises.   CLNA: acTC, generally known a.d.a acTown &
        Country Linen Corporation
1,959. VA-927-406: I'm sailing.   CLNA: acTC, generally known a.d.a
        acTown & Country Linen Corporation
1,960. VA-927-407: Home is where the heart is.   CLNA: acTC, generally
        known a.d.a acTown & Country Linen Corporation
1,961. VA-927-408: Hiding bunnies.   CLNA: acTC, generally known a.d.a
        acTown & Country Linen Corporation

NEXT PAGE:         press transmit or enter key
SKIP AHEAD/BACK:   type any item# in set          Example--> 25
FULL DISPLAY:      type DISPLAY ITEM plus an item#   Example--> display item 2
READY:

1,962. VA-927-409: Harlequin dot.   CLNA: acTC, generally known a.d.a
        acTown & Country Linen Corporation
1,963. VA-927-410: Gameboard.   CLNA: acTC, generally known a.d.a
        acTown & Country Linen Corporation
1,964. VA-927-411: Fruit picnic.   CLNA: acTC, generally known a.d.a
        acTown & Country Linen Corporation
1,965. VA-927-412: Batik summer.   CLNA: acTC, generally known a.d.a
        acTown & Country Linen Corporation
1,966. VA-927-413: Bandana.   CLNA: acTC, generally known a.d.a acTown
        & Country Linen Corporation

1,967. VA-927-414: Summer meadow.   CLNA: acTC, generally known a.d.a

1,968. VA-927-415: Floral brights.   CLNA: acTC, generally known a.d.a
        acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set              Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#    Example--> display item 2
READY:

...

ITEMS 1,969-1,975 OF 3,313     SET 12: BRIEF DISPLAY              FILE: COHM
                         (ASCENDING ORDER)
1,969. VA-927-416: Flag hearts.   CLNA: acTC, generally known a.d.a
        acTown & Country Linen Corporation
1,970. VA-927-417: Egg garden.   CLNA: acTC, generally known a.d.a
        acTown & Country Linen Corporation
1,971. VA-927-418: Egg basket diecut.   CLNA: acTC, generally known
        a.d.a acTown & Country Linen Corporation
1,972. VA-927-419: Easter plaid.   CLNA: acTC, generally known a.d.a
        acTown & Country Linen Corporation
1,973. VA-927-420: Easter patch.   CLNA: acTC, generally known a.d.a
        acTown & Country Linen Corporation
1,974. VA-927-421: Easter lace.   CLNA: acTC, generally known a.d.a
        acTown & Country Linen Corporation
1,975. VA-927-422: Easter egg.   CLNA: acTC, generally known a.d.a
        acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set              Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#    Example--> display item 2
READY:


                                    ibm3.loc.gov  14:38:58

ITEMS 1,976-1,982 OF 3,313     SET 12: BRIEF DISPLAY              FILE: COHM
                         (ASCENDING ORDER)
1,976. VA-927-423: Framed lilies.   CLNA: acTC, generally known a.d.a
        acTown & Country Linen Corporation
1,977. VA-927-424: Dragonfly.   CLNA: acTC, generally known a.d.a
        acTown & Country Linen Corporation
1,978. VA-927-425: Ditsy eggs.   CLNA: acTC, generally known a.d.a
        acTown & Country Linen Corporation
1,979. VA-927-426: Lemon wedge printed jute.   CLNA: acTC, generally
        known a.d.a acTown & Country Linen Corporation
1,980. VA-927-427: Ladybugs & daisies.   CLNA: acTC, generally known
        a.d.a acTown & Country Linen Corporation
1,981. VA-927-428: Beach snapshots.   CLNA: acTC, generally known a.d.a
        acTown & Country Linen Corporation
1,982. VA-927-429: Beach teddies.   CLNA: acTC, generally known a.d.a
        acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set              Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#    Example--> display item 2
READY:


ITEMS 1,983-1,989 OF 3,313     SET 12: BRIEF DISPLAY              FILE: COHM

1,983. VA-927-430: Bunnies in a basket (bunch). CLNA: acTC, generally known a.d.a acTown & Country Linen Corporation
1,984. VA-927-431: Blossom chick. CLNA: acTC, generally known a.d.a acTown & Country Linen Corporation
1,985. VA-927-432: Bunnies in a basket. CLNA: acTC, generally known a.d.a acTown & Country Linen Corporation
1,986. VA-927-433: Bunnies in a basket (chicks) CLNA: acTC, generally known a.d.a acTown & Country Linen Corporation
1,987. VA-927-434: Sweet berries. CLNA: acTC, generally known a.d.a acTown & Country Linen Corporation
1,988. VA-927-435: Strawberry printed jute. CLNA: acTC, generally known a.d.a acTown & Country Linen Corporation
1,989. VA-927-436: Strawberry plaid. CLNA: acTC, generally known a.d.a acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set            Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#  Example--> display item 2
READY:

1,990. VA-927-437: Strawberry patch. CLNA: acTC, generally known a.d.a acTown & Country Linen Corporation
1,991. VA-927-438: Stars 'n' hearts. CLNA: acTC, generally known a.d.a acTown & Country Linen Corporation
1,992. VA-927-439: Snail trail. CLNA: acTC, generally known a.d.a acTown & Country Linen Corporation
1,993. VA-927-440: Star argyle. CLNA: acTC, generally known a.d.a acTown & Country Linen Corporation
1,994. VA-927-441: Seaswim. CLNA: acTC, generally known a.d.a acTown & Country Linen Corporation
1,995. VA-927-442: Seafood smorgasbord. CLNA: acTC, generally known a.d.a acTown & Country Linen Corporation
1,996. VA-927-443: Sailboat shell. CLNA: acTC, generally known a.d.a acTown & Country Liner Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set            Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#  Example--> display item 2
READY:

1,997. VA-927-444: Picnic time. CLNA: acTC, generally known a.d.a acTown & Country Linen Corporation
1,998. VA-927-445: Patchwork pansy. CLNA: acTC, generally known a.d.a acTown & Country Linen Corporation
1,999. VA-927-446: Ombre daisies. CLNA: acTC, generally known a.d.a acTown & Country Linen Corporation
2,000. VA-927-447: 2 little ladybugs. CLNA: acTC, generally known a.d.a acTown & Country Linen Corporation
2,001. VA-927-448: 2 bunnies. CLNA: acTC, generally known a.d.a acTown & Country Linen Corporation
2,002. VA-927-449: Tulip scroll. CLNA: acTC, generally known a.d.a acTown & Country Linen Corporation
2,003. VA-927-450: Tulip field. CLNA: acTC, generally known a.d.a

NEXT PAGE:            press transmit or enter key
SKIP AHEAD/BACK:      type any item# in set           Example--> 25
FULL DISPLAY:         type DISPLAY ITEM plus an item#  Example--> display item 2
READY:

ITEMS 2,004-2,010 OF 3,313     SET 12: BRIEF DISPLAY          FILE: COHM
                          (ASCENDING ORDER)

2,004. VA-927-451: Tropical fish.   CLNA: acTC, generally known a.d.a
         acTown & Country Linen Corporation
2,005. VA-927-452: Sweet floral.   CLNA: acTC, generally known a.d.a
         acTown & Country Linen Corporation
2,006. VA-927-453: Lighthouse shell.   CLNA: acTC, generally known a.d.a
         acTown & Country Linen Corporation
2,007. VA-942-991: Christmas invites.   CLNA: acTC, generally known
         a.d.o. acTown & Country Linen Corporation
2,008. VA-942-992: Christmas tree toss.   CLNA: acTC, generally known
         a.d.o. acTown & Country Linen Corporation
2,009. VA-942-993: Christmas to remember.   CLNA: acTC, generally known
         a.d.o. acTown & Country Linen Corporation
2,010. VA-942-994: Xmas teddy brothers.   CLNA: acTC, generally known
         a.d.o. acTown & Country Linen Corporation

NEXT PAGE:            press transmit or enter key
SKIP AHEAD/BACK:      type any item# in set           Example--> 25
FULL DISPLAY:         type DISPLAY ITEM plus an item#  Example--> display item 2
READY:

ITEMS 2,011-2,017 OF 3,313     SET 12: BRIEF DISPLAY          FILE: COHM
                          (ASCENDING ORDER)

2,011. VA-942-995: Folk art Santa.   CLNA: acTC, generally known a.d.o.
         acTown & Country Linen Corporation
2,012. VA-942-996: Golden pine.   CLNA: acTC, generally known a.d.o.
         acTown & Country Linen Corporation
2,013. VA-942-997: Glitter holly.   CLNA: acTC, generally known a.d.o.
         acTown & Country Linen Corporation
2,014. VA-942-998: Christmas snowman patch.   CLNA: acTC, generally
         known a.d.o. acTown & Country Linen Corporation
2,015. VA-942-999: Christmas porch.   CLNA: acTC, generally known a.d.o.
         acTown & Country Linen Corporation
2,016. VA-943-000: Xmas spirit.   CLNA: acTC, generally known a.d.o.
         acTown & Country Linen Corporation
2,017. VA-943-001: Christmas stencil.   CLNA: acTC, generally known
         a.d.o. acTown & Country Linen Corporation

NEXT PAGE:            press transmit or enter key
SKIP AHEAD/BACK:      type any item# in set           Example--> 25
FULL DISPLAY:         type DISPLAY ITEM plus an item#  Example--> display item 2
READY:

ibm3.loc.gov  14:41:04

ITEMS 2,018-2,024 OF 3,313     SET 12: BRIEF DISPLAY          FILE: COHM
                          (ASCENDING ORDER)
2,018. VA-943-002: Let it snow.   CLNA: acTC, generally known a.d.o.

2,019. VA-943-003: Busy trees.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
2,020. VA-943-004: Mr. & Mrs. Santa.   CLNA: acTC, generally known
          a.d.o. acTown & Country Linen Corporation
2,021. VA-943-005: Merry snowglobes.   CLNA: acTC, generally known
          a.d.o. acTown & Country Linen Corporation
2,022. VA-943-006: Holiday home.   CLNA: acTC, generally known a.d.o.
          . acTown & Country Linen Corporation
2,023. VA-943-007: Holiday blanket.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
2,024. VA-943-008: American holiday.   CLNA: acTC, generally known
          a.d.o. acTown & Country Linen Corporation


NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set           Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#  Example--> display item 2
READY:


                                        ibm3.loc.gov  14:41:27


ITEMS 2,025-2,031 OF 3,313     SET 12: BRIEF DISPLAY           FILE: COHM
                              (ASCENDING ORDER)
2,025. VA-943-009: Green holly.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
2,026. VA-943-010: Festive greens.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
2,027. VA-943-011: In the meadow.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
2,028. VA-943-012: Joyful bouquet.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
2,029. VA-943-013: Xmas oak.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
2,030. VA-943-014: Angel quilt.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
2,031. VA-943-015: Holiday memories.   CLNA: acTC, generally known
          a.d.o. acTown & Country Linen Corporation


NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set           Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#  Example--> display item 2
READY:


ITEMS 2,032-2,038 OF 3,313     SET 12: BRIEF DISPLAY           FILE: COHM
                              (ASCENDING ORDER)
2,032. VA-943-016: Christmas farm.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
2,033. VA-943-017: Antique holly.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
2,034. VA-943-018: Holiday flag.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
2,035. VA-943-019: American Xmas.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
2,036. VA-943-020: Alaska Xmas.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
2,037. VA-943-021: Christmas love.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
2,038. VA-943-022: Xmas lace.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key

SKIP AHEAD/BACK:     type any item# in set                Example--> 25
FULL DISPLAY:        type DISPLAY ITEM plus an item#   Example--> display item 2
READY:

Case 1:07-cv-03159-MGC    Document 9-12    Filed 06/01/2007    Page 8 of 32

ITEMS 2,039-2,045 OF 3,313      SET 12: BRIEF DISPLAY                FILE: COHM
                           (ASCENDING ORDER)
2,039. VA-943-023: Ho, ho, ho Santa.    CLNA: acTC, generally known
       a.d.o. acTown & Country Linen Corporation
2,040. VA-943-024: Holiday elegance.    CLNA: acTC, generally known
       a.d.o. acTown & Country Linen Corporation
2,041. VA-943-025: Xmas tags.    CLNA: acTC, generally known a.d.o.
       acTown & Country Linen Corporation
2,042. VA-943-026: Holly woodcut.    CLNA: acTC, generally known a.d.o.
       acTown & Country Linen Corporation
2,043. VA-943-027: Xmas bounty.    CLNA: acTC, generally known a.d.o.
       acTown & Country Linen Corporation
2,044. VA-943-028: Holly berry.    CLNA: acTC, generally known a.d.o.
       acTown & Country Linen Corporation
2,045. VA-943-029: Holly sprig.    CLNA: acTC, generally known a.d.o.
       acTown & Country Linen Corporation

NEXT PAGE:           press transmit or enter key
SKIP AHEAD/BACK:     type any item# in set                Example--> 25
FULL DISPLAY:        type DISPLAY ITEM plus an item#   Example--> display item 2
READY:


ITEMS 2,046-2,052 OF 3,313      SET 12: BRIEF DISPLAY                FILE: COHM
                           (ASCENDING ORDER)
2,046. VA-943-030: Mistletoe reindeer.    CLNA: acTC, generally known
       a.d.o. acTown & Country Linen Corporation
2,047. VA-943-031: Xmas window.    CLNA: acTC, generally known a.d.c.
       acTown & Country Linen Corporation
2,048. VA-943-032: Feed the birds.    CLNA: acTC, generally known a.d.o.
       acTown & Country Linen Corporation
2,049. VA-943-033: Contempo Santa.    CLNA: acTC, generally known a.d.o.
       acTown & Country Linen Corporation
2,050. VA-943-034: Holly.    CLNA: acTC, generally known a.d.o. acTown &
       Country Linen Corporation
2,051. VA-943-035: Dream tree.    CLNA: acTC, generally known a.d.o.
       acTown & Country Linen Corporation
2,052. VA-943-036: Angel wishes.    CLNA: acTC, generally known a.d.o.
       acTown & Country Linen Corporation

NEXT PAGE:           press transmit or enter key
SKIP AHEAD/BACK:     type any item# in set                Example--> 25
FULL DISPLAY:        type DISPLAY ITEM plus an item#   Example--> display item 2
READY:


                                             ibm3.loc.gov  14:41:53

ITEMS 2,053-2,059 OF 3,313      SET 12: BRIEF DISPLAY                FILE: COHM
                           (ASCENDING ORDER)
2,053. VA-943-037: Christmas stitch.    CLNA: acTC, generally known
       a.d.o. acTown & Country Linen Corporation
2,054. VA-943-038: Melt your heart.    CLNA: acTC, generally known a.d.o.
       acTown & Country Linen Corporation

2,055. VA-943-039: Christmas chimes.   CLNA. acTC, generally known
Case 1:07-cv-03159-MGC   Document 9-12   Filed 06/01/2007   Page 9 of 32
acTown & Country Linen Corporation
2,056. VA-943-040: Kitty surprise.   CLNA: acTC, generally known a.d.o.
acTown & Country Linen Corporation
2,057. VA-946-000: Twilight stripe.   CLNA: acTC, generally known a.d.o.
acTown & Country Linen Corporation
2,058. VA-946-001: Twilight scene.   CLNA: acTC, generally known a.d.o.
acTown & Country Linen Corporation
2,059. VA-946-002: Twilight blossoms.   CLNA: acTC, generally known
a.d.o. acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set          Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:

2,060. VA-946-003: Ribbon frame tree.   CLNA: acTC, generally known
a.d.o. acTown & Country Linen Corporation
2,061. VA-946-004: Ribbon floral.   CLNA: acTC, generally known a.d.o.
acTown & Country Linen Corporation
2,062. VA-946-005: Reindeer knit.   CLNA: acTC, generally known a.d.o.
acTown & Country Linen Corporation
2,063. VA-946-006: Reindeer.   CLNA: acTC, generally known a.d.o.
acTown & Country Linen Corporation
2,064. VA-946-007: Red robin.   CLNA: acTC, generally known a.d.o.
acTown & Country Linen Corporation
2,065. VA-946-008: Quilt tree.   CLNA: acTC, generally known a.d.o.
acTown & Country Linen Corporation
2,066. VA-946-009: Pure floral.   CLNA: acTC, generally known a.d.o.
acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set          Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:

2,067. VA-946-010: Poinsettias & pears.   CLNA: acTC, generally known
a.d.o. acTown & Country Linen Corporation
2,068. VA-946-011: Poinsettia romance.   CLNA: acTC, generally known
a.d.o. acTown & Country Linen Corporation
2,069. VA-946-012: Poinsettia mix.   CLNA: acTC, generally known a.d.o.
acTown & Country Linen Corporation
2,070. VA-946-013: Star scroll.   CLNA: acTC, generally known a.d.o.
acTown & Country Linen Corporation
2,071. VA-946-014: Spruce.   CLNA: acTC, generally known a.d.o. acTown
& Country Linen Corporation
2,072. VA-946-015: Sparkle Xmas.   CLNA: acTC, generally known a.d.o.
acTown & Country Linen Corporation
2,073. VA-946-016: Southwest Xmas.   CLNA: acTC, generally known a.d.o.
acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set          Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2

```
ITEMS 2,074-2,080 OF 3,313      SET 12: BRIEF DISPLAY            FILE: COHM
                               (ASCENDING ORDER)
2,074. VA-946-017: So sweet.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
2,075. VA-946-018: Snowman's tree.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
2,076. VA-946-019: Snowman parade.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
2,077. VA-946-020: Snowflake reindeer.   CLNA: acTC, generally known
          a.d.o. acTown & Country Linen Corporation
2,078. VA-946-021: Snow village.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
2,079. VA-946-022: Snow hearts.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
2,080. VA-946-049: Treasure basket.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation


NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set            Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#  Example--> display item 2
READY:



                                        ibm3.loc.gov  14:44:14

ITEMS 2,081-2,087 OF 3,313      SET 12: BRIEF DISPLAY            FILE: COHM
                               (ASCENDING ORDER)
2,081. VA-947-829: Poinsettia cascade.   CLNA: acTown & Country Linen
          Corporation
2,082. VA-947-830: Playful ted.   CLNA: acTown & Country Linen
          Corporation
2,083. VA-947-831: Penguin village.   CLNA: acTown & Country Linen
          Corporation
2,084. VA-947-832: Ornamental scroll.   CLNA: acTown & Country Linen
          Corporation
2,085. VA-947-833: Northwoods patchwork.   CLNA: acTown & Country Linen
          Corporation
2,086. VA-947-834: Noel snowflake.   CLNA: acTown & Country Linen
          Corporation
2,087. VA-947-835: Traditional tree.   CLNA: acTown & Country Linen
          Corporation


NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set            Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#  Example--> display item 2
READY:



ITEMS 2,088-2,094 OF 3,313      SET 12: BRIEF DISPLAY            FILE: COHM
                               (ASCENDING ORDER)
2,088. VA-947-906: Sleigh ride.   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
2,089. VA-947-907: Shooting stars.   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
2,090. VA-947-908: Scandinavian snowflake.   CLNA: acTC generally known
          a.d.o. acTown & Country Linen Corporation
2,091. VA-947-909: Santa's sled   CLNA  acTC generally known a.d.o.
```

acTown & Country Linen Corporation

acTown & Country Linen Corporation
2,093. VA-947-911: Santa's cookies.   CLNA: acTC generally known a.d.o.
acTown & Country Linen Corporation
2,094. VA-947-912: Santa skies.   CLNA: acTC generally known a.d.o.
acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set          Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:


ITEMS 2,095-2,101 OF 3,313     SET 12: BRIEF DISPLAY          FILE: COHM
                       (ASCENDING ORDER)
2,095. VA-947-913: Santa guests.   CLNA: acTC generally known a.d.o.
acTown & Country Linen Corporation
2,096. VA-947-914: Santa dress up.   CLNA: acTC generally known a.d.o.
acTown & Country Linen Corporation
2,097. VA-947-915: Santa couple.   CLNA: acTC generally known a.d.o.
acTown & Country Linen Corporation
2,098. VA-947-936: Toys galore.   CLNA: acTC generally known a.d.o.
acTown & Country Linen Corporation
2,099. VA-947-937: Tinsel flowers.   CLNA: acTC generally known a.d.o.
acTown & Country Linen Corporation
2,100. VA-947-938: 3 snowmen.   CLNA: acTC generally known a.d.o.
acTown & Country Linen Corporation
2,101. VA-947-939: 3 Santas.   CLNA: acTC generally known a.d.o. acTown
& Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set          Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:


                                      ibm3.loc.gov  14:45:13

ITEMS 2,102-2,108 OF 3,313     SET 12: BRIEF DISPLAY          FILE: COHM
                       (ASCENDING ORDER)
2,102. VA-947-940: Warm hearts : no. 2.   CLNA: acTC generally known
a.d.o. acTown & Country Linen Corporation
2,103. VA-947-941: Warm hearts.   CLNA: acTC generally known a.d.o.
acTown & Country Linen Corporation
2,104. VA-948-488: Three kings.   CLNA: acTC (a.a.d.o. acTown & Country
Linen Corporation
2,105. VA-948-489: Teddy time.   CLNA: acTC (a.a.d.o. acTown & Country
Linen Corporation
2,106. VA-948-490: Teddy magic.   CLNA: acTC (a.a.d.o. acTown & Country
Linen Corporation
2,107. VA-948-491: Teddy dress up.   CLNA: acTC (a.a.d.o. acTown &
Country Linen Corporation
2,108. VA-948-492: Teddy Christmas.   CLNA: acTC (a.d.o. acTown &
Country Linen Corporation)

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set          Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:

```
ITEMS 2,109-2,115 OF 3,313     SET 12: BRIEF DISPLAY          FILE: COHM
                                (ASCENDING ORDER)
2,109. VA-948-493: Sweet angels.    CLNA: acTC (a.d.o. acTown & Country
          Linen Corporation)
2,110. VA-948-494: Surprise gift.   CLNA: acTC (a.d.o. .acTown & Country
          Linen Corporation)
2,111. VA-948-495: Sugared Christmas.   CLNA: acTC (a.d.o. acTown &
          Country Linen Corporation)
2,112. VA-948-496: Stencil trees.   CLNA: acTC (a.d.o. acTown & Country
          Linen Corporation)
2,113. VA-952-116: Sunflower splash.   CLNA: acTC, generally known
          a.d.o. acTown & Country Linen Corporation
2,114. VA-952-117: Subtle harvest.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
2,115. VA-952-118: Starry scarecrow.   CLNA: acTC, generally known
          a.d.o. acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set         Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:
```

```
ITEMS 2,116-2,122 OF 3,313     SET 12: BRIEF DISPLAY          FILE: COHM
                                (ASCENDING ORDER)
2,116. VA-952-119: Quilted harvest.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
2,117. VA-952-120: Pumpkin tile.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
2,118. VA-952-121: Pumpkin garden.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
2,119. VA-952-122: Pilgrim turkeys.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
2,120. VA-952-123: Petite patch.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
2,121. VA-952-124: Orchard border.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
2,122. VA-952-125: Ombre trellis.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set         Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:
```

```
ITEMS 2,123-2,129 OF 3,313     SET 12: BRIEF DISPLAY          FILE: COHM
                                (ASCENDING ORDER)
2,123. VA-952-126: Night cats.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
2,124. VA-952-127: Midnight spooks.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
2,125. VA-952-128: Meow at the moon.   CLNA: acTC, generally known
          a.d.o. acTown & Country Linen Corporation
2,126. VA-952-129: Lush leaves.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
2,127. VA-952-130: Leaf patches.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
```

2,128. VA-952-131: Haunted village.    CLNA: acTC, generally known a.d.o.
            acTown & Country Linen Corporation
2,129. VA-952-132: Harvest time.    CLNA: acTC, generally known a.d.o.
            acTown & Country Linen Corporation


NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set          Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#    Example--> display item 2
READY:




ITEMS 2,130-2,136 OF 3,313    SET 12: BRIEF DISPLAY            FILE: COHM
                            (ASCENDING ORDER)
2,130. VA-952-133: Happy witches.    CLNA: acTC, generally known a.d.o.
            acTown & Country Linen Corporation
2,131. VA-952-134: Happy scarecrow.    CLNA: acTC, generally known a.d.o.
            acTown & Country Linen Corporation
2,132. VA-952-135: Halloween bears.    CLNA: acTC, generally known a.d.o.
            acTown & Country Linen Corporation
2,133. VA-952-136: Golden harvest.    CLNA: acTC, generally known a.d.o.
            acTown & Country Linen Corporation
2,134. VA-952-137: Ghost post.    CLNA: acTC, generally known a.d.o.
            acTown & Country Linen Corporation
2,135. VA-952-138: Ghost garden.    CLNA: acTC, generally known a.d.o.
            acTown & Country Linen Corporation
2,136. VA-952-139: Ducks in love.    CLNA: acTC, generally known a.d.o.
            acTown & Country Linen Corporation


NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set          Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#    Example--> display item 2
READY:




ITEMS 2,137-2,143 OF 3,313    SET 12: BRIEF DISPLAY            FILE: COHM
                            (ASCENDING ORDER)
2,137. VA-952-140: Cross country.    CLNA: acTC, generally known a.d.o.
            acTown & Country Linen Corporation
2,138. VA-952-141: Country boo.    CLNA: acTC, generally known a.d.o.
            acTown & Country Linen Corporation
2,139. VA-952-142: Berkshire.    CLNA: acTC, generally known a.d.o.
            acTown & Country Linen Corporation
2,140. VA-952-143: Autumn windfall.    CLNA: acTC, generally known a.d.o.
            acTown & Country Linen Corporation
2,141. VA-952-144: Autumn vine.    CLNA: acTC, generally known a.d.o.
            acTown & Country Linen Corporation
2,142. VA-952-145: Autumn turkey.    CLNA: acTC, generally known a.d.o.
            acTown & Country Linen Corporation
2,143. VA-952-146: Autumn leaf thread.    CLNA: acTC, generally known
            a.d.o. acTown & Country Linen Corporation


NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set          Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#    Example--> display item 2
READY:

Case 1:07-cv-03159-MGC    Document 9-12    Filed 06/01/2007    Page 14 of 32

2,144. VA-952-147: Autumn collage.    CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
2,145. VA-952-148: Autumn bouquet.    CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
2,146. VA-952-149: Autumn apples.    CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
2,147. VA-952-150: Apples & leaves.    CLMA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
2,148. VA-961-119: Westport rooster.    CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation
2,149. VA-961-120: Tulips are forever.    CLNA: acTC generally known
        a.d.o. acTown & Country Linen Corporation
2,150. VA-961-121: Tulip festival.    CLMA: acTC generally known a.d.o.
        acTown & Country Linen Corporation

NEXT PAGE:            press transmit or enter key
SKIP AHEAD/BACK:      type any item# in set          Example--> 25
FULL DISPLAY:         type DISPLAY ITEM plus an item#  Example--> display item 2
READY:

2,151. VA-961-122: Sweet vine plaid.    CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation
2,152. VA-961-123: Harvest flowers.    CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation
2,153. VA-961-124: Gingham apple.    CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation
2,154. VA-961-125: Garden picnic.    CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation
2,155. VA-961-126: Garden flower patch.    CLNA: acTC generally known
        a.d.o. acTown & Country Linen Corporation
2,156. VA-961-127: Fun for flowers.    CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation
2,157. VA-961-128: Flower spice.    CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation

NEXT PAGE:            press transmit or enter key
SKIP AHEAD/BACK:      type any item# in set          Example--> 25
FULL DISPLAY:         type DISPLAY ITEM plus an item#  Example--> display item 2
READY:

2,158. VA-962-087: Spring daisy.    CLNA: acTC (generally known a.d.o.
        acTown & Country Linen Corporation)
2,159. VA-962-088: Spectrum square.    CLNA: acTC (generally known a.d.o.
        acTown & Country Linen Corporation)
2,160. VA-962-089: Falling leaves II.    CLNA: acTC (generally known
        a.d.o. acTown & Country Linen Corporation)
2,161. VA-962-090: Desi.    CLNA: acTC (generally known a.d.o. acTown &
        Country Linen Corporation)
2,162. VA-962-091: Danish tulip garden.    CLNA: acTC (generally known
        a.d.o. acTown & Country Linen Corporation)
2,163. VA-962-092: Bountiful bunches.    CLNA: acTC (generally known
        a.d.o. acTown & Country Linen Corporation)

2,164. VA-962-093: Blossom stripe.   CLNA: acTC (generally known a.d.o.
      acTown & Country Linen Corporation)

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set        Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:




ITEMS 2,165-2,171 OF 3,313    SET 12: BRIEF DISPLAY          FILE: COHM
                       (ASCENDING ORDER)
2,165. VA-962-094: Bela.   CLNA: acTC (generally known a.d.o. acTown &
      Country Linen Corporation)
2,166. VA-962-095: At the beach   CLNA: acTC (generally known a.d.o.
      acTown & Country Linen Corporation)
2,167. VA-962-096: Stop for cherries   CLNA: acTC (generally known
      a.d.o. acTown & Country Linen Corporation)
2,168. VA-962-097: Summer garland.   CLNA: acTC (generally known a.d.o.
      acTown & Country Linen Corporation)
2,169. VA-962-098: April meadow.   CLNA: acTC (generally known a.d.o.
      acTown & Country Linen Corporation)
2,170. VA-962-099: Jasper.   CLNA: acTC (generally known a.d.o. acTown
      & Country Linen Corporation)
2,171. VA-962-100: Jane's collection.   CLNA: acTC (generally known
      a.d.o. acTown & Country Linen Corporation)

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set        Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:




ITEMS 2,172-2,178 OF 3,313    SET 12: BRIEF DISPLAY          FILE: COHM
                       (ASCENDING ORDER)
2,172. VA-962-101: Jamie.   CLNA: acTC (generally known a.d.o. acTown &
      Country Linen Corporation)
2,173. VA-962-102: Wood leaf.   CLNA: acTC (generally known a.d.o.
      acTown & Country Linen Corporation)
2,174. VA-962-103: Winter woods.   CLNA: acTC (generally known a.d.o.
      acTown & Country Linen Corporation)
2,175. VA-962-104: Waikiki.   CLNA: acTC (generally known a.d.o. acTown
      & Country Linen Corporation)
2,176. VA-962-105: Wildflowers.   CLNA: acTC (generally known a.d.o.
      acTown & Country Linen Corporation)
2,177. VA-962-106: Winter fun.   CLNA: acTC (generally known a.d.o.
      acTown & Country Linen Corporation)
2,178. VA-962-121: Southwest spice.   CLNA: acTC (a.a.d.o. acTown &
      Country Linen Corporation)

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set        Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:




ITEMS 2,179-2,185 OF 3,313    SET 12: BRIEF DISPLAY          FILE: COHM
                       (ASCENDING ORDER)
2,179. VA-962-122: Southwest Sally   CLNA: acTC (a.a.d.o. acTown &

Country Linen Corporation)
2,180. VA-962-123: ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
        Linen Corporation)
2,181. VA-962-124: Plums & flowers.   CLNA: acTC (a.a.d.o. acTown &
        Country Linen Corporation)
2,182. VA-962-125: Plaid flowers.   CLNA: acTC (a.a.d.o. acTown &
        Country Linen Corporation)
2,183. VA-962-126: Passion fruit.   CLNA: acTC (a.a.d.o. acTown &
        Country Linen Corporation)
2,184. VA-962-127: Morning glory.   CLNA: acTC (a.a.d.o. acTown &
        Country Linen Corporation)
2,185. VA-962-128: Meadow daisy.   CLNA: acTC (a.a.d.o. acTown &
        Country Linen Corporation)


NEXT PAGE:        press transmit or enter key
SKIP AHEAD/BACK:  type any item# in set          Example--> 25
FULL DISPLAY:     type DISPLAY ITEM plus an item#  Example--> display item 2
READY:



ITEMS 2,186-2,192 OF 3,313    SET 12: BRIEF DISPLAY        FILE: COHM
                    (ASCENDING ORDER)
2,186. VA-962-129: Patched pansy.   CLNA: acTC (a.a.d.o. acTown &
        Country Linen Corporation)
2,187. VA-962-130: Peach garden.   CLNA: acTC (a.a.d.o. acTown &
        Country Linen Corporation)
2,188. VA-962-131: Lauren.   CLNA: acTC (a.a.d.o. acTown & Country
        Linen Corporation)
2,189. VA-962-132: Lemon drops.   CLNA: acTC (a.a.d.o. acTown & Country
        Linen Corporation)
2,190. VA-962-157: White Christmas.   CLNA: acTC (generally known a.d.o.
        acTown & Country Linen Corporation)
2,191. VA-962-158: We believe in Christmas.   CLNA: acTC (generally
        known a.d.o. acTown & Country Linen Corporation)
2,192. VA-962-159: Merry Christmas Santa.   CLNA: acTC (generally known
        a.d.o. acTown & Country Linen Corporation)


NEXT PAGE:        press transmit or enter key
SKIP AHEAD/BACK:  type any item# in set          Example--> 25
FULL DISPLAY:     type DISPLAY ITEM plus an item#  Example--> display item 2
READY:



ITEMS 2,193-2,199 OF 3,313    SET 12: BRIEF DISPLAY        FILE: COHM
                    (ASCENDING ORDER)
2,193. VA-962-160: Oak leaf.   CLNA: acTC (generally known a.d.o.
        acTown & Country Linen Corporation)
2,194. VA-966-357: Sunny flower.   CLNA: acTC, generally known a.d. of
        acTown & Country Linen Corporation
2,195. VA-972-707: Crescendo.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
2,196. VA-972-708: Contempo tile.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
2,197. VA-972-709: Contempo patch.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
2,198. VA-972-710: Columbine.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
2,199. VA-972-711: China moon.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set    Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:

Case 1:07-cv-03155-MGC   Document 9-12   Filed 06/01/2007   Page 17 of 32

ibm3.loc.gov  14:50:15

ITEMS 2,200-2,206 OF 3,313    SET 12: BRIEF DISPLAY          FILE: COHM
                            (ASCENDING ORDER)
2,200. VA-972-712: Canyon land.   CLNA: acTC, generally known a.d.o.
         acTown & Country Linen Corporation
2,201. VA-972-713: Bloomsworth.   CLNA: acTC, generally known a.d.o.
         acTown & Country Linen Corporation
2,202. VA-972-714: Betsy.   CLNA: acTC, generally known a.d.o. acTown &
         Country Linen Corporation
2,203. VA-972-715: Berkshire.   CLNA: acTC, generally known a.d.o.
         acTown & Country Linen Corporation
2,204. VA-972-716: Autumn time.   CLNA: acTC, generally known a.d.o.
         acTown & Country Linen Corporation
2,205. VA-972-717: Aqua garden.   CLNA: acTC, generally known a.d.o.
         acTown & Country Linen Corporation
2,206. VA-972-718: Apple tree bear.   CLNA: acTC, generally known a.d.o.
         acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set    Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:

ITEMS 2,207-2,213 OF 3,313    SET 12: BRIEF DISPLAY          FILE: COHM
                            (ASCENDING ORDER)
2,207. VA-972-719: Anamosa.   CLNA: acTC, generally known a.d.o. acTown
         & Country Linen Corporation
2,208. VA-972-720: Trick or treat.   CLNA: acTC, generally known a.d.o.
         acTown & Country Linen Corporation
2,209. VA-972-721: Tapestry lattice.   CLNA: acTC, generally known
         a.d.o. acTown & Country Linen Corporation
2,210. VA-972-722: Garden party.   CLNA: acTC, generally known a.d.o.
         acTown & Country Linen Corporation
2,211. VA-972-723: Stars 2000.   CLNA: acTC, generally known a.d.o.
         acTown & Country Linen Corporation
2,212. VA-972-724: Rose jacquard.   CLNA: acTC, generally known a.d.o.
         acTown & Country Linen Corporation
2,213. VA-972-725: Heart of the country.   CLNA: acTC, generally known
         a.d.o. acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set    Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:

ITEMS 2,214-2,220 OF 3,313    SET 12: BRIEF DISPLAY          FILE: COHM
                            (ASCENDING ORDER)
2,214. VA-972-726: Fruit picnic.   CLNA: acTC, generally known a.d.o.
         acTown & Country Linen Corporation
2,215. VA-972-727: Falling leaves III.   CLNA: acTC, generally known

2,216. VA-972-728: Criss-cross fruit.   CLNA: acTC, generally known
        a.d.o. acTown & Country Linen Corporation
2,217. VA-972-729: Dorothy.   CLNA: acTC, generally known a.d.o. acTown
        & Country Linen Corporation
2,218. VA-972-730: East.   CLNA: acTC, generally known a.d.o. acTown &
        Country Linen Corporation
2,219. VA-972-731: Etude.   CLNA: acTC, generally known a.d.o. acTown &
        Country Linen Corporation
2,220. VA-972-732: Festive garden.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation

NEXT PAGE:           press transmit or enter key
SKIP AHEAD/BACK:     type any item# in set          Example--> 25
FULL DISPLAY:        type DISPLAY ITEM plus an item#  Example--> display item 2
READY:


ITEMS 2,221-2,227 OF 3,313      SET 12: BRIEF DISPLAY          FILE: COHM
                       (ASCENDING ORDER)
2,221. VA-972-733: First lady.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
2,222. VA-972-734: Fresh fruit.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
2,223. VA-972-735: Gretel's garden.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
2,224. VA-972-736: Haven.   CLNA: acTC, generally known a.d.o. acTown &
        Country Linen Corporation
2,225. VA-972-737: Illumination.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
2,226. VA-972-738: Jelly jars.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
2,227. VA-972-739: Kennebec.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation

NEXT PAGE:           press transmit or enter key
SKIP AHEAD/BACK:     type any item# in set          Example--> 25
FULL DISPLAY:        type DISPLAY ITEM plus an item#  Example--> display item 2
READY:


ITEMS 2,228-2,234 OF 3,313      SET 12: BRIEF DISPLAY          FILE: COHM
                       (ASCENDING ORDER)
2,228. VA-972-740: Leaf on leaf.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
2,229. VA-972-741: Meredith.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
2,230. VA-972-742: Mixed vegetables.   CLNA: acTC, generally known
        a.d.o. acTown & Country Linen Corporation
2,231. VA-972-743: New luscious apple.   CLNA: acTC, generally known
        a.d.o. acTown & Country Linen Corporation
2,232. VA-972-744: Nu bamboo.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
2,233. VA-972-745: Ophir.   CLNA: acTC, generally known a.d.o. acTown &
        Country Linen Corporation
2,234. VA-972-746: Plantation.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation

NEXT PAGE:           press transmit or enter key
SKIP AHEAD/BACK:     type any item# in set          Example--> 25
FULL DISPLAY:        type DISPLAY ITEM plus an item#  Example--> display item 2

ITEMS 2,235-2,241 OF 3,313     SET 12: BRIEF DISPLAY              FILE: COHM
                            (ASCENDING ORDER)
2,235. VA-972-747: Pressed flower.   CLNA: acTC, generally known a.d.o.
            acTown & Country Linen Corporation
2,236. VA-972-748: Pressed flower II.   CLNA: acTC, generally known
            a.d.o. acTown & Country Linen Corporation
2,237. VA-972-749: Pressed pansy.   CLNA: acTC, generally known a.d.o.
            acTown & Country Linen Corporation
2,238. VA-972-750: Quilted leaves.   CLNA: acTC, generally known a.d.o.
            acTown & Country Linen Corporation
2,239. VA-972-751: Raspberries.   CLNA: acTC, generally known a.d.o.
            acTown & Country Linen Corporation
2,240. VA-972-752: Reflection.   CLNA: acTC, generally known a.d.o.
            acTown & Country Linen Corporation
2,241. VA-972-753: Sampler.   CLNA: acTC, generally known a.d.o. acTown
            & Country Linen Corporation

NEXT PAGE:         press transmit or enter key
SKIP AHEAD/BACK:   type any item# in set            Example--> 25
FULL DISPLAY:      type DISPLAY ITEM plus an item#   Example--> display item 2
READY:


ITEMS 2,242-2,248 OF 3,313     SET 12: BRIEF DISPLAY              FILE: COHM
                            (ASCENDING ORDER)
2,242. VA-972-754: Simply pretty.   CLNA: acTC, generally known a.d.o.
            acTown & Country Linen Corporation
2,243. VA-972-755: Spring impressions.   CLNA: acTC, generally known
            a.d.o. acTown & Country Linen Corporation
2,244. VA-972-756: Stencil trees.   CLNA: acTC, generally known a.d.o.
            acTown & Country Linen Corporation
2,245. VA-972-757: Three pears.   CLNA: acTC, generally known a.d.o.
            acTown & Country Linen Corporation
2,246. VA-972-758: The night before ....   CLNA: acTC, generally known
            a.d.o. acTown & Country Linen Corporation
2,247. VA-972-759: Ted Turkey.   CLNA: acTC, generally known a.d.o.
            acTown & Country Linen Corporation
2,248. VA-972-760: Swirling stripe.   CLNA: acTC, generally known a.d.o.
            acTown & Country Linen Corporation

NEXT PAGE:         press transmit or enter key
SKIP AHEAD/BACK:   type any item# in set            Example--> 25
FULL DISPLAY:      type DISPLAY ITEM plus an item#   Example--> display item 2
READY:


                                        ibm3.loc.gov  14:53:05

ITEMS 2,249-2,255 OF 3,313     SET 12: BRIEF DISPLAY              FILE: COHM
                            (ASCENDING ORDER)
2,249. VA-972-761: Snow follies.   CLNA: acTC, generally known a.d.o.
            acTown & Country Linen Corporation
2,250. VA-972-762: Stitched pumpkin.   CLNA: acTC, generally known
            a.d.o. acTown & Country Linen Corporation
2,251. VA-972-763: Seville.   CLNA: acTC, generally known a.d.o. acTown
            & Country Linen Corporation

2,252. VA-972-764: San Francisco daisy.   CLNA: acTC, generally known.
          acTown & Country Linen Corporation
2,253. VA-972-765: Rosy Christmas.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
2,254. VA-972-766: Quilted pumpkin.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
2,255. VA-972-767: Plaid flowers.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation


NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set              Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#    Example--> display item 2
READY:


ITEMS 2,256-2,262 OF 3,313     SET 12: BRIEF DISPLAY          FILE: CCHM
                               (ASCENDING ORDER)
2,256. VA-972-768: Pilgrim couple.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
2,257. VA-972-769: Patch work witches.   CLNA: acTC, generally known
          a.d.o. acTown & Country Linen Corporation
2,258. VA-972-770: Painted pumpkin.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
2,259. VA-972-771: Mabel.   CLNA: acTC, generally known a.d.o. acTown &
          Country Linen Corporation
2,260. VA-972-772: Holiday hats.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
2,261. VA-972-773: Heartland.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
2,262. VA-972-774: Harvest wreath.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation


NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set              Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#    Example--> display item 2
READY:


ITEMS 2,263-2,269 OF 3,313     SET 12: BRIEF DISPLAY          FILE: CCHM
                               (ASCENDING ORDER)
2,263. VA-972-775: Flower time.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
2,264. VA-972-776: Floral garden.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
2,265. VA-972-777: Farm turkey.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
2,266. VA-972-778: Farm fresh.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
2,267. VA-972-779: Dazzling ornaments.   CLNA: acTC, generally known
          a.d.o. acTown & Country Linen Corporation
2,268. VA-972-780: Country harvest II.   CLNA: acTC, generally known
          a.d.o. acTown & Country Linen Corporation
2,269. VA-972-781: Country harvest.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation


NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set              Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#    Example--> display item 2
READY:

ITEMS 2,270-2,276 OF 3,313    SET 12: BRIEF DISPLAY          FILE: COHM
(ASCENDING ORDER)
2,270. VA-972-782: Contempo harvest.   CLNA: acTC, generally known
        a.d.o. acTown & Country Linen Corporation
2,271. VA-972-783: Capri.   CLNA: acTC, generally known a.d.o. acTown &
        Country Linen Corporation
2,272. VA-972-784: Cameo poinsettia.   CLNA: acTC, generally known
        a.d.o. acTown & Country Linen Corporation
2,273. VA-972-785: Bountiful leaf.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
2,274. VA-972-786: Blue leaf plaid.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
2,275. VA-972-787: Batik leaf.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
2,276. VA-972-788: Aztec stripe.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation


NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set          Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:




ITEMS 2,277-2,283 OF 3,313    SET 12: BRIEF DISPLAY          FILE: COHM
(ASCENDING ORDER)
2,277. VA-972-789: Autumn bounty.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
2,278. VA-972-790: Apply options.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
2,279. VA-972-791: Wheeler.   CLNA: acTC, generally known a.d.o. acTown
        & Country Linen Corporation
2,280. VA-972-792: Acorn patch.   CLNA: acTC, generally known a.d.c.
        acTown & Country Linen Corporation
2,281. VA-972-793: Val flora.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
2,282. VA-972-794: 2000 party.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
2,283. VA-972-795: Tabassa.   CLNA: acTC, generally known a.d.o. acTown
        & Country Linen Corporation


NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set          Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:




ITEMS 2,284-2,290 OF 3,313    SET 12: BRIEF DISPLAY          FILE: COHM
(ASCENDING ORDER)
2,284. VA-972-796: Summer harlequin.   CLNA: acTC, generally known
        a.d.o. acTown & Country Linen Corporation
2,285. VA-972-797: Strolling rooster.   CLNA: acTC, generally known
        a.d.o. acTown & Country Linen Corporation
2,286. VA-972-798: Still life.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
2,287. VA-998-118: Christmas sweets.   CLNA: acTC, generally known
        a.d.o. acTown & Country Linen Corporation
2,288. VA-998-119: Nature's Christmas.   CLNA: acTC, generally known

2,289. ... known a.d.o. acTown & Country Linen Corporation
2,290. VA-998-121: Noel.   CLNA: acTC, generally known a.d.o. acTown &
        Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set          Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:


ITEMS 2,291-2,297 OF 3,313   SET 12: BRIEF DISPLAY            FILE: COMM
                            (ASCENDING ORDER)
2,291. VA-998-122: Noel angel.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
2,292. VA-998-328: Farm scene.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
2,293. VA-998-329. Fruit basket.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
2,294. VA-998-330: Garden veggies.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
2,295. VA-998-331: Meow.   CLNA: acTC, generally known a.d.o. acTown &
        Country Linen Corporation
2,296. VA-998-332: Seascape.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
2,297. VA-998-333: Three bears.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set          Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:

```
ITEMS 2,298-2,304 OF 3,313        SET 6: BRIEF DISPLAY            FILE: COHM
                                   (ASCENDING ORDER)
2,298. VA-999-334: Time for tea.   CLNA: acTC, generally known a.d.o.
         acTown & Country Linen Corporation
2,299. VA-1-005-661: Sassy seahorse.   CLNA: acTC, generally known
       a.d.o. acTown & Country Linen Corporation
2,300. VA-1-005-662: Sandy star.   CLNA: acTC, generally known a.d.o.
         acTown & Country Linen Corporation
2,301. VA-1-005-663: Ollie Octopus.   CLNA: acTC, generally known a.d.o.
         acTown & Country Linen Corporation
2,302. VA-1-005-664: Mr. Crabby.   CLNA: acTC, generally known a.d.o.
         acTown & Country Linen Corporation
2,303. VA-1-005-665: Kissin' fish.   CLNA: acTC, generally known a.d.o.
         acTown & Country Linen Corporation
2,304. VA-1-005-666: Bubble fish.   CLNA: acTC, generally known a.d.o.
         acTown & Country Linen Corporation


NEXT PAGE:         press transmit or enter key
SKIP AHEAD/BACK:   type any item# in set           Example--> 25
FULL DISPLAY:      type DISPLAY ITEM plus an item#  Example--> display item 2
READY:



                                      ibm3.loc.gov  13:57:05


ITEMS 2,305-2,311 OF 3,313        SET 6: BRIEF DISPLAY            FILE: COHM
                                   (ASCENDING ORDER)
2,305. VA-1-009-035: Vermont.   CLNA: acTC generally known a.d.o.
         acTown & Country Linen Corporation
2,306. VA-1-009-036: Sunflower stripe.   CLNA: acTC generally known
       a.d.o. acTown & Country Linen Corporation
2,307. VA-1-009-037: Spring hydrangea.   CLNA: acTC generally known
       a.d.o. acTown & Country Linen Corporation
2,308. VA-1-009-038: Spring garden.   CLNA: acTC generally known a.d.o.
         acTown & Country Linen Corporation
2,309. VA-1-009-039: Spring flower basket.   CLNA: acTC generally known
       a.d.o. acTown & Country Linen Corporation
2,310. VA-1-009-040: Seaworld.   CLNA: acTC generally known a.d.o.
         acTown & Country Linen Corporation
2,311. VA-1-009-041: Red rooster.   CLNA: acTC generally known a.d.o.
         acTown & Country Linen Corporation


NEXT PAGE:         press transmit or enter key
SKIP AHEAD/BACK:   type any item# in set           Example--> 25
FULL DISPLAY:      type DISPLAY ITEM plus an item#  Example--> display item 2
READY:



                                      ibm3.loc.gov  13:57:07


ITEMS 2,312-2,318 OF 3,313        SET 6: BRIEF DISPLAY            FILE: COHM
                                   (ASCENDING ORDER)
```

(ASCENDING ORDER)
2,312. VA-1-009-042: Raspberry blossom.   CLNA: acTC generally known
        a.d.o. acTown & Country Linen Corporation
2,313. VA-1-009-043: Prairie.   CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation
2,314. VA-1-009-044: Penelope.   CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation
2,315. VA-1-009-045: Pears.   CLNA: acTC generally known a.d.o. acTown
        & Country Linen Corporation
2,316. VA-1-009-046: Newlyn.   CLNA: acTC generally known a.d.o. acTown
        & Country Linen Corporation
2,317. VA-1-009-047: Natural butterfly.   CLNA: acTC generally known
        a.d.o. acTown & Country Linen Corporation
2,318. VA-1-009-048: Mozart.   CLNA: acTC generally known a.d.o. acTown
        & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set           Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#  Example--> display item 2
READY:


                                        ibm3.loc.gov  13:57:09

ITEMS 2,319-2,325 OF 3,313     SET 6: BRIEF DISPLAY          FILE: COHM
                        (ASCENDING ORDER)
2,319. VA-1-009-049: Leaf border.   CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation
2,320. VA-1-009-050: Lavender leaf.   CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation
2,321. VA-1-009-051: Hydrangea bouquet.   CLNA: acTC generally known
        a.d.o. acTown & Country Linen Corporation
2,322. VA-1-009-052: Javelyn.   CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation
2,323. VA-1-009-053: Horsens.   CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation
2,324. VA-1-009-054: [Amelia]   CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation
2,325. VA-1-009-055: Bee my honey.   CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set           Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#  Example--> display item 2
READY:


                                        ibm3.loc.gov  13:57:36

ITEMS 2,326-2,332 OF 3,313     SET 6: BRIEF DISPLAY          FILE: COHM
                        (ASCENDING ORDER)
2,326. VA-1-009-056: Blossom.   CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation
2,327. VA-1-009-057: Borghese garden.   CLNA: acTC generally known
        a.d.o. acTown & Country Linen Corporation
2,328. VA-1-009-058: Botanical box.   CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation
2,329. VA-1-009-059: Bounty.   CLNA: acTC generally known a.d.o. acTown
        & Country Linen Corporation
2,330. VA-1-009-060: Boxed butterfly.   CLNA: acTC generally known
        a.d.o. acTown & Country Linen Corporation
2,331. VA-1-009-061: Braxton.   CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation
2,332. VA-1-009-062: Butterfly garden.   CLNA: acTC generally known
        a.d.o. acTown & Country Linen Corporation

SKIP AHEAD/BACK:   type any item# in set          Example--> 25
FULL DISPLAY:      type DISPLAY ITEM plus an item#   Example--> display item 2
READY:


                                        ibm3.loc.gov   13:57:37

ITEMS 2,333-2,339 OF 3,313     SET 6: BRIEF DISPLAY          FILE: COHM
                              (ASCENDING ORDER)
2,333. VA-1-009-063: Butterfly stripe.   CLNA: acTC generally known
         a.d.o. acTown & Country Linen Corporation
2,334. VA-1-009-064: Buttonwood.   CLNA: acTC generally known a.d.o.
         acTown & Country Linen Corporation
2,335. VA-1-009-065: Camrose.   CLNA: acTC generally known a.d.o.
         acTown & Country Linen Corporation
2,336. VA-1-009-066: Cebu.   CLNA: acTC generally known a.d.o. acTown &
         Country Linen Corporation
2,337. VA-1-009-067: Charlotte.   CLNA: acTC generally known a.d.o.
         acTown & Country Linen Corporation
2,338. VA-1-009-068: Country fruit.   CLNA: acTC generally known a.d.o.
         acTown & Country Linen Corporation
2,339. VA-1-009-069: Daisy box.   CLNA: acTC generally known a.d.o.
         acTown & Country Linen Corporation

NEXT PAGE:         press transmit or enter key
SKIP AHEAD/BACK:   type any item# in set          Example--> 25
FULL DISPLAY:      type DISPLAY ITEM plus an item#   Example--> display item 2
READY:




ITEMS 2,340-2,346 OF 3,313     SET 6: BRIEF DISPLAY          FILE: COHM
                              (ASCENDING ORDER)
2,340. VA-1-009-070: Eugenia.   CLNA: acTC generally known a.d.o.
         acTown & Country Linen Corporation
2,341. VA-1-009-071: Florence.   CLNA: acTC generally known a.d.o.
         acTown & Country Linen Corporation
2,342. VA-1-009-072: Fortune.   CLNA: acTC generally known a.d.o.
         acTown & Country Linen Corporation
2,343. VA-1-009-073: Heart box.   CLNA: acTC generally known a.d.o.
         acTown & Country Linen Corporation
2,344. VA-1-009-074: Heart patch.   CLNA: acTC generally known a.d.o.
         acTown & Country Linen Corporation
2,345. VA-1-009-075: Heidi.   CLNA: acTC generally known a.d.o. acTown
         & Country Linen Corporation
2,346. VA-1-009-076: Herbal mystique.   CLNA: acTC generally known
         a.d.o. acTown & Country Linen Corporation

NEXT PAGE:         press transmit or enter key
SKIP AHEAD/BACK:   type any item# in set          Example--> 25
FULL DISPLAY:      type DISPLAY ITEM plus an item#   Example--> display item 2
READY:




ITEMS 2,347-2,353 OF 3,313     SET 6: BRIEF DISPLAY          FILE: COHM
                              (ASCENDING ORDER)
2,347. VA-1-009-077: Home sweet home.   CLNA: acTC generally known
         a.d.o. acTown & Country Linen Corporation

2,348. VA-1-015-911: Winter window.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation.
2,349. VA-1-015-912: Winter leaves.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
2,350. VA-1-015-913: Old style Xmas.   CLNA: acTC, generally known
        a.d.o. acTown & Country Linen Corporation
2,351. VA-1-015-914: Haunted scene.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
2,352. VA-1-015-915: Haunted scene II.   CLNA: acTC, generally known
        a.d.o. acTown & Country Linen Corporation
2,353. VA-1-015-916: Jam bones.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set          Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:


                                    ibm3.loc.gov  13:58:51

ITEMS 2,354-2,360 OF 3,313      SET 6: BRIEF DISPLAY          FILE: COHM
                          (ASCENDING ORDER)
2,354. VA-1-015-917: Joy ride.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
2,355. VA-1-015-918: Joyful bouquet II.   CLNA: acTC, generally known
        a.d.o. acTown & Country Linen Corporation
2,356. VA-1-015-919: Joyous noel.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
2,357. VA-1-015-920: Just say snow.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
2,358. VA-1-015-921: Leaf stencil.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
2,359. VA-1-015-922: Little tree.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
2,360. VA-1-015-923: Mapel check.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set          Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:


ITEMS 2,361-2,367 OF 3,313      SET 6: BRIEF DISPLAY          FILE: COHM
                          (ASCENDING ORDER)
2,361. VA-1-015-924: Ginger candy.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
2,362. VA-1-015-925: Glitter leaves.   CLNA: acTC, generally known
        a.d.o. acTown & Country Linen Corporation
2,363. VA-1-015-926: Halloween keepers.   CLNA: acTC, generally known
        a.d.o. acTown & Country Linen Corporation
2,364. VA-1-015-927: Happy Halloween.   CLNA: acTC, generally known
        a.d.o. acTown & Country Linen Corporation
2,365. VA-1-015-928: Xmas corsage.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
2,366. VA-1-015-929: Xmas cottage.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
2,367. VA-1-015-930: Xmas holly (jacq.)   CLNA: acTC, generally known
        a.d.o. acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key

SKIP AHEAD/BACK:    type any item# in set        Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:

Case 1:07-cv-03159-MGC    Document 9-12    Filed 06/01/2007    Page 27 of 32

ITEMS 2,368-2,374 OF 3,313       SET 6: BRIEF DISPLAY              FILE: COHM
                            (ASCENDING ORDER)
2,368. VA-1-015-931: Xmas jacquar (red)   CLNA: acTC, generally known
         a.d.o. acTown & Country Linen Corporation
2,369. VA-1-015-932: Woolen mitts.   CLNA: acTC, generally known a.d.o.
         acTown & Country Linen Corporation
2,370. VA-1-015-933: Witches delight.   CLNA: acTC, generally known
         a.d.o. acTown & Country Linen Corporation
2,371. VA-1-015-934: Snowman invite.   CLNA: acTC, generally known
         a.d.o. acTown & Country Linen Corporation
2,372. VA-1-015-935: Snowmflake.   CLNA: acTC, generally known a.d.o.
         acTown & Country Linen Corporation
2,373. VA-1-015-936: Scarecrow friends.   CLNA: acTC, generally known
         a.d.o. acTown & Country Linen Corporation
2,374. VA-1-015-937: Surprise packages.   CLNA: acTC, generally known
         a.d.o. acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set        Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:

ITEMS 2,375-2,381 OF 3,313       SET 6: BRIEF DISPLAY              FILE: COHM
                            (ASCENDING ORDER)
2,375. VA-1-015-938: Sunny scarecrow.   CLNA: acTC, generally known
         a.d.o. acTown & Country Linen Corporation
2,376. VA-1-015-939: Versailles damask.   CLNA: acTC, generally known
         a.d.o. acTown & Country Linen Corporation
2,377. VA-1-015-940: Victoria.   CLNA: acTC, generally known a.d.o.
         acTown & Country Linen Corporation
2,378. VA-1-015-941: Tree glow.   CLNA: acTC, generally known a.d.o.
         acTown & Country Linen Corporation
2,379. VA-1-015-942: Teddy giftwrap.   CLNA: acTC, generally known
         a.d.o. acTown & Country Linen Corporation
2,380. VA-1-015-943: New England fall.   CLNA: acTC, generally known
         a.d.o. acTown & Country Linen Corporation
2,381. VA-1-015-944: Nature's sketchbook.   CLNA: acTC, generally known
         a.d.o. acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set        Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:

ITEMS 2,382-2,388 OF 3,313       SET 6: BRIEF DISPLAY              FILE: COHM
                            (ASCENDING ORDER)
2,382. VA-1-015-945: Vine damask.   CLNA: acTC, generally known a.d.o.
         acTown & Country Linen Corporation
2,383. VA-1-015-946: Wanda the witch.   CLNA: acTC, generally known
         a.d.o. acTown & Country Linen Corporation
2,384. VA-1-015-947: Santa's visit.   CLNA: acTC, generally known a.d.o.

2,385. VA-1-015-948: Xmas ornament.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
2,386. VA-1-015-949: Ringing bells.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
2,387. VA-1-015-950: Pretty poinsettia.   CLNA: acTC, generally known
        a.d.o. acTown & Country Linen Corporation
2,388. VA-1-015-951: Poinsettia corsage.   CLNA: acTC, generally known
        a.d.o. acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set           Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#  Example--> display item 2
READY:

ITEMS 2,389-2,395 OF 3,313      SET 6: BRIEF DISPLAY              FILE: COHM
                     (ASCENDING ORDER)
2,389. VA-1-015-952: Poinsettia bounty.   CLNA: acTC, generally known
        a.d.o. acTown & Country Linen Corporation
2,390. VA-1-015-953: Peek-a-boo cat.   CLNA: acTC, generally known
        a.d.o. acTown & Country Linen Corporation
2,391. VA-1-015-954: Autumn apples.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
2,392. VA-1-015-955: Autumn collage.   CLNA: acTC, generally known
        a.d.o. acTown & Country Linen Corporation
2,393. VA-1-015-956: Autumn patch.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
2,394. VA-1-015-957: Xmas charms.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
2,395. VA-1-015-958: Acorn weave.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set           Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#  Example--> display item 2
READY:

                                        ibm3.loc.gov  14:01:37

ITEMS 2,396-2,402 OF 3,313      SET 6: BRIEF DISPLAY              FILE: COHM
                     (ASCENDING ORDER)
2,396. VA-1-015-959: Angel skies.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
2,397. VA-1-015-960: Xmas lace.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
2,398. VA-1-015-961: Festive poinsettia.   CLNA: acTC, generally known
        a.d.o. acTown & Country Linen Corporation
2,399. VA-1-015-962: Festive traditions.   CLNA: acTC, generally known
        a.d.o. acTown & Country Linen Corporation
2,400. VA-1-015-963: Forest floor.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
2,401. VA-1-015-964: Ghost cauldron.   CLNA: acTC, generally known
        a.d.o. acTown & Country Linen Corporation
2,402. VA-1-015-965: Ghost party.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set           Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#  Example--> display item 2
READY:

ITEMS 2,403-2,409 OF 3,313     SET 6: BRIEF DISPLAY          FILE: COHM
                               (ASCENDING ORDER)
2,403. VA-1-015-966: Autumn window box.   CLNA: acTC, generally known
          a.d.o. acTown & Country Linen Corporation
2,404. VA-1-015-967: Bat boy.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
2,405. VA-1-015-968: Beads 'n' baubles.   CLNA: acTC, generally known
          a.d.o. acTown & Country Linen Corporation
2,406. VA-1-015-969: Bearing the cold.   CLNA: acTC, generally known
          a.d.o. acTown & Country Linen Corporation
2,407. VA-1-015-970: Bickford farms.   CLNA: acTC, generally known
          a.d.o. acTown & Country Linen Corporation
2,408. VA-1-015-971: Blackie.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
2,409. VA-1-015-972: Cackle pumpkin.   CLNA: acTC, generally known
          a.d.o. acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set            Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:


ITEMS 2,410-2,416 OF 3,313     SET 6: BRIEF DISPLAY          FILE: COHM
                               (ASCENDING ORDER)
2,410. VA-1-015-973: Cat punchout.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
2,411. VA-1-015-974: Xmas bell patchwork.   CLNA: acTC, generally known
          a.d.o. acTown & Country Linen Corporation
2,412. VA-1-018-896: Holly.   CLNA: acTC (generally known a.d.o. acTown
          & Country Linen Cororation)
2,413. VA-1-018-897: Let is snow.   CLNA: acTC (generally known a.d.o.
          acTown & Country Linen Cororation)
2,414. VA-1-018-898: Little drummer boy.   CLNA: acTC (generally known
          a.d.o. acTown & Country Linen Cororation)
2,415. VA-1-018-899: Noel.   CLNA: acTC (generally known a.d.o. acTown
          & Country Linen Cororation)
2,416. VA-1-018-900: Peace snowflake.   CLNA: acTC (generally known
          a.d.o. acTown & Country Linen Cororation)

NEXT PAGE:          press transmit on enter key
SKIP AHEAD/BACK:    type any item# in set            Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:


                                        ibm3.loc.gov  14:02:09


ITEMS 2,417-2,423 OF 3,313     SET 6: BRIEF DISPLAY          FILE: COHM
                               (ASCENDING ORDER)
2,417. VA-1-018-901: Cuddle cat.   CLNA: acTC (generally known a.d.o.
          acTown & Country Linen Cororation)
2,418. VA-1-018-902: Denim heart.   CLNA: acTC (generally known a.d.o.
          acTown & Country Linen Cororation)
2,419. VA-1-018-903: Hilly Billy Bear.   CLNA: acTC (generally known
          a.d.o. acTown & Country Linen Cororation)
2,420. VA-1-018-904: Holiday candle.   CLNA: acTC (generally known

2,421. VA-1-012-905: Christmas tree.    CLMA: acTC (generally known.
        acTown & Country Liner Corporation)
2,422. VA-1-012-906: Christmas village.    CLMA: acTC (generally known
        a.d.o. acTown & Country Liner Corporation)
2,423. VA-1-012-907: Country lodge.    CLMA: acTC (generally known a.d.o.
        acTown & Country Linen Corporation)


NEXT PAGE:            press transmit or enter key
SKIP AHEAD/BACK:      type an item# in set            Example--> 25
FULL DISPLAY:         type DISPLAY ITEM plus an item#   Example--> display item 2
READY:




ITEMS 2,424-2,430 OF 3,313        SET 3: BRIEF DISPLAY              FILE: COMM
                            (ASCENDING ORDER)
2,424. VA-1-012-908: Cozy Christmas patch.    CLMA: acTC (generally known
        a.d.o. acTown & Country Linen Corporation)
2,425. VA-1-012-909: Cozy Christmas sleigh.    CLMA: acTC (generally
        known a.d.o. acTown & Country Linen Corporation)
2,426. VA-1-012-910: Chinese box    CLMA: acTC (generally known a.d.o.
        acTown & Country Linen Corporation)
2,427. VA-1-012-911: Chenille Santa.    CLMA: acTC (generally known
        a.d.o. acTown & Country Linen Corporation)
2,428. VA-1-012-912: Angels.    CLMA: acTC (generally known a.d.o.
        acTown & Country Linen Corporation)
2,429. VA-1-012-913: Candyland.    CLMA: acTC (generally known a.d.o.
        acTown & Country Linen Corporation)
2,430. VA-1-012-914: Cat cheer.    CLMA: acTC (generally known a.d.o.
        acTown & Country Linen Corporation)


NEXT PAGE:            press transmit or enter key
SKIP AHEAD/BACK:      type an item# in set            Example--> 25
FULL DISPLAY:         type DISPLAY ITEM plus an item#   Example--> display item 2
READY:




ITEMS 2,431-2,437 OF 3,313        SET 3: BRIEF DISPLAY              FILE: COMM
                            (ASCENDING ORDER)
2,431. VA-1-012-915: Cat cherub.    CLMA: acTC (generally known a.d.o.
        acTown & Country Linen Corporation)
2,432. VA-1-012-916: Starlight Santa.    CLMA: acTC (generally known
        a.d.o. acTown & Country Linen Corporation)
2,433. VA-1-012-917: Snow friends.    CLMA: acTC (generally known a.d.o.
        acTown & Country Linen Corporation)
2,434. VA-1-012-918: Tartan Santa.    CLMA: acTC (generally known a.d.o.
        acTown & Country Linen Corporation)
2,435. VA-1-012-919: Angel with horn.    CLMA: acTC (generally known
        a.d.o. acTown & Country Linen Corporation)
2,436. VA-1-012-920: Santa with sleigh.    CLMA: acTC (generally known
        a.d.o. acTown & Country Linen Corporation)
2,437. VA-1-012-921: Season's greetings.    CLMA: acTC (generally known
        a.d.o. acTown & Country Linen Corporation)


NEXT PAGE:            press transmit or enter key
SKIP AHEAD/BACK:      type any item# in set            Example--> 25
FULL DISPLAY:         type DISPLAY ITEM plus an item#   Example--> display item 2
READY:

FILE: COMM

ITEMS 2,436-2,444 OF 3,313      SET 6: BRIEF DISPLAY
(ASCENDING ORDER)

2,436. VA-1-018-922: Share bear.    CLMN: aoTC (generally) known a.d.o.
a.Town & Country Linen Corporation)

2,439. VA-1-018-923: Polar penguins.    CLMN: aoTC (generally known
a.d.o. acTown & Country Linen Corporation)

2,440. VA-1-018-924: Ribbon embroidery.    CLMN: aoTC (generall) known
a.d.o. acTown & Country Linen Corporation)

2,441. VA-1-018-925: Poinsettia tapestry.    CLMN: aoTC (generall) known
a.d.o. acTown & Country Linen Corporation)

2,442. VA-1-018-926: Reindeer flight.    CLMN: aoTC (generall) known
a.d.o. acTown & Country Linen Corporation)

2,443. VA-1-018-927: Victorian Santa II.    CLMN: aoTC (generally) known
a.d.o. acTown & Country Linen Corporation)

2,444. VA-1-018-928: Victorian Santa I.    CLMN: aoTC (generally known
a.d.o. acTown & Country Linen Corporation)


NEXT PAGE:        press transmit or enter key
SKIP AHEAD/BACK:  type any item# in set         Example--> 25
FULL DISPLAY:     type DISPLAY ITEM plus an item#  Example--> display, item 2
READY:


ITEMS 2,445-2,451 OF 3,313      SET 6: BRIEF DISPLAY        FILE: COMM
(ASCENDING ORDER)

2,445. VA-1-018-929: Teddies bearing gifts.    CLMN: aoTC (generally)
known a.d.o. acTown & Country Linen Corporation)

2,446. VA-1-018-930: Teddy bear.    CLMN: aoTC (generall) known a.d.o.
acTown & Country Linen Corporation)

2,447. VA-1-018-931: Penguin friends.    CLMN: aoTC (generally) known
a.d.o. acTown & Country Linen Corporation)

2,448. VA-1-018-931: Pocket snowman.    CLMN: aoTC (generall) known
a.d.o. acTown & Country Linen Corporation)

2,449. VA-1-018-933: Poinsettia bouquet.    CLMN: aoTC (generall) known
a.d.o. acTown & Country Linen Corporation)

2,450. VA-1-028-649: Poinsettia.    CLMN: aoTC, generall) known a.d.o.
acTown & Country Linen Corporation)

2,451. VA-1-028-650: Itsy bitsy spider.    CLMN: aoTC, generall) known
a.d.o. acTown & Country Linen Corporation)


NEXT PAGE:        press transmit or enter key
SKIP AHEAD/BACK:  type any item# in set         Example--> 25
FULL DISPLAY:     type DISPLAY ITEM plus an item#  Example--> display, item 2
READY:


ITEMS 2,452-2,458 OF 3,313      SET 6: BRIEF DISPLAY        FILE: COMM
(ASCENDING ORDER)

2,452. VA-1-028-651: Jack' o'lantern.    CLMN: aoTC, gene all) known
a.d.o. acTown & Country Linen Corporation)

2,453. VA-1-028-652: Holly fields.    CLMN: aoTC, generall) known a.d.o.
acTown & Country Linen Corporation)

2,454. VA-1-028-653: Green gifts.    CLMN: aoTC, generall) known a.d.o.
acTown & Country Linen Corporation)

2,455. VA-1-028-654: Bat about.    CLMN: aoTC, generall) known a.d.o.
acTown & Country Linen Corporation)

2,456. VA-1-028-655: Flying witch.    CLMN: aoTC, generall) known a.d.o.
acTown & Country Linen Corporation)

2,457. VA-1-028-656: Dancing skeletons.   CLNA: acTC, generally known
      acTown & Country Linen Corporation
2,458. VA-1-028-657: Country Santa.   CLNA: acTC, generally known a.d.o.
      acTown & Country Linen Corporation

NEXT PAGE:           press transmit or enter key
SKIP AHEAD/BACK:     type any item# in set           Example--> 25
FULL DISPLAY:        type DISPLAY ITEM plus an item#  Example--> display item 2
READY:


                                            ibm3.loc.gov  14:03:55


ITEMS 2,459-2,465 OF 3,313      SET 6: BRIEF DISPLAY          FILE: COHM
                               (ASCENDING ORDER)
2,459. VA-1-028-658: Christmas bell patchwork.   CLNA: acTC, generally
      known a.d.o. acTown & Country Linen Corporation
2,460. VA-1-028-659: Character.   CLNA: acTC, generally known a.d.o.
      acTown & Country Linen Corporation
2,461. VA-1-028-660: Poinsettia tapestry.   CLNA: acTC, generally known
      a.d.o. acTown & Country Linen Corporation
2,462. VA-1-028-661: Boo ghost.   CLNA: acTC, generally known a.d.o.
      acTown & Country Linen Corporation
2,463. VA-1-028-662: Allover ghost & bat.   CLNA: acTC, generally known
      a.d.o. acTown & Country Linen Corporation
2,464. VA-1-028-663: Winter ornaments.   CLNA: acTC, generally known
      a.d.o. acTown & Country Linen Corporation
2,465. VA-1-028-664: Victorian ornaments.   CLNA: acTC, generally known
      a.d.o. acTown & Country Linen Corporation

NEXT PAGE:           press transmit or enter key
SKIP AHEAD/BACK:     type any item# in set           Example--> 25
FULL DISPLAY:        type DISPLAY ITEM plus an item#  Example--> display item 2
READY:


                                            ibm3.loc.gov  14:03:56


ITEMS 2,466-2,472 OF 3,313      SET 6: BRIEF DISPLAY          FILE: COHM
                               (ASCENDING ORDER)
2,466. VA-1-028-665: Tree toss.   CLNA: acTC, generally known a.d.o.
      acTown & Country Linen Corporation
2,467. VA-1-028-666: Traditional poinsettia.   CLNA: acTC, generally
      known a.d.o. acTown & Country Linen Corporation
2,468. VA-1-028-667: Tartan snowman.   CLNA: acTC, generally known
      a.d.o. acTown & Country Linen Corporation
2,469. VA-1-028-668: Sweet friends.   CLNA: acTC, generally known a.d.o.
      acTown & Country Linen Corporation
2,470. VA-1-028-669: Snowman stripe.   CLNA: acTC, generally known
      a.d.o. acTown & Country Linen Corporation
2,471. VA-1-028-670: Snowman jingle.   CLNA: acTC, generally known
      a.d.o. acTown & Country Linen Corporation
2,472. VA-1-028-671: Snowflake.   CLNA: acTC, generally known a.d.o.
      acTown & Country Linen Corporation

NEXT PAGE:           press transmit or enter key
SKIP AHEAD/BACK:     type any item# in set           Example--> 25
FULL DISPLAY:        type DISPLAY ITEM plus an item#  Example--> display item 2
READY:


                                            ibm3.loc.gov  14:03:57


ITEMS 2,473-2,479 OF 3,313      SET 6: BRIEF DISPLAY          FILE: COHM