(ASCENDING ORDER)

2,473. VA-1-047-189: ... CLNA: acTC generally known a.d.o., acTown
         a.d.o. acTown & Country Linen Corporation
2,474. VA-1-047-190: Galaxy.   CLNA: acTC generally known a.d.o. acTown
         & Country Linen Corporation
2,475. VA-1-047-191: Daisy patch V.   CLNA: acTC generally known a.d.o.
         acTown & Country Linen Corporation
2,476. VA-1-047-192: Tiger bedrest.   CLNA: acTC generally known a.d.o.
         acTown & Country Linen Corporation
2,477. VA-1-047-193: Beagle.   CLNA: acTC generally known a.d.o. acTown
         & Country Linen Corporation
2,478. VA-1-047-194: Bear.   CLNA: acTC generally known a.d.o. acTown &
         Country Linen Corporation
2,479. VA-1-047-195: Blanket stitch blue.   CLNA: acTC generally known
         a.d.o. acTown & Country Linen Corporation


NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set        Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:




                                        ibm3.loc.gov   14:04:37


ITEMS 2,480-2,486 OF 3,313      SET 6: BRIEF DISPLAY          FILE: COHM
                           (ASCENDING ORDER)
2,480. VA-1-047-196: Brown & white dog.   CLNA: acTC generally known
         a.d.o. acTown & Country Linen Corporation
2,481. VA-1-047-197: Cheetah pillow.   CLNA: acTC generally known a.d.o.
         acTown & Country Linen Corporation
2,482. VA-1-047-198: Daisy patch II.   CLNA: acTC generally known a.d.o.
         acTown & Country Linen Corporation
2,483. VA-1-047-199: Daisy patch IV.   CLNA: acTC generally known a.d.o.
         acTown & Country Linen Corporation
2,484. VA-1-047-200: Dandelion denim.   CLNA: acTC generally known
         a.d.o. acTown & Country Linen Corporation
2,485. VA-1-047-201: Fish.   CLNA: acTC generally known a.d.o. acTown &
         Country Linen Corporation
2,486. VA-1-047-202: Garden life.   CLNA: acTC generally known a.d.o.
         acTown & Country Linen Corporation


NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set        Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:




ITEMS 2,487-2,493 OF 3,313      SET 6: BRIEF DISPLAY          FILE: COHM
                           (ASCENDING ORDER)
2,487. VA-1-047-203: Garden quilt.   CLNA: acTC generally known a.d.o.
         acTown & Country Linen Corporation
2,488. VA-1-047-204: Graffiti.   CLNA: acTC generally known a.d.o.
         acTown & Country Linen Corporation
2,489. VA-1-047-205: Granny Mae Welt.   CLNA: acTC generally known
         a.d.o. acTown & Country Linen Corporation
2,490. VA-1-047-206: Honey bees.   CLNA: acTC generally known a.d.o
         acTown & Country Linen Corporation
2,491. VA-1-047-207: Husky.   CLNA: acTC generally known a.d.o. acTown
         & Country Linen Corporation
2,492. VA-1-047-208: Lamb.   CLNA: acTC generally known a.d.o. acTown &
         Country Linen Corporation
2,493. VA-1-047-209: Lilum.   CLNA: acTC generally known a.d.o. acTown

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set          Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:


ITEMS 2,494-2,500 OF 3,313      SET 6: BRIEF DISPLAY          FILE: COHM
                        (ASCENDING ORDER)
2,494. VA-1-047-210: Wynn stay.   CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation
2,495. VA-1-047-211: Winsome.   CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation
2,496. VA-1-047-212: Willow fringe.   CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation
2,497. VA-1-047-213: Spaniel.   CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation
2,498. VA-1-047-214: Solar system.   CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation
2,499. VA-1-047-215: Sealife.   CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation
2,500. VA-1-047-216: Safari.   CLNA: acTC generally known a.d.o. acTown
        & Country Linen Corporation

NEXT PAGE.          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set          Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:


ITEMS 2,501-2,507 OF 3,313      SET 6: BRIEF DISPLAY          FILE: COHM
                        (ASCENDING ORDER)
2,501. VA-1-047-217: Reptiles.   CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation
2,502. VA-1-047-218: Raccoon.   CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation
2,503. VA-1-047-219: Pug.   CLNA: acTC generally known a.d.o. acTown &
        Country Linen Corporation
2,504. VA-1-047-220: Pig, full size.   CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation
2,505. VA-1-047-221: Pig.   CLNA: acTC generally known a.d.o. acTown &
        Country Linen Corporation
2,506. VA-1-047-222: Panda.   CLNA: acTC generally known a.d.o. acTown
        & Country Linen Corporation
2,507. VA-1-047-223: Love bug.   CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set          Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:


ITEMS 2,508-2,514 OF 3,313      SET 6: BRIEF DISPLAY          FILE: COHM
                        (ASCENDING ORDER)
2,508. VA-1-047-224: Frogs & dragonflies   CLNA: acTC generally known

2,509. VA-1-049-196: Nature walk.   CLNA: acTC (generally known a.d.o.
          acTown & Country Linen Corporation)
2,510. VA-1-049-197: Michelle.   CLNA: acTC (generally known a.d.o.
          acTown & Country Linen Corporation)
2,511. VA-1-049-198: Timber.   CLNA: acTC (generally known a.d.o.
          acTown & Country Linen Corporation)
2,512. VA-1-049-199: Stephanie.   CLNA: acTC (generally known a.d.o.
          acTown & Country Linen Corporation)
2,513. VA-1-049-200: Spring chicken.   CLNA: acTC (generally known
          a.d.o. acTown & Country Linen Corporation)
2,514. VA-1-049-201: Spring botanical.   CLNA: acTC (generally known
          a.d.o. acTown & Country Linen Corporation)


NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set          Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:




                                        ibm3.loo.gov   14:05:22


ITEMS 2,515-2,521 OF 3,313      SET 6: BRIEF DISPLAY              FILE: COHM
                              (ASCENDING ORDER)
2,515. VA-1-049-202: Tuscan fruit.   CLNA: acTC (generally known a.d.o.
          acTown & Country Linen Corporation)
2,516. VA-1-049-203: Tulip fest.   CLNA: acTC (generally known a.d.o.
          acTown & Country Linen Corporation)
2,517. VA-1-049-204: watering can.   CLNA: acTC (generally known a.d.o.
          acTown & Country Linen Corporation)
2,518. VA-1-049-205: Verona.   CLNA: acTC (generally known a.d.o.
          acTown & Country Linen Corporation)
2,519. VA-1-049-206: Wellesley.   CLNA: acTC (generally known a.d.o.
          acTown & Country Linen Corporation)
2,520. VA-1-049-207: Wilderness.   CLNA: acTC (generally known a.d.o.
          acTown & Country Linen Corporation)
2,521. VA-1-049-208: Yvette.   CLNA: acTC (generally known a.d.o.
          acTown & Country Linen Corporation)


NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set          Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:




ITEMS 2,522-2,528 OF 3,313      SET 6: BRIEF DISPLAY              FILE: COHM
                              (ASCENDING ORDER)
2,522. VA-1-049-209: A is for apple.   CLNA: acTC (generally known
          a.d.o. acTown & Country Linen Corporation)
2,523. VA-1-049-210: Heather damask floral.   CLNA: acTC (generally
          known a.d.o. acTown & Country Linen Corporation)
2,524. VA-1-049-211: Lakewood.   CLNA: acTC (generally known a.d.o.
          acTown & Country Linen Corporation)
2,525. VA-1-049-212: <La> pomme.   CLNA: acTC (generally known a.d.o.
          acTown & Country Linen Corporation)
2,526. VA-1-049-213: Jennifer.   CLNA: acTC (generally known a.d.o.
          acTown & Country Linen Corporation)
2,527. VA-1-049-214: Merlot.   CLNA: acTC (generally known a.d.o.
          acTown & Country Linen Corporation)
2,528. VA-1-049-215: Louise.   CLNA: acTC (generally known a.d.o.
          acTown & Country Linen Corporation)

NEXT PAGE:          press transmit or enter key

SKIP AHEAD/BACK:     type any item# in set          Example--> 25
FULL DISPLAY:        type DISPLAY ITEM plus an item#   Example--> display item 2
READY:

ITEMS 2,529-2,535 OF 3,313     SET 6: BRIEF DISPLAY          FILE: COHM
                              (ASCENDING ORDER)
2,529. VA-1-049-216: Leaf box..L    CLNA: acTC (generally known a.d.o.
         acTown & Country Linen Corporation)
2,530. VA-1-049-217: Scrolly floral.    CLNA: acTC (generally known
         a.d.o. acTown & Country Linen Corporation)
2,531. VA-1-049-218: Santana.    CLNA:/acTC (generally known a.d.o.
         acTown & Country Linen Corporation)
2,532. VA-1-049-219: Peony.    CLNA: acTC (generally known a.d.o. acTown
         & Country Linen Corporation)
2,533. VA-1-049-220: Havana blue.    CLNA: acTC (generally known a.d.o.
         acTown & Country Linen Corporation)
2,534. VA-1-049-221: Heart wreath.    CLNA: acTC (generally known a.d.o.
         acTown & Country Linen Corporation)
2,535. VA-1-049-222: Fruit vine.    CLNA: acTC (generally known a.d.o.
         acTown & Country Linen Corporation)

NEXT PAGE:           press transmit or enter key
SKIP AHEAD/BACK:     type any item# in set          Example--> 25
FULL DISPLAY:        type DISPLAY ITEM plus an item#   Example--> display item 2
READY:

ITEMS 2,536-2,542 OF 3,313     SET 6: BRIEF DISPLAY          FILE: COHM
                              (ASCENDING ORDER)
2,536. VA-1-049-223: Fruitosa.    CLNA: acTC (generally known a.d.o.
         acTown & Country Linen Corporation)
2,537. VA-1-049-224: Garden patch.    CLNA: acTC (generally known a.d.o.
         acTown & Country Linen Corporation)
2,538. VA-1-049-225: Flower mat.    CLNA: acTC (generally known a.d.o.
         acTown & Country Linen Corporation)
2,539. VA-1-049-226: Forget me not.    CLNA: acTC (generally known a.d.o.
         acTown & Country Linen Corporation)
2,540. VA-1-049-227: Fruit harvest.    CLNA: acTC (generally known a.d.o.
         acTown & Country Linen Corporation)
2,541. VA-1-049-228: Fruit marmalade.    CLNA: acTC (generally known
         a.d.o. acTown & Country Linen Corporation)
2,542. VA-1-049-229: Heather rose.    CLNA: acTC (generally known a.d.o.
         acTown & Country Linen Corporation)

NEXT PAGE:           press transmit or enter key
SKIP AHEAD/BACK:     type any item# in set          Example--> 25
FULL DISPLAY:        type DISPLAY ITEM plus an item#   Example--> display item 2
READY:

ITEMS 2,543-2,549 OF 3,313     SET 6: BRIEF DISPLAY          FILE: COHM
                              (ASCENDING ORDER)
2,543. VA-1-049-230: Brushstroke.    CLNA: acTC (generally known a.d.o.
         acTown & Country Linen Corporation)
2,544. VA-1-049-231: Flannel flowers.    CLNA: acTC (generally known
         a.d.o. acTown & Country Linen Corporation)

2,545. VA-1-049-232: Fancy frogs.   CLNA: acTC (generally known a.d.o.
2,546. VA-1-049-233: Eden garden.   CLNA: acTC (generally known a.d.o.
        acTown & Country Linen Corporation)
2,547. VA-1-049-234: Dogwood fern.   CLNA: acTC (generally known a.d.o.
        acTown & Country Linen Corporation)
2,548. VA-1-049-235: Ilene.   CLNA: acTC (generally known a.d.o. acTown
        & Country Linen Corporation)
2,549. VA-1-049-236: Gardener's journal.   CLNA: acTC (generally known
        a.d.o. acTown & Country Linen Corporation)

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set           Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:


ITEMS 2,550-2,556 OF 3,313      SET 6: BRIEF DISPLAY              FILE: COHM
                        (ASCENDING ORDER)
2,550. VA-1-049-237: Gardening bear.   CLNA: acTC (generally known
        a.d.o. acTown & Country Linen Corporation)
2,551. VA-1-049-238: Gazebo.   CLNA: acTC (generally known a.d.o.
        acTown & Country Linen Corporation)
2,552. VA-1-049-239: Halfmoon Lodge.   CLNA: acTC (generally known
        a.d.o. acTown & Country Linen Corporation)
2,553. VA-1-049-240: Bluebells.   CLNA: acTC (generally known a.d.o.
        acTown & Country Linen Corporation)
2,554. VA-1-049-241: Bali.   CLNA: acTC (generally known a.d.o. acTown
        & Country Linen Corporation)
2,555. VA-1-049-242: Autumn wood.   CLNA: acTC (generally known a.d.o.
        acTown & Country Linen Corporation)
2,556. VA-1-049-243: Antique fruit basket.   CLNA: acTC (generally known
        a.d.o. acTown & Country Linen Corporation)

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set           Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:


ITEMS 2,557-2,563 OF 3,313      SET 6: BRIEF DISPLAY              FILE: COHM
                        (ASCENDING ORDER)
2,557. VA-1-049-244: Antique fruit.   CLNA: acTC (generally known a.d.o.
        acTown & Country Linen Corporation)
2,558. VA-1-049-245: Daisy field.   CLNA: acTC (generally known a.d.o.
        acTown & Country Linen Corporation)
2,559. VA-1-049-246: Daisy cheer.   CLNA: acTC (generally known a.d.o.
        acTown & Country Linen Corporation)
2,560. VA-1-049-247: Cherry vine.   CLNA: acTC (generally known a.d.o.
        acTown & Country Linen Corporation)
2,561. VA-1-049-248: Chase.   CLNA: acTC (generally known a.d.o. acTown
        & Country Linen Corporation)
2,562. VA-1-049-249: Butterfly mat.   CLNA: acTC (generally known a.d.o.
        acTown & Country Linen Corporation)
2,563. VA-1-049-762: Lisette patch fringe.   CLNA: acTC (generally known
        a.d.o. acTown & Country Linen Corporation)

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set           Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:

```
ITEMS 2,564-2,570 OF 3,313      SET 6: BRIEF DISPLAY              FILE: COHM
                               (ASCENDING ORDER)
2,564. VA-1-049-763: Lisette stripe with braid.   CLNA: acTC (generally
              known a.d.o. acTown & Country Linen Corporation)
2,565. VA-1-049-764: Lisette stripe fringer.   CLNA: acTC (generally
              known a.d.o. acTown & Country Linen Corporation)
2,566. VA-1-049-765: Cottage crewel.   CLNA: acTC (generally known
              a.d.o. acTown & Country Linen Corporation)
2,567. VA-1-049-766: Abby.   CLNA: acTC (generally known a.d.o. acTown
              & Country Linen Corporation)
2,568. VA-1-049-767: Fenetro.   CLNA: acTC (generally known a.d.o.
              acTown & Country Linen Corporation)
2,569. VA-1-049-768: Gaudi.   CLNA: acTC (generally known a.d.o. acTown
              & Country Linen Corporation)
2,570. VA-1-049-769: Gulliver.   CLNA: acTC, generally known a.d.o.
              acTown & Country Linen Corporation

NEXT PAGE:        press transmit or enter key
SKIP AHEAD/BACK:  type any item# in set            Example--> 25
FULL DISPLAY:     type DISPLAY ITEM plus an item#   Example--> display item 2
READY:



ITEMS 2,571-2,577 OF 3,313      SET 6: BRIEF DISPLAY              FILE: COHM
                               (ASCENDING ORDER)
2,571. VA-1-049-770: Larchmont.   CLNA: acTC, generally known a.d.o.
              acTown & Country Linen Corporation
2,572. VA-1-049-771: Laurel.   CLNA: acTC, generally known a.d.o.
              acTown & Country Linen Corporation
2,573. VA-1-049-772: Pinwheel.   CLNA: acTC, generally known a.d.o.
              acTown & Country Linen Corporation
2,574. VA-1-049-773: Milano.   CLNA: acTC, generally known a.d.o.
              acTown & Country Linen Corporation
2,575. VA-1-049-774: Romance patch.   CLNA: acTC, generally known a.d.o.
              acTown & Country Linen Corporation
2,576. VA-1-049-775: Susie Braid.   CLNA: acTC, generally known a.d.o.
              acTown & Country Linen Corporation
2,577. VA-1-049-776: Wyoming.   CLNA: acTC, generally known a.d.o.
              acTown & Country Linen Corporation

NEXT PAGE:        press transmit or enter key
SKIP AHEAD/BACK:  type any item# in set            Example--> 25
FULL DISPLAY:     type DISPLAY ITEM plus an item#   Example--> display item 2
READY:



ITEMS 2,578-2,584 OF 3,313      SET 6: BRIEF DISPLAY              FILE: COHM
                               (ASCENDING ORDER)
2,578. VA-1-054-957: Hothouse yellow.   CLNA: acTown & Country Linen
              Corporation
2,579. VA-1-054-958: Daisy patch III.   CLNA: acTown & Country Linen
              Corporation
2,580. VA-1-054-959: Daisy patch I.   CLNA: acTown & Country Linen
              Corporation
2,581. VA-1-058-404: Barnegat Bay.   CLNA: acTC (generally known a.d.o.
```

acTown & Country Linen Corporation)

acTown & Country Linen Corporation)
2,583. VA-1-058-406: Elegant shells.   CLNA: acTC (generally known
a.d.o. acTown & Country Linen Corporation)
2,584. VA-1-058-407: Atlantis.   CLNA: acTC (generally known a.d.o.
acTown & Country Linen Corporation)

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set          Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:


ITEMS 2,585-2,591 OF 3,313      SET 6: BRIEF DISPLAY          FILE: COHM
                        (ASCENDING ORDER)
2,585. VA-1-058-408: Aztec.   CLNA: acTC (generally known a.d.o. acTown
& Country Linen Corporation)
2,586. VA-1-058-409: Bali breezes.   CLNA: acTC (generally known a.d.o.
acTown & Country Linen Corporation)
2,587. VA-1-058-410: Bethany.   CLNA: acTC (generally known a.d.o.
acTown & Country Linen Corporation)
2,588. VA-1-058-411: Beyond the reef.   CLNA: acTC (generally known
a.d.o. acTown & Country Linen Corporation)
2,589. VA-1-058-412: Bohemian rhapsody.   CLNA: acTC (generally known
a.d.o. acTown & Country Linen Corporation)
2,590. VA-1-058-413: Cancun.   CLNA: acTC (generally known a.d.o.
acTown & Country Linen Corporation)
2,591. VA-1-058-414: Cheetah shower curtain.   CLNA: acTC (generally
known a.d.o. acTown & Country Linen Corporation)

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set          Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:


ITEMS 2,592-2,598 OF 3,313      SET 6: BRIEF DISPLAY          FILE: COHM
                        (ASCENDING ORDER)
2,592. VA-1-058-415: Coming up daisies.   CLNA: acTC (generally known
a.d.o. acTown & Country Linen Corporation)
2,593. VA-1-058-416: Cottage rose.   CLNA: acTC (generally known a.d.o.
acTown & Country Linen Corporation)
2,594. VA-1-058-417: Daisy power.   CLNA: acTC (generally known a.d.o.
acTown & Country Linen Corporation)
2,595. VA-1-058-418: Demoiselle.   CLNA: acTC (generally known a.d.o.
acTown & Country Linen Corporation)
2,596. VA-1-058-419: Divanna.   CLNA: acTC (generally known a.d.o.
acTown & Country Linen Corporation)
2,597. VA-1-058-420: Dot com.   CLNA: acTC (generally known a.d.o.
acTown & Country Linen Corporation)
2,598. VA-1-058-421: Duck season.   CLNA: acTC (generally known a.d.o.
acTown & Country Linen Corporation)

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set          Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:

ITEMS 2,599-2,605 OF 3,313        SET 6: BRIEF DISPLAY              FILE: COHM
                                  (ASCENDING ORDER)
2,599. VA-1-058-422: Dupree.    CLNA: acTC (generally known a.d.o.
           acTown & Country Linen Corporation)
2,600. VA-1-058-423: English rose.    CLNA: acTC (generally known a.d.o.
           acTown & Country Linen Corporation)
2,601. VA-1-058-424: Fern tile.    CLNA: acTC (generally known a.d.o.
           acTown & Country Linen Corporation)
2,602. VA-1-058-425: Finlandia.    CLNA: acTC (generally known a.d.o.
           acTown & Country Linen Corporation)
2,603. VA-1-058-426: Fish in the sea.    CLNA: acTC (generally known
           a.d.o. acTown & Country Linen Corporation)
2,604. VA-1-058-427: Imprints.    CLNA: acTC (generally known a.d.o.
           acTown & Country Linen Corporation)
2,605. VA-1-058-428: Key West.    CLNA: acTC (generally known a.d.o.
           acTown & Country Linen Corporation)


NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set          Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#    Example--> display item 2
READY:

ITEMS 2,606-2,612 OF 3,313        SET 6: BRIEF DISPLAY              FILE: COHM
                                  (ASCENDING ORDER)
2,606. VA-1-058-429: <Le> jardin.    CLNA: acTC (generally known a.d.o.
           acTown & Country Linen Corporation)
2,607. VA-1-058-430: Lush floral.    CLNA: acTC (generally known a.d.o.
           acTown & Country Linen Corporation)
2,608. VA-1-058-431: Madrid.    CLNA: acTC (generally known a.d.o.
           acTown & Country Linen Corporation)
2,609. VA-1-058-432: Palazzo.    CLNA: acTC (generally known a.d.o.
           acTown & Country Linen Corporation)
2,610. VA-1-058-433: Pressed flowers.    CLNA: acTC (generally known
           a.d.o. acTown & Country Linen Corporation)
2,611. VA-1-058-434: Sailing.    CLNA: acTC (generally known a.d.o.
           acTown & Country Linen Corporation)
2,612. VA-1-058-435: Shell mosaic.    CLNA: acTC (generally known a.d.o.
           acTown & Country Linen Corporation)


NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set          Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#    Example--> display item 2
READY:


ITEMS 2,613-2,619 OF 3,313        SET 6: BRIEF DISPLAY              FILE: COHM
                                  (ASCENDING ORDER)
2,613. VA-1-058-436: Shells.    CLNA: acTC (generally known a.d.o.
           acTown & Country Linen Corporation)
2,614. VA-1-058-437: Tranquility.    CLNA: acTC (generally known a.d.o.
           acTown & Country Linen Corporation)
2,615. VA-1-058-438: Tribal patchwork.    CLNA: acTC (generally known
           a.d.o. acTown & Country Linen Corporation)
2,616. VA-1-078-036: Old friends.    CLNA: acTC generally known a.d.o.
           acTown & Country Linen Corporation
2,617. VA-1-078-037: Peach.    CLNA: acTC generally known a.d.o. acTown

2,618. VA-1-078-038: Persia fringe.   CLNA: acTC generally known a.d.o.
2,619. VA-1-078-039: Plush butterfly.   CLNA: acTC generally known
        a.d.o. acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set          Examples--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:


ITEMS 2,620-2,626 OF 3,313     SET 6: BRIEF DISPLAY        FILE: CCHM
                      (ASCENDING ORDER)
2,620. VA-1-078-040: Pick up sticks.   CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation
2,621. VA-1-078-041: Ghana.   CLNA: acTC generally known a.d.o. acTown
        & Country Linen Corporation
2,622. VA-1-078-042: Happy birthday.   CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation
2,623. VA-1-078-043: Jaguar.   CLNA: acTC generally known a.d.o. acTown
        & Country Linen Corporation
2,624. VA-1-078-044: Home is where the heart is.   CLNA: acTC generally
        known a.d.o. acTown & Country Linen Corporation
2,625. VA-1-078-045: Kuba.   CLNA: acTC generally known a.d.o. acTown &
        Country Linen Corporation
2,626. VA-1-078-046: Laurel.   CLNA: acTC generally known a.d.o. acTown
        & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set          Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:


ITEMS 2,627-2,633 OF 3,313     SET 6: BRIEF DISPLAY        FILE: CCHM
                      (ASCENDING ORDER)
2,627. VA-1-078-047: Lobster.   CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation
2,628. VA-1-078-048: Live well, laugh often.   CLNA: acTC generally
        known a.d.o. acTown & Country Linen Corporation
2,629. VA-1-078-049: Love me, love my cat.   CLNA: acTC generally known
        a.d.o. acTown & Country Linen Corporation
2,630. VA-1-078-050: Plush snail.   CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation
2,631. VA-1-078-051: Roping cowboy.   CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation
2,632. VA-1-078-052: Round up.   CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation
2,633. VA-1-078-053: Sangria.   CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set          Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:

Case 1:07-cv-03159-MGC   Document 9-13   Filed 06/01/2007   Page 10 of 38

2,634. VA-1-078-054: Shelbourne.  CLNA: acTC generally known a.d.o.
     acTown & Country Linen Corporation
2,635. VA-1-078-055: Snakeskin.  CLNA: acTC generally known a.d.o.
     acTown & Country Linen Corporation
2,636. VA-1-078-056: Tranquility.  CLNA: acTC generally known a.d.o.
     acTown & Country Linen Corporation
2,637. VA-1-078-057: Tuesday morning.  CLNA: acTC generally known
     a.d.o. acTown & Country Linen Corporation
2,638. VA-1-078-058: Zebra.  CLNA: acTC generally known a.d.o. acTown
     & Country Linen Corporation
2,639. VA-1-078-059: Verona.  CLNA: acTC generally known a.d.o. acTown
     & Country Linen Corporation
2,640. VA-1-078-060: At the beach.  CLNA: acTC generally known a.d.o.
     acTown & Country Linen Corporation

NEXT PAGE:      press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set     Example--> 25
FULL DISPLAY:     type DISPLAY ITEM plus an item#  Example--> display item 2
READY:

2,641. VA-1-078-061: Avernus.  CLNA: acTC generally known a.d.o.
     acTown & Country Linen Corporation
2,642. VA-1-078-062: Aztec.  CLNA: acTC generally known a.d.o. acTown
     & Country Linen Corporation
2,643. VA-1-078-063: Bayside park.  CLNA: acTC generally known a.d.o.
     acTown & Country Linen Corporation
2,644. VA-1-078-064: Bee happy.  CLNA: acTC generally known a.d.o.
     acTown & Country Linen Corporation
2,645. VA-1-078-065: Bella Bunny.  CLNA: acTC generally known a.d.o.
     acTown & Country Linen Corporation
2,646. VA-1-078-066: Bengal.  CLNA: acTC generally known a.d.o. acTown
     & Country Linen Corporation
2,647. VA-1-078-067: Bert the Bunny.  CLNA: acTC generally known a.d.o.
     acTown & Country Linen Corporation

NEXT PAGE:      press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set     Example--> 25
FULL DISPLAY:     type DISPLAY ITEM plus an item#  Example--> display item 2
READY:

2,648. VA-1-078-068: Boss of the moss.  CLNA: acTC generally known
     a.d.o. acTown & Country Linen Corporation
2,649. VA-1-078-069: Burn out velvet.  CLNA: acTC generally known
     a.d.o. acTown & Country Linen Corporation
2,650. VA-1-078-070: Can can.  CLNA: acTC generally known a.d.o.
     acTown & Country Linen Corporation
2,651. VA-1-078-071: Ceci chick.  CLNA: acTC generally known a.d.o.
     acTown & Country Linen Corporation
2,652. VA-1-078-072: Celebrate.  CLNA: acTC generally known a.d.o.
     acTown & Country Linen Corporation
2,653. VA-1-078-073: Chelsea garden.  CLNA: acTC generally known a.d.o.
     acTown & Country Linen Corporation

2,654. VA-1-078-074: Chich n egg.   CLNA: acTC generally known a.d.o.
acTown & Country Linen Corporation

NEXT PAGE:        press transmit or enter key
SKIP AHEAD/BACK:  type any item# in set              Example--> 25
FULL DISPLAY:     type DISPLAY ITEM plus an item#    Example--> display item 2
READY:

ITEMS 2,655-2,661 OF 3,313      SET 6: BRIEF DISPLAY              FILE: COHM
(ASCENDING ORDER)
2,655. VA-1-078-075: Elephant talk.    CLNA: acTC generally known a.d.o.
acTown & Country Linen Corporation
2,656. VA-1-078-076: Ensign ducky.   CLNA: acTC generally known a.d.o.
acTown & Country Linen Corporation
2,657. VA-1-078-077: Daisy friends.   CLNA: acTC generally known a.d.o.
acTown & Country Linen Corporation
2,658. VA-1-078-078: Finesse.    CLNA: acTC generally known a.d.o.
acTown & Country Linen Corporation
2,659. VA-1-078-079: My all your dreams come true.    CLNA: acTC
generally known a.d.o. acTown & Country Linen Corporation
2,660. VA-1-078-080: Napa Valley.    CLNA: acTC generally known a.d.o.
acTown & Country Linen Corporation
2,661. VA-1-082-325: Whispering garden.    CLNA: acTC generally known
a.d.o. acTown & Country Linen Corporation

NEXT PAGE:        press transmit or enter key
SKIP AHEAD/BACK:  type any item# in set              Example--> 25
FULL DISPLAY:     type DISPLAY ITEM plus an item#    Example--> display item 2
READY:

ITEMS 2,662-2,668 OF 3,313      SET 6: BRIEF DISPLAY              FILE: COHM
(ASCENDING ORDER)
2,662. VA-1-082-326: West end.    CLNA: acTC generally known a.d.o.
acTown & Country Linen Corporation
2,663. VA-1-082-327: Veronica.    CLNA: acTC generally known a.d.o.
acTown & Country Linen Corporation
2,664. VA-1-082-328: Sunflower patch.    CLNA: acTC generally known
a.d.o. acTown & Country Linen Corporation
2,665. VA-1-082-329: Spring fling.    CLNA: acTC generally known a.d.o.
acTown & Country Linen Corporation
2,666. VA-1-082-330: Shirley.   CLNA: acTC generally known a.d.o.
acTown & Country Linen Corporation
2,667. VA-1-082-331: Iris garden.   CLNA: acTC generally known a.d.o.
acTown & Country Linen Corporation
2,668. VA-1-082-332: Seaside.   CLNA: acTC generally known a.d.o.
acTown & Country Linen Corporation

NEXT PAGE:        press transmit or enter key
SKIP AHEAD/BACK:  type any item# in set              Example--> 25
FULL DISPLAY:     type DISPLAY ITEM plus an item#    Example--> display item 2
READY:

ITEMS 2,669-2,675 OF 3,313      SET 6: BRIEF DISPLAY              FILE: COHM
(ASCENDING ORDER)
2,669. VA-1-082-333: Sandrift    CLNA: acTC generally known a.d.o.

acTown & Country Linen Corporation
2,870. VA-1-082-334: ... acTown & Country Linen Corporation
a.d.o. acTown & Country Linen Corporation
2,871. VA-1-082-335: Nosegay.   CLNA: acTO generally known a.d.o.
acTown & Country Linen Corporation
2,872. VA-1-082-336: Nature's harmony.   CLNA: acTO generally known
a.d.o. acTown & Country Linen Corporation
2,873. VA-1-082-337: Mylene.   CLNA: acTO generally known a.d.o. acTown
& Country Linen Corporation
2,874. VA-1-082-338: Morning mist.   CLNA: acTO generally known a.d.o.
acTown & Country Linen Corporation
2,875. VA-1-082-339: Marmalade.   CLNA: acTO generally known a.d.o.
acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set          Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:


ITEMS 2,876-2,882 OF 9,919      SET 6: BRIEF DISPLAY          FILE: COHM
(ASCENDING ORDER)
2,876. VA-1-082-340: Lighthouse scene.   CLNA: acTO generally known
a.d.o. acTown & Country Linen Corporation
2,877. VA-1-082-341: La porta.   CLNA: acTO generally known a.d.o.
acTown & Country Linen Corporation
2,878. VA-1-082-342: Kitty cats.   CLNA: acTO generally known a.d.o.
acTown & Country Linen Corporation
2,879. VA-1-082-343: Fresh fruit.   CLNA: acTO generally known a.d.o.
acTown & Country Linen Corporation
2,880. VA-1-082-344: Foliage.   CLNA: acTO generally known a.d.o.
acTown & Country Linen Corporation
2,881. VA-1-082-345: Flowerpot patch.   CLNA: acTO generally known
a.d.o. acTown & Country Linen Corporation
2,882. VA-1-082-346: Floral tapestry.   CLNA: acTO generally known
a.d.o. acTown & Country Linen Corporation

NEXT PAGE:          press transmit or enter key
SKIP AHEAD/BACK:    type any item# in set          Example--> 25
FULL DISPLAY:       type DISPLAY ITEM plus an item#   Example--> display item 2
READY:


ITEMS 2,883-2,889 OF 9,919      SET 6: BRIEF DISPLAY          FILE: COHM
(ASCENDING ORDER)
2,883. VA-1-082-347: Fiore.   CLNA: acTO generally known a.d.o. acTown
& Country Linen Corporation
2,884. VA-1-082-348: Do si do.   CLNA: acTO generally known a.d.o.
acTown & Country Linen Corporation
2,885. VA-1-082-349: Daisies patch.   CLNA: acTO generally known a.d.o.
acTown & Country Linen Corporation
2,886. VA-1-082-350: Country frolic.   CLNA: acTO generally known a.d.o.
acTown & Country Linen Corporation
2,887. VA-1-082-351: Cactus windows.   CLNA: acTO generally known a.d.o.
acTown & Country Linen Corporation
2,888. VA-1-082-352: Apple pie.   CLNA: acTO generally known a.d.o.
acTown & Country Linen Corporation
2,889. VA-1-082-353: American countryside.   CLNA: acTO generally known
a.d.o. acTown & Country Linen Corporation

NEXT PAGE:
SKIP AHEAD/BACK:
FULL DISPLAY:              type DISPLAY ITEM plus an items   Example-> Display, Item 2
READY:




ITEMS 2,890-2,106 OF 8,310      SET 0: BRIEF DISPLAY                    FILE: COMM
                                (ASCENDING ORDER)
2,890. VA-1-032-C5th Abb,.   CLMA; acTO generally kn  n a.d.o. acTown &
                Country Linen Corporation
2,891. VA-1-032-124: Spooky photographic FUL.   CLMA: acTO generally,
                known audio  acTown & Country Linen Corporation
2,892. VA-1-032-406. Ghostly, b iny.    CLMA: acTO generally known audio
                acTown & Country Linen Corporation
2,893. VA-1-032-126  Ghost ps ty.   CLMA: acTO generall, known a.d.o.
                acTown & Country Linen Corporation
2,894. VA-1-032-427. Ghostie gal.   CLMA: acTO generally known a.d.o.
                acTown & Country Linen Corporation
2,895. VA-1-032-123: Glittle, b-ll, (red)   CLMA, acTO generally known
                audio  acTown & Country Li en Corporation
2,896. VA-1-032-428: Gift box Santa.   CLMA: acTO generall, known a.d.o.
                acTown & Country Linen Corporation

NEXT PAGE:                press transmit or enter key.
SKIP AHEAD/BACK:          type any item# in set            Example-> 25
FULL DISPLAY:             type DISPLAY ITEM plus an item#   Example-> Display, Item 2
READY:

FILE:COHM; TITLE/LINE--SET 57                    ITEMS 2,692-2,701 OF 3,313
2,692. VA-1-082-425: Ghastly grins.    CLNA: acTC generally known a.d.o.
            acTown & Country Linen Corporation
2,693. VA-1-082-426: Ghost party.    CLNA: acTC generally known a.d.o.
            acTown & Country Linen Corporation
2,694. VA-1-082-427: Ghostie gel.    CLNA: acTC generally known a.d.o.
            acTown & Country Linen Corporation
2,695. VA-1-082-428: Glitter holly (red)    CLNA: acTC generally known
            a.d.o. acTown & Country Linen Corporation
2,696. VA-1-082-429: Gift box Santa.    CLNA: acTC generally known a.d.o.
            acTown & Country Linen Corporation
2,697. VA-1-082-430: Glittering autumn.    CLNA: acTC generally known
            a.d.o. acTown & Country Linen Corporation
2,698. VA-1-082-431: Ghost punchout.    CLNA: acTC generally known a.d.o.
            acTown & Country Linen Corporation
2,699. VA-1-082-432: Nightly brew.    CLNA: acTC generally known a.d.o.
            acTown & Country Linen Corporation
2,700. VA-1-082-433: North Pole.    CLNA: acTC generally known a.d.o.
            acTown & Country Linen Corporation
2,701. VA-1-082-434: Yosemite.    CLNA: acTC generally known a.d.o.
            acTown & Country Linen Corporation

READY:


                              ibm3.loc.gov  14:17:04

FILE:COHM; TITLE/LINE--SET 57                    ITEMS 2,702-2,711 OF 3,313
2,702. VA-1-082-435: Woolen mitts VPM.    CLNA: acTC generally known
            a.d.o. acTown & Country Linen Corporation
2,703. VA-1-082-436: Reindeer stitch.    CLNA: acTC generally known
            a.d.o. acTown & Country Linen Corporation
2,704. VA-1-082-437: Reindeer 3-D.    CLNA: acTC generally known a.d.o.
            acTown & Country Linen Corporation
2,705. VA-1-082-438: Santa's season.    CLNA: acTC generally known a.d.o.
            acTown & Country Linen Corporation
2,706. VA-1-082-439: Circle of leaves.    CLNA: acTC generally known
            a.d.o. acTown & Country Linen Corporation
2,707. VA-1-082-440: Creepy crawler.    CLNA: acTC generally known a.d.o.
            acTown & Country Linen Corporation
2,708. VA-1-082-441: Deck the halls.    CLNA: acTC generally known a.d.o.
            acTown & Country Linen Corporation
2,709. VA-1-082-442: Festival turkey.    CLNA: acTC generally known
            a.d.o. acTown & Country Linen Corporation

2,710. VA-1-082-443: Festive poinsettia.   CLNA: acTC generally known

2,711. VA-1-082-444: Frosty fellas.   CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation

READY:

2,712. VA-1-082-445: Fruit basket patch.   CLNA: acTC generally known
        a.d.o. acTown & Country Linen Corporation
2,713. VA-1-082-446: Fun with Christmas.   CLNA: acTC generally known
        a.d.o. acTown & Country Linen Corporation
2,714. VA-1-082-447: Christmas cottage.   CLNA: acTC generally known
        a.d.o. acTown & Country Linen Corporation
2,715. VA-1-082-448: Christmas garden.   CLNA: acTC generally known
        a.d.o. acTown & Country Linen Corporation
2,716. VA-1-082-449: Christmas lights.   CLNA: acTC generally known
        a.d.o. acTown & Country Linen Corporation
2,717. VA-1-082-450: Christmas romance.   CLNA: acTC generally known
        a.d.o. acTown & Country Linen Corporation
2,718. VA-1-082-451: Christmas traditions.   CLNA: acTC generally known
        a.d.o. acTown & Country Linen Corporation
2,719. VA-1-082-452: Boo bear.   CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation
2,720. VA-1-082-453: Boo photographic.   CLNA: acTC generally known
        a.d.o. acTown & Country Linen Corporation
2,721. VA-1-082-454: Cackling witch.   CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation

READY:

2,722. VA-1-082-455: Cat punchout.   CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation
2,723. VA-1-082-456: Chilly penguins.   CLNA: acTC generally known
        a.d.o. acTown & Country Linen Corporation
2,724. VA-1-082-457: Christmas confetti.   CLNA: acTC generally known
        a.d.o. acTown & Country Linen Corporation
2,725. VA-1-082-458: Autumn window box.   CLNA: acTC generally known
        a.d.o. acTown & Country Linen Corporation
2,726. VA-1-082-459: Avalanche.   CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation
2,727. VA-1-082-460: Batty's night.   CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation
2,728. VA-1-082-461: Blizzard.   CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation
2,729. VA-1-082-462: Blue Christmas.   CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation
2,730. VA-1-082-463: Alaska Christmas.   CLNA: acTC generally known
        a.d.o. acTown & Country Linen Corporation
2,731. VA-1-082-464: Autumn patch.   CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation

READY:

2,732. VA-1-082-465: Autumn trails.   CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation
2,733. VA-1-082-466: Autumn trails II.   CLNA: acTC generally known
        a.d.o. acTown & Country Linen Corporation
2,734. VA-1-082-467: Autumn windfall.   CLNA: acTC generally known
        a.d.o. acTown & Country Linen Corporation
2,735. VA-1-082-468: Holly wreath.   CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation

2,736. VA-1-082-469: Jack-o'-lantern vtc.   CLNA: acTC generally known
Case 1:07-cv-03752-MGC   Document 9-13   Filed 06/01/2007   Page 16 of 38
       a.d.o. acTown & Country Linen Corporation
2,737. VA-1-082-470: Vintage Christmas patch.   CLNA: acTC generally
       known a.d.o. acTown & Country Linen Corporation
2,738. VA-1-082-471: Toucan.   CLNA: acTC generally known a.d.o. acTown
       & Country Linen Corporation
2,739. VA-1-082-472: Patriotic fish.   CLNA: acTC generally known a.d.o.
       acTown & Country Linen Corporation
2,740. VA-1-082-473: Peace.   CLNA: acTC generally known a.d.o. acTown
       & Country Linen Corporation
2,741. VA-1-082-474: Penguin face.   CLNA: acTC generally known a.d.o.
       acTown & Country Linen Corporation
READY:

2,742. VA-1-082-475: Patchwork reindeer.   CLNA: acTC generally known
       a.d.o. acTown & Country Linen Corporation
2,743. VA-1-082-476: Patchwork skier.   CLNA: acTC generally known
       a.d.o. acTown & Country Linen Corporation
2,744. VA-1-082-477: Patchwork holiday scene.   CLNA: acTC generally
       known a.d.o. acTown & Country Linen Corporation
2,745. VA-1-082-478: Noel.   CLNA: acTC generally known a.d.o. acTown &
       Country Linen Corporation
2,746. VA-1-082-479: North Pole bear.   CLNA: acTC generally known
       a.d.o. acTown & Country Linen Corporation
2,747. VA-1-082-480: Ornaments.   CLNA: acTC generally known a.d.o.
       acTown & Country Linen Corporation
2,748. VA-1-082-481: New yellow fish.   CLNA: acTC generally known
       a.d.o. acTown & Country Linen Corporation
2,749. VA-1-082-482: Mrs. Claus.   CLNA: acTC generally known a.d.o.
       acTown & Country Linen Corporation
2,750. VA-1-082-483: Moose.   CLNA: acTC generally known a.d.o. acTown
       & Country Linen Corporation
2,751. VA-1-082-484: Ms. Pilgrim.   CLNA: acTC generally known a.d.o.
       acTown & Country Linen Corporation
READY:

2,752. VA-1-082-485: Lamb (full size)   CLNA: acTC generally known
       a.d.o. acTown & Country Linen Corporation
2,753. VA-1-082-486: Love birds.   CLNA: acTC generally known a.d.o.
       acTown & Country Linen Corporation
2,754. VA-1-082-487: Mr. Frosty.   CLNA: acTC generally known a.d.o.
       acTown & Country Linen Corporation
2,755. VA-1-082-488: Lion square.   CLNA: acTC generally known a.d.o.
       acTown & Country Linen Corporation
2,756. VA-1-082-489: Holiday bear & penguin.   CLNA: acTC generally
       known a.d.o. acTown & Country Linen Corporation
2,757. VA-1-082-490: Holiday tree.   CLNA: acTC generally known a.d.o.
       acTown & Country Linen Corporation
2,758. VA-1-082-491: Home for the holidays.   CLNA: acTC generally known
       a.d.o. acTown & Country Linen Corporation
2,759. VA-1-082-492: Kitty bell.   CLNA: acTC generally known a.d.o.
       acTown & Country Linen Corporation
2,760. VA-1-082-493: Gobbler with pumpkin.   CLNA: acTC generally known
       a.d.o. acTown & Country Linen Corporation
2,761. VA-1-082-494: Ho ho ho Santa.   CLNA: acTC generally known a.d.o.
       acTown & Country Linen Corporation
READY:

FILE:COHM; TITLE/LINE--SET 57

2,762. VA-1-082-495: Holiday bear.   CLNA: acTC generally known a.d.o.
acTown & Country Linen Corporation

2,763. VA-1-082-496: Floppy ear dog.   CLNA: acTC generally known a.d.o.
acTown & Country Linen Corporation

2,764. VA-1-082-497: Gloria.   CLNA: acTC generally known a.d.o. acTown
& Country Linen Corporation

2,765. VA-1-082-498: Denim bear.   CLNA: acTC generally known a.d.o.
acTown & Country Linen Corporation

2,766. VA-1-082-499: Doe face.   CLNA: acTC generally known a.d.o.
acTown & Country Linen Corporation

2,767. VA-1-082-500: Ice palace.   CLNA: acTC generally known a.d.o.
acTown & Country Linen Corporation

2,768. VA-1-082-501: Jack.   CLNA: acTC generally known a.d.o. acTown &
Country Linen Corporation

2,769. VA-1-082-502: Joyous Christmas.   CLNA: acTC generally known
a.d.o. acTown & Country Linen Corporation

2,770. VA-1-082-503: Just say snow.   CLNA: acTC generally known a.d.o.
acTown & Country Linen Corporation

2,771. VA-1-082-504: Leaf press.   CLNA: acTC generally known a.d.o.
acTown & Country Linen Corporation

READY:


FILE:COHM; TITLE/LINE--SET 57                    ITEMS 2,772-2,781 OF 3,313

2,772. VA-1-082-505: Leaf dance damask.   CLNA: acTC generally known
a.d.o. acTown & Country Linen Corporation

2,773. VA-1-082-506: Holiday wishes.   CLNA: acTC generally known a.d.o.
acTown & Country Linen Corporation

2,774. VA-1-082-507: Holly stripe.   CLNA: acTC generally known a.d.o.
acTown & Country Linen Corporation

2,775. VA-1-082-508: Holly vine.   CLNA: acTC generally known a.d.o.
acTown & Country Linen Corporation

2,776. VA-1-082-509: Hob goblin.   CLNA: acTC generally known a.d.o.
acTown & Country Linen Corporation

2,777. VA-1-082-510: Holiday mosaic.   CLNA: acTC generally known a.d.o.
acTown & Country Linen Corporation

2,778. VA-1-082-511: Harvest jacquard.   CLNA: acTC generally known
a.d.o. acTown & Country Linen Corporation

2,779. VA-1-082-512: Harvest mix.   CLNA: acTC generally known a.d.o.
acTown & Country Linen Corporation

2,780. VA-1-082-513: Harvest plaid.   CLNA: acTC generally known a.d.o.
acTown & Country Linen Corporation

2,781. VA-1-082-514: Harvest time farm.   CLNA: acTC generally known
a.d.o. acTown & Country Linen Corporation

READY:


FILE:COHM; TITLE/LINE--SET 57                    ITEMS 2,782-2,791 OF 3,313

2,782. VA-1-082-515: Holiday wrap.   CLNA: acTC generally known a.d.o.
acTown & Country Linen Corporation

2,783. VA-1-082-516: Pilgrim.   CLNA: acTC generally known a.d.o.
acTown & Country Linen Corporation

2,784. VA-1-082-517: Polar bear face.   CLNA: acTC generally known
a.d.o. acTown & Country Linen Corporation

2,785. VA-1-082-518: Reindeer face.   CLNA: acTC generally known a.d.o.
acTown & Country Linen Corporation

2,786. VA-1-082-519: Reindeer sherpa.   CLNA: acTC generally known
a.d.o. acTown & Country Linen Corporation

2,787. VA-1-082-520: Rejoice.   CLNA: acTC generally known a.d.o.
acTown & Country Linen Corporation

2,788. VA-1-082-521: Elephant square.    CLNA: acTC generally known

Case 1:07-cv-03459-WGC   Document 19-18n   Filed 06/01/2007   Page 18 of 38

2,789. VA-1-082-522: Deck the halls.    CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
2,790. VA-1-082-523: Crazy quilt ornaments.    CLNA: acTC generally known
          a.d.o. acTown & Country Linen Corporation
2,791. VA-1-082-524: Moose canoe.    CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
READY:

2,792. VA-1-082-525: Snow flurries.    CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
2,793. VA-1-082-526: Snowman friends.    CLNA: acTC generally known
          a.d.o. acTown & Country Linen Corporation
2,794. VA-1-082-527: Snowman hooray.    CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
2,795. VA-1-082-528: Snowy eve.    CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
2,796. VA-1-082-529: Plaid trees.    CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
2,797. VA-1-082-530: Poinsettia gift.    CLNA: acTC generally known
          a.d.o. acTown & Country Linen Corporation
2,798. VA-1-082-531: Poinsettia squares.    CLNA: acTC generally known
          a.d.o. acTown & Country Linen Corporation
2,799. VA-1-082-532: Pumpkin patch.    CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
2,800. VA-1-082-533: Pumpkin surprise gel.    CLNA: acTC generally known
          a.d.o. acTown & Country Linen Corporation
2,801. VA-1-082-534: Quilted trees.    CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
READY:

2,802. VA-1-082-535: Oak Street.    CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
2,803. VA-1-082-536: Orchard gift.    CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
2,804. VA-1-082-537: Our town.    CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
2,805. VA-1-082-538: Santa's trees.    CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
2,806. VA-1-082-539: Snow penguins.    CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
2,807. VA-1-082-540: Snow day.    CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
2,808. VA-1-082-541: Snowflake snowman.    CLNA: acTC generally known
          a.d.o. acTown & Country Linen Corporation
2,809. VA-1-082-542: Northwoods.    CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
2,810. VA-1-082-543: Oak script.    CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
2,811. VA-1-082-544: Scenic snowfall.    CLNA: acTC generally known
          a.d.o. acTown & Country Linen Corporation
READY:

2,812. VA-1-082-545: Simple Shakers.    CLNA: acTC generally known a.d.o.

2,813. VA-1-082-546: Simple blankets. CLNA: acTC generally known a.d.o.
acTown & Country Linen Corporation
2,814. VA-1-082-547: Multi leaves. CLNA: acTC generally known a.d.o.
acTown & Country Linen Corporation
2,815. VA-1-082-548: Nature's bounty. CLNA: acTC generally known
a.d.o. acTown & Country Linen Corporation
2,816. VA-1-082-549: Nature's turkey. CLNA: acTC generally known
a.d.o. acTown & Country Linen Corporation
2,817. VA-1-082-550: Merry village. CLNA: acTC generally known a.d.o.
acTown & Country Linen Corporation
2,818. VA-1-082-551: Lodge squares. CLNA: acTC generally known a.d.o.
acTown & Country Linen Corporation
2,819. VA-1-082-552: Magic season. CLNA: acTC generally known a.d.o.
acTown & Country Linen Corporation
2,820. VA-1-082-553: Maple falling. CLNA: acTC generally known a.d.o.
acTown & Country Linen Corporation
2,821. VA-1-082-554: Maple hill. CLNA: acTC generally known a.d.o.
acTown & Country Linen Corporation
READY:

ibm3.loc.gov   14:22:01

FILE:COHM; TITLE/LINE--SET 57                    ITEMS 2,822-2,831 OF 3,313
2,822. VA-1-082-555: Meet the Gingers. CLNA: acTC generally known
a.d.o. acTown & Country Linen Corporation
2,823. VA-1-082-556: Merry bear. CLNA: acTC generally known a.d.o.
acTown & Country Linen Corporation
2,824. VA-1-082-557: Merry Santa. CLNA: acTC generally known a.d.o.
acTown & Country Linen Corporation
2,825. VA-1-082-558: Winter jewel. CLNA: acTC generally known a.d.o.
acTown & Country Linen Corporation
2,826. VA-1-082-559: Winter medley. CLNA: acTC generally known a.d.o.
acTown & Country Linen Corporation
2,827. VA-1-082-560: Witches delight VTC. CLNA: acTC generally known
a.d.o. acTown & Country Linen Corporation
2,828. VA-1-082-561: Lodge postcards. CLNA: acTC generally known
a.d.o. acTown & Country Linen Corporation
2,829. VA-1-082-562: Wheatfields punchout. CLNA: acTC generally known
a.d.o. acTown & Country Linen Corporation
2,830. VA-1-082-563: White Christmas. CLNA: acTC generally known
a.d.o. acTown & Country Linen Corporation
2,831. VA-1-082-564: Winter chimes. CLNA: acTC generally known a.d.o.
acTown & Country Linen Corporation
READY:

ibm3.loc.gov   14:22:02

FILE:COHM; TITLE/LINE--SET 57                    ITEMS 2,832-2,841 OF 3,313
2,832. VA-1-082-565: Winter friends. CLNA: acTC generally known a.d.o.
acTown & Country Linen Corporation
2,833. VA-1-082-566: Winter frost. CLNA: acTC generally known a.d.o.
acTown & Country Linen Corporation
2,834. VA-1-082-567: Trees all a glow. CLNA: acTC generally known
a.d.o. acTown & Country Linen Corporation
2,835. VA-1-082-568: Turkey dance. CLNA: acTC generally known a.d.o.
acTown & Country Linen Corporation
2,836. VA-1-082-569: Vermont afternoon. CLNA: acTC generally known
a.d.o. acTown & Country Linen Corporation
2,837. VA-1-082-570: Spooky sisters. CLNA: acTC generally known a.d.o.
acTown & Country Linen Corporation
2,838. VA-1-082-571: Stars & swirls. CLNA: acTC generally known a.d.o.
acTown & Country Linen Corporation
2,839. VA-1-082-572: Stitched stars. CLNA: acTC generally known a.d.o.

2,840. VA-1-082-573: Stocking stuffers.   CLNA: acTC generally known
          a.d.o. acTown & Country Linen Corporation
2,841. VA-1-082-574: Sugar bush.   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
READY:

Case 1:07-cv-03219-MaC  Document 13   Filed 06/01/2007   Page 20 of 38


FILE:COHM; TITLE/LINE--SET 57                     ITEMS 2,842-2,851 OF 3,313
2,842. VA-1-082-575: Sycamore stitch.   CLNA: acTC generally known
          a.d.o. acTown & Country Linen Corporation
2,843. VA-1-082-576: Three snowmen 3-D.   CLNA: acTC generally known
          a.d.o. acTown & Country Linen Corporation
2,844. VA-1-082-577: Golden farm.   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
2,845. VA-1-082-578: Halloween toss.   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
2,846. VA-1-082-579: Spider web gel.   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
2,847. VA-1-082-580: Golden bouquet.   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
2,848. VA-1-082-581: Crazy quilt tree.   CLNA: acTC generally known
          a.d.o. acTown & Country Linen Corporation
2,849. VA-1-082-582: Crazy quilt tree.   CLNA: acTC generally known
          a.d.o. acTown & Country Linen Corporation
2,850. VA-1-082-583: Christmas snowmen.   CLNA: acTC generally known
          a.d.o. acTown & Country Linen Corporation
2,851  VA-1-082-584: Christmas Santas.   CLNA: acTC generally known
          a.d.o. acTown & Country Linen Corporation
READY:


FILE:COHM; TITLE/LINE--SET 57                     ITEMS 2,852-2,861 OF 3,313
2,852. VA-1-082-585: Christmas snowglobes.   CLNA: acTC generally known
          a.d.o. acTown & Country Linen Corporation
2,853. VA-1-082-586: Christmas penguins.   CLNA: acTC generally known
          a.d.o. acTown & Country Linen Corporation
2,854. VA-1-082-587: Christmas reindeer.   CLNA: acTC generally known
          a.d.o. acTown & Country Linen Corporation
2,855. VA-1-082-588: Angel fish.   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
2,856. VA-1-082-589: Bear sherpa.   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
2,857. VA-1-082-590: Bear square.   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
2,858. VA-1-082-591: Bowtie frog.   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
2,859  VA-1-082-592: Brother snowman.   CLNA: acTC generally known
          a.d.o. acTown & Country Linen Corporation
2,860. VA-1-082-593: Cat face.   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
2,861. VA-1-082-594: Xmas angels.   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation
READY:



FILE:COHM; TITLE/LINE--SET 57                     ITEMS 2,862-2,871 OF 3,313
2,862. VA-1-082-595: Christmas bears.   CLNA: acTC generally known
          a.d.o. acTown & Country Linen Corporation
2,863. VA-1-082-596: Rudolph.   CLNA: acTC generally known a.d.o.
          acTown & Country Linen Corporation

Case 1:07-cv-03152-MGC   Document 9-13   Filed 06/01/2007   Page 21 of 38

2,864. VA-1-082-597: St. Nicholas.   CLNA: acTC generally known a.d.o.
       acTown & Country Linen Corporation
2,865. VA-1-082-598: Santa & teddy.   CLNA: acTC generally known a.d.o.
       acTown & Country Linen Corporation
2,866. VA-1-082-599: Santa Claus.   CLNA: acTC generally known a.d.o.
       acTown & Country Linen Corporation
2,867  VA-1-082-600: Sister snowman.   CLNA: acTC generally known a.d.o.
       acTown & Country Linen Corporation
2,868. VA-1-082-601: Skating.   CLNA: acTC generally known a.d.o.
       acTown & Country Linen Corporation
2,869. VA-1-082-602: Snowman with hat.   CLNA: acTC generally known
       a.d.o. acTown & Country Linen Corporation
2,870. VA-1-082-603: Tartan holly.   CLNA: acTC generally known a.d.o.
       acTown & Country Linen Corporation
2,871. VA-1-082-604: Three wisemen.   CLNA: acTC generally known a.d.o.
       acTown & Country Linen Corporation
READY:

2,872. VA-1-082-605: Tiger square.   CLNA: acTC generally known a.d.o.
       acTown & Country Linen Corporation
2,873. VA-1-082-606: Timber bear.   CLNA: acTC generally known a.d.o.
       acTown & Country Linen Corporation
2,874. VA-1-082-607: Wolf face.   CLNA: acTC generally known a.d.o.
       acTown & Country Linen Corporation
2,875. VA-1-082-608: Welcome to our cabin.   CLNA: acTC generally known
       a.d.o. acTown & Country Linen Corporation
2,876. VA-1-127-857: Leaf scroll.   CLNA: acTC generally known a.d.o.
       acTown & Country Linen Corporation
2,877. VA-1-127-858: Pumpkin stand tapestry.   CLNA: acTC generally
       known a.d.o. acTown & Country Linen Corporation
2,878. VA-1-127-859: Pumpkin smiles.   CLNA: acTC generally known a.d.o.
       acTown & Country Linen Corporation
2,879. VA-1-127-860: Pumpkin pie.   CLNA: acTC generally known a.d.o.
       acTown & Country Linen Corporation
2,880. VA-1-127-861: Pumpkin patch.   CLNA: acTC generally known a.d.o.
       acTown & Country Linen Corporation
2,881. VA-1-127-862: Glittering autumn.   CLNA: acTC generally known
       a.d.o. acTown & Country Linen Corporation
READY:

2,882. VA-1-127-863: Glitter leaf applique.   CLNA: acTC generally known
       a.d.o. acTown & Country Linen Corporation
2,883. VA-1-127-864: Ghost town.   CLNA: acTC generally known a.d.o.
       acTown & Country Linen Corporation
2,884. VA-1-127-865: Give thanks Pilgrims APH.   CLNA: acTC generally
       known a.d.o. acTown & Country Linen Corporation
2,885. VA-1-127-866: Ghost pals.   CLNA: acTC generally known a.d.o.
       acTown & Country Linen Corporation
2,886. VA-1-127-867: Ghost cauldron.   CLNA: acTC generally known a.d.o.
       acTown & Country Linen Corporation
2,887. VA-1-127-868: Front porch EKT.   CLNA: acTC generally known
       a.d.o. acTown & Country Linen Corporation
2,888. VA-1-127-869: Frisky felines.   CLNA: acTC generally known a.d.o.
       acTown & Country Linen Corporation
2,889. VA-1-127-870: Forest path.   CLNA: acTC generally known a.d.o.
       acTown & Country Linen Corporation
2,890. VA-1-127-871: Fir cones.   CLNA: acTC generally known a.d.o.
       acTown & Country Linen Corporation
2,891. VA-1-127-872: Harvest plaid.   CLNA: acTC generally known a.d.o.

FILE:COHM; TITLE/LINE--SET 57                    ITEMS 2,892-2,901 OF 3,313
2,892. VA-1-127-873: Harvest patchwork tapestry.    CLNA: acTC generally
        known a.d.o. acTown & Country Linen Corporation
2,893. VA-1-127-874: Harvest blessings.    CLNA: acTC generally known
        a.d.o. acTown & Country Linen Corporation
2,894. VA-1-127-875: Harvest bouquet.    CLNA: acTC generally known
        a.d.o. acTown & Country Linen Corporation
2,895. VA-1-127-876: Halloween thrills.    CLNA: acTC generally known
        a.d.o. acTown & Country Linen Corporation
2,896. VA-1-127-877: Harmony.    CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation
2,897. VA-1-127-878: Gus.    CLNA: acTC generally known a.d.o. acTown &
        Country Linen Corporation
2,898. VA-1-127-879: Great outdoors.    CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation
2,899. VA-1-127-880: Golden snowflake.    CLNA: acTC generally known
        a.d.o. acTown & Country Linen Corporation
2,900. VA-1-127-881: Golden sunflower tapestry.    CLNA: acTC generally
        known a.d.o. acTown & Country Linen Corporation
2,901. VA-1-127-882: Going batty.    CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation

READY:


FILE:COHM; TITLE/LINE--SET 57                    ITEMS 2,902-2,911 OF 3,313
2,902. VA-1-127-883: Glitter stockings.    CLNA: acTC generally known
        a.d.o. acTown & Country Linen Corporation
2,903. VA-1-127-884: Acorns & leaves VPM.    CLNA: acTC generally known
        a.d.o. acTown & Country Linen Corporation
2,904. VA-1-127-885: Peter.    CLNA: acTC generally known a.d.o. acTown
        & Country Linen Corporation
2,905. VA-1-127-886: Autumn canopy FPM.    CLNA: acTC generally known
        a.d.o. acTown & Country Linen Corporation
2,906. VA-1-127-887: Autumn canopy VPM.    CLNA: acTC generally known
        a.d.o. acTown & Country Linen Corporation
2,907. VA-1-127-888: Autumn greetings VPM.    CLNA: acTC generally known
        a.d.o. acTown & Country Linen Corporation
2,908. VA-1-127-889: Beautiful leaf.    CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation
2,909. VA-1-127-890: Bountiful day.    CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation
2,910. VA-1-127-891: Botanical Christmas.    CLNA: acTC generally known
        a.d.o. acTown & Country Linen Corporation
2,911. VA-1-127-892: Boo crew.    CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation

READY:


FILE:COHM; TITLE/LINE--SET 57                    ITEMS 2,912-2,921 OF 3,313
2,912. VA-1-127-893: Costume cats.    CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation
2,913. VA-1-127-894: Bennington.    CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation
2,914. VA-1-127-895: Festive topiaries.    CLNA: acTC generally known
        a.d.o. acTown & Country Linen Corporation
2,915. VA-1-127-896: Festive pines.    CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation

2,916. VA-1-127-897: Festive lights.   CLNA: acTC generally known a.d.o.
2,917. VA-1-127-898: Fall festival.   CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation
2,918. VA-1-127-899: Devilish dates.   CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation
2,919. VA-1-127-900: Criss cross holly.   CLNA: acTC generally known
        a.d.o. acTown & Country Linen Corporation
2,920. VA-1-127-901: Cozy days.   CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation
2,921. VA-1-127-902: Contemporary presents.   CLNA: acTC generally known
        a.d.o. acTown & Country Linen Corporation

READY:

2,922. VA-1-127-903: Christmas tree scenic.   CLNA: acTC generally known
        a.d.o. acTown & Country Linen Corporation
2,923. VA-1-127-904: Christmas wreath.   CLNA: acTC generally known
        a.d.o. acTown & Country Linen Corporation
2,924. VA-1-127-905: Christmas tree mosaic.   CLNA: acTC generally known
        a.d.o. acTown & Country Linen Corporation
2,925. VA-1-127-906: Christmas angel.   CLNA: acTC generally known
        a.d.o. acTown & Country Linen Corporation
2,926. VA-1-127-907: Breezy leaves.   CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation
2,927. VA-1-127-908: Cheery chums.   CLNA: acTC generally known a.d.o.
        acTown & Country Linen Corporation
2,928. VA-1-127-909: Harvest quilt.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
2,929. VA-1-127-910: Magnificent meadow VPM.   CLNA: acTC, generally
        known a.d.o. acTown & Country Linen Corporation
2,930. VA-1-127-911: Mallard pond.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
2,931. VA-1-127-912: Mr. Mask.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation

READY:

2,932. VA-1-127-913: Festive traditions.   CLNA: acTC, generally known
        a.d.o. acTown & Country Linen Corporation
2,933. VA-1-127-914: Snow & surf.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
2,934. VA-1-127-915: Snow birds.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
2,935. VA-1-127-916: Snow birds applique.   CLNA: acTC, generally known
        a.d.o. acTown & Country Linen Corporation
2,936. VA-1-127-917: Harvest warmth.   CLNA: acTC, generally known
        a.d.o. acTown & Country Linen Corporation
2,937. VA-1-127-918: Haunted house.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
2,938. VA-1-127-919: Holiday wishes (traditional)   CLNA: acTC,
        generally known a.d.o. acTown & Country Linen Corporation
2,939. VA-1-127-920: Holly cascade.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
2,940. VA-1-127-921: Joyous noel.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
2,941. VA-1-127-922: Picture perfect.   CLNA: acTC, generally known
        a.d.o. acTown & Country Linen Corporation

READY:

```
FILE:COHM; TITLE/LINE--SET 57                    ITEMS 2,942-2,951 OF 3,313
2,942. VA-1-127-923: Plush poinsettia.   CLNA: acTC, generally known
          a.d.o. acTown & Country Linen Corporation
2,943. VA-1-127-924: Poinsettia portraits.   CLNA: acTC, generally known
          a.d.o. acTown & Country Linen Corporation
2,944. VA-1-127-925: Pumpkin candy.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
2,945. VA-1-127-926: Pumpkin garden.   CLNA: acTC, generally known
          a.d.o. acTown & Country Linen Corporation
2,946. VA-1-127-927: Pumpkin fields.   CLNA: acTC, generally known
          a.d.o. acTown & Country Linen Corporation
2,947. VA-1-127-928: Pumpkin mosaic.   CLNA: acTC, generally known
          a.d.o. acTown & Country Linen Corporation
2,948. VA-1-127-929: Pumpkin party.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
2,949. VA-1-127-930: Turkey fest.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
2,950. VA-1-127-931: Velvet stars.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
2,951. VA-1-127-932: Winter berries.   CLNA: acTC, generally known
          a.d.o. acTown & Country Linen Corporation
READY:


                                        ibm3.loc.gov  14:25:42


FILE:COHM; TITLE/LINE--SET 57                    ITEMS 2,952-2,961 OF 3,313
2,952. VA-1-127-933: Nature's bounty tapestry.   CLNA: acTC, generally
          known a.d.o. acTown & Country Linen Corporation
2,953. VA-1-127-934: No place like home APM.   CLNA: acTC, generally
          known a.d.o. acTown & Country Linen Corporation
2,954. VA-1-127-935: North Pole FTC.   CLNA: acTC, generally known
          a.d.o. acTown & Country Linen Corporation
2,955. VA-1-127-936: Ready for Christmas.   CLNA: acTC, generally known
          a.d.o. acTown & Country Linen Corporation
2,956. VA-1-127-937: Reindeer holiday.   CLNA: acTC, generally known
          a.d.o. acTown & Country Linen Corporation
2,957. VA-1-127-938: Scarecrow garden.   CLNA: acTC, generally known
          a.d.o. acTown & Country Linen Corporation
2,958. VA-1-127-939: Seasons greetings.   CLNA: acTC, generally known
          a.d.o. acTown & Country Linen Corporation
2,959. VA-1-127-940: Winter joy.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
2,960. VA-1-127-941: Winter tartan.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
2,961. VA-1-127-942: Winter wardrobe.   CLNA: acTC, generally known
          a.d.o. acTown & Country Linen Corporation
READY:


                                        ibm3.loc.gov  14:27:38


FILE:COHM; TITLE/LINE--SET 57                    ITEMS 2,962-2,971 OF 3,313
2,962. VA-1-127-943: Winter warmers.   CLNA: acTC, generally known
          a.d.o. acTown & Country Linen Corporation
2,963. VA-1-127-944: Witches brew.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
2,964. VA-1-127-945: Snow day.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
2,965. VA-1-127-946: Snow portrait VPM.   CLNA: acTC, generally known
          a.d.o. acTown & Country Linen Corporation
2,966. VA-1-127-947: Snow village.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
2,967. VA-1-127-948: Snowman hill.   CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
```

2,968. VA-1-127-949: Snowman window.   CLNA: acTC, generally known
       a.d.o. acTown & Country Linen Corporation
2,969. VA-1-127-950: Snowy eve.   CLNA: acTC, generally known a.d.o.
       acTown & Country Linen Corporation
2,970. VA-1-127-951: Spider tricks.   CLNA: acTC, generally known a.d.o.
       acTown & Country Linen Corporation
2,971. VA-1-127-952: Spooky spells.   CLNA: acTC, generally known a.d.o.
       acTown & Country Linen Corporation

READY:


FILE:COHM; TITLE/LINE--SET 57                    ITEMS 2,972-2,981 OF 3,313
2,972. VA-1-127-953: Spooky streets.   CLNA: acTC, generally known
       a.d.o. acTown & Country Linen Corporation
2,973. VA-1-127-954: Sunflower garden.   CLNA: acTC, generally known
       a.d.o. acTown & Country Linen Corporation
2,974. VA-1-127-955: Sunflower jacquard.   CLNA: acTC, generally known
       a.d.o. acTown & Country Linen Corporation
2,975. VA-1-127-956: Sweet treats.   CLNA: acTC, generally known a.d.o.
       acTown & Country Linen Corporation
2,976. VA-1-127-957: Tree of seasons.   CLNA: acTC, generally known
       a.d.o. acTown & Country Linen Corporation
2,977. VA-1-127-958: Loon Lake.   CLNA: acTC, generally known a.d.o.
       acTown & Country Linen Corporation
2,978. VA-1-127-959: <Les> fruits de soleil.   CLNA: acTC, generally
       known a.d.o. acTown & Country Linen Corporation
2,979. VA-1-127-960: Merry, merry.   CLNA: acTC, generally known a.d.o.
       acTown & Country Linen Corporation
2,980. VA-1-127-961: Maple leaf scenic.   CLNA: acTC, generally known
       a.d.o. acTown & Country Linen Corporation
2,981. VA-1-127-962: Legs.   CLNA: acTC, generally known a.d.o. acTown
       & Country Linen Corporation

READY:


FILE:COHM; TITLE/LINE--SET 57                    ITEMS 2,982-2,991 OF 3,313
2,982. VA-1-128-553: Radish   CLNA: acTC, generally known a.d.o.
       acTown & Country Linen Corporation
2,983. VA-1-128-554: Stockbridge.   CLNA: acTC, generally known a.d.o.
       acTown & Country Linen Corporation
2,984. VA-1-128-555: Square patch.   CLNA: acTC, generally known a.d.o.
       acTown & Country Linen Corporation
2,985. VA-1-128-556: Shoreside.   CLNA: acTC, generally known a.d.o.
       acTown & Country Linen Corporation
2,986. VA-1-128-557: Seed packet.   CLNA: acTC, generally known a.d.o.
       acTown & Country Linen Corporation
2,987. VA-1-128-558: Sandy dunes.   CLNA: acTC, generally known a.d.o.
       acTown & Country Linen Corporation
2,988. VA-1-128-559: Rooster.   CLNA: acTC, generally known a.d.o.
       acTown & Country Linen Corporation
2,989. VA-1-128-560: Retro fruit.   CLNA: acTC, generally known a.d.o.
       acTown & Country Linen Corporation
2,990. VA-1-128-586: USA VPM.   CLNA: acTC, generally known a.d.o.
       acTown & Country Linen Corporation
2,991. VA-1-128-587: The road home.   CLNA: acTC, generally known a.d.o.
       acTown & Country Linen Corporation

READY:


FILE:COHM; TITLE/LINE--SET 57                    ITEMS 2,992-3,001 OF 3,313

2,992.  VA-1-128-588: The nicest things.   CLNA: acTC, generally known
            a.d.o. acTown & Country Linen Corporation
2,993.  VA-1-128-589: Tapestry blotter.   CLNA: acTC, generally known
            a.d.o. acTown & Country Linen Corporation
2,994.  VA-1-128-590: Fruit basket.   CLNA: acTC, generally known a.d.o.
            acTown & Country Linen Corporation
2,995.  VA-1-128-591: Provencal.   CLNA: acTC, generally known a.d.o.
            acTown & Country Linen Corporation
2,996.  VA-1-128-592: Strawberry tart.   CLNA: acTC, generally known
            a.d.o. acTown & Country Linen Corporation
2,997.  VA-1-128-593: Petite strawberries.   CLNA: acTC, generally known
            a.d.o. acTown & Country Linen Corporation
2,998.  VA-1-128-594: Paradise cove straw.   CLNA: acTC, generally known
            a.d.o. acTown & Country Linen Corporation
2,999.  VA-1-128-595: Ocean breeze.   CLNA: acTC, generally known a.d.o.
            acTown & Country Linen Corporation
3,000.  VA-1-128-596: Nose gay.   CLNA: acTC, generally known a.d.o.
            acTown & Country Linen Corporation
3,001.  VA-1-128-597: Nature's walk.   CLNA: acTC, generally known a.d.o.
            acTown & Country Linen Corporation
READY:


FILE:COHM; TITLE/LINE--SET 57                        ITEMS 3,002-3,011 OF 3,313
3,002.  VA-1-128-598: Nature's garden.   CLNA: acTC, generally known
            a.d.o. acTown & Country Linen Corporation
3,003.  VA-1-128-599: Marin.   CLNA: acTC, generally known a.d.o. acTown
            & Country Linen Corporation
3,004.  VA-1-128-600: Lisette.   CLNA: acTC, generally known a.d.o.
            acTown & Country Linen Corporation
3,005.  VA-1-128-601: Lighthouse toile.   CLNA: acTC, generally known
            a.d.o. acTown & Country Linen Corporation
3,006.  VA-1-128-602: Lighthouse quilt.   CLNA: acTC, generally known
            a.d.o. acTown & Country Linen Corporation
3,007.  VA-1-128-603: Lighthouse patch.   CLNA: acTC, generally known
            a.d.o. acTown & Country Linen Corporation
3,008.  VA-1-128-604: Taj Mahal.   CLNA: acTC, generally known a.d.o.
            acTown & Country Linen Corporation
3,009.  VA-1-128-605: Sweet patch.   CLNA: acTC, generally known a.d.o.
            acTown & Country Linen Corporation
3,010.  VA-1-128-606: Suzy Q.   CLNA: acTC, generally known a.d.o.
            acTown & Country Linen Corporation
3,011.  VA-1-128-607: Sunflower frame.   CLNA: acTC, generally known
            a.d.o. acTown & Country Linen Corporation
READY:


                                            ibm3.loc.gov  14:28:55

FILE:COHM: TITLE/LINE--SET 57                        ITEMS 3,012-3,021 OF 3,313
3,012.  VA-1-128-608: Sunflower dream.   CLNA: acTC, generally known
            a.d.o. acTown & Country Linen Corporation
3,013.  VA-1-128-609: American sail.   CLNA: acTC, generally known a.d.o.
            acTown & Country Linen Corporation
3,014.  VA-1-128-610: Americana patches.   CLNA: acTC, generally known
            a.d.o. acTown & Country Linen Corporation
3,015.  VA-1-128-611: Apple.   CLNA: acTC, generally known a.d.o. acTown
            & Country Linen Corporation
3,016.  VA-1-128-612: Elegant rose-natural.   CLNA: acTC, generally known
            a.d.o. acTown & Country Linen Corporation
3,017.  VA-1-128-613: Dogwood fern.   CLNA: acTC, generally known a.d.o.
            acTown & Country Linen Corporation
3,018.  VA-1-128-614: Divine.   CLNA: acTC, generally known a.d.o.
            acTown & Country Linen Corporation
3,019.  VA-1-128-615: Diamond fruit.   CLNA: acTC, generally known a.d.o.

Case 1:07-cv-03859-MGC   Document 9-13   Filed 06/01/2007   Page 27 of 38

acTown & Country Linen Corporation
3,020. VA-1-128-616: Cherry Hill.   CLNA: acTC, generally known
        a.d.o. acTown & Country Linen Corporation
3,021. VA-1-128-617: Country quilt.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
READY:

3,022. VA-1-128-618: Cheyenne.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
3,023. VA-1-128-619: Charlotte quilt.   CLNA: acTC, generally known
        a.d.o. acTown & Country Linen Corporation
3,024. VA-1-128-620: Cap Cod tapestry.   CLNA: acTC, generally known
        a.d.o. acTown & Country Linen Corporation
3,025. VA-1-128-621: Canary condos.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
3,026. VA-1-128-622: Calliope patch.   CLNA: acTC, generally known
        a.d.o. acTown & Country Linen Corporation
3,027. VA-1-128-623: Butterfly fields tapestry.   CLNA: acTC, generally
        known a.d.o. acTown & Country Linen Corporation
3,028. VA-1-128-624: Botanical herb.   CLNA: acTC, generally known
        a.d.o. acTown & Country Linen Corporation
3,029. VA-1-128-625: Bella.   CLNA: acTC, generally known a.d.o. acTown
        & Country Linen Corporation
3,030. VA-1-128-626: Floral plaid blue.   CLNA: acTC, generally known
        a.d.o. acTown & Country Linen Corporation
3,031. VA-1-128-627: Exotica.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
READY:

3,032. VA-1-128-628: French border.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
3,033. VA-1-128-629: Forget me not.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
3,034. VA-1-128-630: Floral tapestry.   CLNA: acTC, generally known
        a.d.o. acTown & Country Linen Corporation
3,035. VA-1-128-631: Lighthouse.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
3,036. VA-1-128-632: Liberty.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
3,037. VA-1-128-633: Leslie.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
3,038. VA-1-128-634: <Le> fleur.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
3,039. VA-1-128-635: Jungle frame.   CLNA: acTC, generally known a.d.o.
        acTown & Country Linen Corporation
3,040. VA-1-128-688: How does your garden grow?   CLNA: acTC, generally
        known a.d.o. acTown & Country Linen Corporation
3,041. VA-1-128-689: Hearts & stars patch.   CLNA: acTC, generally known
        a.d.o. acTown & Country Linen Corporation
READY:

3,042. VA-1-128-690: Hearts & flowers quilt.   CLNA: acTC, generally
        known a.d.o. acTown & Country Linen Corporation
3,043. VA-1-128-691: Hearts & flowers.   CLNA: acTC, generally known

Case 1:07-cv-03159-MGC    Document 9-13    Filed 06/01/2007    Page 28 of 38

3,044. VA-1-128-692: Green apple.   CLNA: acTC, generally known a.d.o.
       acTown & Country Linen Corporation
3,045. VA-1-128-693: God bless America.   CLNA: acTC, generally known
       a.d.o. acTown & Country Linen Corporation
3,046. VA-1-128-694: Glory glory.   CLNA: acTC, generally known a.d.o.
       acTown & Country Linen Corporation
3,047. VA-1-128-695: Garden floral.   CLNA: acTC, generally known a.d.o.
       acTown & Country Linen Corporation
3,048. VA-1-128-696: Fruit garland.   CLNA: acTC, generally known a.d.o.
       acTown & Country Linen Corporation
3,049. VA-1-128-697: Fruit floral.   CLNA: acTC, generally known a.d.o.
       acTown & Country Linen Corporation
3,050. VA-1-139-717: Little ladybug.   CLNA: acTC (generally known
       a.d.o. acTown & Country Linen Corporation)
3,051. VA-1-139-718: Lily's flower.   CLNA: acTC (generally known a.d.o.
       acTown & Country Linen Corporation)

READY:

3,052. VA-1-139-719: Lighthouse postcard.   CLNA: acTC (generally known
       a.d.o. acTown & Country Linen Corporation)
3,053. VA-1-139-720: Seaside.   CLNA: acTC (generally known a.d.o.
       acTown & Country Linen Corporation)
3,054. VA-1-139-721: Luau II.   CLNA: acTC (generally known a.d.o.
       acTown & Country Linen Corporation)
3,055. VA-1-139-722: Miss Liberty.   CLNA: acTC (generally known a.d.o.
       acTown & Country Linen Corporation)
3,056. VA-1-139-723: Mon jardin.   CLNA: acTC (generally known a.d.o.
       acTown & Country Linen Corporation)
3,057. VA-1-139-724: Ombre bubbles.   CLNA: acTC (generally known a.d.o.
       acTown & Country Linen Corporation)
3,058. VA-1-139-725: Palm palm girls.   CLNA: acTC (generally known
       a.d.o. acTown & Country Linen Corporation)
3,059. VA-1-139-726: Pansy picnic.   CLNA: acTC (generally known a.d.o.
       acTown & Country Linen Corporation)
3,060. VA-1-139-727: Paradise cove.   CLNA: acTC (generally known a.d.o.
       acTown & Country Linen Corporation)
3,061. VA-1-139-728: Paradise palms.   CLNA: acTC (generally known
       a.d.o. acTown & Country Linen Corporation)

READY:

3,062. VA-1-139-729: Green pears.   CLNA: acTC (generally known a.d.o.
       acTown & Country Linen Corporation)
3,063. VA-1-139-730: Harbor tours.   CLNA: acTC (generally known a.d.o.
       acTown & Country Linen Corporation)
3,064. VA-1-139-731: Hearts egg.   CLNA: acTC (generally known a.d.o.
       acTown & Country Linen Corporation)
3,065. VA-1-139-732: Hibiscus floral.   CLNA: acTC (generally known
       a.d.o. acTown & Country Linen Corporation)
3,066. VA-1-139-733: Lady bug.   CLNA: acTC (generally known a.d.o.
       acTown & Country Linen Corporation)
3,067. VA-1-139-734: Tulip breeze.   CLNA: acTC (generally known a.d.o.
       acTown & Country Linen Corporation)
3,068. VA-1-139-735: Tulip egg.   CLNA: acTC (generally known a.d.o.
       acTown & Country Linen Corporation)
3,069. VA-1-139-736: Tutti fruitti.   CLNA: acTC (generally known a.d.o.
       acTown & Country Linen Corporation)
3,070. VA-1-139-737: Watermelon DPC.   CLNA: acTC (generally known
       a.d.o. acTown & Country Linen Corporation)

3,071. VA-1-139-738: Watermelon picnic.   CLNA: acTC (generally known
        a.d.o. acTown & Country Linen Corporation)
READY:


FILE:COHM; TITLE/LINE--SET 57                    ITEMS 3,072-3,081 OF 3,313
3,072. VA-1-139-739: Watermelon slice.   CLNA: acTC (generally known
        a.d.o. acTown & Country Linen Corporation)
3,073. VA-1-139-740: Watermelon slice VTC.   CLNA: acTC (generally known
        a.d.o. acTown & Country Linen Corporation)
3,074. VA-1-139-741: Spring bunnies.   CLNA: acTC (generally known
        a.d.o. acTown & Country Linen Corporation)
3,075. VA-1-139-742: Spring greeting.   CLNA: acTC (generally known
        a.d.o. acTown & Country Linen Corporation)
3,076. VA-1-139-743: Spring nectar.   CLNA: acTC (generally known a.d.o.
        acTown & Country Linen Corporation)
3,077. VA-1-139-744: Summer daisy.   CLNA: acTC (generally known a.d.o.
        acTown & Country Linen Corporation)
3,078. VA-1-139-745: Strawberry plaid.   CLNA: acTC (generally known
        a.d.o. acTown & Country Linen Corporation)
3,079. VA-1-139-746: Summer patchwork.   CLNA: acTC (generally known
        a.d.o. acTown & Country Linen Corporation)
3,080. VA-1-139-747: Party plates.   CLNA: acTC (generally known a.d.o.
        acTown & Country Linen Corporation)
3,081. VA-1-139-748: Pineapple express.   CLNA: acTC (generally known
        a.d.o. acTown & Country Linen Corporation)
READY:


                                        ibm3.loc.gov  14:32:21


FILE:COHM; TITLE/LINE--SET 57                    ITEMS 3,082-3,091 OF 3,313
3,082. VA-1-139-749: Pineapple splash.   CLNA: acTC (generally known
        a.d.o. acTown & Country Linen Corporation)
3,083. VA-1-139-750: Polka dot fruit.   CLNA: acTC (generally known
        a.d.o. acTown & Country Linen Corporation)
3,084. VA-1-139-751: Pop daisy.   CLNA: acTC (generally known a.d.o.
        acTown & Country Linen Corporation)
3,085. VA-1-139-752: Refreshments.   CLNA: acTC (generally known a.d.o.
        acTown & Country Linen Corporation)
3,086. VA-1-139-753: Sailboat.   CLNA: acTC (generally known a.d.o.
        acTown & Country Linen Corporation)
3,087. VA-1-139-754: Sea world.   CLNA: acTC (generally known a.d.o.
        acTown & Country Linen Corporation)
3,088. VA-1-139-755: Sea shell hopstcotch.   CLNA: acTC (generally known
        a.d.o. acTown & Country Linen Corporation)
3,089. VA-1-139-756: Blossom chick VTC.   CLNA: acTC (generally known
        a.d.o. acTown & Country Linen Corporation)
3,090. VA-1-139-757: Blue bonnet.   CLNA: acTC (generally known a.d.o.
        acTown & Country Linen Corporation)
3,091. VA-1-139-758: Bunnies & buttons.   CLNA: acTC (generally known
        a.d.o. acTown & Country Linen Corporation)
READY:


                                        ibm3.loc.gov  14:32:22


FILE:COHM; TITLE/LINE--SET 57                    ITEMS 3,092-3,101 OF 3,313
3,092. VA-1-139-759: Easter bouquet.   CLNA: acTC (generally known
        a.d.o. acTown & Country Linen Corporation)
3,093. VA-1-139-760: Easter egg fun.   CLNA: acTC (generally known
        a.d.o. acTown & Country Linen Corporation)
3,094. VA-1-139-761: Easter chicks.   CLNA: acTC (generally known a.d.o.
        acTown & Country Linen Corporation)
3,095. VA-1-139-762: Fields of flower.   CLNA: acTC (generally known

```
            a.d.o. acTown & Country Linen Corporation)
3,096.
            a.d.o. acTown & Country Linen Corporation)
3,097. VA-1-139-764: Fish flowers.   CLNA: acTC (generally known a.d.o.
            acTown & Country Linen Corporation)
3,098. VA-1-139-765: Fish waves   CLNA: acTC (generally known a.d.o.
            acTown & Country Linen Corporation)
3,099. VA-1-139-766: Fish talk.   CLNA: acTC (generally known a.d.o.
            acTown & Country Linen Corporation)
3,100. VA-1-139-767: Flower fun.   CLNA: acTC (generally known a.d.o.
            acTown & Country Linen Corporation)
3,101. VA-1-139-768: Flippy.   CLNA: acTC (generally known a.d.o.
            acTown & Country Linen Corporation)
READY:
```

ibm3.loc.gov   14:33:34

```
FILE:COHM; TITLE/LINE--SET 57                    ITEMS 3,102-3,111 OF 3,313
3,102. VA-1-139-769: Crab shack.   CLNA: acTC (generally known a.d.o.
            acTown & Country Linen Corporation)
3,103. VA-1-139-770: Fruit sorbet.   CLNA: acTC (generally known a.d.o.
            acTown & Country Linen Corporation)
3,104. VA-1-139-771: Garden bunnies.   CLNA: acTC (generally known
            a.d.o. acTown & Country Linen Corporation)
3,105. VA-1-139-772: Sunflower DPC.   CLNA: acTC (generally known a.d.o.
            acTown & Country Linen Corporation)
3,106. VA-1-139-773: Sunkisssed.   CLNA: acTC (generally known a.d.o.
            acTown & Country Linen Corporation)
3,107. VA-1-139-774: Sunshine.   CLNA: acTC (generally known a.d.o.
            acTown & Country Linen Corporation)
3,108. VA-1-139-775: Sweet sunflower.   CLNA: acTC (generally known
            a.d.o. acTown & Country Linen Corporation)
3,109. VA-1-139-776: Tropical drinks.   CLNA: acTC (generally known
            a.d.o. acTown & Country Linen Corporation)
3,110. VA-1-139-777: Tropical chairs.   CLNA: acTC (generally known
            a.d.o. acTown & Country Linen Corporation)
3,111. VA-1-139-778: Tropical views.   CLNA: acTC (generally known
            a.d.o. acTown & Country Linen Corporation)
READY:
```

```
FILE:COHM; TITLE/LINE--SET 57                    ITEMS 3,112-3,121 OF 3,313
3,112. VA-1-139-779: Tulip & daisy.   CLNA: acTC (generally known a.d.o.
            acTown & Country Linen Corporation)
3,113. VA-1-139-780: Bunny basket.   CLNA: acTC (generally known a.d.o.
            acTown & Country Linen Corporation)
3,114. VA-1-139-781: Cherries jubilee.   CLNA: acTC (generally known
            a.d.o. acTown & Country Linen Corporation)
3,115. VA-1-139-782: Cherry check.   CLNA: acTC (generally known a.d.o.
            acTown & Country Linen Corporation)
3,116. VA-1-139-783: Chicks at play, VPM.   CLNA: acTC (generally known
            a.d.o. acTown & Country Linen Corporation)
3,117. VA-1-139-784: Chicks at play, VTC.   CLNA: acTC (generally known
            a.d.o. acTown & Country Linen Corporation)
3,118. VA-1-139-785: Country egg.   CLNA: acTC (generally known a.d.o.
            acTown & Country Linen Corporation)
3,119. VA-1-139-786: Contempo daisy.   CLNA: acTC (generally known
            a.d.o. acTown & Country Linen Corporation)
3,120. VA-1-139-787: Daffodil chicks.   CLNA: acTC (generally known
            a.d.o. acTown & Country Linen Corporation)
3,121. VA-1-139-788: Daisy chain.   CLNA: acTC (generally known a.d.o.
            acTown & Country Linen Corporation)
READY:
```

```
FILE:COHM; TITLE/LINE--SET 57                 ITEMS 3,122-3,131 OF 3,313
3,122. VA-1-139-789: Daisy egg.   CLNA: acTC (generally known a.d.o.
       acTown & Country Linen Corporation)
3,123. VA-1-139-790: Daisy May.   CLNA: acTC (generally known a.d.o.
       acTown & Country Linen Corporation)
3,124. VA-1-139-791: Daisy squares.   CLNA: acTC (generally known a.d.o.
       acTown & Country Linen Corporation)
3,125. VA-1-139-792: Aloha.   CLNA: acTC (generally known a.d.o. acTown
       & Country Linen Corporation)
3,126. VA-1-139-793: America the beautiful.   CLNA: acTC (generally
       known a.d.o. acTown & Country Linen Corporation)
3,127. VA-1-139-794: Barbecue menu VPM.   CLNA: acTC (generally known
       a.d.o. acTown & Country Linen Corporation)
3,128. VA-1-139-795: Barbecue menu VTC.   CLNA: acTC (generally known
       a.d.o. acTown & Country Linen Corporation)
3,129. VA-1-139-796: Batik boxes.   CLNA: acTC (generally known a.d.o.
       acTown & Country Linen Corporation)
3,130. VA-1-139-797: Belle fleur.   CLNA: acTC (generally known a.d.o.
       acTown & Country Linen Corporation)
3,131. VA-1-139-798: Daisy stitch.   CLNA: acTC (generally known a.d.o.
       acTown & Country Linen Corporation)
READY:


FILE:COHM; TITLE/LINE--SET 57                 ITEMS 3,132-3,141 OF 3,313
3,132. VA-1-139-799: Beach chairs.   CLNA: acTC (generally known a.d.o.
       acTown & Country Linen Corporation)
3,133. VA-1-139-800: All over floral.   CLNA: acTC (generally known
       a.d.o. acTown & Country Linen Corporation)
3,134. VA-1-143-967: Asian lily.   CLNA: acTC (generally known a.d.o.
       acTown & Country Linen Corporation)
3,135. VA-1-143-968: Apple patchwork.   CLNA: acTC (generally known
       a.d.o. acTown & Country Linen Corporation)
3,136. VA-1-143-969: Apple patch.   CLNA: acTC (generally known a.d.o.
       acTown & Country Linen Corporation)
3,137. VA-1-143-970: Apple orchards   CLNA: acTC (generally known
       a.d.o. acTown & Country Linen Corporation)
3,138. VA-1-143-971: Annie.   CLNA: acTC (generally known a.d.o. acTown
       & Country Linen Corporation)
3,139. VA-1-143-972: Alium check.   CLNA: acTC (generally known a.d.o.
       acTown & Country Linen Corporation)
3,140. VA-1-143-973: Bamboo botanical.   CLNA: acTC (generally known
       a.d.o. acTown & Country Linen Corporation)
3,141. VA-1-143-974: Bamboo frame fruit.   CLNA: acTC (generally known
       a.d.o. acTown & Country Linen Corporation)
READY:


                                      ibm3.loc.gov  14:34:44


FILE:COHM; TITLE/LINE--SET 57                 ITEMS 3,142-3,151 OF 3,313
3,142. VA-1-143-975: Bamboo palm.   CLNA: acTC (generally known a.d.o.
       acTown & Country Linen Corporation)
3,143. VA-1-143-976: Birch leaf.   CLNA: acTC (generally known a.d.o.
       acTown & Country Linen Corporation)
3,144. VA-1-143-977: Blue bell.   CLNA: acTC (generally known a.d.o.
       acTown & Country Linen Corporation)
3,145. VA-1-143-978: Bouquet toss.   CLNA: acTC (generally known a.d.o.
       acTown & Country Linen Corporation)
3,146. VA-1-143-979: Brushed roses.   CLNA: acTC (generally known a.d.o.
       acTown & Country Linen Corporation)
```

Case 1:07-cv-03159-MGC   Document 9-13   Filed 06/01/2007   Page 32 of 38

3,147. VA-1-143-980: Butterfly fields.   CLNA: acTC (generally known
        a.d.o. acTown & Country Linen Corporation)
3,148. VA-1-143-981: Calico patch.   CLNA: acTC (generally known a.d.o.
        acTown & Country Linen Corporation)
3,149. VA-1-143-982: Calistoga.   CLNA: acTC (generally known a.d.o.
        acTown & Country Linen Corporation)
3,150. VA-1-143-983: Chili pepper.   CLNA: acTC (generally known a.d.o.
        acTown & Country Linen Corporation)
3,151. VA-1-143-984: Cornflower wheat.   CLNA: acTC (generally known
        a.d.o. acTown & Country Linen Corporation)
READY:

3,152. VA-1-143-985: Contemporary leaf.   CLNA: acTC (generally known
        a.d.o. acTown & Country Linen Corporation)
3,153. VA-1-143-986: Delight.   CLNA: acTC (generally known a.d.o.
        acTown & Country Linen Corporation)
3,154. VA-1-143-987: Embroidered daisy.   CLNA: acTC (generally known
        a.d.o. acTown & Country Linen Corporation)
3,155. VA-1-143-988: Etched leaves.   CLNA: acTC (generally known a.d.o.
        acTown & Country Linen Corporation)
3,156. VA-1-143-989: Felicity.   CLNA: acTC (generally known a.d.o.
        acTown & Country Linen Corporation)
3,157. VA-1-143-990: Fern Valley.   CLNA: acTC (generally known a.d.o.
        acTown & Country Linen Corporation)
3,158. VA-1-143-991: Florence.   CLNA: acTC (generally known a.d.o.
        acTown & Country Linen Corporation)
3,159. VA-1-143-992: Fruit patch.   CLNA: acTC (generally known a.d.o.
        acTown & Country Linen Corporation)
3,160. VA-1-143-993: Garden of roses.   CLNA: acTC (generally known
        a.d.o acTown & Country Linen Corporation)
3,161. VA-1-143-994: Garden patch.   CLNA: acTC (generally known a.d.o.
        acTown & Country Linen Corporation)
READY:

3,162. VA-1-143-995: Garden vegetables.   CLNA: acTC (generally known
        a.d.o. acTown & Country Linen Corporation)
3,163. VA-1-143-996: Gerber grid.   CLNA: acTC (generally known a.d.o.
        acTown & Country Linen Corporation)
3,164. VA-1-143-997: Herbal.   CLNA: acTC (generally known a.d.o.
        acTown & Country Linen Corporation)
3,165. VA-1-143-998: Lucky garden.   CLNA: acTC (generally known a.d.o.
        acTown & Country Linen Corporation)
3,166. VA-1-143-999: Leaves.   CLNA: acTC (generally known a.d.o.
        acTown & Country Linen Corporation)
3,167. VA-1-144-000: Lavender lilacs.   CLNA: acTC (generally known
        a.d.o. acTown & Country Linen Corporation)
3,168. VA-1-144-001: Honey bear.   CLNA: acTC (generally known a.d.o.
        acTown & Country Linen Corporation)
3,169. VA-1-144-002: May flower.   CLNA: acTC (generally known a.d.o.
        acTown & Country Linen Corporation)
3,170. VA-1-144-003: Mountain mist.   CLNA: acTC (generally known a.d.o.
        acTown & Country Linen Corporation)
3,171. VA-1-144-004: Orchard way.   CLNA: acTC (generally known a.d.o.
        acTown & Country Linen Corporation)
READY:

Case 1:07-cv-09399-NRB   Document 9-13   Filed 06/01/2007   Page 33 of 38

3,172. VA-1-144-005: Amer lace.   CLNA: acTC (generally known
       a.d.o. acTown & Country Linen Corporation)
3,173. VA-1-144-006: Scroll patch.   CLNA: acTC (generally known a.d.o.
       acTown & Country Linen Corporation)
3,174. VA-1-144-007: Spring breeze.   CLNA: acTC (generally known a.d.o.
       acTown & Country Linen Corporation)
3,175. VA-1-144-008: Spring dahlias.   CLNA: acTC (generally known
       a.d.o. acTown & Country Linen Corporation)
3,176. VA-1-144-009: Spring fantasy.   CLNA: acTC (generally known
       a.d.o. acTown & Country Linen Corporation)
3,177. VA-1-144-010: Stitched garden.   CLNA: acTC (generally known
       a.d.o. acTown & Country Linen Corporation)
3,178. VA-1-144-011: Summer breeze.   CLNA: acTC (generally known a.d.o.
       acTown & Country Linen Corporation)
3,179. VA-1-144-012: Summer patch.   CLNA: acTC (generally known a.d.o.
       acTown & Country Linen Corporation)
3,180. VA-1-144-013: Sweet peeps.   CLNA: acTC (generally known a.d.o.
       acTown & Country Linen Corporation)
3,181. VA-1-144-014: Tea for two.   CLNA: acTC (generally known a.d.o.
       acTown & Country Linen Corporation)

READY:

3,182. VA-1-144-015: Textured fruits.   CLNA: acTC (generally known
       a.d.o. acTown & Country Linen Corporation)
3,183. VA-1-144-016: Textured leaf.   CLNA: acTC (generally known a.d.o.
       acTown & Country Linen Corporation)
3,184. VA-1-144-170: Tic tac daisy.   CLNA: acTC, generally known a.d.o.
       acTown & Country Linen Corporation
3,185. VA-1-144-171: Turnip feast.   CLNA: acTC, generally known a.d.o.
       acTown & Country Linen Corporation
3,186. VA-1-144-172: White dream.   CLNA: acTC, generally known a.d.o.
       acTown & Country Linen Corporation
3,187. VA-1-144-173: Wild berries.   CLNA: acTC, generally known a.d.o.
       acTown & Country Linen Corporation
3,188. VA-1-145-087: Planets.   CLNA: acTC generally known a.d.o.
       acTown & Country Linen Corporation
3,189. VA-1-145-088: Heartland.   CLNA: acTC generally known a.d.o.
       acTown & Country Linen Corporation
3,190. VA-1-145-089: Sunrise/sunset.   CLNA: acTC generally known a.d.o.
       acTown & Country Linen Corporation
3,191. VA-1-145-090: Regatta.   CLNA: acTC generally known a.d.o.
       acTown & Country Linen Corporation

READY:

3,192. VA-1-145-091: Lighthouse postcards.   CLNA: acTC generally known
       a.d.o. acTown & Country Linen Corporation
3,193. VA-1-145-092: Lighthouse shower curtain.   CLNA: acTC generally
       known a.d.o. acTown & Country Linen Corporation
3,194. VA-1-145-093: Dolphin.   CLNA: acTC generally known a.d.o.
       acTown & Country Linen Corporation
3,195. VA-1-145-094: Ocean reef.   CLNA: acTC generally known a.d.o.
       acTown & Country Linen Corporation
3,196. VA-1-145-095: Marine life.   CLNA: acTC generally known a.d.o.
       acTown & Country Linen Corporation
3,197. VA-1-145-096: Fun fish.   CLNA: acTC generally known a.d.o.
       acTown & Country Linen Corporation
3,198. VA-1-145-097: Mountain view.   CLNA: acTC generally known a.d.o.
       acTown & Country Linen Corporation

3,199. VA-1-148-419: Boo ghost.   CLNA: acTC (generally known a.d.o. acTown & Country Linen Corporation)

3,200. VA-1-148-420: Happy bat.   CLNA: acTC (generally known a.d.o. acTown & Country Linen Corporation)

3,201. VA-1-148-421: Haunted home.   CLNA: acTC (generally known a.d.o. acTown & Country Linen Corporation)

READY:

FILE:COHM: TITLE/LINE--SET 57                      ITEMS 3,202-3,211 OF 3,313

3,202. VA-1-148-422: Pumpkin head.   CLNA: acTC (generally known a.d.o. acTown & Country Linen Corporation)

3,203. VA-1-148-423: Red barn.   CLNA: acTC (generally known a.d.o. acTown & Country Linen Corporation)

3,204. VA-1-148-424: Spider.   CLNA: acTC (generally known a.d.o. acTown & Country Linen Corporation)

3,205. VA-1-158-036: American pride.   CLNA: acTC generally known a.d.o. acTown & Country Linen Corporation

3,206. VA-1-158-037: Americana stars patch.   CLNA: acTC generally known a.d.o. acTown & Country Linen Corporation

3,207. VA-1-158-038: Americana stripe.   CLNA: acTC generally known a.d.o. acTown & Country Linen Corporation

3,208. VA-1-158-039: Bermuda.   CLNA: acTC generally known a.d.o. acTown & Country Linen Corporation

3,209. VA-1-158-040: Chatham.   CLNA: acTC generally known a.d.o. acTown & Country Linen Corporation

3,210. VA-1-158-041: Cheetah   CLNA: acTC generally known a.d.o. acTown & Country Linen Corporation

3,211. VA-1-158-042: Clipped velvet embroidered.   CLNA: acTC generally known a.d.o. acTown & Country Linen Corporation

READY:

FILE:COHM: TITLE/LINE--SET 57                      ITEMS 3,212-3,221 OF 3,313

3,212. VA-1-158-043: Dieta.   CLNA: acTC generally known a.d.o. acTown & Country Linen Corporation

3,213. VA-1-158-044: Dolphin pillow.   CLNA: acTC generally known a.d.o. acTown & Country Linen Corporation

3,214. VA-1-158-045: <El> dorado.   CLNA: acTC generally known a.d.o. acTown & Country Linen Corporation

3,215. VA-1-158-046: <El> norte.   CLNA: acTC generally known a.d.o. acTown & Country Linen Corporation

3,216. VA-1-158-047: Flags all over.   CLNA: acTC generally known a.d.o. acTown & Country Linen Corporation

3,217. VA-1-158-048: Frosty.   CLNA: acTC generally known a.d.o. acTown & Country Linen Corporation

3,218. VA-1-158-049: Galaxy.   CLNA: acTC generally known a.d.o. acTown & Country Linen Corporation

3,219. VA-1-158-050: Helmet.   CLNA: acTC generally known a.d.o. acTown & Country Linen Corporation

3,220. VA-1-158-051: Home spun.   CLNA: acTC generally known a.d.o. acTown & Country Linen Corporation

3,221. VA-1-158-052: Jack o'lantern.   CLNA: acTC generally known a.d.o. acTown & Country Linen Corporation

READY:

FILE:COHM: TITLE/LINE--SET 57                      ITEMS 3,222-3,231 OF 3,313

3,222. VA-1-158-053: Lady bug.   CLNA: acTC generally known a.d.o. acTown & Country Linen Corporation

Case 1:07-cv-03154-MGC    Document 9-13    Filed 06/01/2007    Page 35 of 38

3,223. VA-1-158-054: Lemon.    CLNA: acTC generally known a.d.o. acTown
       & Country Linen Corporation
3,224. VA-1-158-055: Lighthouse scene.    CLNA: acTC generally known
       a.d.o. acTown & Country Linen Corporation
3,225. VA-1-158-056: Nantucket.    CLNA: acTC generally known a.d.o.
       acTown & Country Linen Corporation
3,226. VA-1-158-057: Patriotic patch.    CLNA: acTC generally known
       a.d.o. acTown & Country Linen Corporation
3,227. VA-1-158-058: Peking/Bali.    CLNA: acTC generally known a.d.o.
       acTown & Country Linen Corporation
3,228. VA-1-158-059: Reindeer.    CLNA: acTC generally known a.d.o
       acTown & Country Linen Corporation
3,229. VA-1-158-060: Sail away.    CLNA: acTC generally known a.d.o.
       acTown & Country Linen Corporation
3,230. VA-1-158-061: Stars    CLNA: acTC generally known a.d.o. acTown
       & Country Linen Corporation
3,231  VA-1-158-062: Stars & stripes 2.    CLNA: acTC generally known
       a.d.o. acTown & Country Linen Corporation
READY:

3,232. VA-1-158-063: Strawberry.    CLNA: acTC generally known a.d.o.
       acTown & Country Linen Corporation
3,233. VA-1-158-064: Toile patch.    CLNA: acTC generally known a.d.o.
       acTown & Country Linen Corporation
3,234. VA-1-158-065: Trumpet vine.    CLNA: acTC generally known a.d.o.
       acTown & Country Linen Corporation
3,235. VA-1-158-066: Tulip patch.    CLNA: acTC generally known a.d.o.
       acTown & Country Linen Corporation
3,236. VA-1-158-067: Tulip time.    CLNA: acTC generally known a.d.o.
       acTown & Country Linen Corporation
3,237. VA-1-158-068: USA patch.    CLNA: acTC generally known a.d.o.
       acTown & Country Linen Corporation
3,238. VA-1-158-069: USA pillow.    CLNA: acTC generally known a.d.o.
       acTown & Country Linen Corporation
3,239. VA-1-158-070: USA squares.    CLNA: acTC generally known a.d.o.
       acTown & Country Linen Corporation
3,240. VA-1-158-071: America pillow.    CLNA: acTC generally known a.d.o.
       acTown & Country Linen Corporation
3,241. VA-1-158-072: United we stand.    CLNA: acTC generally known
       a.d.o. acTown & Country Linen Corporation
READY:

3,242. VA-1-365-801: Pumpkin check.    CLNA: acTC generally known a.d.o.
       acTown & Country Linen Corporation
3,243. VA-1-365-802: Poinsettia stripe.    CLNA: acTC generally known
       a.d.o. acTown & Country Linen Corporation
3,244. VA-1-365-803: Pumpkin & spider.    CLNA: acTC generally known
       a.d.o. acTown & Country Linen Corporation
3,245. VA-1-365-804: Santa greetings.    CLNA: acTC generally known
       a.d.o. acTown & Country Linen Corporation
3,246. VA-1-365-805: Scarecrow field.    CLNA: acTC generally known
       a.d.o. acTown & Country Linen Corporation
3,247. VA-1-365-806: Scarry cats.    CLNA: acTC generally known a.d.o.
       acTown & Country Linen Corporation
3,248. VA-1-365-807: Scarry night.    CLNA: acTC generally known a.d.o.
       acTown & Country Linen Corporation
3,249. VA-1-365-808: Snow ice.    CLNA: acTC generally known a.d.o.
       acTown & Country Linen Corporation
3,250. VA-1-365-809: Snowman window.    CLNA: acTC generally known a.d.o.

3,251. VA-1-365-810: TC generally known a.d.o.
acTown & Country Linen Corporation
acTown & Country Linen Corporation

READY:


FILE:COHM; TITLE/LINE--SET 57                    ITEMS 3,252-3,261 OF 3,313
3,252. VA-1-365-811: Stocking patch.   CLNA: acTC generally known a.d.o.
acTown & Country Linen Corporation
3,253. VA-1-365-812: Sunflower harvest.   CLNA: acTC generally known
a.d.o. acTown & Country Linen Corporation
3,254. VA-1-365-813: Turkey buttons.   CLNA: acTC generally known a.d.o.
acTown & Country Linen Corporation
3,255. VA-1-365-814: Witches delight.   CLNA: acTC generally known
a.d.o. acTown & Country Linen Corporation
3,256. VA-1-365-815: Xmas topiary.   CLNA: acTC generally known a.d.o.
acTown & Country Linen Corporation
3,257. VA-1-365-816: Navaho stripe kilim.   CLNA: acTC generally known
a.d.o. acTown & Country Linen Corporation
3,258. VA-1-365-817: Real flower.   CLNA: acTC generally known a.d.o.
acTown & Country Linen Corporation
3,259. VA-1-365-818: Catori kilim.   CLNA: acTC generally known a.d.o.
acTown & Country Linen Corporation
3,260. VA-1-365-819: Floral delight.   CLNA: acTC generally known a.d.o.
acTown & Country Linen Corporation
3,261. VA-1-365-820: Kalastan kilim.   CLNA: acTC generally known a.d.o.
acTown & Country Linen Corporation

READY:


ibm3.loc.gov  14:39:16

FILE:COHM; TITLE/LINE--SET 57                    ITEMS 3,262-3,271 OF 3,313
3,262. VA-1-365-821: Sussex.   CLNA: acTC generally known a.d.o. acTown
& Country Linen Corporation
3,263. VA-1-365-822: Angel patch.   CLNA: acTC generally known a.d.o.
acTown & Country Linen Corporation
3,264. VA-1-365-823: Ghost buster.   CLNA: acTC generally known a.d.o.
acTown & Country Linen Corporation
3,265. VA-1-365-824: Ghost get together.   CLNA: acTC generally known
a.d.o. acTown & Country Linen Corporation
3,266. VA-1-365-825: Ghost story.   CLNA: acTC generally known a.d.o.
acTown & Country Linen Corporation
3,267. VA-1-365-826: Ginger village.   CLNA: acTC generally known a.d.o.
acTown & Country Linen Corporation
3,268. VA-1-365-827: Going batty.   CLNA: acTC generally known a.d.o.
acTown & Country Linen Corporation
3,269. VA-1-365-828: Graphic Santa.   CLNA: acTC generally known a.d.o.
acTown & Country Linen Corporation
3,270. VA-1-365-829: Golden cornucopia.   CLNA: acTC generally known
a.d.o. acTown & Country Linen Corporation
3,271. VA-1-365-830: Haunted house.   CLNA: acTC generally known a.d.o.
acTown & Country Linen Corporation

READY:


ibm3.loc.gov  14:40:04

FILE:COHM; TITLE/LINE--SET 57                    ITEMS 3,272-3,281 OF 3,313
3,272. VA-1-365-831: Hayride.   CLNA: acTC generally known a.d.o.
acTown & Country Linen Corporation
3,273. VA-1-365-832: Holiday poinsettia.   CLNA: acTC generally known
a.d.o. acTown & Country Linen Corporation
3,274. VA-1-365-833: Holiday twill.   CLNA: acTC generally known a.d.o.
acTown & Country Linen Corporation

3,275. VA-1-365-834: Holly poinsettia.  CLNA: acTC generally known
            acTown & Country Linen Corporation
3,276. VA-1-365-835: Jingle bell.  CLNA: acTC generally known a.d.o.
            acTown & Country Linen Corporation
3,277. VA-1-365-836: Joy & peace.  CLNA: acTC generally known a.d.o.
            acTown & Country Linen Corporation
3,278. VA-1-365-837: Leaf shadow.  CLNA: acTC generally known a.d.o.
            acTown & Country Linen Corporation
3,279. VA-1-365-838: Leaf toss.  CLNA: acTC generally known a.d.o.
            acTown & Country Linen Corporation
3,280. VA-1-365-839: Naughty or nice.  CLNA: acTC generally known
            a.d.o. acTown & Country Linen Corporation
3,281. VA-1-365-840: Patches scarecrow.  CLNA: acTC generally known
            a.d.o. acTown & Country Linen Corporation

READY:


FILE:COHM; TITLE/LINE--SET 57                ITEMS 3,282-3,291 OF 3,313
3,282. VA-1-365-841: Patch house.  CLNA: acTC generally known a.d.o.
            acTown & Country Linen Corporation
3,283. VA-1-365-861: Patch ghost.  CLNA: acTC, generally know a.d.o.
            acTown & Country Linen Corporation
3,284. VA-1-365-862: Penguin play.  CLNA: acTC, generally know a.d.o.
            acTown & Country Linen Corporation
3,285. VA-1-365-863: Apple basket.  CLNA: acTC, generally know a.d.o.
            acTown & Country Linen Corporation
3,286. VA-1-365-864: Autumn barn.  CLNA: acTC, generally know a.d.o.
            acTown & Country Linen Corporation
3,287. VA-1-365-865: Autumn bouquet.  CLNA: acTC, generally know a.d.o.
            acTown & Country Linen Corporation
3,288. VA-1-365-866: Autumn patch.  CLNA: acTC, generally know a.d.o.
            acTown & Country Linen Corporation
3,289. VA-1-365-867: Autumn view.  CLNA: acTC, generally know a.d.o.
            acTown & Country Linen Corporation
3,290. VA-1-365-868: Boo bears.  CLNA: acTC, generally know a.d.o.
            acTown & Country Linen Corporation
3,291. VA-1-365-869: Boo ghost.  CLNA: acTC, generally know a.d.o.
            acTown & Country Linen Corporation

READY:


FILE:COHM; TITLE/LINE--SET 57                ITEMS 3,292-3,301 OF 3,313
3,292. VA-1-365-870: Boo witch.  CLNA: acTC, generally know a.d.o.
            acTown & Country Linen Corporation
3,293. VA-1-365-871: Christmas morning.  CLNA: acTC, generally know
            a.d.o. acTown & Country Linen Corporation
3,294. VA-1-365-872: Christmas twill.  CLNA: acTC, generally know
            a.d.o. acTown & Country Linen Corporation
3,295. VA-1-365-873: Cute reindeer.  CLNA: acTC, generally know a.d.o.
            acTown & Country Linen Corporation
3,296. VA-1-365-874: Crackled.  CLNA: acTC, generally know a.d.o.
            acTown & Country Linen Corporation
3,297. VA-1-365-875: Cute turkey.  CLNA: acTC, generally know a.d.o.
            acTown & Country Linen Corporation
3,298. VA-1-365-876: Eyes & dots.  CLNA: acTC, generally know a.d.o.
            acTown & Country Linen Corporation
3,299. VA-1-365-877: Falling leaves.  CLNA: acTC, generally know a.d.o.
            acTown & Country Linen Corporation
3,300. VA-1-365-878: Felt leaves.  CLNA: acTC, generally know a.d.o.
            acTown & Country Linen Corporation
3,301. VAu-99-167: Fruit grid.  CLNA: T. C., generally known a.d.o. Town
            & Country Linen Corporation

READY:

ibm3.loc.gov  14:41:16

FILE:COHM; TITLE/LINE--SET 57                    ITEMS 3,302-3,311 OF 3,313
3,302. VAu-99-168: Border floral.    CLNA: T. C., generally known a.d.o.
          Town & Country Linen Corporation
3,303. VAu-99-235: Pastel mushroom.    CLNA: T. C., generally known a.d.o.
          acTown & Country Linen Corporation
3,304. VAu-99-236: Country rooster.    CLNA: T. C., generally known a.d.o.
          acTown & Country Linen Corporation
3,305. VAu-99-237: Mushroom basket.    CLNA: T. C., generally known a.d.o.
          acTown & Country Linen Corporation
3,306. VAu-99-238: Victorian rose.    CLNA: T. C., generally known a.d.o.
          acTown & Country Linen Corporation
3,307. VAu-99-239: Black floral.    CLNA: T. C., generally known a.d.o.
          acTown & Country Linen Corporation
3,308. VAu-99-240: Stencil basket.    CLNA: T. C., generally known a.d.o.
          acTown & Country Linen Corporation
3,309. VAu-99-241: Alexandra.    CLNA: T. C., generally known a.d.o.
          acTown & Country Linen Corporation
3,310. VAu-99-242: Medallion.    CLNA: T. C., generally known a.d.o.
          acTown & Country Linen Corporation
3,311. VAu-99-243: Romance.    CLNA: T. C., generally known a.d.o. acTown
          & Country Linen Corporation
READY:




FILE:COHM; TITLE/LINE--SET 57                    ITEMS 3,312-3,313 OF 3,313
3,312. VAu-109-148: Strawberry.    CLNA: T. C., generally known a.d.o.
          acTown & Country Linen Corporation
3,313. VAu-336-987: Botanical.    CLNA: acTC, generally known a.d.o.
          acTown & Country Linen Corporation
READY: