# Exhibit 6

704784.1



## Chester Rothstein

Partner

Direct    212 336 8050
Main     212 336 8000
Fax      212 336 8001

E-mail    V-Card

90 Park Avenue, 21st Floor
New York, NY 10016

### PRACTICE AREAS

- Anti-Counterfeiting
- Copyright
- False Advertising
- Patent
- Trade Dress
- Trade Secret
- Trademark
- Unfair Competition

### REPRESENTATIVE INDUSTRIES

- Computer, Software & Internet
- Financial Services
- International Protection
- Retailing & Apparel

Chester Rothstein's practice concentrates on trademark, copyright, unfair competition, and false advertising matters. Mr. Rothstein specializes in litigation and related enforcement of intellectual property rights and defense of infringement claims. He also blends his litigation skills with negotiation skills and other problem solving techniques.

He counsels clients extensively in the arena of statutory protection of intellectual property portfolios, and negotiates intellectual property merchandise licenses.

Mr. Rothstein has counseled numerous companies in the fashion, toy, novelty, and promotional industries to both protect their brands, products, and designs and to avoid infringement challenges by competitors. He counsels major players, yet similarly understands the concerns of smaller companies.

In secured transactions and mergers and acquisitions where intellectual property is among the valuable collateral or assets, he advises borrowers and lenders, and buyers and sellers, in strengthening and maximizing the value of such intellectual property.

Mr. Rothstein majored in government at Skidmore College and received his law degree from Albany Law School, where he was a member of the Albany Law Review, which published his article on a jurisdictional issue.

Mr. Rothstein is admitted to practice in all New York State courts, as well as the U.S. District Courts for the Southern, Eastern, and Western Districts of New York, and has successfully argued before the Second Circuit Court of Appeals.

### BAR ADMISSIONS
- New York, 1991
- U.S. District Courts for the Southern, Eastern, and Western Districts of New York

### EDUCATION
- Albany Law School of Union University, Albany, New York
- Skidmore College, Saratoga Springs, New York

### REPRESENTATIVE CLIENTS

- BR Guest Restaurants (Blue Water Grill, Ocean Grill, Ruby Foos, Dos Caminos, etc.)
- Dylan's Candy Bar
- Paco Sport, Ltd.
- ISI Brands (Twinlab)
- The James Group
- Stuart Weitzman
- Pepe Jeans London
- Town & Country Linen Corp.

90 PARK AVENUE, NEW YORK, NEW YORK 10016 / 212 336 8000 / CONTACT

©2007 Amster Rothstein & Ebenstein LLP. All rights reserved. | Disclaimer
**Attorney Advertising**