## CERTIFICATION OF ELECTRONIC SERVICE

      I hereby certify that on July 13, 2007, I caused to be electronically filed the Reply Memorandum of Law of Defendant P/Kaufmann, Inc. dated July 13, 2007, thereby by causing service upon counsel for plaintiff:

Kenneth M. Bernstein, Esq.
Amster Rothstein & Ebenstein, LLP
90 Park Avenue
New York, NY  10016
kbernstein@ARELAW.com

      A copy of said papers were also served upon counsel by electronic mail.

Dated: New York, New York
       July 13, 2007

                                            /s Michael S. Fischman

1011895.1