Chester Rothstein (CR 1417)
Kenneth M. Bernstein (KB 0894)
David Mitnick (DM 0064)
AMSTER, ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, New York 10016
(212) 336-8000

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/07
```

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - -x

TOWN & COUNTRY LINEN CORP.,

                Plaintiff,

          v.

P/KAUFMANN, INC.,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - -x

Civil Action No. 07 CV 3159 (MGC)

*ECF Case - Filed Electronically*

**NOTICE OF VOLUNTARY
DISMISSAL OF COMPLAINT
PURSUANT TO RULE 41(a)(1)(i)**

      Plaintiff Town & Country Linen Corp. hereby voluntarily dismisses without prejudice the Complaint filed in this action pursuant to Fed. R. Civ. P. 41(a)(1)(i) on the basis that Defendant P/Kaufmann, Inc. granted to Plaintiff and delivered to the Court on July 19, 2007 a Covenant Not to Sue for copyright infringement, which satisfies Plaintiff's first cause of action for a declaratory judgment that Defendant could not bring a claim for copyright infringement that formed the basis for subject matter jurisdiction in this Court. Defendant had not yet answered the Complaint.

Dated: New York, NY
        July 20, 2007

By: _____
Chester Rothstein (CR 1417)
Kenneth M. Bernstein (KB 0894)
David Mitnick (DM 0064)
AMSTER, ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, N.Y. 10016

375399.1

(212) 336-8000
Attorneys for Plaintiff
Town & Country Linen Corp.

So ordered,

/s/ United States District Judge
July 23, 2007

375399.1                              2